M/D 1

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 JUL 30  A 10: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Derwin T. Griggs
Elmore Correction facility
Full name and prison name of
Plaintiff(s)

)
)
)
)
)
)

v.

MAjor Clay Stewart
Cpt. Tommy Simms
Lt. Keisha McCoy
Sgt. Tommy Spradlin
_____
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 3:07 CV 691- MHT
(To be supplied by Clerk of U.S. District
 Court)

I.    PREVIOUS LAWSUITS
   A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☒

   B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☒

   C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.    Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.    Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Derwin T. Griggs AIS # 198159

Elmore Correction Facility P.o Box 8 Elmore Ala. 36205

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

Chambers County Jail 105 Alabama Ave. West Lafayett Ala. 36862

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. MAjor CLAy Stewart 105 Alabama Ave. West Lafayett ala. 36862

2. Cpt. Tommy Simms 105 Alabama Ave. West Lafayett ala. 36862

3. Lt Keisha McCoy 105 Alabama Ave. West Lafayett ala. 36862

4. Sgt. Tommy Spradlin 105 Alabama Ave. West Lafayett ala. 36862

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 16, 2007 —

— MAY 7, 2007 _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

_____

V.  State Brietly the Ground on which you Base your Allegation
    that your Constitutinal Rights Are Being Violated

Ground one: protection abuse

Supporting facts: The plaintiff Derwin T. Griggs was incarsorated in the
Chambers County Jail on date Aprile 16, 2007 the plaintiff was being moved
from one Cell Block to another threw pass down from Cpt. Tommy Simms
Lt. Keisha McCoy and Sgt. Tommy Spradlin Advised the plaintiff which Cell
Block the plaintiff would be moved to C-Block the plaintiff Stated Verbaly Severa
times that he had A enemie in C-Block Anthony Briskey And that it was writin
in his file And asked to be moved to another Cell Block And Sgt. Spradlin Stated
No that Cpt. Tommy Simms Call And passed down to Lt Lisa Davidson, Lt Keisha
McCoy, Sgt. Tommy Spradlin And Advised that the plaintiff was to be moved to
C-Block the plaintiff Stated Verbaly Several more times to Lt Keisha McCoy And
Sgt. Tommy Spradlin that He had A enemie Anthony Briskey in C-Block the plaintiff
was then forced by Sgt Tommy Spradlin And moved in to C-Block putting the plaintiffs
life in Addmetiate danger Also being Assigned to C-1 the same cell As Anthony
Brisky Being locked down for 14 hr Violateing the plaintiff's Civil Right useing
Crule and unusuale punishment Couseing stress, mental aguish And Sleep depervatio
Grievance form writin to Addministration Aprile 17, 2007 Signed dated response by
Lt McCoy, Keisha Addmiteing to fault by Sgt Spradlin (Copy of Grievance)
Officer Ferrell wittnessed the plaintiff Verbaly Telling the defendants Constantly
Sgt. Mildred Kirk 2004 was Advised by plaintiff And did record Anthony Briskey
As enemie in the plaintiff's file.
Sgt. HannCock Aprile 16, 2007 11:00 pm removed plaintiff from C-1, C-Block After
14 hr. lock down Aprile 17, 2007 Supervisor that recieved And Signed Grievance to
Addministrateion
Sgt. Tommy Spradlin Aprile 16, 2007 9:00A.m forceably moved plaintiff to C-Blo
Stated threw pass down from Cpt. Tommy Simms begining 14 hr. lock down
Sgt. HannCock shift report April 16, 2007 6:00 pm Aprile 17, 2007 6:00 Am

Sgt. Tommy Spadlin  Shift Report Aprile 16, 2007  6:00 Am   Aprile 16, 2007 6:00 pm

Ground Two: Emergancey Intercome System

Supporting facts: Saffey rules And regulations Intercome System are instaled in each cell and cell Block to used for emergancey April 16, 2007 during the violation of the plaintiff civil Right the plaintiff haveing No way to contact anyone for help while Being un supervised do to the fact that the Intercome System didnot work And it hasnot in the Chamber's County Jail Since 2009 couseing even more stress And mental anguish Tward the plaintiff And the defendent's knowing this.

Ground Three: Adult in Need of protective Service.

Supporting fact: Aprile 17, 2007 After Numerous amount's of request's to Addministration And Verbaly to Lt Lisa Davidson Complaining of the fear of the plaintiff's life in the Chambers County Jail do to the pain stress and Mental anguish brought forth by the defendant's Crule and unusuale punishment And violateion of the plaintiff civil Right the plaintiff did not eat at the Chambers County Jail from April 17, 2007 untill Aprile 25, 2007  recorded I-Block observati Sheet And the plaintiff wasn't moved to the Randolph county Jail untill May 7, 200 After the violateion of the plaintiff's civil Right's And the unlawful form of Crule And unusewale punishment Brought forth to the plaintiff By the defendants.

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

plaintiff seek's Monetory damages for the violation of the plaintiff's
Civil Right's punitive paine, Suffering Mental anguish Stress And Sleep
depervation safty Violation of the Intercome System And the unlawful
form of Crule and unusual form of punishment brought forth to the
plaintiff by the defendant's in the Sum of : 4,000,000.00 four Million
dollars.

Derwin T. Griggs
_____
Signature of plaintiff(s)


I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 26, 2007   .
              (Date)

Derwin T. Griggs
_____
Signature of plaintiff(s)

DERWIN TERRY GRIGGS AIS 198159
Elmore Correctional Facility
P.O Box 8
Elmore Ala. 36205

Clerk Off
Middle District
United States Distr
P.O Box 711
Montgomery Ala. 36101 -