Griggs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Lt. Keisha McCoy
Elmore Correctional Facility
P O Box 8
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joseph Giles_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_Joseph Giles_    8/17/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3:07cv691-MHT (Complaint anodne 9/24/07

2. Article Number
(Transfer from service label)   7005 1160 0001 2962 4936

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Griggs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Cpt. Tommy Simms
Elmore Correctional Facility
P O Box 8
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joseph Giles_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_Joseph Giles_    8/17/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3:07cv691-MHT (Complaint anodne 9/24/07

2. Article Number
(Transfer from service label)   7005 1160 0001 2962 4929

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Griggs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

1. Sgt. Tommy Spradlin
Elmore Correctional Facility
P O Box 8
Elmore, AL 36025

3:07cv691MHT (complaint amp. due 9/24/07)

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 4943

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joseph Giles_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Joseph Giles  8/17/07

dress different from item 1?  ☐ Yes
delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

Griggs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

1. Major Clay Stewart
Elmore Correctional Facility
P O Box 8
Elmore, AL 36025

3:07cv691MHT (comp + order; ans due 9/24/07)

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 4912

PS Form 3811, February,    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joseph Giles_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Joseph Giles  8/17/07

dress different from item 1?  ☐ Yes
delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes