Griggs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Lt. Keisha McCoy
Chambers County Jail
105 Alabama Avenue West
Lafayette, AL 36862

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michelle Williams
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
8-23-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

9/24
3:07cv691 complaint and due 2nd

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 4967

102595-02-M-1540

Domestic Return Receipt

Griggs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Sgt. Tommy Spradlin
Chambers County Jail
105 Alabama Avenue West
Lafayette, AL 36862

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michelle Williams
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
8-23-07

address different from item 1? ☐ Yes
delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

3:07cv691-MHT (complaint and due 2nd) 9/24

7005 1160 0001 2962 4950

102595-02-M-1540

Domestic Return Receipt

Griggs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Cpt. Tommy Simms
Chambers County Jail
105 Alabama Avenue West
Lafayette, AL 36862

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michelle Williams
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 7-23-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2962 4974

3:07cv691 (cmp/order ans due 9/24)

PS Form 3811, Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Major Clay Stewart
Chambers County Jail
105 Alabama Avenue West
Lafayette, AL 36862

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Michelle Williams*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8-23-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Handwritten: 3:07cv691 (cmp/order ans due 9/24)

2. Article Number (Transfer from service label): 7005 1160 0001 2962 4981

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540