IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| DERWIN T. GRIGGS, #198159 | * |
| Plaintiff, | * |
| v. | *   3:07-CV-691-MHT |
| MAJOR CLAY STEWART, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2. Defendants are GRANTED an extension from September 24, 2007 to October 9, 2007 to file their answer and written report.

DONE, this 20th day of September 2007.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE