**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DERWIN T. GRIGGS,** | ) | |
| #198159 | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. 3:07-cv-691-MHT** |
| | ) | |
| **MAJOR CLAY STEWART, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' SPECIAL REPORT

COME NOW Chambers County, Alabama Detention Center Officers, Chief Jail Administrator Major Clay Stewart, Captain Thomas Sims, Lieutenant LaKesha McCoy, and Sergeant Felton Spradlin,[1] Defendants in the above-styled cause, and submit their Special Report to the Court. Defendants also move for a Dismissal of Plaintiff's Complaint based on the Prison Litigation Reform Act ("PLRA"), Title 42, United States Code § 1997e(c). Should this Court deny Defendants' Motion to Dismiss, Defendants move that this Special Report be treated as a Motion for Summary Judgment, based on Defendants' arguments and the attached documentary evidence and affidavits.

## INTRODUCTION

On November 27, 2006, Plaintiff was arrested and booked into the Chambers County Detention Center for First Degree Criminal Trespass and Possession of Drug Paraphernalia. He was later charged with Second Degree Possession of a Forged Instrument. Plaintiff was sentenced to fifteen years confinement on the Forged Instrument charge. (Exhibit C, Plaintiff's "Booking Documents.") On July 30, 2007, Plaintiff Derwin T. Griggs (hereafter "Plaintiff")

---

[1] Plaintiff lists as a Defendant Sgt. Tommy Spradlin, aka Sergeant Felton Spradlin.

filed a Complaint against the Defendants in this Court.  On August 16, 2007, the Magistrate Judge ordered Defendants to file a Special Report and Answer by September 25, 2007. (Magistrate Judge's Order for Defendants to submit an Answer and Special Report.)  On September 20, 2007, Defendants requested and received a 14-day extension until October 9, 2007 to submit an Answer and Special Report.  (Magistrate Judge's Order Granting Extension.)

## PLAINTIFF'S ALLEGATIONS

Plaintiff asserts as Ground One of his Complaint "Protection Abuse," which he claims occurred when he was placed in the same cell block in the Chambers County Detention Center as an inmate, who Plaintiff claims was an enemy of his.  Ground two Plaintiff calls "Emergancy Intercome System."  Ground three Plaintiff calls "Adult in Need of Protective Service."  Plaintiff demands monetary damages of $4,000,000 as compensation for these alleged violations of his civil rights.

## DEFENDANTS' RESPONSE TO PLAINTIFF'S ALLEGATIONS

First, Plaintiff has already filed a state court action on the exact same facts, and his claims are still pending before that court.[2]  Second, Plaintiff is claiming that he was cruelly and unusually punished while incarcerated.  Defendants deny the allegations made against them by Plaintiff as being untrue and completely without basis in law or fact.  Defendants deny that they acted, or caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.  Defendants also raise the defenses of Eleventh Amendment immunity, qualified immunity, Plaintiff's failure to comply with the Prison Litigation Reform Act, and additional defenses presented below.  (Exhibit A, Plaintiff Complaint Form; Exhibit B, Plaintiff State Court Complaint; Exhibit C, "Booking Docs," since 1997; Exhibit D, Chambers County Detention

---

[2] On September 21, 2007, in open court, the trial court granted the Defendants' Motion to Dismiss and ordered Plaintiff's Complaint dismissed, and Plaintiff indicated at that time that he would appeal.  Therefore, that case is still pending in the state court system.

Center Inmate Handbook Rules and Regulations, "Inmate Handbook;" Exhibit E, Affidavit of Major Clay Stewart, "Stewart aff.;" Exhibit F, Affidavit of Captain Thomas Sims, "Sims aff.;" Exhibit G, Affidavit of Lieutenant LaKesha McCoy, "McCoy aff.;" Exhibit H, Affidavit of Lieutenant Lisa Davidson, "Davidson aff.;" Exhibit I, Affidavit of Sergeant Felton Spradlin, "Spradlin aff.;" Exhibit J, Affidavit of Corrections Officer Teddy Hancock, "Hancock aff.;" Exhibit K, Affidavit of Corrections Officer LaConya Ferrell, "Ferrell aff.;" Exhibit L, Affidavit of Sergeant Mildred Kirk, "Kirk aff.;" Exhibit M, Relevant Documents from Plaintiff's Jail File, "Jail File;" Exhibit N, Chambers County Detention Center Policy and Procedures Manual, "Grievance Procedure," Directive F-102.)    Defendants reserve the right to add additional defenses if any further pleading is required or allowed by the Court.

Based on 42 U.S.C. § 1997e(c), Defendants move this Honorable Court to dismiss Plaintiff's Complaint as frivolous on its face for the following reasons.    Plaintiff has filed the same Complaint in two different courts, and although the Circuit Court of Chambers County, Alabama has dismissed the first action, Plaintiff stated in open court to the trial judge that he plans to appeal the dismissal of his Complaint.    Therefore, it is still pending in the state court.    (Ex. A, Plaintiff's Federal Complaint Form, p. 3; Ex. B, Plaintiff's State Court Complaint.)    Also, on his Complaint form for this Court, Plaintiff answered the following questions in the negative:

I.   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?

     B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?

(Ex. A, Plaintiff's Complaint Form.)    Therefore, in his Complaint, Plaintiff has falsely asserted that he has not filed another claim in any other court on the facts alleged in the Complaint before this Court. Thus, in order to file his claims in two different courts and apparently to get two bites

at the apple, Plaintiff has hid from this Court the fact that he has another action on the same issues pending in another court.  Plaintiff's Complaint should be dismissed, and he should be sanctioned.  The PLRA, 42 U.S.C. § 1997e(c) states:

> (1) *The court shall* on its own motion or *on the motion of a party dismiss* any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is *frivolous*, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.
>
> (2) *In the event that a claim is, on its face, frivolous,* malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief, *the court may dismiss the underlying claim without first requiring the exhaustion of administrative remedies*.

42 U.S.C. § 1997e (c) (emphasis added).

Contrary to Alabama law, Plaintiff has filed the same action in two different courts.

> No plaintiff is entitled to prosecute two actions in the courts of this state at the same time for the same cause and against the same party. In such a case, the defendant may require the plaintiff to elect which he will prosecute, if commenced simultaneously, and the pendency of the former is a good defense to the latter if commenced at different times.

Ala. Code 1975, § 6-5-440.  See also Ex parte Myer, 595 So. 2d 890, 892 (Ala. 1992) (phrase in § 6-5-440 - "courts of this state" - include the federal courts within Alabama).  Therefore, Plaintiff's federal complaint should be dismissed because the pendency of the state court action is a good defense to the federal court action.

The Chambers County Detention Center is preparing a new Policy and Procedures Manual that will be effective in October 2007.  That Manual is for the Corrections Officers, and Major Stewart is preparing clear instructions on how to deal with assertions by inmates that they face a threat in the Detention Center.  That section of the Manual will coincide with the guidelines in the Inmate Handbook.

I.    **FACTS**

A.    **Policy and Procedure Regarding Cell Assignment and Inmate Enemies**

The Chambers County Detention Center Inmate Handbook Rules and Regulations, effective April 2003, state:

> "If you think you need protective custody, tell a staff member.  We will do what is necessary to protect you."

Chambers County Inmate Handbook Rules and Regulations, ¶ 1.7.

> While here, you will meet many different kinds of people.  If you are threatened, assaulted, or feel intimidated, or unsafe, tell the staff.  We will do what is necessary to protect you.  For your own protection, do not discuss your charges with other inmates.

Chambers County Inmate Handbook Rules and Regulations, ¶ 13.1.  (Ex. D, Inmate Handbook.)

Therefore, according to Chambers County Detention Center policy, inmates who claim to have an enemy in the Detention Center are to be protected.  The policy is to not put inmates who are enemies in the same block.  In fact, one of the regular questions always asked of an inmate when the inmate is booked into the facility is whether they have any enemies in the jail, and they sign that booking document.  If while housed at the facility, an inmate tells the staff that he knows he has an enemy in the facility, then that information is placed in a form and placed in the inmate's jail file.  The Corrections Officers and Staff of the Chambers County Detention Center understand this policy.  (Ex. E, Stewart aff., ¶ 5; Ex. F, Sims aff., ¶ 4; Ex. I, Spradlin aff., ¶ 4; Ex. G, McCoy aff., ¶ 4; Ex. H, Davidson aff., ¶ 4; Ex. J, Hancock aff., ¶ 4; Ex. K, Ferrell aff., ¶ 4; Ex. L, Kirk aff., ¶ 4.)  Because of inmates' tendency to use the policy to their advantage, i.e., attempting to manipulate where they are housed in the facility, the staff cannot take an inmate's statement about an enemy being in the facility at face value, particularly if the inmate brings up such an assertion while being moved.  That is why it is important for inmates to tell the jail staff

either at booking or before they are being moved to another location that they have an enemy in the facility. (Ex. E, Stewart aff., ¶¶ 7, 8; Ex. F, Sims aff., ¶ 5; Ex. F, McCoy aff., ¶ 6.) In this case, Defendants checked Plaintiff's booking documents and determined there was not a substantial risk of serious harm to plaintiff. (Ex. F, McCoy aff., ¶ 6.)

### B.    Cell Assignment of Plaintiff

The main events involving the treatment of the Plaintiff are as follows: On April 16, 2007, for his own protection, Plaintiff was moved from the trustees' cell block, block A, because of allegations by several inmates that he had stolen store items from inmates. (Ex. M, Jail File; Ex. I, Spradlin aff., ¶ 7; Ex. E, Stewart aff., ¶ 7; Ex. F, Sims aff., ¶ 6; Ex. G, McCoy aff., ¶ 6.) He was moved to C block by Sergeant Spradlin. (Ex. I, Spradlin aff., ¶ 7.) When Plaintiff told Lieutenant McCoy that Anthony Briskey was his enemy and that Inmate Briskey was in C block, Lieutenant McCoy told Sergeant Spradlin not to place Plaintiff in C block and had Plaintiff's booking documents and jail file checked to determine whether he had told anyone about Inmate Briskey being his enemy. When she discovered he had not, then his assertion could not be taken seriously, and Sergeant Spradlin moved Plaintiff to C block. (Ex. G, McCoy aff., ¶ 6.) Because C 1 was the only cell with an open bed, Plaintiff was placed in C 1, where Anthony Briskey was housed. (Ex. M, Jail File.)

All lockdowns are recorded, and there is no record of any lockdown in C block or any lockdown involving Plaintiff on April 16, 2007. (Ex. E, Stewart aff., ¶ 4; Ex. F, Sims aff., ¶ 7; Ex. , Hancock aff., ¶ 6.) It is true that the intercom system in the Chambers County Detention Center is not working, but the Sheriff and the Jail Administrator are working with the Chambers County Commission to contract for its repair or replacement. (Ex. E, Stewart aff., ¶ 10.)

At some time during Officer Hancock's midnight shift covering the night of April 16, 2007 and the morning of April 17, 2007, he moved Plaintiff was from C block to D block, where

he remained until he was moved to I block (Isolation block) on April 18, 2007 for his safety. (Ex. J, Hancock aff., ¶ 5; Ex. E, Stewart aff., ¶ 8; Ex. G, McCoy aff., ¶ 7; Ex. M, Jail File.) Although in I block Plaintiff had his own cell and was protected from any contact with Anthony Briskey, he continued to complain about threats to his life and abusive behavior by Corrections Officers. He also requested to be moved from I block. (Ex. D, Stewart aff., ¶ 8.) On May 2, 2007, because Plaintiff continued to complain about his safety, Major Stewart had Plaintiff transferred to the Randolph County Jail. (Ex. E, Stewart aff., ¶ 9; Ex. F, Sims aff., ¶ 8.)

Plaintiff filed several Inmate Grievance Forms between April 16, 2007 and May 3, 2007, but from a reading of his Grievances and the Defendants' affidavits, it appears that the majority of his concern for his safety arises from the fact that the Detention Center's administration told him that there were accusations by other inmates that he was stealing store items from them and that several inmates from A block, which did not include Inmate Briskey, had approached the administration to warn that Plaintiff's safety was at risk. (Ex. M, Jail File, May 2, 2007 Grievance Form.)

## C.    Grievance Procedure

The Chambers County Detention Center has a Grievance Procedure for inmate complaints. (Ex. N, Manual, Directive F-102, "Inmate Grievances," ¶¶ 1, 2; Ex. E, Stewart aff., ¶ 8.) The inmate requests a written form entitled "INMATE REQUEST FORM" and delivers the completed form to the Shift Supervisor, who either resolves the problem or passes the form on to the Jail Administrator. (Ex. N, Manual, Directive F-102, "Inmate Grievances," ¶ 2.) An inmate who is dissatisfied with the Jail Administrator's decision may appeal that decision, within 72 hours, to the Sheriff of Chambers County. (Ex. N, Manual, Directive F-102, "Inmate Grievances," ¶ 4.) Inmates are advised of their right to file Grievances at the time of admission to the jail. (Ex. N, Manual, Directive F-102, "Inmate Grievances," ¶ 5; Ex. D, Inmate Handbook, Section 17.) A response should be made to the Inmate regarding his Grievance within 72 hours of receipt, holidays and weekends excluded. (Ex. D, Inmate Handbook, Section 17.) "We will not take any negative sanction against you because you file a grievance." (Ex. D, Inmate Handbook, § 17.4.) Plaintiff did not at any time file any type of appeal of the decision on his Grievance or Complaint with the officers of the Chambers County Detention Center. (Ex. E, Stewart aff., ¶ 8.)

In addition to the duplicative nature of the filing of Plaintiff's Complaint, Defendants are entitled, based on several other legal principles, to a Dismissal of Plaintiff's Complaint or, at least, a Summary Judgment in their favor.

## II.    LAW

### A.    All Claims By Plaintiff Against Defendant are Due to be Dismissed because Plaintiff Failed to Set Forth a Claim in his Pleading in "a short and plain statement of the claim showing that the pleader is entitled to relief" in Violation of Fed. R. Civ. P. 8, and Plaintiff's Complaint does not meet the heightened pleading standard imposed by Eleventh Circuit precedent.

Under the heightened pleading standard, "the plaintiff must provide a greater degree of factual specificity than is ordinarily necessary under the notice pleading approach of the Federal Rules of Civil Procedure. Hunter v. Dist. of Columbia, 943 F.2d 69, 75 (D.C. Cir. 1991) (citation omitted)."

> "[T]his circuit, along with others, has tightened the application of Rule 8 with respect to § 1983 cases in an effort to weed out nonmeritorious claims, requiring that a § 1983 plaintiff allege with some specificity the facts which make out its claim.  Some factual detail in the pleadings is necessary to the adjudication of § 1983 claims."

Swann v. S. Health Partners, Inc., 388 F.3d 834, 838 (11th Cir. 2004) (citing Laurie v. Ala. Court of Crim. App., 256 F.3d 1266, 1275-76 (11th Cir. 2001), and Kyle K. v. Chapman, 208 F.3d 940, 944 (11th Cir. 2000), for the proposition that "the heightened pleading standard is only applicable in § 1983 suits against individuals for whom qualified immunity is available.").

### 1.    Plaintiff's Complaint Alleges No Constitutional, Statutory, or Common Law Violation of Federal or State law.

Plaintiff's Complaint states that he was placed in a cell with an enemy.  (Plaintiff's Complaint, pp. 3-4.)  Plaintiff alleges no constitutional, statutory, or common law violation of federal or state law that would fit within the category of cruel and unusual punishment.  He did not allege that he filed an appeal of his Grievance with the Chambers County Sheriff.  (Plaintiff's Complaint, pp. 3-5.)  Plaintiff does not contend that he received an injury, nor does he state that

he was even threatened or in any way assaulted by Inmate Briskey.  (Plaintiff's Complaint, pp. 3-5.)

The Plaintiff's allegations plainly illustrate the reason that the heightened pleading standard demands that a plaintiff set out his contentions as specifically as possible when qualified immunity is asserted, which all Defendants assert, infra.  See GJR Investments, Inc., 132 F.3d at 1368 ("Some factual detail in the pleadings is necessary to the adjudication of [federal] claims.  This is particularly true in cases involving qualified immunity, where we must determine whether a defendant's actions violated a clearly established right."); Gonzalez, 325 F.3d at 1235 ("The complaint must allege the relevant facts 'with some specificity.'").  In discussing the heightened pleading standard, the Eleventh Circuit has condemned pleadings in which the plaintiff uses "broad pejorative words to describe the defendants' intentions without giving any specifics." Id. at 1368.

At the motion to dismiss stage, "the qualified immunity inquiry and the Rule 12(b)(6) standard become intertwined . . . .  If a plaintiff has not sufficiently alleged a violation of *any* constitutional right, it is axiomatic that the plaintiff likewise has failed to allege the violation of a 'clearly established' right." Id. at 1366-67.  Regardless of which pleading standard is used to analyze the Plaintiff's claim, federal or Alabama, the result is the same: a failure to state a claim upon which relief may be granted.  See Warden v. Thigpen, 563 So. 2d 1021, 1022 (Ala. 1990) (affirming dismissal of *pro se* inmate's complaint where inmate did not state a cause of action, "even under our liberal pleading standards").  The Plaintiff's allegation is particularly deficient, however, under the heightened pleading standard applicable to cases involving qualified immunity. Id. at 1368 ("Accordingly, when reviewing a district court's disposition of a motion to dismiss a…claim on qualified immunity grounds, we are guided both by the regular 12(b)(6)

standard and by the heightened pleading requirement.").  Consequently, Plaintiff's allegation, which states no injury, fails to satisfy the heightened pleading standard and is due to be dismissed; alternatively, Defendants, Stewart, Sims, McCoy, and Spradlin, are entitled to qualified immunity as the Plaintiff has failed to state a constitutional violation or demonstrate that his rights were "clearly established."

2.    **Plaintiff's failure to Exhaust all Administrative Remedies does not comply with the Prison Litigation Reform Act and bars the Complaint.**

Under the Prison Litigation Reform Act ("PLRA"), an inmate is required to exhaust all administrative remedies before instituting an action under 42 U.S.C. § 1983.  See 42 U.S.C. § 1997e(a).  The Plaintiff in this case has not utilized two separate and distinct administrative remedies available to him.  Plaintiff did not pursue the appeal process of the Chambers County Detention Center's Grievance Procedure.  (Ex. E, Stewart aff., ¶ 8.)  Even if Plaintiff had fulfilled the requirement as to all the steps in the grievance procedure provided at the Chambers County Detention Center and been denied relief, it was incumbent upon Plaintiff to proceed further with the State Board of Adjustment procedure.  Plaintiff has not alleged that he pursued any grievance through the State Board of Adjustment. See Brown v. Tombs, 139 F.3d 1102, 1103-04 (6th Cir. 1998) (requiring prisoners to affirmatively show that they have exhausted administrative remedies).

Alabama law provides the opportunity to file a claim and proceed before the State of Alabama Board of Adjustment pursuant to Ala. Code § 41-9-60 et seq.  The State of Alabama has provided an administrative remedy for the recovery of money damages through the State of Alabama Board of Adjustment.  A claimant "shall have the right to file and prosecute his claim before the board in person or by counsel or agent of his own choice, whether such agent be licensed to practice law or not." Ala. Code § 41-9-63.

As a result of Plaintiff's failure to exhaust these two remedies, he is barred from bringing this action under § 1997e(a).  See Alexander v. Hawk, 159 F.3d 1321, 1326-27 (11th Cir. 1998) (affirming dismissal of prison action due to failure to exhaust administrative remedies), and on that basis alone, these Defendants are entitled to have Plaintiff's claims against them dismissed.

**3.    Plaintiff's claims are barred by the Prison Litigation Reform Act because he has not suffered even a *de minimis* physical injury as a result of the allegations in his Complaint.**

42 U.S.C. § 1997e(e), requires that an inmate suffer a physical injury in order to present viable claims of injury.

> "No Federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury . . . . In order to avoid dismissal under § 1997e(e), a prisoner's claims for emotional or mental injury must be accompanied by allegations of physical injuries that are greater than *de minimis*."

Mitchell v. Brown & Williamson Tobacco Corp., 294 F.3d 1309 (11th Cir. 2002). See also Harris v. Garner, 190 F.3d 1279, 1286 (11th Cir. 1999) (in which the Eleventh Circuit held "that in order to satisfy section 1997e(e) the physical injury must be more than *de minimis*, but need not be significant") (citing Gomez v. Chandler, 163 F.3d 921, 924 (5th Cir. 1999)).

Plaintiff has not alleged in his Complaint that he suffered any type of injury, much less a greater than *de minimis* injury.  Therefore, Plaintiff has not met the requirements of the PLRA, and his claims must be dismissed pursuant to 42 U.S.C. § 1997e(e).

**B.    All Claims by the Plaintiff against the Corrections Officer Defendants in their Official Capacities must fail based on Eleventh Amendment Immunity and because they are not "persons" under 42 U.S.C.A. § 1983.**

The Plaintiff has not stated in his Complaint whether his claims against these Defendants are in their official capacity or individual capacity.  Therefore, out of an abundance of caution, these Defendants analyze the Plaintiff's claims in light of both individual and official capacities.

The Plaintiff's claims against these Defendants in their official capacity are due to be dismissed for lack of subject matter jurisdiction, as such claims are barred by the Eleventh Amendment to the United States Constitution.  Parker v. Williams, 862 F.2d 1471, 1476 (11th Cir. 1989) (holding a sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Free v. Granger, 887 F.2d 1552, 1557 (11th Cir. 1989) (holding that a sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Carr v. City of Florence, Ala., 918 F.2d 1521, 1525 (11th Cir. 1990) (holding a deputy sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Lancaster v. Monroe County, 116 F.3d 1419, 1430-31 (11th Cir. 1997) (extending Eleventh Amendment immunity to include jailers employed by county sheriffs).

In addition, the official capacity claims must fail because 42 U.S.C. § 1983 prohibits a person, acting under color of law, from depriving another of his rights secured by the United States Constitution.  42 U.S.C. § 1983 (emphasis added).  The United States Supreme Court has held that state officials, in their official capacities, are not "persons" under § 1983.  Will v. Mich. Dep't of State Police, 491 U.S. 58, 71 (1989).  Any claims against Major Stewart or the other corrections officer Defendants in their official capacity should therefore be dismissed because they are not "persons" under § 1983; therefore, claims against them in their official capacity fail to state a claim upon which relief can be granted.  Id.; Carr v. City of Florence, Ala., 916 F.2d 1521, 1525 n. 3 (11th Cir. 1990).

Because this suit is, in effect, a suit against the State of Alabama, the Plaintiff's claims against the above employees of the Chambers County Detention Center are barred by the Eleventh Amendment to the United States Constitution.  See Free, supra at 1557; Dean v. Barber, 951 F.2d 1210, 1215 n.5 (11th Cir. 1992); Carr, supra at 1525 (citing Parker v. Williams,

862 F.2d 1471, 1476 (11th Cir. 1989)) and upholding the proposition that a deputy sued in his official capacity is entitled to Eleventh Amendment immunity).  Thus, this Court lacks subject matter jurisdiction over the Plaintiff's official capacity claims.

      **C.**    **Plaintiff has failed to allege any personal involvement by Major Stewart, Administrator of the Chambers County Detention Center, or in the allegations against him; therefore, Defendant Stewart has not been sued under 42 U.S.C. § 1983 in his individual capacity.**

In order to present a cognizable claim against a public official in his individual capacity, the language of 42 U.S.C. § 1983 requires proof of an affirmative causal connection between the actions taken by the defendants and the constitutional deprivation.  Swint v. City of Wadley, 51 F.3d 988 (11th Cir. 1995).  The requisite causal connection may be shown by the personal participation of the defendant, a policy established by the defendant resulting in indifference to constitutional rights, or a breach of a duty imposed by state or local law which results in constitutional injury.  Zatler v. Wainwright, 802 F. 2d 397 (11th Cir. 1986).  A District Court in the Eleventh Circuit applied the Zatler analysis to the failure-to-protect type claim.

> Plaintiff must establish an affirmative causal connection between the Defendants' actions, orders, customs, policies, or breaches of statutory duty and a deprivation of Plaintiff's constitutional rights in order to state a claim upon which relief may be granted. See Zatler v. Wainwright, 802 F.2d 397, 401 (11th Cir. 1986). A causal connection may be established by proving that the official was personally involved in the acts that resulted in the constitutional deprivation; by proving that a policy or custom that he established or utilized resulted in deliberate indifference to an inmate's constitutional rights; or by proving that a supervisory defendant breached a duty imposed by state or local law, and this breach caused Plaintiff's constitutional injury. Id.

Padgett v. Wheat, No. 04-0784, 2007 WL 2236698, slip op. at *9 (S.D. Ala. July 31, 2007).

The Plaintiff has alleged no actions in which the Defendant was personally involved with respect to the alleged cruel and unusual punishment; therefore, he has made a claim against him only for acts committed by him in his official capacity.  Brown v. Crawford, 906 F.2d 667, 671 (11th Cir. 1990).  For the Jail Administrator to face liability as a defendant in a § 1983 action,

Plaintiff must allege actions against him in his personal, not his official, capacity.  Plaintiff has offered no allegation demonstrating that this Defendant was in any way involved in the actions he claims were constitutionally infirm.  There are absolutely no facts – in fact, the Complaint is completely devoid of any allegation of personal involvement or even knowledge of the various conditions complained of on the part of this Defendant – to show that he personally participated in the claims made the basis of the Plaintiff's Complaint, nor does the Plaintiff allege specifically how this Defendant violated his constitutional rights.  As such and on this basis alone, Plaintiff's claims against this Defendant are due to be dismissed.

Plaintiff must show a causal connection between the Defendant and the alleged deprivation but may not do so using "*respondeat superior*."  Brown, supra, at 671.  To the extent that Plaintiff's claim against this Defendant is an attempt to hold him liable under a *respondeat superior* theory, his claim must similarly fail.

> [Supervisory] liability under § 1983 must be based on something more than a theory of *respondeat superior*. Supervisory liability occurs either when the supervisor personally participates in the alleged constitutional violation or when there is a causal connection between actions and the supervising official and the alleged constitutional violation. The causal connection can be established when a history of widespread abuse puts the responsible supervisor on notice of the need to correct the alleged depravation, and he fails to do so.

Dolihite v. Maughon, 74 F.3d 1027, 1052 (11th Cir. 1996).  There are no facts or history alleged by Plaintiff that show a causal connection between any action or inaction by this Defendant and the alleged constitutional violations.  Therefore, Plaintiff's claims against this Defendant are due to be dismissed.

Plaintiff may still show a causal connection between the alleged deprivation, even when there exists no personal involvement by a supervising official, like a sheriff or administrator of a corrections facility, but the abuse "must be obvious, flagrant, rampant and of continued duration,

rather than isolated occurrences." <u>Brown</u>, <u>supra</u>, at 671. Not only does the Plaintiff not allege that this Defendant knew about the alleged cruel treatment he suffered, Plaintiff also does not explain any other incidents of cruel treatment to Plaintiff or any other inmate that he knew about or should have known about, nor does he allege that his treatment or that of any other inmate was so obvious and blatant that this Defendant should have known about it. Therefore, Plaintiff has failed to show a causal connection and resulting cognizable injury based on this Defendant's supervision of the Chambers County Detention Center. In his affidavit, the Defendant denies that he had any personal involvement with the Plaintiff or any of the actions that form a part of the claims in his Complaint. (Ex. C, Jones aff., ¶ 3; Ex. D, Torbert aff., ¶ 2; Ex. E, Welch aff., ¶ 3.) Because Plaintiff has failed to causally connect this Defendant to a constitutional injury that forms the basis for the Complaint and has failed to show a causal connection between this Defendant's actions and the cell change of Plaintiff, Plaintiff has only sued him in his official capacity. Defendant has previously shown that he is entitled to Eleventh Amendment immunity based on a § 1983 action against him in his official capacity. Therefore, even if Plaintiff's Complaint was adequate, which it is not, this Defendant is still entitled to judgment on the Complaint.

    **D.**     **Plaintiff has failed to allege that he has suffered an injury, much less any serious harm, sufficient to satisfy the requirements for an Eighth or Fourteenth Amendment Claim of Cruel and Unusual Punishment.**

A plaintiff alleging a constitutional violation based on failure to protect must prove some form of serious injury. A corrections official

> must ensure that inmates receive adequate food, clothing, shelter, and medical care, and must protect prisoners from violence at the hands of other prisoners. However, a constitutional violation occurs only where the deprivation alleged is, objectively, "sufficiently serious," <u>Wilson v. Seiter</u>, 501 U.S. 294, 298, 111 S.Ct. 2321, 2324, 115 L.Ed.2d 271, and the official has acted with "deliberate indifference" to inmate health or safety.

Farmer v. Brennan, 511 U.S. 825, 825-826, 114 S.Ct. 1970, 1973 (1994). A serious medical need is one that a physician has prescribed as mandating medical care, and it involves the question of whether objective harm has occurred. The U.S. Supreme Court addressed an Eighth Amendment challenge to a prison deprivation claim in Rhodes v. Chapman, 452 U.S. 337, 101 S.Ct. 2392, 69 L.Ed.2d 59 (1981). The Supreme Court described the claims made in Rhodes and the proper analysis of them in Wilson v. Seiter, 501 U.S. 294, 111 S.Ct. 2321 (1991).

> In [Rhodes], inmates at the Southern Ohio Correctional Facility contended that the lodging of two inmates in a single cell ("double celling") constituted cruel and unusual punishment. We rejected that contention, concluding that it amounts "[a]t most ... to a theory that double celling inflicts pain," id., at 348-349, 101 S.Ct., at 2400, but not that it constitutes the "unnecessary and wanton infliction of pain" that violates the Eighth Amendment, id., at 346, 101 S.Ct., at 2399. The Constitution, we said, "does not mandate comfortable prisons," id., at 349, 101 S.Ct., at 2400, and only those deprivations denying "the minimal civilized measure of life's necessities," id., at 347, 101 S.Ct., at 2399, are sufficiently grave to form the basis of an Eighth Amendment violation.

Wilson, 501 U.S. at 298, 111 S.Ct. at 2324. However, there is no dispute in this case as to Plaintiff's injury; he has suffered none. Therefore, based on Plaintiff's Complaint and the facts demonstrated in this case, no one has been cruel to Plaintiff.

**E.    Defendants are Entitled to Qualified Immunity and Plaintiff's Claims are Due to be Denied Because the Defendants did not Violate a Constitutional Right Belonging to the Plaintiff, nor was there Pre-existing "*Clearly Established* Law."**

As explained above, Defendant Stewart, as Administrator of the Chambers County Detention Center, and Captain Sims, Lieutenant McCoy, and Sergeant Spradlin, as employees of the Sheriff at the Chambers County Detention Center, are entitled to immunity for acts performed in the line and scope of their employment. Free, supra; Carr, supra; Lancaster, supra. The Complaint contains no allegation by the Plaintiff that any Defendant was acting outside the line and scope of his or her employment. (Plaintiff's Complaint.)

The Eleventh Circuit has divided consideration of qualified immunity into two "prongs" of analysis as articulated in Zeigler v. Jackson, 716 F.2d 847, 849 (11th Cir. 1983).

> First, "the defendant government official must prove that 'he was acting within the scope of his discretionary authority when the allegedly wrongful acts occurred.'" Sammons v. Taylor, 967 F.2d 1533, 1539 (11th Cir. 1992) (quoting Zeigler, 716 F.2d at 849). "[T]hen the burden shifts to the plaintiff to demonstrate that the defendant violated clearly established constitutional law." Id. (quoting Zeigler, 716 F.2d at 849).

Jordan v. Doe, 38 F.3d 1559, 1565 (11th Cir. 1994). Because all these Defendants are entitled to qualified immunity, Plaintiff must meet two prongs – an objective component and a subjective component - in order to satisfy the Eleventh Circuit's standard for determining whether Plaintiff has made out a claim sufficient to overcome the qualified immunity to which Major Stewart, Captain Sims, Lieutenant McCoy, and Sergeant Spradlin are entitled.

### 1.    Plaintiff's Claims are Due to be Denied Because he has not Stated a Constitutional Violation within his Complaint Sufficient to Overcome Defendants' Entitlement to Qualified Immunity.

Based on U.S. Supreme Court precedent, the Eleventh Circuit has stated a two-part inquiry in determining whether a Plaintiff has overcome the qualified immunity to which a public official is entitled in the face of a § 1983 claim.

> The defendants having established their eligibility for qualified immunity, the burden then shifts to the plaintiff to show that qualified immunity is not appropriate. Lee[ v. Ferraro,] 284 F.3d [1188,] at 1194 [(11th Cir. 2002)]. This next step consists of a two-part inquiry, set forth in Saucier v. Katz, 533 U.S. 194, 201, 121 S.Ct. 2151, 150 L.Ed.2d 272 (2001). *First we ask, '[t]aken in the light most favorable to the party asserting the injury, do the facts alleged show the officer's conduct violated a constitutional right?'* Id. *If, assuming the plaintiff's allegations were true, no such right would have been violated, the analysis is complete.* However, if a constitutional violation can be made out on the plaintiff's facts, we then must determine 'whether, at the time of the incident, every objectively reasonable police officer would have realized the acts violated already clearly established federal law.' Garrett v. Athens-Clarke County, 378 F.3d 1274, 1278-79 (11th Cir. 2004) (citing Saucier, 533 U.S. at 201-02, 121 S.Ct. 2151, 150 L.Ed.2d 272).

<u>Harris v. Coweta County, Ga.</u>, 406 F.3d 1307, 1312-13 (11th Cir. 2005) (emphasis added).    In this case, no constitutional right of Plaintiff was violated.

The Eleventh Circuit has analyzed the objective standard in detail; the analysis is well-described in a District Court slip opinion.  An Eighth Amendment claim must allege conduct that amounts to "the infliction of unnecessary pain or suffering upon the prisoner."  <u>Padgett</u>, supra 2007 WL 2236698 at *8 (quoting LaMarca, 995 F.2d at 1535). The alleged deprivation must be "'objectively, "sufficiently serious."'"  <u>Id.</u> (quoting <u>Farmer</u>, 511 U.S. at 834 (quoting <u>Wilson v. Seiter</u>, 501 U.S. 294, 298 (1991))).   "The objective standard 'embodies broad and idealistic concepts of dignity, civilized standards, humanity, and decency . . . , but must be balanced against competing penological goals.'" <u>LaMarca v. Turner</u>, 995 F.2d 1526, 1535 (11th Cir. 1993) (quoting <u>Estelle v. Gamble</u>, 429 U.S. 97, 102 (1976)).

> In a situation where an inmate complains about being attacked by another inmate, the inmate must establish that the conditions under which he was incarcerated presented "a substantial risk of serious harm." <u>Farmer</u>, 511 U.S. at 834.
> Id**.**

Plaintiff suffered no injury; therefore, he has alleged an insufficiently serious harm and has stated no constitutional violation relating to cruel and unusual punishment.

In the Eleventh Circuit, "an injury can be 'objectively, sufficiently serious' only if there is more than *de minimis* injury." Boxer X v. Harris, 437 F.3d 1107, 1111 (11th Cir. 2006), citing Johnson v. Breeden, 280 F.3d 1308, 1321 (11th Cir. 2002).  Rubiani v. Donald, No. 05-194, 2006 WL 2850425, slip op. at *3 (M.D. Ga. Oct. 3, 2006).  Even assuming that Plaintiff's allegations are true, he has not demonstrated in those allegations that he was actually punished or treated cruelly while at the Chambers County Detention Center.

Therefore, there was no action or inaction by the Defendants that thereby denied Plaintiff "of any rights, privileges, or immunities secured by the Constitution and laws." 42 U.S.C. § 1983. Based on Plaintiff's Complaint and the affidavits, jail records, and the Detention Center Manual issued by Major Stewart, Plaintiff was denied the right of being totally free of fear and anxiety while in a Detention Center. Such a complaint is not an adequate basis for a constitutional challenge. Therefore, none of these Defendants, Major Stewart, Captain Sims, Lieutenant McCoy, or Sergeant Spradlin, violated any constitutional right of the Plaintiff, and they are entitled to have Plaintiff's claim against them dismissed.

**2.    Alternatively, Defendants are entitled to summary judgment based on qualified immunity because nothing in their conduct crossed a "bright line" contour of clearly established constitutional law.**

Even if Plaintiff had met his burden with respect to the first prong, he still has not met his burden under the second prong of the analysis required for overcoming a public official's qualified immunity. Public officials are protected in their individual capacities by qualified immunity as long as "a reasonable officer could have believed [his actions] to be lawful, in light of *clearly established law* and the information [that the officer] possessed." Anderson v. Creighton, 483 U.S. 635, 636 (1987) (emphasis added). The Eleventh Circuit Court of Appeals has observed "[t]hat qualified immunity protects governmental actors is the usual rule; only in exceptional cases will government actors have no shield against claims made against them in their *individual capacities*." Lassiter v. Ala. A & M Univ., 28 F.3d 1146 (11th Cir. 1994) (en banc) (emphasis in original) (footnote omitted).

Once it is established that the Plaintiff has stated a claim – first prong - and that the Defendant was acting within his discretionary authority, the Court then considers whether the contours of the constitutional right allegedly violated were "clearly established" – second prong. In making this assessment, the reviewing court must examine the state of law *at the time the*

*alleged deprivation occurred*.  See Rodgers v. Horsley, 39 F.3d 308, 311 (11th Cir. 1994);

Adams v. St. Lucie County Sheriff's Dep't, 962 F.2d 1563, 1578 (11th Cir. 1992) (Edmondson,

J., dissenting), rev'd and reasoning of original dissent adopted, 998 F.2d 923 (11th Cir. 1993) (en

banc).

The Plaintiff must show that clearly established law provided all these Defendants with

fair warning that their conduct was unlawful by either (1) pointing to a case with materially

similar facts holding that the conduct engaged in was illegal; or (2) demonstrating that a

pertinent federal statute or federal constitutional provision is specific enough to demonstrate

conduct was illegal, even in the total absence of case law.  Storck v. City of Coral Springs, 354

F.3d 1307, 1317 (11th Cir. 2003) (citations omitted).  The Eleventh Circuit has identified the

latter method as an "obvious clarity" case.  Vinyard v. Wilson, 311 F.3d 1340, 1350 (11th Cir.

2002) (footnote omitted).   In order to show that the conduct of the Defendants was

unconstitutional with "obvious clarity," "the unlawfulness must have been apparent."

Willingham v. Loughnan, 321 F.3d 1299, 1301 (11th Cir. 2003).  "Unless a government agent's

act is so obviously wrong, in the light of pre-existing law, that only a plainly incompetent officer

or one who was knowingly violating the law would have done such a thing, the government actor

has immunity from suit."  Storck, 354 F.3d at 1318 (quoting 28 F.3d at 1149).

The law must be relatively "fact specific" and "so particularized" that it would have been

obvious or "apparent" to the Defendant that his actions were unlawful.  See Rodgers, 39 F.3d at

311; Hansen v. Soldenwagner, 19 F.3d 573, 575 (11th Cir. 1994) (both reversing denial of

qualified immunity).  As the Eleventh Circuit has explained, "[a] plaintiff cannot rely on . . .

'broad legal truisms' to show that a right is clearly established. . . . '[i]f case law, in factual

terms, has not staked out a bright line, qualified immunity almost always protects the

Defendant.'" <u>Kelly v. Curtis</u>, 21 F.3d 1544, 1550 (11th Cir. 1994) (reversing denial of qualified immunity as to some Defendants) (quoting <u>Post v. City of Fort Lauderdale</u>, 7 F.3d 1552, 1557 (11th Cir. 1992)). While the facts of prior cases establishing the law in a particular context need not be identical, "the salient question that the Court of Appeals ought to have asked is whether the state of the law in 1995 gave respondents fair warning that their alleged treatment of [Plaintiff] was unconstitutional." <u>Hope v. Pelzer</u>, 536 U.S. 730, 122 S. Ct. 2508 (2002). This case law must "dictate, that is, truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what Defendant is doing violates federal law in the circumstances." <u>Hudson v. Hall</u>, 231 F.3d 1289, 1294 (11th Cir. 2000) (quoting <u>Lassiter</u>, at 28 F.3d 1150).

Therefore, based on the above, an official must have the requisite knowledge before a failure to protect Plaintiff from another inmate will subject that official to constitutional liability.

> To show that an official had subjective knowledge, the court is to inquire whether the defendant was aware of a "particularized threat or fear felt by [the plaintiff]." [<u>Carter v. Galloway</u>, 352 F.3d 1346 (11th Cir. 2003)] <u>Id.</u> "An official's failure to alleviate a significant risk that he should have perceived but did not, while no cause for commendation, cannot ... be condemned as the infliction of punishment" and does not give rise to a constitutional violation. <u>Farmer</u>, 511 at 838. Whether an official had requisite knowledge is a question of fact that may be demonstrated by circumstantial evidence. <u>Id.</u> at 842. Consequently, evidence of past attacks which were "long-standing, pervasive, well-documented, or expressly noted by [ ] officials in the past" may be sufficient to find that the official had actual knowledge. <u>Id.</u>

<u>Dixon v. Sheriff Doe</u>, No. 03-159, 2006 WL 1992406, slip op. at *2 (M.D. Fla. July 14, 2006) (Defendants had no notice of a threat to Plaintiff from other inmate). In the case at bar, there was no documentation of any past attacks by Briskey against Plaintiff, much less "long-standing, pervasive, or well-documented" ones. Prison officials who "act reasonably cannot be found liable under the Cruel and Unusual Punishments Clause." <u>Padgett</u>, <u>supra</u>, 2007 WL 2236698 at

*8. """[M]erely negligent failure to protect an inmate from attack does not justify liability under

section 1983.""" Id. at *9.

> Correctional officials may be held liable under the Constitution for acting with
> "deliberate indifference" to an inmate's safety when the official knows that the
> inmate faces "a substantial risk of serious harm" and with such knowledge
> disregards that risk by failing to take reasonable measures to abate it. Farmer, 511
> U.S. at 828. "It is not, however, every injury suffered by one inmate at the hands
> of another that translates into a constitutional liability for prison officials
> responsible for the victim's safety." Id. at 834. A constitutional violation occurs
> only when a plaintiff establishes the existence of "a substantial risk of serious
> harm, of which the official is subjectively aware, ... and [that] the official does not
> respond[ ] reasonably to the risk'...." Marsh v. Butler County, 268 F.3d 1014,
> 1028 (11th Cir. 2001) (en banc), quoting Farmer, 511 U.S. at 844. "The known
> risk of injury must be a 'strong likelihood, rather than a mere possibility' before a
> guard's failure to act constitute [sic] deliberate indifference." Brown, 894 F.2d at
> 1537 (citations omitted); see also Rich v. Bruce, 129 F.3d 336, 339-40 (4th Cir.
> 1997) (unless a prison official actually makes the inference that a substantial risk
> of serious harm exists, he does not act with deliberate indifference even where his
> actions violate prison regulations or can be described as stupid or lazy). An
> inmate "normally proves actual knowledge of impending harm by showing that he
> complained to prison officials about a specific threat to his safety." McGill v.
> Duckworth, 944 F.2d 344, 349 (7th Cir. 1991); overruled in part on other grounds
> by Farmer, 511 U.S. 825. An "official's failure to alleviate a significant risk that
> he should have perceived but did not," does not constitute deliberate indifference.
> Farmer, 511 U.S. at 838.

Harris v. Campbell, No. 05-0496, 2007 WL 1668814, slip op. at *5 (M.D. Ala. June 8, 2007)

(holding that officials had inadequate knowledge of threat after attacker said that person who

snitched on him regarding marijuana, whom he did not identify, should be ready to deal with him

after he was released from segregation).

> Likewise, the mere allegation that Plaintiff told various prison staff that inmate
> Childs had threatened him is also insufficient to show deliberate indifference.
> "[T]hreats between inmates are common and do not, under all circumstances,
> serve to impute actual knowledge of a substantial risk of harm." Prater v. Dahm,
> 89 F.3d 538, 541 (8th Cir. 1996). Notably, Plaintiff has not articulated any other
> reason for prison officials to be concerned about an assault, such as previous
> altercations between Childs and Plaintiff, or any history of Childs actually
> attacking other inmates. It should also be recognized that inmate allegations
> regarding threats are often simply ploys to "arrange a room move." Pagels v.
> Morrison, 335 F.3d 736, 741 (8th Cir. 2003).

Metheny v. Smith, No. 104-157, 2006 WL 566111, slip op. at *7 (S.D. Ga. March 6, 2006). The ploy to "arrange a room move" was the very concern of the Defendants in the case at bar and explains why they did not immediately jump to meet Plaintiff's request. Summing up the above rulings and requirements, Plaintiff must meet three requirements to show a violation of the Eighth Amendment.

> To show that a violation of an Eighth Amendment right occurred, a  plaintiff must " 'produce sufficient evidence of (1) a substantial risk of serious harm; (2) the defendant's deliberate indifference to that risk; and (3) causation.'"

Laurencio v. Secretary, No. 03-294, 2006 WL 2729642, slip op. at *6 (M.D. Fla. September 25, 2006). Plaintiff has failed as to all three of these requirements.

This case is distinguishable from, yet also similar to, Tyner v. Donald, No. 104-156, 2006 WL 2623919, slip op. (M.D. Ga. September 11, 2006). In that case, the District Court determined that summary judgment was inappropriate for Defendants as to inmate Tyner's claim that corrections officers were deliberately indifferent to a risk of serious harm *after* they placed inmate Pittman in Plaintiff's cell, but that summary judgment was appropriate for Defendants as to plaintiff's claim that the officers were deliberately indifferent in the initial placement of inmate Pittman in the plaintiff's cell. The District Court denied summary judgment because the Defendants had knowledge that the two inmates had fought and that Pittman had stabbed Plaintiff with an ink pen. First, as to the distinction between the two cases, the Plaintiff in Tyner had altercations with the other inmate and sustained injuries, whereas in the case of the Plaintiff whose claims are the subject of this Special Report, there was no physical contact alleged at all. Second, in Tyner the Defendants "failed to produce testimony from the individual Defendants as to their knowledge or awareness of the fighting or of injuries sustained by Plaintiff; and that they relied instead on log sheets and affidavits of persons without personal knowledge of the events

which transpired in support of their argument that Defendant guards were not aware of any fighting or other risk of harm." Id. at *1.

There is a similarity between the two cases that argues in favor of Defendants in the case at bar, in which Plaintiff claims to have told Lieutenant McCoy and Sergeant Spradlin that they were taking him to cell C block, the cell block of Anthony Briskey, someone he had had problems with. However, after checking Plaintiff's booking documents, Lieutenant McCoy was unable to discover any naming of Briskey as an enemy. Interestingly, the plaintiff in Tyner also objected strenuously to the initial placement of inmate Pittman in the cell with plaintiff.[3] The District Court in Tyner granted Defendants summary judgment on that claim. However, there the similarity ends. In Tyner after Pittman and plaintiff had fought and Pittman had stabbed plaintiff with an ink pen, the Defendants returned the two inmates to the same cell. Regarding that claim, the District Court denied Defendants summary judgment. Nothing similar occurred in the case at bar. Therefore, comparing this case to Tyner, the summary judgment in favor of Defendants on the claim regarding the initial placement of Pittman in the same cell as plaintiff argues in favor of Defendants in the case at bar, while the denial of summary judgment for Defendants on the other claim in Tyner is distinguishable from the case at bar. See also Murphy v. Turpin, No. 04-14507, 159 Fed. Appx. 945, 948, 2005 WL 3455813, slip op. at **3 (11th Cir. December 19, 2005) (affirming dismissal of failure-to-protect claim, even though Murphy alleged that he requested protection from certain inmates and that the Defendants knew about his request for protection from his original cellmate, prisoner Neisler, but he did not allege that the Defendants had notice that he was in danger from Thomas, the inmate who attacked him). The undersigned attorney for Defendants was unable to find any inmate-failure-to-protect opinion

---

[3] In Tyner, plaintiff objected to any inmate being placed in the same cell with him, particularly one like Pittman who had attacked a prison officer five months earlier.

issued by the Eleventh Circuit, published or unpublished, in which no physical injury or physical contact was alleged by the plaintiff. For that reason also, Defendants conduct could not have crossed a "bright line" contour of clearly established constitutional law.

Qualified immunity recognizes the need for public officials to be immune not only from liability but from the litigation process itself. The Eleventh Circuit began applying the heightened pleading standard in qualified immunity cases against government officials "to weed out nonmeritorious claims." See GJR Inv., Inc. v. County of Escambia, 132 F.3d 1359, 1367 (11th Cir. 1998). The evidence clearly shows that these Defendants have not violated a constitutional right of the Plaintiff. However, even if any of their actions or inactions acts could be construed as violating a right of the Plaintiff, these Defendants have done nothing to cross any bright line of clearly established constitutional law. "An official's failure to alleviate a significant risk that he should have perceived but did not, while no cause for commendation, cannot ... be condemned as the infliction of punishment" and does not give rise to a constitutional violation." Dixon v. Sheriff Doe, No. 03-159, 2006 WL 1992406, slip op. at *2 (M.D. Fla. July 14, 2006) (quoting Farmer, 511 at 838). Therefore, the Defendants are entitled to qualified immunity.

### F.    Summary Judgment Standard

On a motion for summary judgment, the Court should view the evidence in the light most favorable to the nonmovant. Greason v. Kemp, 891 F.2d 829, 831 (11th Cir. 1990). However, a plaintiff "must do more than show that there is some metaphysical doubt as to the material facts." Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986). Only reasonable inferences with a foundation in the record inure to the nonmovant's benefit. See Reeves v. Sanderson Plumbing Prod., Inc., 530 U.S. 133 (2000). "[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence supporting the

moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'" Reeves, 530 U.S. at 151, quoting 9A C. Wright & A. Miller, Federal Practice and Procedure § 2529, p. 299.[4] "A reviewing court need not 'swallow plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'" Marsh v. Butler County, 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (en banc), quoting Mass. Sch. of Law v. American Bar, 142 F.3d 26, 40 (1st Cir. 1998).

## III.    CONCLUSION

Defendants deny each and every allegation, if any, made by Plaintiff Griggs in the Complaint.  Defendants have not acted in a manner so as to deprive the Plaintiff of any right to which he is entitled.  More importantly, the complaint is a duplicate of an identical state court action, barring it from consideration by a federal court.  The Complaint is, therefore, at best, redundant and violative of Alabama law, and, at worst, it is an attempt to play games with the court system.  Therefore, under the PLRA, the Complaint should be dismissed.  Otherwise, the PLRA bars Plaintiff's Complaint because he filed no appeal of his Grievance with the Chambers County Detention Center, he filed no claim with the State Board of Adjustment, and Plaintiff has not suffered any physical injury whatsoever.  But, if the Plaintiff was able somehow to get past those grounds for dismissal by Defendants, then there are several bases for this Court to grant Summary Judgment to Defendants, particularly immunity.  Defendants are entitled to Eleventh Amendment Immunity and Qualified Immunity, and based on the Plaintiff's Complaint, the law

---

[4] Although Reeves was a review of a motion for judgment as a matter of law after the underlying matter had been tried, the Supreme Court, in determining the proper standard of review relied heavily on the standard for summary judgment stating, "the standard for granting summary judgment 'mirrors' the standard for judgment as a matter of law, such that 'the inquiry under each is the same.'" Reeves, 530 U.S. at 150, citing Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250-251 (1986); Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986).

in existence at the time of the incident upon which Plaintiff's Complaint is based, and the facts presented by Defendants, it is impossible for Plaintiff to overcome that immunity.

## IV.    MOTION TO DISMISS

Defendants respectfully request that this Honorable Court treat this Special Report as a Motion to Dismiss, and grant unto them the same.  In the alternative, should this Court deny Defendants' Motion to Dismiss, Defendants are entitled to Summary Judgment in their favor.

Respectfully submitted this the 9th day of October, 2007.

**s/Winthrop E. Johnson**
WINTHROP E. JOHNSON, Bar No. JOH086
Attorneys for Defendants Chief Jail Administrator Major Clay Stewart, Captain Tommy Sims, Lieutenant LaKesha McCoy, and Sergeant Felton Spradlin
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  wjohnson@webbeley.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of October 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

I also hereby certify that on the **9th day of October, 2007** I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

**Derwin T. Griggs, #198159**
**Pro Se**
**Elmore Correctional Facility**
**P.O. Box 8**
**Elmore, AL  36025**

**s/Winthrop E. Johnson**
OF COUNSEL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DERWIN T. GRIGGS,** | ) | |
| #198159 | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. 3:07-cv-691-MHT** |
| | ) | |
| **MAJOR CLAY STEWART, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' SPECIAL REPORT

COME NOW Chambers County, Alabama Detention Center Officers, Chief Jail Administrator Major Clay Stewart, Captain Thomas Sims, Lieutenant LaKesha McCoy, and Sergeant Felton Spradlin,[1] Defendants in the above-styled cause, and submit their Special Report to the Court. Defendants also move for a Dismissal of Plaintiff's Complaint based on the Prison Litigation Reform Act ("PLRA"), Title 42, United States Code § 1997e(c). Should this Court deny Defendants' Motion to Dismiss, Defendants move that this Special Report be treated as a Motion for Summary Judgment, based on Defendants' arguments and the attached documentary evidence and affidavits.

## INTRODUCTION

On November 27, 2006, Plaintiff was arrested and booked into the Chambers County Detention Center for First Degree Criminal Trespass and Possession of Drug Paraphernalia. He was later charged with Second Degree Possession of a Forged Instrument. Plaintiff was sentenced to fifteen years confinement on the Forged Instrument charge. (Exhibit C, Plaintiff's "Booking Documents.") On July 30, 2007, Plaintiff Derwin T. Griggs (hereafter "Plaintiff")

---

[1] Plaintiff lists as a Defendant Sgt. Tommy Spradlin, aka Sergeant Felton Spradlin.

filed a Complaint against the Defendants in this Court.  On August 16, 2007, the Magistrate

Judge ordered Defendants to file a Special Report and Answer by September 25, 2007.

(Magistrate Judge's Order for Defendants to submit an Answer and Special Report.)   On

September 20, 2007, Defendants requested and received a 14-day extension until October 9,

2007 to submit an Answer and Special Report.  (Magistrate Judge's Order Granting Extension.)

## PLAINTIFF'S ALLEGATIONS

Plaintiff asserts as Ground One of his Complaint "Protection Abuse," which he claims

occurred when he was placed in the same cell block in the Chambers County Detention Center as

an inmate, who Plaintiff claims was an enemy of his.  Ground two Plaintiff calls "Emergancy

Intercome System."  Ground three Plaintiff calls "Adult in Need of Protective Service."  Plaintiff

demands monetary damages of $4,000,000 as compensation for these alleged violations of his

civil rights.

## DEFENDANTS' RESPONSE TO PLAINTIFF'S ALLEGATIONS

First, Plaintiff has already filed a state court action on the exact same facts, and his claims

are still pending before that court.[2]  Second, Plaintiff is claiming that he was cruelly and

unusually punished while incarcerated.  Defendants deny the allegations made against them by

Plaintiff as being untrue and completely without basis in law or fact.  Defendants deny that they

acted, or caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which

he was entitled.  Defendants also raise the defenses of Eleventh Amendment immunity, qualified

immunity, Plaintiff's failure to comply with the Prison Litigation Reform Act, and additional

defenses presented below.  (Exhibit A, Plaintiff Complaint Form; Exhibit B, Plaintiff State Court

Complaint; Exhibit C, "Booking Docs," since 1997; Exhibit D, Chambers County Detention

---

[2] On September 21, 2007, in open court, the trial court granted the Defendants' Motion to Dismiss and ordered
Plaintiff's Complaint dismissed, and Plaintiff indicated at that time that he would appeal.  Therefore, that case is still
pending in the state court system.

Center Inmate Handbook Rules and Regulations, "Inmate Handbook;" Exhibit E, Affidavit of

Major Clay Stewart, "Stewart aff.;" Exhibit F, Affidavit of Captain Thomas Sims, "Sims aff.;"

Exhibit G, Affidavit of Lieutenant LaKesha McCoy, "McCoy aff.;" Exhibit H, Affidavit of

Lieutenant Lisa Davidson, "Davidson aff.;" Exhibit I, Affidavit of Sergeant Felton Spradlin,

"Spradlin aff.;" Exhibit J, Affidavit of Corrections Officer Teddy Hancock, "Hancock aff.;"

Exhibit K, Affidavit of Corrections Officer LaConya Ferrell, "Ferrell aff.;" Exhibit L, Affidavit

of Sergeant Mildred Kirk, "Kirk aff.;" Exhibit M, Relevant Documents from Plaintiff's Jail File,

"Jail File;" Exhibit N, Chambers County Detention Center Policy and Procedures Manual,

"Grievance Procedure," Directive F-102.)    Defendants reserve the right to add additional

defenses if any further pleading is required or allowed by the Court.

Based on 42 U.S.C. § 1997e(c), Defendants move this Honorable Court to dismiss Plaintiff's

Complaint as frivolous on its face for the following reasons.    Plaintiff has filed the same

Complaint in two different courts, and although the Circuit Court of Chambers County, Alabama

has dismissed the first action, Plaintiff stated in open court to the trial judge that he plans to

appeal the dismissal of his Complaint.    Therefore, it is still pending in the state court.    (Ex. A,

Plaintiff's Federal Complaint Form, p. 3; Ex. B, Plaintiff's State Court Complaint.)    Also, on his

Complaint form for this Court, Plaintiff answered the following questions in the negative:

I.    A.    Have you begun other lawsuits in state or federal court dealing with the same
            or similar facts involved in this action?

      B.    Have you begun other lawsuits in state or federal court relating to your
            imprisonment?

(Ex. A, Plaintiff's Complaint Form.)    Therefore, in his Complaint, Plaintiff has falsely asserted

that he has not filed another claim in any other court on the facts alleged in the Complaint before

this Court. Thus, in order to file his claims in two different courts and apparently to get two bites

at the apple, Plaintiff has hid from this Court the fact that he has another action on the same issues pending in another court.  Plaintiff's Complaint should be dismissed, and he should be sanctioned.  The PLRA, 42 U.S.C. § 1997e(c) states:

> (1) *The court shall* on its own motion or *on the motion of a party dismiss* any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is *frivolous*, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.
>
> (2) *In the event that a claim is, on its face, frivolous,* malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief, *the court may dismiss the underlying claim without first requiring the exhaustion of administrative remedies*.

42 U.S.C. § 1997e (c) (emphasis added).

Contrary to Alabama law, Plaintiff has filed the same action in two different courts.

> No plaintiff is entitled to prosecute two actions in the courts of this state at the same time for the same cause and against the same party. In such a case, the defendant may require the plaintiff to elect which he will prosecute, if commenced simultaneously, and the pendency of the former is a good defense to the latter if commenced at different times.

Ala. Code 1975, § 6-5-440.  See also Ex parte Myer, 595 So. 2d 890, 892 (Ala. 1992) (phrase in § 6-5-440 - "courts of this state" - include the federal courts within Alabama).  Therefore, Plaintiff's federal complaint should be dismissed because the pendency of the state court action is a good defense to the federal court action.

The Chambers County Detention Center is preparing a new Policy and Procedures Manual that will be effective in October 2007.  That Manual is for the Corrections Officers, and Major Stewart is preparing clear instructions on how to deal with assertions by inmates that they face a threat in the Detention Center.  That section of the Manual will coincide with the guidelines in the Inmate Handbook.

I.    **FACTS**

A.    **Policy and Procedure Regarding Cell Assignment and Inmate Enemies**

The Chambers County Detention Center Inmate Handbook Rules and Regulations, effective April 2003, state:

> "If you think you need protective custody, tell a staff member.  We will do what is necessary to protect you."

Chambers County Inmate Handbook Rules and Regulations, ¶ 1.7.

> While here, you will meet many different kinds of people.  If you are threatened, assaulted, or feel intimidated, or unsafe, tell the staff.  We will do what is necessary to protect you.  For your own protection, do not discuss your charges with other inmates.

Chambers County Inmate Handbook Rules and Regulations, ¶ 13.1.  (Ex. D, Inmate Handbook.)

Therefore, according to Chambers County Detention Center policy, inmates who claim to have an enemy in the Detention Center are to be protected.  The policy is to not put inmates who are enemies in the same block.  In fact, one of the regular questions always asked of an inmate when the inmate is booked into the facility is whether they have any enemies in the jail, and they sign that booking document.  If while housed at the facility, an inmate tells the staff that he knows he has an enemy in the facility, then that information is placed in a form and placed in the inmate's jail file.  The Corrections Officers and Staff of the Chambers County Detention Center understand this policy.  (Ex. E, Stewart aff., ¶ 5; Ex. F, Sims aff., ¶ 4; Ex. I, Spradlin aff., ¶ 4; Ex. G, McCoy aff., ¶ 4; Ex. H, Davidson aff., ¶ 4; Ex. J, Hancock aff., ¶ 4; Ex. K, Ferrell aff., ¶ 4; Ex. L, Kirk aff., ¶ 4.)  Because of inmates' tendency to use the policy to their advantage, i.e., attempting to manipulate where they are housed in the facility, the staff cannot take an inmate's statement about an enemy being in the facility at face value, particularly if the inmate brings up such an assertion while being moved.  That is why it is important for inmates to tell the jail staff

either at booking or before they are being moved to another location that they have an enemy in the facility. (Ex. E, Stewart aff., ¶¶ 7, 8; Ex. F, Sims aff., ¶ 5; Ex. F, McCoy aff., ¶ 6.) In this case, Defendants checked Plaintiff's booking documents and determined there was not a substantial risk of serious harm to plaintiff. (Ex. F, McCoy aff., ¶ 6.)

### B.     Cell Assignment of Plaintiff

The main events involving the treatment of the Plaintiff are as follows: On April 16, 2007, for his own protection, Plaintiff was moved from the trustees' cell block, block A, because of allegations by several inmates that he had stolen store items from inmates. (Ex. M, Jail File; Ex. I, Spradlin aff., ¶ 7; Ex. E, Stewart aff., ¶ 7; Ex. F, Sims aff., ¶ 6; Ex. G, McCoy aff., ¶ 6.) He was moved to C block by Sergeant Spradlin. (Ex. I, Spradlin aff., ¶ 7.) When Plaintiff told Lieutenant McCoy that Anthony Briskey was his enemy and that Inmate Briskey was in C block, Lieutenant McCoy told Sergeant Spradlin not to place Plaintiff in C block and had Plaintiff's booking documents and jail file checked to determine whether he had told anyone about Inmate Briskey being his enemy. When she discovered he had not, then his assertion could not be taken seriously, and Sergeant Spradlin moved Plaintiff to C block. (Ex. G, McCoy aff., ¶ 6.) Because C 1 was the only cell with an open bed, Plaintiff was placed in C 1, where Anthony Briskey was housed. (Ex. M, Jail File.)

All lockdowns are recorded, and there is no record of any lockdown in C block or any lockdown involving Plaintiff on April 16, 2007. (Ex. E, Stewart aff., ¶ 4; Ex. F, Sims aff., ¶ 7; Ex. , Hancock aff., ¶ 6.) It is true that the intercom system in the Chambers County Detention Center is not working, but the Sheriff and the Jail Administrator are working with the Chambers County Commission to contract for its repair or replacement. (Ex. E, Stewart aff., ¶ 10.)

At some time during Officer Hancock's midnight shift covering the night of April 16, 2007 and the morning of April 17, 2007, he moved Plaintiff was from C block to D block, where

he remained until he was moved to I block (Isolation block) on April 18, 2007 for his safety. (Ex. J, Hancock aff., ¶ 5; Ex. E, Stewart aff., ¶ 8; Ex. G, McCoy aff., ¶ 7; Ex. M, Jail File.) Although in I block Plaintiff had his own cell and was protected from any contact with Anthony Briskey, he continued to complain about threats to his life and abusive behavior by Corrections Officers. He also requested to be moved from I block. (Ex. D, Stewart aff., ¶ 8.) On May 2, 2007, because Plaintiff continued to complain about his safety, Major Stewart had Plaintiff transferred to the Randolph County Jail. (Ex. E, Stewart aff., ¶ 9; Ex. F, Sims aff., ¶ 8.)

Plaintiff filed several Inmate Grievance Forms between April 16, 2007 and May 3, 2007, but from a reading of his Grievances and the Defendants' affidavits, it appears that the majority of his concern for his safety arises from the fact that the Detention Center's administration told him that there were accusations by other inmates that he was stealing store items from them and that several inmates from A block, which did not include Inmate Briskey, had approached the administration to warn that Plaintiff's safety was at risk. (Ex. M, Jail File, May 2, 2007 Grievance Form.)

### C. Grievance Procedure

The Chambers County Detention Center has a Grievance Procedure for inmate complaints. (Ex. N, Manual, Directive F-102, "Inmate Grievances," ¶¶ 1, 2; Ex. E, Stewart aff., ¶ 8.) The inmate requests a written form entitled "INMATE REQUEST FORM" and delivers the completed form to the Shift Supervisor, who either resolves the problem or passes the form on to the Jail Administrator. (Ex. N, Manual, Directive F-102, "Inmate Grievances," ¶ 2.) An inmate who is dissatisfied with the Jail Administrator's decision may appeal that decision, within 72 hours, to the Sheriff of Chambers County. (Ex. N, Manual, Directive F-102, "Inmate Grievances," ¶ 4.) Inmates are advised of their right to file Grievances at the time of admission to the jail. (Ex. N, Manual, Directive F-102, "Inmate Grievances," ¶ 5; Ex. D, Inmate Handbook, Section 17.) A response should be made to the Inmate regarding his Grievance within 72 hours of receipt, holidays and weekends excluded. (Ex. D, Inmate Handbook, Section 17.) "We will not take any negative sanction against you because you file a grievance." (Ex. D, Inmate Handbook, § 17.4.) Plaintiff did not at any time file any type of appeal of the decision on his Grievance or Complaint with the officers of the Chambers County Detention Center. (Ex. E, Stewart aff., ¶ 8.)

In addition to the duplicative nature of the filing of Plaintiff's Complaint, Defendants are entitled, based on several other legal principles, to a Dismissal of Plaintiff's Complaint or, at least, a Summary Judgment in their favor.

II.     **LAW**

    **A.     All Claims By Plaintiff Against Defendant are Due to be Dismissed because Plaintiff Failed to Set Forth a Claim in his Pleading in "a short and plain statement of the claim showing that the pleader is entitled to relief" in Violation of Fed. R. Civ. P. 8, and Plaintiff's Complaint does not meet the heightened pleading standard imposed by Eleventh Circuit precedent.**

Under the heightened pleading standard, "the plaintiff must provide a greater degree of factual specificity than is ordinarily necessary under the notice pleading approach of the Federal Rules of Civil Procedure. Hunter v. Dist. of Columbia, 943 F.2d 69, 75 (D.C. Cir. 1991) (citation omitted)."

> "[T]his circuit, along with others, has tightened the application of Rule 8 with respect to § 1983 cases in an effort to weed out nonmeritorious claims, requiring that a § 1983 plaintiff allege with some specificity the facts which make out its claim.  Some factual detail in the pleadings is necessary to the adjudication of § 1983 claims."

Swann v. S. Health Partners, Inc., 388 F.3d 834, 838 (11th Cir. 2004) (citing Laurie v. Ala. Court of Crim. App., 256 F.3d 1266, 1275-76 (11th Cir. 2001), and Kyle K. v. Chapman, 208 F.3d 940, 944 (11th Cir. 2000), for the proposition that "the heightened pleading standard is only applicable in § 1983 suits against individuals for whom qualified immunity is available.").

    **1.     Plaintiff's Complaint Alleges No Constitutional, Statutory, or Common Law Violation of Federal or State law.**

Plaintiff's Complaint states that he was placed in a cell with an enemy.  (Plaintiff's Complaint, pp. 3-4.)  Plaintiff alleges no constitutional, statutory, or common law violation of federal or state law that would fit within the category of cruel and unusual punishment.  He did not allege that he filed an appeal of his Grievance with the Chambers County Sheriff.  (Plaintiff's Complaint, pp. 3-5.)  Plaintiff does not contend that he received an injury, nor does he state that

he was even threatened or in any way assaulted by Inmate Briskey.  (Plaintiff's Complaint, pp. 3-5.)

The Plaintiff's allegations plainly illustrate the reason that the heightened pleading standard demands that a plaintiff set out his contentions as specifically as possible when qualified immunity is asserted, which all Defendants assert, infra.  See GJR Investments, Inc., 132 F.3d at 1368 ("Some factual detail in the pleadings is necessary to the adjudication of [federal] claims.  This is particularly true in cases involving qualified immunity, where we must determine whether a defendant's actions violated a clearly established right."); Gonzalez, 325 F.3d at 1235 ("The complaint must allege the relevant facts 'with some specificity.'").  In discussing the heightened pleading standard, the Eleventh Circuit has condemned pleadings in which the plaintiff uses "broad pejorative words to describe the defendants' intentions without giving any specifics." Id. at 1368.

At the motion to dismiss stage, "the qualified immunity inquiry and the Rule 12(b)(6) standard become intertwined . . . .  If a plaintiff has not sufficiently alleged a violation of *any* constitutional right, it is axiomatic that the plaintiff likewise has failed to allege the violation of a 'clearly established' right." Id. at 1366-67.  Regardless of which pleading standard is used to analyze the Plaintiff's claim, federal or Alabama, the result is the same: a failure to state a claim upon which relief may be granted.  See Warden v. Thigpen, 563 So. 2d 1021, 1022 (Ala. 1990) (affirming dismissal of *pro se* inmate's complaint where inmate did not state a cause of action, "even under our liberal pleading standards").  The Plaintiff's allegation is particularly deficient, however, under the heightened pleading standard applicable to cases involving qualified immunity. Id. at 1368 ("Accordingly, when reviewing a district court's disposition of a motion to dismiss a…claim on qualified immunity grounds, we are guided both by the regular 12(b)(6)

standard and by the heightened pleading requirement.").  Consequently, Plaintiff's allegation, which states no injury, fails to satisfy the heightened pleading standard and is due to be dismissed; alternatively, Defendants, Stewart, Sims, McCoy, and Spradlin, are entitled to qualified immunity as the Plaintiff has failed to state a constitutional violation or demonstrate that his rights were "clearly established."

> **2.    Plaintiff's failure to Exhaust all Administrative Remedies does not comply with the Prison Litigation Reform Act and bars the Complaint.**

Under the Prison Litigation Reform Act ("PLRA"), an inmate is required to exhaust all administrative remedies before instituting an action under 42 U.S.C. § 1983.  See 42 U.S.C. § 1997e(a).  The Plaintiff in this case has not utilized two separate and distinct administrative remedies available to him.  Plaintiff did not pursue the appeal process of the Chambers County Detention Center's Grievance Procedure.  (Ex. E, Stewart aff., ¶ 8.)  Even if Plaintiff had fulfilled the requirement as to all the steps in the grievance procedure provided at the Chambers County Detention Center and been denied relief, it was incumbent upon Plaintiff to proceed further with the State Board of Adjustment procedure.  Plaintiff has not alleged that he pursued any grievance through the State Board of Adjustment. See Brown v. Tombs, 139 F.3d 1102, 1103-04 (6th Cir. 1998) (requiring prisoners to affirmatively show that they have exhausted administrative remedies).

Alabama law provides the opportunity to file a claim and proceed before the State of Alabama Board of Adjustment pursuant to Ala. Code § 41-9-60 et seq.  The State of Alabama has provided an administrative remedy for the recovery of money damages through the State of Alabama Board of Adjustment.  A claimant "shall have the right to file and prosecute his claim before the board in person or by counsel or agent of his own choice, whether such agent be licensed to practice law or not." Ala. Code § 41-9-63.

As a result of Plaintiff's failure to exhaust these two remedies, he is barred from bringing this action under § 1997e(a).  See Alexander v. Hawk, 159 F.3d 1321, 1326-27 (11th Cir. 1998) (affirming dismissal of prison action due to failure to exhaust administrative remedies), and on that basis alone, these Defendants are entitled to have Plaintiff's claims against them dismissed.

**3.      Plaintiff's claims are barred by the Prison Litigation Reform Act because he has not suffered even a *de minimis* physical injury as a result of the allegations in his Complaint.**

42 U.S.C. § 1997e(e), requires that an inmate suffer a physical injury in order to present viable claims of injury.

> "No Federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury . . . .  In order to avoid dismissal under § 1997e(e), a prisoner's claims for emotional or mental injury must be accompanied by allegations of physical injuries that are greater than *de minimis*."

Mitchell v. Brown & Williamson Tobacco Corp., 294 F.3d 1309 (11th Cir. 2002). See also Harris v. Garner, 190 F.3d 1279, 1286 (11th Cir. 1999) (in which the Eleventh Circuit held "that in order to satisfy section 1997e(e) the physical injury must be more than *de minimis*, but need not be significant") (citing Gomez v. Chandler, 163 F.3d 921, 924 (5th Cir. 1999)).

Plaintiff has not alleged in his Complaint that he suffered any type of injury, much less a greater than *de minimis* injury.  Therefore, Plaintiff has not met the requirements of the PLRA, and his claims must be dismissed pursuant to 42 U.S.C. § 1997e(e).

**B.      All Claims by the Plaintiff against the Corrections Officer Defendants in their Official Capacities must fail based on Eleventh Amendment Immunity and because they are not "persons" under 42 U.S.C.A. § 1983.**

The Plaintiff has not stated in his Complaint whether his claims against these Defendants are in their official capacity or individual capacity.  Therefore, out of an abundance of caution, these Defendants analyze the Plaintiff's claims in light of both individual and official capacities.

The Plaintiff's claims against these Defendants in their official capacity are due to be dismissed for lack of subject matter jurisdiction, as such claims are barred by the Eleventh Amendment to the United States Constitution.  Parker v. Williams, 862 F.2d 1471, 1476 (11th Cir. 1989) (holding a sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Free v. Granger, 887 F.2d 1552, 1557 (11th Cir. 1989) (holding that a sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Carr v. City of Florence, Ala., 918 F.2d 1521, 1525 (11th Cir. 1990) (holding a deputy sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Lancaster v. Monroe County, 116 F.3d 1419, 1430-31 (11th Cir. 1997) (extending Eleventh Amendment immunity to include jailers employed by county sheriffs).

In addition, the official capacity claims must fail because 42 U.S.C. § 1983 prohibits a person, acting under color of law, from depriving another of his rights secured by the United States Constitution.  42 U.S.C. § 1983 (emphasis added).  The United States Supreme Court has held that state officials, in their official capacities, are not "persons" under § 1983.  Will v. Mich. Dep't of State Police, 491 U.S. 58, 71 (1989).  Any claims against Major Stewart or the other corrections officer Defendants in their official capacity should therefore be dismissed because they are not "persons" under § 1983; therefore, claims against them in their official capacity fail to state a claim upon which relief can be granted.  Id.; Carr v. City of Florence, Ala., 916 F.2d 1521, 1525 n. 3 (11th Cir. 1990).

Because this suit is, in effect, a suit against the State of Alabama, the Plaintiff's claims against the above employees of the Chambers County Detention Center are barred by the Eleventh Amendment to the United States Constitution.  See Free, supra at 1557; Dean v. Barber, 951 F.2d 1210, 1215 n.5 (11th Cir. 1992); Carr, supra at 1525 (citing Parker v. Williams,

862 F.2d 1471, 1476 (11th Cir. 1989)) and upholding the proposition that a deputy sued in his

official capacity is entitled to Eleventh Amendment immunity).  Thus, this Court lacks subject

matter jurisdiction over the Plaintiff's official capacity claims.

      **C.**    **Plaintiff has failed to allege any personal involvement by Major Stewart, Administrator of the Chambers County Detention Center, or in the allegations against him; therefore, Defendant Stewart has not been sued under 42 U.S.C. § 1983 in his individual capacity.**

In order to present a cognizable claim against a public official in his individual capacity, the

language of 42 U.S.C. § 1983 requires proof of an affirmative causal connection between the

actions taken by the defendants and the constitutional deprivation.  <u>Swint v. City of Wadley</u>, 51

F.3d 988 (11th Cir. 1995).  The requisite causal connection may be shown by the personal

participation of the defendant, a policy established by the defendant resulting in indifference to

constitutional rights, or a breach of a duty imposed by state or local law which results in

constitutional injury.  <u>Zatler v. Wainwright</u>, 802 F. 2d 397 (11th Cir. 1986).  A District Court in the

Eleventh Circuit applied the <u>Zatler</u> analysis to the failure-to-protect type claim.

> Plaintiff must establish an affirmative causal connection between the Defendants' actions, orders, customs, policies, or breaches of statutory duty and a deprivation of Plaintiff's constitutional rights in order to state a claim upon which relief may be granted. See <u>Zatler v. Wainwright</u>, 802 F.2d 397, 401 (11th Cir. 1986). A causal connection may be established by proving that the official was personally involved in the acts that resulted in the constitutional deprivation; by proving that a policy or custom that he established or utilized resulted in deliberate indifference to an inmate's constitutional rights; or by proving that a supervisory defendant breached a duty imposed by state or local law, and this breach caused Plaintiff's constitutional injury. <u>Id.</u>

<u>Padgett v. Wheat</u>, No. 04-0784, 2007 WL 2236698, slip op. at *9 (S.D. Ala. July 31, 2007).

The Plaintiff has alleged no actions in which the Defendant was personally involved with

respect to the alleged cruel and unusual punishment; therefore, he has made a claim against him

only for acts committed by him in his official capacity.  <u>Brown v. Crawford</u>, 906 F.2d 667, 671

(11th Cir. 1990).  For the Jail Administrator to face liability as a defendant in a § 1983 action,

Plaintiff must allege actions against him in his personal, not his official, capacity.  Plaintiff has offered no allegation demonstrating that this Defendant was in any way involved in the actions he claims were constitutionally infirm.  There are absolutely no facts – in fact, the Complaint is completely devoid of any allegation of personal involvement or even knowledge of the various conditions complained of on the part of this Defendant – to show that he personally participated in the claims made the basis of the Plaintiff's Complaint, nor does the Plaintiff allege specifically how this Defendant violated his constitutional rights.  As such and on this basis alone, Plaintiff's claims against this Defendant are due to be dismissed.

Plaintiff must show a causal connection between the Defendant and the alleged deprivation but may not do so using "*respondeat superior*."  Brown, supra, at 671.  To the extent that Plaintiff's claim against this Defendant is an attempt to hold him liable under a *respondeat superior* theory, his claim must similarly fail.

> [Supervisory] liability under § 1983 must be based on something more than a theory of *respondeat superior*. Supervisory liability occurs either when the supervisor personally participates in the alleged constitutional violation or when there is a causal connection between actions and the supervising official and the alleged constitutional violation. The causal connection can be established when a history of widespread abuse puts the responsible supervisor on notice of the need to correct the alleged depravation, and he fails to do so.

Dolihite v. Maughon, 74 F.3d 1027, 1052 (11th Cir. 1996).  There are no facts or history alleged by Plaintiff that show a causal connection between any action or inaction by this Defendant and the alleged constitutional violations.  Therefore, Plaintiff's claims against this Defendant are due to be dismissed.

Plaintiff may still show a causal connection between the alleged deprivation, even when there exists no personal involvement by a supervising official, like a sheriff or administrator of a corrections facility, but the abuse "must be obvious, flagrant, rampant and of continued duration,

rather than isolated occurrences." <u>Brown</u>, <u>supra</u>, at 671. Not only does the Plaintiff not allege that this Defendant knew about the alleged cruel treatment he suffered, Plaintiff also does not explain any other incidents of cruel treatment to Plaintiff or any other inmate that he knew about or should have known about, nor does he allege that his treatment or that of any other inmate was so obvious and blatant that this Defendant should have known about it. Therefore, Plaintiff has failed to show a causal connection and resulting cognizable injury based on this Defendant's supervision of the Chambers County Detention Center. In his affidavit, the Defendant denies that he had any personal involvement with the Plaintiff or any of the actions that form a part of the claims in his Complaint. (Ex. C, Jones aff., ¶ 3; Ex. D, Torbert aff., ¶ 2; Ex. E, Welch aff., ¶ 3.) Because Plaintiff has failed to causally connect this Defendant to a constitutional injury that forms the basis for the Complaint and has failed to show a causal connection between this Defendant's actions and the cell change of Plaintiff, Plaintiff has only sued him in his official capacity. Defendant has previously shown that he is entitled to Eleventh Amendment immunity based on a § 1983 action against him in his official capacity. Therefore, even if Plaintiff's Complaint was adequate, which it is not, this Defendant is still entitled to judgment on the Complaint.

      **D.**      **Plaintiff has failed to allege that he has suffered an injury, much less any serious harm, sufficient to satisfy the requirements for an Eighth or Fourteenth Amendment Claim of Cruel and Unusual Punishment.**

A plaintiff alleging a constitutional violation based on failure to protect must prove some form of serious injury. A corrections official

> must ensure that inmates receive adequate food, clothing, shelter, and medical care, and must protect prisoners from violence at the hands of other prisoners. However, a constitutional violation occurs only where the deprivation alleged is, objectively, "sufficiently serious," <u>Wilson v. Seiter</u>, 501 U.S. 294, 298, 111 S.Ct. 2321, 2324, 115 L.Ed.2d 271, and the official has acted with "deliberate indifference" to inmate health or safety.

Farmer v. Brennan, 511 U.S. 825, 825-826, 114 S.Ct. 1970, 1973 (1994).  A serious medical need is one that a physician has prescribed as mandating medical care, and it involves the question of whether objective harm has occurred.  The U.S. Supreme Court addressed an Eighth Amendment challenge to a prison deprivation claim in Rhodes v. Chapman, 452 U.S. 337, 101 S.Ct. 2392, 69 L.Ed.2d 59 (1981).  The Supreme Court described the claims made in Rhodes and the proper analysis of them in Wilson v. Seiter, 501 U.S. 294, 111 S.Ct. 2321 (1991).

> In [Rhodes], inmates at the Southern Ohio Correctional Facility contended that the lodging of two inmates in a single cell ("double celling") constituted cruel and unusual punishment. We rejected that contention, concluding that it amounts "[a]t most ... to a theory that double celling inflicts pain," id., at 348-349, 101 S.Ct., at 2400, but not that it constitutes the "unnecessary and wanton infliction of pain" that violates the Eighth Amendment, id., at 346, 101 S.Ct., at 2399. The Constitution, we said, "does not mandate comfortable prisons," id., at 349, 101 S.Ct., at 2400, and only those deprivations denying "the minimal civilized measure of life's necessities," id., at 347, 101 S.Ct., at 2399, are sufficiently grave to form the basis of an Eighth Amendment violation.

Wilson, 501 U.S. at 298, 111 S.Ct. at 2324.  However, there is no dispute in this case as to Plaintiff's injury; he has suffered none.  Therefore, based on Plaintiff's Complaint and the facts demonstrated in this case, no one has been cruel to Plaintiff.

> **E.**     **Defendants are Entitled to Qualified Immunity and Plaintiff's Claims are Due to be Denied Because the Defendants did not Violate a Constitutional Right Belonging to the Plaintiff, nor was there Pre-existing "*Clearly Established* Law."**

As explained above, Defendant Stewart, as Administrator of the Chambers County Detention Center, and Captain Sims, Lieutenant McCoy, and Sergeant Spradlin, as employees of the Sheriff at the Chambers County Detention Center, are entitled to immunity for acts performed in the line and scope of their employment.  Free, supra; Carr, supra; Lancaster, supra. The Complaint contains no allegation by the Plaintiff that any Defendant was acting outside the line and scope of his or her employment.  (Plaintiff's Complaint.)

The Eleventh Circuit has divided consideration of qualified immunity into two "prongs" of analysis as articulated in Zeigler v. Jackson, 716 F.2d 847, 849 (11th Cir. 1983).

> First, "the defendant government official must prove that 'he was acting within the scope of his discretionary authority when the allegedly wrongful acts occurred.'" Sammons v. Taylor, 967 F.2d 1533, 1539 (11th Cir. 1992) (quoting Zeigler, 716 F.2d at 849). "[T]hen the burden shifts to the plaintiff to demonstrate that the defendant violated clearly established constitutional law." Id. (quoting Zeigler, 716 F.2d at 849).

Jordan v. Doe, 38 F.3d 1559, 1565 (11th Cir. 1994). Because all these Defendants are entitled to qualified immunity, Plaintiff must meet two prongs – an objective component and a subjective component - in order to satisfy the Eleventh Circuit's standard for determining whether Plaintiff has made out a claim sufficient to overcome the qualified immunity to which Major Stewart, Captain Sims, Lieutenant McCoy, and Sergeant Spradlin are entitled.

    1.      **Plaintiff's Claims are Due to be Denied Because he has not Stated a Constitutional Violation within his Complaint Sufficient to Overcome Defendants' Entitlement to Qualified Immunity.**

Based on U.S. Supreme Court precedent, the Eleventh Circuit has stated a two-part inquiry in determining whether a Plaintiff has overcome the qualified immunity to which a public official is entitled in the face of a § 1983 claim.

> The defendants having established their eligibility for qualified immunity, the burden then shifts to the plaintiff to show that qualified immunity is not appropriate. Lee[ v. Ferraro,] 284 F.3d [1188,] at 1194 [(11th Cir. 2002)]. This next step consists of a two-part inquiry, set forth in Saucier v. Katz, 533 U.S. 194, 201, 121 S.Ct. 2151, 150 L.Ed.2d 272 (2001). *First we ask, '[t]aken in the light most favorable to the party asserting the injury, do the facts alleged show the officer's conduct violated a constitutional right?'* Id. *If, assuming the plaintiff's allegations were true, no such right would have been violated, the analysis is complete.* However, if a constitutional violation can be made out on the plaintiff's facts, we then must determine 'whether, at the time of the incident, every objectively reasonable police officer would have realized the acts violated already clearly established federal law.' Garrett v. Athens-Clarke County, 378 F.3d 1274, 1278-79 (11th Cir. 2004) (citing Saucier, 533 U.S. at 201-02, 121 S.Ct. 2151, 150 L.Ed.2d 272).

Harris v. Coweta County, Ga., 406 F.3d 1307, 1312-13 (11th Cir. 2005) (emphasis added).    In this case, no constitutional right of Plaintiff was violated.

The Eleventh Circuit has analyzed the objective standard in detail; the analysis is well-described in a District Court slip opinion.  An Eighth Amendment claim must allege conduct that amounts to "the infliction of unnecessary pain or suffering upon the prisoner."  Padgett, supra 2007 WL 2236698 at *8 (quoting LaMarca, 995 F.2d at 1535). The alleged deprivation must be "'objectively, "sufficiently serious."'"  Id. (quoting Farmer, 511 U.S. at 834 (quoting Wilson v. Seiter, 501 U.S. 294, 298 (1991))).  "The objective standard 'embodies broad and idealistic concepts of dignity, civilized standards, humanity, and decency . . . , but must be balanced against competing penological goals.'"  LaMarca v. Turner, 995 F.2d 1526, 1535 (11th Cir. 1993) (quoting Estelle v. Gamble, 429 U.S. 97, 102 (1976)).

> In a situation where an inmate complains about being attacked by another inmate, the inmate must establish that the conditions under which he was incarcerated presented "a substantial risk of serious harm." Farmer, 511 U.S. at 834.
> Id.

Plaintiff suffered no injury; therefore, he has alleged an insufficiently serious harm and has stated no constitutional violation relating to cruel and unusual punishment.

In the Eleventh Circuit, "an injury can be 'objectively, sufficiently serious' only if there is more than de minimis injury." Boxer X v. Harris, 437 F.3d 1107, 1111 (11th Cir. 2006), citing Johnson v. Breeden, 280 F.3d 1308, 1321 (11th Cir. 2002).  Rubiani v. Donald, No. 05-194, 2006 WL 2850425, slip op. at *3 (M.D. Ga. Oct. 3, 2006).  Even assuming that Plaintiff's allegations are true, he has not demonstrated in those allegations that he was actually punished or treated cruelly while at the Chambers County Detention Center.

Therefore, there was no action or inaction by the Defendants that thereby denied Plaintiff "of any rights, privileges, or immunities secured by the Constitution and laws." 42 U.S.C. § 1983. Based on Plaintiff's Complaint and the affidavits, jail records, and the Detention Center Manual issued by Major Stewart, Plaintiff was denied the right of being totally free of fear and anxiety while in a Detention Center. Such a complaint is not an adequate basis for a constitutional challenge. Therefore, none of these Defendants, Major Stewart, Captain Sims, Lieutenant McCoy, or Sergeant Spradlin, violated any constitutional right of the Plaintiff, and they are entitled to have Plaintiff's claim against them dismissed.

### 2.    **Alternatively, Defendants are entitled to summary judgment based on qualified immunity because nothing in their conduct crossed a "bright line" contour of clearly established constitutional law.**

Even if Plaintiff had met his burden with respect to the first prong, he still has not met his burden under the second prong of the analysis required for overcoming a public official's qualified immunity. Public officials are protected in their individual capacities by qualified immunity as long as "a reasonable officer could have believed [his actions] to be lawful, in light of *clearly established law* and the information [that the officer] possessed." Anderson v. Creighton, 483 U.S. 635, 636 (1987) (emphasis added). The Eleventh Circuit Court of Appeals has observed "[t]hat qualified immunity protects governmental actors is the usual rule; only in exceptional cases will government actors have no shield against claims made against them in their *individual capacities*." Lassiter v. Ala. A & M Univ., 28 F.3d 1146 (11th Cir. 1994) (en banc) (emphasis in original) (footnote omitted).

Once it is established that the Plaintiff has stated a claim – first prong - and that the Defendant was acting within his discretionary authority, the Court then considers whether the contours of the constitutional right allegedly violated were "clearly established" – second prong. In making this assessment, the reviewing court must examine the state of law *at the time the*

*alleged deprivation occurred*. <u>See</u> <u>Rodgers v. Horsley</u>, 39 F.3d 308, 311 (11th Cir. 1994); <u>Adams v. St. Lucie County Sheriff's Dep't</u>, 962 F.2d 1563, 1578 (11th Cir. 1992) (Edmondson, J., dissenting), <u>rev'd and reasoning of original dissent adopted</u>, 998 F.2d 923 (11th Cir. 1993) (en banc).

The Plaintiff must show that clearly established law provided all these Defendants with fair warning that their conduct was unlawful by either (1) pointing to a case with materially similar facts holding that the conduct engaged in was illegal; or (2) demonstrating that a pertinent federal statute or federal constitutional provision is specific enough to demonstrate conduct was illegal, even in the total absence of case law. <u>Storck v. City of Coral Springs</u>, 354 F.3d 1307, 1317 (11th Cir. 2003) (citations omitted). The Eleventh Circuit has identified the latter method as an "obvious clarity" case. <u>Vinyard v. Wilson</u>, 311 F.3d 1340, 1350 (11th Cir. 2002) (footnote omitted). In order to show that the conduct of the Defendants was unconstitutional with "obvious clarity," "the unlawfulness must have been apparent." <u>Willingham v. Loughnan</u>, 321 F.3d 1299, 1301 (11th Cir. 2003). "Unless a government agent's act is so obviously wrong, in the light of pre-existing law, that only a plainly incompetent officer or one who was knowingly violating the law would have done such a thing, the government actor has immunity from suit." <u>Storck</u>, 354 F.3d at 1318 (quoting 28 F.3d at 1149).

The law must be relatively "fact specific" and "so particularized" that it would have been obvious or "apparent" to the Defendant that his actions were unlawful. <u>See</u> <u>Rodgers</u>, 39 F.3d at 311; <u>Hansen v. Soldenwagner</u>, 19 F.3d 573, 575 (11th Cir. 1994) (both reversing denial of qualified immunity). As the Eleventh Circuit has explained, "[a] plaintiff cannot rely on . . . 'broad legal truisms' to show that a right is clearly established. . . . '[i]f case law, in factual terms, has not staked out a bright line, qualified immunity almost always protects the

Defendant.'" <u>Kelly v. Curtis</u>, 21 F.3d 1544, 1550 (11th Cir. 1994) (reversing denial of qualified

immunity as to some Defendants) (quoting <u>Post v. City of Fort Lauderdale</u>, 7 F.3d 1552, 1557

(11th Cir. 1992)). While the facts of prior cases establishing the law in a particular context need

not be identical, "the salient question that the Court of Appeals ought to have asked is whether

the state of the law in 1995 gave respondents fair warning that their alleged treatment of

[Plaintiff] was unconstitutional." <u>Hope v. Pelzer</u>, 536 U.S. 730, 122 S. Ct. 2508 (2002). This

case law must "dictate, that is, truly compel (not just suggest or allow or raise a question about),

the conclusion for every like-situated, reasonable government agent that what Defendant is doing

violates federal law in the circumstances." <u>Hudson v. Hall</u>, 231 F.3d 1289, 1294 (11th Cir.

2000) (quoting <u>Lassiter</u>, at 28 F.3d 1150).

Therefore, based on the above, an official must have the requisite knowledge before a

failure to protect Plaintiff from another inmate will subject that official to constitutional liability.

> To show that an official had subjective knowledge, the court is to inquire whether the defendant was aware of a "particularized threat or fear felt by [the plaintiff]." [<u>Carter v. Galloway</u>, 352 F.3d 1346 (11th Cir. 2003)] <u>Id.</u> "An official's failure to alleviate a significant risk that he should have perceived but did not, while no cause for commendation, cannot ... be condemned as the infliction of punishment" and does not give rise to a constitutional violation. <u>Farmer</u>, 511 at 838. Whether an official had requisite knowledge is a question of fact that may be demonstrated by circumstantial evidence. <u>Id.</u> at 842. Consequently, evidence of past attacks which were "long-standing, pervasive, well-documented, or expressly noted by [ ] officials in the past" may be sufficient to find that the official had actual knowledge. <u>Id.</u>

<u>Dixon v. Sheriff Doe</u>, No. 03-159, 2006 WL 1992406, slip op. at *2 (M.D. Fla. July 14, 2006)

(Defendants had no notice of a threat to Plaintiff from other inmate). In the case at bar, there

was no documentation of any past attacks by Briskey against Plaintiff, much less "long-standing,

pervasive, or well-documented" ones. Prison officials who "act reasonably cannot be found

liable under the Cruel and Unusual Punishments Clause." <u>Padgett</u>, <u>supra</u>, 2007 WL 2236698 at

*8. """[M]erely negligent failure to protect an inmate from attack does not justify liability under

section 1983.""" Id. at *9.

> Correctional officials may be held liable under the Constitution for acting with "deliberate indifference" to an inmate's safety when the official knows that the inmate faces "a substantial risk of serious harm" and with such knowledge disregards that risk by failing to take reasonable measures to abate it. Farmer, 511 U.S. at 828. "It is not, however, every injury suffered by one inmate at the hands of another that translates into a constitutional liability for prison officials responsible for the victim's safety." Id. at 834. A constitutional violation occurs only when a plaintiff establishes the existence of "a substantial risk of serious harm, of which the official is subjectively aware, ... and [that] the official does not respond[ ] reasonably to the risk'...." Marsh v. Butler County, 268 F.3d 1014, 1028 (11th Cir. 2001) (en banc), quoting Farmer, 511 U.S. at 844. "The known risk of injury must be a 'strong likelihood, rather than a mere possibility' before a guard's failure to act constitute [sic] deliberate indifference." Brown, 894 F.2d at 1537 (citations omitted); see also Rich v. Bruce, 129 F.3d 336, 339-40 (4th Cir. 1997) (unless a prison official actually makes the inference that a substantial risk of serious harm exists, he does not act with deliberate indifference even where his actions violate prison regulations or can be described as stupid or lazy). An inmate "normally proves actual knowledge of impending harm by showing that he complained to prison officials about a specific threat to his safety." McGill v. Duckworth, 944 F.2d 344, 349 (7th Cir. 1991); overruled in part on other grounds by Farmer, 511 U.S. 825. An "official's failure to alleviate a significant risk that he should have perceived but did not," does not constitute deliberate indifference. Farmer, 511 U.S. at 838.

Harris v. Campbell, No. 05-0496, 2007 WL 1668814, slip op. at *5 (M.D. Ala. June 8, 2007)

(holding that officials had inadequate knowledge of threat after attacker said that person who

snitched on him regarding marijuana, whom he did not identify, should be ready to deal with him

after he was released from segregation).

> Likewise, the mere allegation that Plaintiff told various prison staff that inmate Childs had threatened him is also insufficient to show deliberate indifference. "[T]hreats between inmates are common and do not, under all circumstances, serve to impute actual knowledge of a substantial risk of harm." Prater v. Dahm, 89 F.3d 538, 541 (8th Cir. 1996). Notably, Plaintiff has not articulated any other reason for prison officials to be concerned about an assault, such as previous altercations between Childs and Plaintiff, or any history of Childs actually attacking other inmates. It should also be recognized that inmate allegations regarding threats are often simply ploys to "arrange a room move." Pagels v. Morrison, 335 F.3d 736, 741 (8th Cir. 2003).

Metheny v. Smith, No. 104-157, 2006 WL 566111, slip op. at *7 (S.D. Ga. March 6, 2006). The

ploy to "arrange a room move" was the very concern of the Defendants in the case at bar and

explains why they did not immediately jump to meet Plaintiff's request. Summing up the above

rulings and requirements, Plaintiff must meet three requirements to show a violation of the

Eighth Amendment.

> To show that a violation of an Eighth Amendment right occurred, a plaintiff must
> " 'produce sufficient evidence of (1) a substantial risk of serious harm; (2) the
> defendant's deliberate indifference to that risk; and (3) causation.'"

Laurencio v. Secretary, No. 03-294, 2006 WL 2729642, slip op. at *6 (M.D. Fla. September 25,

2006). Plaintiff has failed as to all three of these requirements.

This case is distinguishable from, yet also similar to, Tyner v. Donald, No. 104-156, 2006

WL 2623919, slip op. (M.D. Ga. September 11, 2006). In that case, the District Court

determined that summary judgment was inappropriate for Defendants as to inmate Tyner's claim

that corrections officers were deliberately indifferent to a risk of serious harm *after* they placed

inmate Pittman in Plaintiff's cell, but that summary judgment was appropriate for Defendants as

to plaintiff's claim that the officers were deliberately indifferent in the initial placement of

inmate Pittman in the plaintiff's cell. The District Court denied summary judgment because the

Defendants had knowledge that the two inmates had fought and that Pittman had stabbed

Plaintiff with an ink pen. First, as to the distinction between the two cases, the Plaintiff in Tyner

had altercations with the other inmate and sustained injuries, whereas in the case of the Plaintiff

whose claims are the subject of this Special Report, there was no physical contact alleged at all.

Second, in Tyner the Defendants "failed to produce testimony from the individual Defendants as

to their knowledge or awareness of the fighting or of injuries sustained by Plaintiff; and that they

relied instead on log sheets and affidavits of persons without personal knowledge of the events

which transpired in support of their argument that Defendant guards were not aware of any fighting or other risk of harm." Id. at *1.

There is a similarity between the two cases that argues in favor of Defendants in the case at bar, in which Plaintiff claims to have told Lieutenant McCoy and Sergeant Spradlin that they were taking him to cell C block, the cell block of Anthony Briskey, someone he had had problems with. However, after checking Plaintiff's booking documents, Lieutenant McCoy was unable to discover any naming of Briskey as an enemy. Interestingly, the plaintiff in Tyner also objected strenuously to the initial placement of inmate Pittman in the cell with plaintiff.[3] The District Court in Tyner granted Defendants summary judgment on that claim. However, there the similarity ends. In Tyner after Pittman and plaintiff had fought and Pittman had stabbed plaintiff with an ink pen, the Defendants returned the two inmates to the same cell. Regarding that claim, the District Court denied Defendants summary judgment. Nothing similar occurred in the case at bar. Therefore, comparing this case to Tyner, the summary judgment in favor of Defendants on the claim regarding the initial placement of Pittman in the same cell as plaintiff argues in favor of Defendants in the case at bar, while the denial of summary judgment for Defendants on the other claim in Tyner is distinguishable from the case at bar. See also Murphy v. Turpin, No. 04-14507, 159 Fed. Appx. 945, 948, 2005 WL 3455813, slip op. at **3 (11th Cir. December 19, 2005) (affirming dismissal of failure-to-protect claim, even though Murphy alleged that he requested protection from certain inmates and that the Defendants knew about his request for protection from his original cellmate, prisoner Neisler, but he did not allege that the Defendants had notice that he was in danger from Thomas, the inmate who attacked him). The undersigned attorney for Defendants was unable to find any inmate-failure-to-protect opinion

---

[3] In Tyner, plaintiff objected to any inmate being placed in the same cell with him, particularly one like Pittman who had attacked a prison officer five months earlier.

issued by the Eleventh Circuit, published or unpublished, in which no physical injury or physical contact was alleged by the plaintiff. For that reason also, Defendants conduct could not have crossed a "bright line" contour of clearly established constitutional law.

Qualified immunity recognizes the need for public officials to be immune not only from liability but from the litigation process itself. The Eleventh Circuit began applying the heightened pleading standard in qualified immunity cases against government officials "to weed out nonmeritorious claims." See GJR Inv., Inc. v. County of Escambia, 132 F.3d 1359, 1367 (11th Cir. 1998). The evidence clearly shows that these Defendants have not violated a constitutional right of the Plaintiff. However, even if any of their actions or inactions acts could be construed as violating a right of the Plaintiff, these Defendants have done nothing to cross any bright line of clearly established constitutional law. "An official's failure to alleviate a significant risk that he should have perceived but did not, while no cause for commendation, cannot ... be condemned as the infliction of punishment" and does not give rise to a constitutional violation." Dixon v. Sheriff Doe, No. 03-159, 2006 WL 1992406, slip op. at *2 (M.D. Fla. July 14, 2006) (quoting Farmer, 511 at 838). Therefore, the Defendants are entitled to qualified immunity.

### F.    Summary Judgment Standard

On a motion for summary judgment, the Court should view the evidence in the light most favorable to the nonmovant. Greason v. Kemp, 891 F.2d 829, 831 (11th Cir. 1990). However, a plaintiff "must do more than show that there is some metaphysical doubt as to the material facts." Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986). Only reasonable inferences with a foundation in the record inure to the nonmovant's benefit. See Reeves v. Sanderson Plumbing Prod., Inc., 530 U.S. 133 (2000). "[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence supporting the

moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'" <u>Reeves</u>, 530 U.S. at 151, <u>quoting</u> 9A C. Wright & A. Miller, Federal Practice and Procedure § 2529, p. 299.[4] "A reviewing court need not 'swallow plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'" <u>Marsh v. Butler County</u>, 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (en banc), quoting <u>Mass. Sch. of Law v. American Bar</u>, 142 F.3d 26, 40 (1st Cir. 1998).

## III.    CONCLUSION

Defendants deny each and every allegation, if any, made by Plaintiff Griggs in the Complaint. Defendants have not acted in a manner so as to deprive the Plaintiff of any right to which he is entitled. More importantly, the complaint is a duplicate of an identical state court action, barring it from consideration by a federal court. The Complaint is, therefore, at best, redundant and violative of Alabama law, and, at worst, it is an attempt to play games with the court system. Therefore, under the PLRA, the Complaint should be dismissed. Otherwise, the PLRA bars Plaintiff's Complaint because he filed no appeal of his Grievance with the Chambers County Detention Center, he filed no claim with the State Board of Adjustment, and Plaintiff has not suffered any physical injury whatsoever. But, if the Plaintiff was able somehow to get past those grounds for dismissal by Defendants, then there are several bases for this Court to grant Summary Judgment to Defendants, particularly immunity. Defendants are entitled to Eleventh Amendment Immunity and Qualified Immunity, and based on the Plaintiff's Complaint, the law

---

[4] Although <u>Reeves</u> was a review of a motion for judgment as a matter of law after the underlying matter had been tried, the Supreme Court, in determining the proper standard of review relied heavily on the standard for summary judgment stating, "the standard for granting summary judgment 'mirrors' the standard for judgment as a matter of law, such that 'the inquiry under each is the same.'" <u>Reeves</u>, 530 U.S. at 150, <u>citing</u> <u>Anderson v. Liberty Lobby, Inc.</u>, 477 U.S. 242, 250-251 (1986); <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 323 (1986).

in existence at the time of the incident upon which Plaintiff's Complaint is based, and the facts

presented by Defendants, it is impossible for Plaintiff to overcome that immunity.

## IV.    MOTION TO DISMISS

Defendants respectfully request that this Honorable Court treat this Special Report as a

Motion to Dismiss, and grant unto them the same.  In the alternative, should this Court deny

Defendants' Motion to Dismiss, Defendants are entitled to Summary Judgment in their favor.

Respectfully submitted this the 9th day of October, 2007.

> **s/Winthrop E. Johnson**
> WINTHROP E. JOHNSON, Bar No. JOH086
> Attorneys for Defendants Chief Jail Administrator
> Major Clay Stewart, Captain Tommy Sims,
> Lieutenant LaKesha McCoy, and Sergeant Felton
> Spradlin
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  wjohnson@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of October 2007, I have electronically filed the
foregoing with the Clerk of the Court using the CM/ECF system.

I also hereby certify that on the **9th day of October, 2007** I have mailed a true and correct
copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF
participant:

**Derwin T. Griggs, #198159**
**Pro Se**
**Elmore Correctional Facility**
**P.O. Box 8**
**Elmore, AL  36025**

> **s/Winthrop E. Johnson**
> OF COUNSEL

# EXHIBIT  A

## Plaintiff's Federal Complaint

M/D I

# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

Derwin T. Griggs AIS 198159 )
Full name and prison name of )
Plaintiff(s) )
)
)
v. )
) CIVIL ACTION NO. 3:07-CV-691-MHT
MAjor Clay Stewert ) (To be supplied by Clerk of U.S. District
Cpt Tommy Simms ) Court)
1t Keisha McCoy )
Sgt. Tommy Spradlin )
_____ )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ■

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?      YES ☐    NO ■

C.  If your answer to A or B is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2.  Court (if federal court, name the district; if state court, name the county)

_____

_____

A

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

Elmore Correctional Facilitey p.o Box 8 Elmore, Ala. 36025

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
105 Ala
Chambers County Jail ~~p.o 200 @~~ Ave West Lafayett Ala 36862

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

       NAME                              ADDRESS

1. Major Clay Stewert 105 Ala. Ave. West Lafayett Ala. 36862

2. Cpt. Tommy Simons 105 ala. Ave. West Lafayett ala. 36862

3. Lt Keisha McCoy 105 Ala. Ave West Lafayett ala. 36862

4. Sgt. Tommy Spradlin, 105 Ala. Ave. West Lafayett ala. 36862

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 16, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

_____

V. State Briefly MHT SRW grounds on which you based your Allegation
that your Constitutional Rigt's are Being Violated:

Ground oNe: protection abuse

Supporting facts: The plaintiff Derwin T. Griggs was incarsorated in the
chambers County Jail on date Aprile 16, 2007 9:00 A.m the plaintiff was bein
noved from on cell block to Another threw pass down from Cpt. Tommy simms
Lt. Keisha McCoy And Sgt. Tommy Spradlin Advised which cell Block the plaintiff
vould be moved to C-Block the plaintiff stated several times verbaley that HeH.
H enemic iN C-Block Anthony Briskey And that it was writin iN his file And asked to
le moved to Another cell Block And Sgt. Tommy spradlin stated No that Cpt Tomm
simms Called And passed down to Lt Lisa DavidsoN, Lt. Keisha McCoy, Sgt.
Tommy Spradlin And Advised that the plaintiff was to be moved to C-Block the
Iaintiff Stated Verbaley several more times to Lt Keisha McCoy And Sgt. Tommy
pradlin that He Had A enemic Anthony Briskey iN C-Block the plaintiff was then
'orced by Sgt. Tommy Spradlin And moved into C-Block putting His life in Addmetiate
anger And also being Assigned to C-1 the same Cell And being lock down for 14h,
iolateing the plaintiffs civil right useing. Crude And unusuale punishment Couscin
'tress, mential anguish And sleep depervateion.
rievance form writin to Addministrateion Aprile 17, 2007 response by Lt Keisha McCoy
ddmiteing to fault, (Copy of)
gt. Mildred Kirk 2004 was advised by plaintiff And did record Anthony Briskey
S enemic iN file
It. Hanncock Aprile 16, 2007 11:00 pm removed plaintiff from C-Block After
4. hr April 17, 2007 Supervisor that recieved And Signed Grievance to Addministra
n.
gt. Tommy Spradlin April 16, 2007 9:00 forcably moved plaintiff to C-Block
rew pass down from Cpt. Tommy Simms
ficer Ferrell wittnessed the plaintiff constanty verbaky Telling
ie defendants April 16, 2007 9:00 Am

Sgt. Hanncock shift report April 16, 2007 6:00 pm / April 17, 2007 6:00A,
Sgt. Tommy Spradlin shift report April 16, 2007 6:00 Am / April 16, 2007 6:00,

Ground Two: Emergancey Inter come System.

Supporting fact: Safty rules And regulations Intercome System
are instoled in each cell and cell Block and used for emergancey April h
2007 during the violateion of the plaintiff civil right. He had no way to cont
any one for Help do to the fact that the Intercome System didnot work
April 16, 2007 And it has not in the chambers county Jail since 2003 causein
even more stress And mental Anguish Tward the plaintiff


Ground three: Adult in Need of protective Service.

Supporting fact: April 17, 2007 After Numerouse amount's of request
o Addministration And verbaly to Lt Lisa Davidson complaininy of the
fear of his life in the chambers county Jail do to the pain stress and mental
anguish brought forth by the defendant's Cruel and unusuale punishment
and violateion of the plaintiff's civil right's the plaintiff did not eat at
he chambers county Jail from April 18, 2007 until April 25, 2007 (I-Block
observation sheet on date) And wasnt moved to the Randolph county
Jail until May 7, 2007 After the violation of the plaintiff's civil
right And unlawful form of Cruel and unusuale punishment brought
fourth to the plaintiff by the defendants.

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
        MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Plaintiff Seek Monetory damages for punitive pain Suffering
Mental anguish, Stress and Sleep depervation violation of
the plaintiff's Civil right unlaw ful form of Crule And unusual
punishment in the Sum of 4,000,000.00 four Million dollars

_____

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8 - 16 - 2007
                    (Date)

_____
Signature of plaintiff(s)

# EXHIBIT B

# Plaintiff's State Complaint

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br><br>$CV07-152$ |
|---|---|---|

IN THE **CiRCuit Court** _____ COURT OF **Chambers** ___ COUNT

Plaintiff **DerwiN T. Griggs**

v. Defendant **MAjor ClAy StewArt**
**Cpt Tommy Simms**
**Lt. Keisha Mc Coy**
**Sgt Tommy SprAdliN**

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____ WHOSE

ADDRESS IS _____

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

■ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____    *Charles W Story*    By: _____
                              Clerk/Register

☐ Certified Mail is hereby requested.

_____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____
                                                              (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
in _____ County,
Alabama on _____
              (Date)

Date _____    Server's Signature _____

Address of Server _____    Type of Process Server _____

$B$

FILED IN OFFICE THIS

JUL 3 2007

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

In The Circuit Court of Chambers County
Alabama

Derwin T. Griggs
plaintiff
VS

Major Clay Stewert
Cpt. Tommy Simms
Lt. Keisha M°Coy
Sgt Tommy Spradlin

CV07-192
Civil action NO.
To be supplied by Clerk

Summons
procedural History

Come Now the plaintiff. Derwin T Griggs by And through
pro-se moves this Honorable Court on Summons and Complaint
pursuant to Rule. 4(a)(1)(2) and 4(b) to be directed to
MAjor Clay Stewert Chambers County Jail 105 Alabama Ave. West
LAfayett ala 36862, CAptain Tommy Simms Chambers County Jail 105
Alabama Ave. West Lafayett Ala 36862, Luetinante Keisha M°Coy
Chambers County Jail 105 Alabama Ave. West LAfayett Ala. 36862
Sargent Tommy Spradlin Chambers County Jail 105 Alabama Ave. West
Lafayett Alabama 36862. The plaintiff Makes Known to the defendant
that the Complaint brought pursuant to the Alabama Tort LAw
that requires Swift response Within thirty days (30) failure to do
So May result in Judgment of default against the defendants
pursuant to the Alabama Rule of Civil procedure.

Done this JUNE    Day of    28    2007

FILED IN OFFICE THIS

JUL 3 2007

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

Respectfully Submitted
Derwin T Griggs

## Derwin T. Griggs

See Complaint / Attached
Here too

## Complaint

Come Now The plaintiff. Derwin T. Griggs by and threwgh pro-se in the Above Civil action here by bring this Complaint in good faith and support state the following

### Statement of Case.

The plaintiff here Derwin T. Griggs was incarsurated in the Chambers County Jail on date. April 16, 2007 while incarsurated in the Chamber County Jail on date. April 16, 2007 9:00 Am plaintiff was being moved from on cell block to another threw pass dowr from Cpt. Tommy Simms. Lt Keisha McCoy and Sgt. Tommy Spradlin Advised the plaintiff which cell that He would be moucing to C-Block the plaintiff stated several times verbaly that He had A enemie in C-Block Anthony Briskey And that it was writing in his file, And asking to be moved to another block. And Sgt. Tommy Spradlin stated No. that Cpt. Tommy Simms called and Advised that the plaintiff was to be moved And C-Block was were the plaintiff was going the plaintiff stated verbialy Several more times to Lt. Keisha McCoy And Sgt. Tommy Spradlin

that He had A enemie Anthony Brisky in C-Block the plaintiff Was then forced by Sgt. Tommy Spradlin And moved into C-Block putting His life in addmetiate danger As well As being assigned to C-1 the same cell being locked down for 14 hr. endangering the plaintiff's life Violateing His Civil Right's useing Crule and unusual punishment couseing pain, stress, mental Anguish And sleep depevation. Also to the fact that the intercome system in the Chamber's County Jail did and does not work plaintiff haveine NO way to Contact officers IN CASE of emergancey putting even more Stress and mental aguish on the plaintiff haveing No way to contact officers for help, while the plaintiffs life WAS IN danger. Intercome in the Chamber County Jail do not work Include Document Grievance writin to Addministration Aprile 17, 2007 responded by Lt. Keisha MeCoy Addmiting to the fault officer ferrell wittnessed plaintiff Constantly Verbaly Stateing to Lt. MeCoy and Sgt. Tommy Spradlin that He had A enemie Anthony Briskey in C-Block that was in His. fill April 16, 2007 9:00 A.m. Sgt Mildred Kirk 2004 wrote Anthony Briskey Name in file As plaintiff's enemic.

Sgt. Hanncock April 16, 2007 11:00 p.m removed plaintiff from C-Block April 17, 2007 Supervisor that recieved And signed the Grievance writin to Addministration.

Sgt Tommy Spradlin April 16, 2007 9:00 Am forcebly moved plaintiff to C-Block threw pass down from Cpt. Tommy Simms.

Sgt Hanncock shift report April 16, 2007 6:00 pm April 17, 2007 6:00 Am

Sgt Tommy Spradlin shift report April 16, 2007 / 6:00 pm

Arrgument

plaintff Derwin T. Griggs Makes known to this Honorable Court that the defendats being Trained proffesiads And did Violate His civil right useing Crule and unuseale punishment cousen pain, stress mental aguish And Sleep deperation knowingly putting His life in danger Violateing Safty rules And regulations knowing that the intercome system do not work And hasn't since 2003 And haueing the correct informateun on file And verbaly from the plaintiff of the plaintiff enemie the defendant's Neglected violateing the plaintiff civil right. Saftey rules Are that intercom's Are placed in the cell's And cellblock And should wurk by law incase of emergncey they do not Rules Are that if A Inmate has A enemie in the Chambers County Jail that upon booking that Inmate should state. And it will be filed And the inmate will not be house in the Same Cell or Cell block for his protection Saftey And well being 2004 Sgt Mildred Kirk of the Chambers County Jail was Advised by plaintiff that Anthony Briskey was His enemie And did file. Aprile 16, 2007 9:00 Am plaintiff constantly Verbaly Advised Lt Keisha McCoy And Sgt. Tommy Spradlin of his enemie Anthony Briskey in C-Black And was Assigned to C-1 the Bed Next to Anthony Briskey Addmetiaty indangering the plaintiff's life in more ways than one April 16, 2007 Do to the plaintiff's civil right's being violated by the defendants the plaintiff didnot eat in the Chambers County Jail from April 18 untill Aprile 25, 2007 do to the Stress, mental aguish, Paine And Sleep deperation And Crule And unuseale punishment used by the defendant's the plaintiff After Numerouse Amount's of request's to the Chambers County Addministration Complaincing of the fear of his life And verbaley also to Lt. Lisa Davidson it was

it WAS not untill MAY 7, 2007 that the plaintiff WAS moved to the Randolph County JAil After the defendants unlawful form of Crule And Lanusuale punishment And the violation of the plaintiffs Civil right brought forth by the defendant's

## Belief

plaintiff seek Jury Trial pursuant to Rule 38 And 39 Ala. R Civil P plaintiff seek Monetary damages for punitive PAine, suffering, mental Aguishe, stress, sleep depervation in the form of 1,000,000.00 one Million pre defendant A ceclaratory Judgment in the form of An order Vacaling this Wrongful doing found by Civil procedure.

Affiant

Sworn to And subsribe be for me

Derwin T. Gregg

NOTARY _____

June day of 28   2007

My Commission expires
6/28/ Oct  2/30/07
2/02/2011

# EXHIBIT  C

# Booking Docs since 1997

CHAMBERS CO. SHERIFF'S OFFICE                                    PAGE    1
                          INMATE RELEASE SHEET
05/21/2007    05:21:13
=======================================================================

BOOKING NO: 060001971

INMATE NAME: GRIGGS DURWIN TERRANCE              RACE: B    SEX: M
       ALIAS: GRIGGS SAMUEL                      HT: 5'09"  HAIR: BLK
       ALIAS:                                    WT: 198    EYES: BRO
     ADDRESS: 322 N. 9TH ST.              COMPLEX: DRK
  CITY/ST/ZIP: LANETT, AL 36863                  SSN: 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
  HOME PHONE: 334-642-0661                DL ST: AL      DLN: 6081876
         DOB: 09/25/1971  AGE:  35               SID: AIS-198159
  PLCE BIRTH: CHAMBERS COUNTY                    LOCID: 4557
       STATE: AL
  M. STATUS:
    RELIGION: MUSLEM
  GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS: ------------------------ NEXT OF KIN ------------------------
 NEXT OF KIN: TRAMMELL KESHA             RELATIONSHIP: SISTER
     ADDRESS:                                    PHONE: 334-642-0249
  CITY/ST/ZIP: LANETT, AL 36863
     REMARKS: ----------------------- EMPLOYER INFO -----------------------
    EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
  CITY/ST/ZIP: ,
       PHONE: 000-000-0000       -------------- MEDICAL --------------------
  HANDICAPPED: N   NEEDS: N
     GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
   PHYSICIAN:                            PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS: ----------------------- PROPERTY ---------------------------
        CASH:     $00.00
 DESCRIPTION:
ADD. PROPERTY: 1 GRAY CELLPHONE 1 SET OF KEYS, 1 BOX KNIFE, 1 GREEN LIGHTER
ADD. PROPERTY: 1 BLACK COAT,1 GRAY TABOGAN, 1 BROWN BELT
ADD. PROPERTY:
  BIN NUMBER: 0102
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS: ======================================================
=======================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: _____  TIME: _____

BOOK OFFICER: _____  DATE: _____  TIME: _____

```
                        CHAMBERS CO. SHERIFF'S OFFICE
  05/21/2007    05:21:13        INMATE RELEASE SHEET              PAGE    2
===============================================================================
  BOOKING NO: 060001971      INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
            COURT: LDC              ATTORNEY ON REC:
            JUDGE: MILFORD                   PHONE: 000-000-0000
          REMARKS:
          REMARKS:
-------------------------------------------------------------------------------
    BOOK DATE: 11/26/2006  BOOK TIME: 23:51  BOOK TYPE: NORMAL

   ARREST DATE: 11/26/2006        BOOKING OFFICER: BOND
   ARREST DEPT: LAN               CELL ASSIGNMENT:
  ARRST OFFICER: WHITE N                MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 02/10/2007            FACILITY: 01  COUNTY JAIL
   SEARCH OFFCR: BOND            CLASSIFICATION: MISD
   TYPE SEARCH: PAT-DOWN          WORK RELEASE: N
 INTOX RESULTS:

          HOLDS: N
         AGENCY:              REASON:
         AGENCY:              REASON:
         AGENCY:              REASON:
         AGENCY:              REASON:

          NOTES:
          NOTES:
          NOTES:
===============================================================================
   RELEASE DATE: 05/21/2007  RELEASE TIME: 05:21    # DAYS SERVED:  177

 RELEASE OFFICER: BUIVIDS
    RELEASE TYPE: RELEASED TO DOC
         REMARKS:
         REMARKS:
         REMARKS:
===============================================================================
 I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
 INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

 INMATE:_____  DATE:_____  TIME:_____

 BOOK OFFICER:_____  DATE:_____  TIME:_____
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
05/21/2007    05:21:13         INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 060001971      INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
   CHARGE NO:  1  DISPOSITION: SENTENCED           HOLD: N

ALA STATUTE: 13A-7-2              # OF COUNTS:   1
      OFFENSE: CRIMNAL TRESSPASS 1ST    WARRANT #:
      CASE #: DC-06-200752
   BOND AMT: COMPLETED                    FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 12/12/2006
RELEASE DTE: 00/00/0000
ARREST DATE: 11/26/2006          ARST AGENCY: LAN
ARST OFFICR: WHITE                   COUNTY: CHAMBERS
      COURT: LDC                       JUDGE: MILFORD
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS: TO SERVE 60 DAYS CC
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
   CHARGE NO:  2  DISPOSITION: SENTENCED           HOLD: N

ALA STATUTE: 13A-12-260           # OF COUNTS:   1
      OFFENSE: POSS OF DRUG PARAPHERNALIA   WARRANT #:
      CASE #: DC-06-200753
   BOND AMT: COMPLETED                    FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 12/12/2006
RELEASE DTE: 00/00/0000
ARREST DATE: 11/26/2006          ARST AGENCY: LAN
ARST OFFICR: WHITE N                 COUNTY: CHSMBERS
      COURT: LDC                       JUDGE: MILFORD
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS: TO SERVE 60 DAYS CC
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
   CHARGE NO:  3  DISPOSITION: SENTENCED           HOLD: N

ALA STATUTE: 15-22-54             # OF COUNTS:   0
      OFFENSE: P.V. FORGED INST. 2ND    WARRANT #:
      CASE #: CC-06-000016
   BOND AMT: 15 YRS                       FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 04/06/2007
RELEASE DTE: 00/00/0000
ARREST DATE: 11/28/2006          ARST AGENCY: CCSD
ARST OFFICR: FERRELL                 COUNTY: CHAMBERS
      COURT: CIR                       JUDGE: PERRYMAN
DEF ATTORNY: INGRAM, J            DIST ATTORNEY:
   COMMENTS: PROBATION REVOKED
   COMMENTS: PROBATION REVOCATION 04/06/2007
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                      CHAMBERS CO. SHERIFF'S OFFICE
05/21/2007    05:21:13        INMATE CHARGE SHEET                PAGE    4
==============================================================================
BOOKING NO: 060001971      INMATE NAME: GRIGGS DURWIN TERRANCE
==============================================================================
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
11/27/2006    00:08:10       INMATE BOOKING SHEET                PAGE     1
===========================================================================
BOOKING NO: 060001971

INMATE NAME: GRIGGS DURWIN TERRANCE
      ALIAS: GRIGGS SAMUEL               RACE: B      SEX: M
      ALIAS:                               HT: 5'09"  HAIR: BLK
    ADDRESS: 322 N. 9TH ST.               WT: 198    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36863        COMPLEX: DRK
 HOME PHONE: 334-642-0661                 SSN: 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
        DOB: 09/25/1971  AGE:  35      DL ST: AL      DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY              SID: AIS-198159
      STATE: AL                         LOCID: 4557
  M. STATUS:
   RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
    REMARKS:
----------------------------- NEXT OF KIN ---------------------------------
 NEXT OF KIN: TRAMMELL KESHA           RELATIONSHIP: SISTER
     ADDRESS:                                 PHONE: 334-642-0249
 CITY/ST/ZIP: LANETT, AL 36863
     REMARKS:
----------------------------- EMPLOYER INFO -------------------------------
    EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
------------------------------- MEDICAL -----------------------------------
 HANDICAPPED: N   NEEDS: N
     GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
   PHYSICIAN:                    PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------- PROPERTY ----------------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: 1 GRAY CELLPHONE 1 SET OF KEYS, 1 BOX KNIFE, 1 GREEN LIGHTER
ADD. PROPERTY: 1 BLACK COAT,1 GRAY TABOGAN, 1 BROWN BELT
ADD. PROPERTY:
  BIN NUMBER: 0102
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
===========================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X                      DATE: 11-27-06  TIME:
BOOK OFFICER: T. J. Bond       DATE: 11-27-06  TIME:
```

```
                       CHAMBERS CO. SHERIFF'S OFFICE
11/27/2006    00:08:10       INMATE BOOKING SHEET                    PAGE    2
===============================================================================
BOOKING NO: 060001971    INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
             COURT: LDC              ATTORNEY ON REC:
             JUDGE: MILFORD                    PHONE: 000-000-0000
           REMARKS:
           REMARKS:
-------------------------------------------------------------------------------
       BOOK DATE: 11/26/2006  BOOK TIME: 23:51  BOOK TYPE: NORMAL

    ARREST DATE: 11/26/2006           BOOKING OFFICER: BOND
    ARREST DEPT: LAN                  CELL ASSIGNMENT: J-03
  ARRST OFFICER: WHITE N                    MEAL CODE: 01   CHAMBERS COUNTY
  PROJ. RLSDATE: 00/00/0000               FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: BOND                  CLASSIFICATION: MISD
   TYPE SEARCH: PAT-DOWN                WORK RELEASE: N
 INTOX RESULTS:

          HOLDS: N
         AGENCY:              REASON:
         AGENCY:              REASON:
         AGENCY:              REASON:
         AGENCY:              REASON:

          NOTES:
          NOTES:
          NOTES:
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
 11/27/2006    00:08:10          INMATE CHARGE SHEET                    PAGE    3
================================================================================
 BOOKING NO: 060001971      INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
   CHARGE NO:   1  DISPOSITION: OPEN                HOLD: N

 ALA STATUTE: 13A-7-2             # OF COUNTS:    1
      OFFENSE: CRIMNAL TRESSPASS 1ST    WARRANT #:
       CASE #:
     BOND AMT: 1000                        FINE:       $0.00
     BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 11/26/2006           ARST AGENCY: LAN
 ARST OFFICR: WHITE                    COUNTY: CHAMBERS
        COURT: LDC                       JUDGE: MILFORD
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
   CHARGE NO:   2  DISPOSITION: OPEN                HOLD: N

 ALA STATUTE: 13A-12-260          # OF COUNTS:    1
      OFFENSE: POSS OF DRUG PARAPHERNALIA    WARRANT #:
       CASE #:
     BOND AMT: 1000                        FINE:       $0.00
     BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 11/26/2006           ARST AGENCY: LAN
 ARST OFFICR: WHITE N                  COUNTY: CHSMBERS
        COURT: LDC                       JUDGE: MILFORD
 DEF ATTORNY:                     DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```

```
                      CHAMBERS CO. SHERIFF'S OFFICE
08/29/2006    14:47:21      INMATE RELEASE SHEET              PAGE     1
===============================================================================
BOOKING NO: 060000405

INMATE NAME: GRIGGS DURWIN TERRANCE
       ALIAS: GRIGGS SAMUEL                 RACE: B     SEX: M
       ALIAS:                               HT: 5'09"  HAIR: BLK
     ADDRESS: 322 N. 9TH ST.                WT: 198    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36863           COMPLEX: DRK
 HOME PHONE: 334-642-0661                   SSN: 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
         DOB: 09/25/1971  AGE:  34       DL ST: AL     DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY                SID: AIS-198159
       STATE: AL                          LOCID: 4557
   M. STATUS: SINGLE
   RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS:
------------------------------ NEXT OF KIN ------------------------------
  NEXT OF KIN: TRAMMELL KESHA            RELATIONSHIP: SISTER
      ADDRESS:                                 PHONE: 334-642-0249
  CITY/ST/ZIP: LANETT, AL 36863
      REMARKS:
------------------------------ EMPLOYER INFO ----------------------------
     EMPLOYED: N
EMPLOYER NAME:
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
------------------------------ MEDICAL ----------------------------------
  HANDICAPPED: N   NEEDS: N
      GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
    PHYSICIAN:                     PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------ PROPERTY ---------------------------------
         CASH:        $00.05
  DESCRIPTION:
ADD. PROPERTY: 1 BLK BELT,1 PR GLASSES,1 PR SUNGLASSES,1 SET KEYS
ADD. PROPERTY: 1 BLU LIGHTER,1 BLK WALLET,1 BRO CAP,1 PLAID JACKET
ADD. PROPERTY: 1 PR GLOVES
   BIN NUMBER: 132
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: 8/29/06  TIME: _____

BOOK OFFICER: _____  DATE: 8/29/06  TIME: _____
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
                                                               PAGE    2
08/29/2006    14:47:21          INMATE RELEASE SHEET
===============================================================================
BOOKING NO: 060000405        INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
        COURT: CIR              ATTORNEY ON REC:
        JUDGE: BRYAN                    PHONE: 000-000-0000
      REMARKS:
      REMARKS:
-------------------------------------------------------------------------------
    BOOK DATE: 03/15/2006  BOOK TIME: 21:28  BOOK TYPE: NORMAL

  ARREST DATE: 03/15/2006     BOOKING OFFICER: TEODORO
  ARREST DEPT: CCSD           CELL ASSIGNMENT:
ARRST OFFICER: FULLER               MEAL CODE: 01  CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000            FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: TEODORO         CLASSIFICATION: FELONY
  TYPE SEARCH: PATDOWN           WORK RELEASE: N
INTOX RESULTS: SOBER

        HOLDS: N
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:

        NOTES:
        NOTES:
        NOTES:
===============================================================================
RELEASE DATE: 08/29/2006  RELEASE TIME: 14:46    # DAYS SERVED:  168

RELEASE OFFICER: KIRK
    RELEASE TYPE: STATE TIME SERVED,
        REMARKS: RELEASE ON PROBATION
        REMARKS: CIR RESTITUTION HEARING 10-26-2006
        REMARKS: LAN COURT 9-12-2006
===============================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _[signature]_          DATE: _8/29/06_    TIME: _____

BOOK OFFICER: _[signature]_    DATE: _8/29/06_    TIME: _____

```
                              CHAMBERS CO. SHERIFF'S OFFICE
                                                                    PAGE     3
08/29/2006    14:47:21        INMATE CHARGE SHEET
=================================================================================
BOOKING NO: 060000405           INMATE NAME: GRIGGS DURWIN TERRANCE
=================================================================================
    CHARGE NO:   1  DISPOSITION: SENTENCED         HOLD: N

ALA STATUTE:                            # OF COUNTS:    1
    OFFENSE: FTP RESTITUTION              WARRANT #:
      CASE #: CC-02-000131
    BOND AMT: O/R BOND                           FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 08/29/2006
RELEASE DTE: 00/00/0000
ARREST DATE: 03/15/2006              ARST AGENCY: CCSD
ARST OFFICR: FULLER                       COUNTY: CHAMBERS
      COURT: CIR                            JUDGE: BRYAN
DEF ATTORNY:                          DIST ATTORNEY:
    COMMENTS: TO RETURN 10-26-2006 AND PAY $350 OR WRIT WILL BE ISSUE
    COMMENTS:
    COMMENTS:
---------------------------------------------------------------------------
    CHARGE NO:   2  DISPOSITION: SENTENCED         HOLD: N

ALA STATUTE:                            # OF COUNTS:    1
    OFFENSE: POSS. FORGED INST 2ND        WARRANT #:
      CASE #: CC-06-000016
    BOND AMT: 15YR SPLIT9MO                       FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 04/03/2006
RELEASE DTE: 00/00/0000
ARREST DATE: 04/03/2006              ARST AGENCY: CCSD
ARST OFFICR: CARMICHAEL                    COUNTY: CHAMBERS
      COURT: CIR                            JUDGE: MARTIN
DEF ATTORNY:                          DIST ATTORNEY:
    COMMENTS: 15 YEARS SPLIT TO 9 MONTHS
    COMMENTS:
    COMMENTS:
---------------------------------------------------------------------------
    CHARGE NO:   3  DISPOSITION: SENTENCED         HOLD: N

ALA STATUTE:                            # OF COUNTS:    1
    OFFENSE: THEFT OF PROPERTY 3RD        WARRANT #:
      CASE #: DC-04-200183
    BOND AMT: O/R BOND                           FINE:      $88.00
    BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 04/11/2006
RELEASE DTE: 00/00/0000
ARREST DATE: 04/11/2006              ARST AGENCY: LAN
ARST OFFICR: STEWART                       COUNTY: CHAMBERS
      COURT: LDC                            JUDGE: MILFORD
DEF ATTORNY:                          DIST ATTORNEY:
    COMMENTS: MAY BE RELEASE ON O/R BOND AT END OF STATE SENTENCE
    COMMENTS:
    COMMENTS:
---------------------------------------------------------------------------
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
08/29/2006     14:47:21         INMATE CHARGE SHEET                    PAGE     4
================================================================================
BOOKING NO: 060000405     INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
   CHARGE NO:   4  DISPOSITION: SENTENCED           HOLD: N

ALA STATUTE:                            # OF COUNTS:    1
     OFFENSE: FTP RESTITUTION            WARRANT #:
       CASE #: CC-98-000085
    BOND AMT: O/R BOND                      FINE:        $0.00
    BAIL AMT:
 INIT APPEAR: 00/00/0000               SENTENCE DATE: 08/29/2006
 RELEASE DTE: 00/00/0000
 ARREST DATE: 05/18/2006                ARST AGENCY: CCSD
 ARST OFFICR: CARMICHAEL                     COUNTY: CHAMBERS
       COURT: CIR                             JUDGE: BRYAN
 DEF ATTORNY:                          DIST ATTORNEY:
    COMMENTS: O/R FOR 10-26-2006, MUST PAY $350 OR WRIT WILL BE ISSUE
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
03/15/2006    21:34:18          INMATE BOOKING SHEET              PAGE     1
================================================================================
BOOKING NO: 060000405

INMATE NAME: GRIGGS DURWIN TERRANCE
      ALIAS: GRIGGS SAMUEL                       RACE: B      SEX: M
      ALIAS:                                       HT: 5'09"  HAIR: BLK
    ADDRESS: 322 N. 9TH ST.                        WT: 198    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36863               COMPLEX: DRK
 HOME PHONE: 334-642-0661                        SSN: 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
        DOB: 09/25/1971  AGE:  34             DL ST: AL      DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY                     SID: AIS-198159
      STATE: AL                               LOCID: 4557
   M. STATUS: SINGLE
   RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
    REMARKS:
------------------------------ NEXT OF KIN ------------------------------------
 NEXT OF KIN: TRAMMELL KESHA              RELATIONSHIP: SISTER
     ADDRESS:                                    PHONE: 334-642-0249
 CITY/ST/ZIP: LANETT, AL 36863
    REMARKS:
----------------------------- EMPLOYER INFO -----------------------------------
   EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
------------------------------- MEDICAL ---------------------------------------
 HANDICAPPED: N   NEEDS: N
    GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
   PHYSICIAN:                        PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------ PROPERTY ---------------------------------------
        CASH:       $00.05
 DESCRIPTION:
ADD. PROPERTY: 1 BLK BELT,1 PR GLASSES,1 PR SUNGLASSES,1 SET KEYS
ADD. PROPERTY: 1 BLU LIGHTER,1 BLK WALLET,1 BRO CAP,1 PLAID JACKET
ADD. PROPERTY: 1 PR GLOVES
  BIN NUMBER: 132
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
================================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____    DATE: _____    TIME: _____

BOOK OFFICER: _Teodoro_____    DATE: 3/15/06    TIME: _____

```
                           ...AMBERS CO. SHERIFF'S OFFI...
 03/15/2006    21:34:18       INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 060000405      INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
            COURT: CIR                  ATTORNEY ON REC:
            JUDGE: BRYAN                        PHONE: 000-000-0000
          REMARKS:
          REMARKS:
--------------------------------------------------------------------------------
      BOOK DATE: 03/15/2006  BOOK TIME: 21:28  BOOK TYPE: NORMAL

    ARREST DATE: 03/15/2006          BOOKING OFFICER: TEODORO
    ARREST DEPT: CCSD                CELL ASSIGNMENT: J-02
  ARRST OFFICER: FULLER                    MEAL CODE: 01   CHAMBERS COUNTY
  PROJ. RLSDATE: 00/00/0000                 FACILITY: 01   COUNTY JAIL
   SEARCH OFFCR: TEODORO              CLASSIFICATION: FELONY
    TYPE SEARCH: PATDOWN                WORK RELEASE: N
  INTOX RESULTS: SOBER

          HOLDS: N
         AGENCY:                 REASON:
         AGENCY:                 REASON:
         AGENCY:                 REASON:
         AGENCY:                 REASON:

          NOTES:
          NOTES:
          NOTES:
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
03/15/2006    21:34:18        INMATE CHARGE SHEET                    PAGE    3
==============================================================================
BOOKING NO: 060000405    INMATE NAME: GRIGGS DURWIN TERRANCE
==============================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
     OFFENSE: FTP RESTITUTION           WARRANT #:
      CASE #: CC-02-000131
     BOND AMT: NO BOND                      FINE:        $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/15/2006            ARST AGENCY: CCSD
ARST OFFICR: FULLER                    COUNTY: CHAMBERS
      COURT: CIR                         JUDGE: BRYAN
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
03/03/2006    11:01:25         INMATE RELEASE SHEET              PAGE    1
================================================================================
BOOKING NO: 050001996

INMATE NAME: GRIGGS DURWIN TERRANCE
       ALIAS: GRIGGS SAMUEL                    RACE: B      SEX: M
       ALIAS:                                  HT: 5'09" HAIR: BLK
     ADDRESS: 322 N. 9TH ST.                   WT: 198    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36863          COMPLEX: DBR
 HOME PHONE: 334-642-0661                  SSN: 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
        DOB: 09/25/1971  AGE:  34       DL ST: AL     DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY                SID: AIS-198159
      STATE: AL                          LOCID: 4557
  M. STATUS: SINGLE
   RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS: OCCUP: DISHWASHER
-------------------------------- NEXT OF KIN --------------------------------
 NEXT OF KIN: TRAMMELL KESHA              RELATIONSHIP: SISTER
     ADDRESS:                                    PHONE: 334-642-0249
 CITY/ST/ZIP: LANETT, AL 36863
     REMARKS:
------------------------------- EMPLOYER INFO -------------------------------
    EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
-------------------------------- MEDICAL --------------------------------
  HANDICAPPED: N  NEEDS: N
     GLASSES: N  SMOKE: Y
MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                     PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
-------------------------------- PROPERTY --------------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: 1-COAT, 1-BELT, 1-DU-RAG, 1-LIGHTER, 1-SET KEY
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 086
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____    DATE: _____    TIME: _____

BOOK OFFICER: _____    DATE: 03-03-04    TIME: _____
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
03/03/2006    11:01:25             INMATE RELEASE SHEET                    PAGE    2
=====================================================================================
BOOKING NO: 050001996   INMATE NAME: GRIGGS DURWIN TERRANCE
=====================================================================================
        COURT: LDC                        ATTORNEY ON REC:
        JUDGE: MILFORD                           PHONE: 000-000-0000
      REMARKS:
      REMARKS:
-------------------------------------------------------------------------------------
  BOOK DATE: 11/24/2005  BOOK TIME: 05:07  BOOK TYPE: NORMAL

  ARREST DATE: 11/23/2005                 BOOKING OFFICER: BROWN L
  ARREST DEPT: LANETT                     CELL ASSIGNMENT:
ARRST OFFICER: CLARK L                           MEAL CODE: 07   CITY OF LANETT
PROJ. RLSDATE: 12/06/2005                         FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: BROWN L                       CLASSIFICATION: MISD
  TYPE SEARCH: PATDOWN                        WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                   REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:
       AGENCY:                   REASON:

        NOTES:
        NOTES:
        NOTES:
=====================================================================================
 RELEASE DATE: 03/03/2006  RELEASE TIME: 11:00   # DAYS SERVED:  100

RELEASE OFFICER: ROWE
   RELEASE TYPE: PROPERTY BOND
       REMARKS: COURT DATE  4/4/2006
       REMARKS:
       REMARKS:
=====================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____    DATE: _____    TIME: _____

BOOK OFFICER: _____      DATE: 03-03-06      TIME: _____
```

```
                           CHAMBERS CO. SHERIFF'S OFFICE
                                                                    PAGE    3
03/03/2006    11:01:25         INMATE CHARGE SHEET
===========================================================================
BOOKING NO: 050001996      INMATE NAME: GRIGGS DURWIN TERRANCE
===========================================================================
    CHARGE NO:   1  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE: 13A-8-5                    # OF COUNTS:     1
    OFFENSE: F.T.P. THEFT OF PROPERTY 3RD   WARRANT #:
      CASE #: DC-04-200183
    BOND AMT: O/R BOND                      FINE:         $0.00
    BAIL AMT:
INIT APPEAR: 11/30/2005             SENTENCE DATE: 12/06/2005
RELEASE DTE: 00/00/0000
ARREST DATE: 11/23/2005             ARST AGENCY: LANETT
ARST OFFICR: CLARK L                    COUNTY: CHAMBERS
      COURT: LDC                          JUDGE: MILFORD
DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS: O/R BOND NEXT DATEFORREMANINDER OF BAL IF FELONY BOND MADE
    COMMENTS:
    COMMENTS:
---------------------------------------------------------------------------
    CHARGE NO:   2  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE:                           # OF COUNTS:     1
    OFFENSE: POSS FORGED INSTR 2        WARRANT #:
      CASE #: CC-2006-000016
    BOND AMT: 5000                         FINE:         $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 03/03/2006
ARREST DATE: 12/06/2005             ARST AGENCY: LANETT
ARST OFFICR:                            COUNTY: CHAMBERS
      COURT: CIR                          JUDGE: MARTIN
DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS: GRAND JURY INDICTMENT  TOTAL BOND 5000.00
    COMMENTS: DC-2005-200441;GJI 303
    COMMENTS: INMATE RELEASED BY C0439      @ 1300
---------------------------------------------------------------------------
```

```
                        ChAMBERS CO. SHERIFF'S OFFICE
11/24/2005    05:17:24        INMATE BOOKING SHEET              PAGE    1
==================================================================================
BOOKING NO: 050001996

INMATE NAME: GRIGGS DURWIN TERRANCE
       ALIAS: GRIGGS SAMUEL              RACE: B      SEX: M
       ALIAS:                              HT: 5'09"  HAIR: BLK
     ADDRESS: 322 N. 9TH ST.              WT: 198     EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36863        COMPLEX: DBR
 HOME PHONE: 334-642-0661                 SSN: 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
         DOB: 09/25/1971  AGE:  34      DL ST: AL     DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY              SID: AIS-198159
       STATE: AL                        LOCID: 4557
   M. STATUS: SINGLE
   RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS: OCCUP: DISHWASHER
------------------------------ NEXT OF KIN ------------------------------
 NEXT OF KIN: TRAMMELL KESHA          RELATIONSHIP: SISTER
     ADDRESS:                                PHONE: 334-642-0249
 CITY/ST/ZIP: LANETT, AL 36863
     REMARKS:
----------------------------- EMPLOYER INFO -----------------------------
    EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
------------------------------- MEDICAL -------------------------------
 HANDICAPPED: N   NEEDS: N
     GLASSES: N  SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
   PHYSICIAN:                  PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------- PROPERTY -------------------------------
        CASH:       $00.00
 DESCRIPTION:
ADD. PROPERTY: 1-COAT, 1-BELT, 1-DU-RAG, 1-LIGHTER, 1-SET KEY
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 086
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
==================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____   DATE: _____   TIME: _____

BOOK OFFICER: _____   DATE: _____   TIME: _____
```

```
                      ChAMBERS CO. SHERIFF'S OFFICE
11/24/2005    05:17:24       INMATE BOOKING SHEET                 PAGE    2
==============================================================================
BOOKING NO: 050001996   INMATE NAME: GRIGGS DURWIN TERRANCE
==============================================================================
           COURT: LDC                 ATTORNEY ON REC:
           JUDGE: MILFORD                    PHONE: 000-000-0000
         REMARKS:
         REMARKS:
------------------------------------------------------------------------------
    BOOK DATE: 11/24/2005  BOOK TIME: 05:07  BOOK TYPE: NORMAL

   ARREST DATE: 11/23/2005            BOOKING OFFICER: BROWN L
   ARREST DEPT: LANETT                CELL ASSIGNMENT: D-DAYROOM
 ARRST OFFICER: CLARK L                     MEAL CODE: 01   CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000                   FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: BROWN L               CLASSIFICATION: MISD
   TYPE SEARCH: PATDOWN                  WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                        ChAMBERS CO. SHERIFF'S OFFICE
11/24/2005      05:17:24        INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 050001996      INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 13A-8-5                      # OF COUNTS:   1
     OFFENSE: F.T.P. THEFT OF PROPERTY 3RD   WARRANT #:
      CASE #: DC-04-200183
    BOND AMT: NO BOND                          FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/23/2005              ARST AGENCY: LANETT
ARST OFFICR: CLARK L                      COUNTY: CHAMBERS
       COURT: LDC                           JUDGE: MILFORD
DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```

CHAMBERS CO. SHERIFF'S OFFICE

08/05/2005    19:36:37    INMATE RELEASE SHEET    PAGE    1
=================================================================
BOOKING NO: 050001296

INMATE NAME: GRIGGS DURWIN TERRANCE
      ALIAS: GRIGGS SAMUEL                    RACE: B    SEX: M
      ALIAS:                                  HT: 5'09"  HAIR: BLK
    ADDRESS: 713 N. 12TH AVE.                 WT: 198    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36863           COMPLEX: DBR
 HOME PHONE: 334-642-0661                   SSN: 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
        DOB: 09/25/1971  AGE:  33         DL ST: AL    DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY                 SID: AIS-198159
      STATE: AL                            LOCID: 4557
  M. STATUS:
   RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
    REMARKS: OCCUP: DISHWASHER
------------------------- NEXT OF KIN -------------------------
 NEXT OF KIN: TRAMMELL KESHA            RELATIONSHIP: SISTER
     ADDRESS:                                  PHONE: 334-642-0249
 CITY/ST/ZIP: LANETT, AL 36863
     REMARKS:
------------------------- EMPLOYER INFO -----------------------
    EMPLOYED: Y
EMPLOYER NAME: NELSON KEENER
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
-------------------------- MEDICAL ----------------------------
 HANDICAPPED: N  NEEDS:
     GLASSES: N  SMOKE: Y
MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                          PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
-------------------------- PROPERTY ---------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: NONE AT TIME OF BOOKING
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 000
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS: D# IN MEDING
=================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                      DATE:            TIME:

BOOK OFFICER:                DATE: 8-5-200    TIME: 1942

```
                      CHAMBERS CO. SHERIFF'S OFFICE
08/05/2005    19:36:37         INMATE RELEASE SHEET                 PAGE    2
===============================================================================
BOOKING NO: 050001296      INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
         COURT: CIR                 ATTORNEY ON REC:
         JUDGE:                             PHONE: 000-000-0000
       REMARKS:
       REMARKS:
-------------------------------------------------------------------------------
    BOOK DATE: 08/05/2005  BOOK TIME: 19:22   BOOK TYPE: NORMAL

   ARREST DATE: 08/05/2005          BOOKING OFFICER: GOLDEN
   ARREST DEPT: LAN                 CELL ASSIGNMENT:
  ARRST OFFICER: CLARK L                  MEAL CODE: 01   CHAMBERS COUNTY
  PROJ. RLSDATE: 00/00/0000               FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: BROWN              CLASSIFICATION: FELONY
   TYPE SEARCH: PAT DOWN             WORK RELEASE: N
 INTOX RESULTS: SOBER

         HOLDS: N
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:

         NOTES:
         NOTES:
         NOTES:
===============================================================================
  RELEASE DATE: 08/05/2005  RELEASE TIME: 19:33    # DAYS SERVED:    1

 RELEASE OFFICER: GOLDEN
   RELEASE TYPE: BONDSMAN
        REMARKS: TROUP BONDING EDDIE CHANDLER
        REMARKS: NO RETURNABLE COURT DATE
        REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE:_____    TIME:_____

BOOK OFFICER: _____ DATE: 8-5-05   TIME: 1942
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
08/05/2005     19:36:37        INMATE CHARGE SHEET              PAGE     3
==============================================================================
BOOKING NO: 050001296     INMATE NAME: GRIGGS DURWIN TERRANCE
==============================================================================
   CHARGE NO:   1  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE:                          # OF COUNTS:    1
    OFFENSE: POSS OF FORGED INSTRUMENT 2ND  WARRANT #:
     CASE #:
    BOND AMT: 5,000                            FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 08/05/2005
ARREST DATE: 08/05/2005           ARST AGENCY: LAN
ARST OFFICR: CLARK L                   COUNTY: CHAMBERS
      COURT: CIR                        JUDGE:
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY C3363
------------------------------------------------------------------------------
```

```
                    CHAMBERS CO. SHERIFF'S OFFICE
08/05/2005     19:25:51      INMATE BOOKING SHEET              PAGE     1
==============================================================================
BOOKING NO: 050001296

INMATE NAME: GRIGGS DURWIN TERRANCE
      ALIAS: GRIGGS SAMUEL                  RACE: B      SEX: M
      ALIAS:                                  HT: 5'09"  HAIR: BLK
    ADDRESS: 713 N. 12TH AVE.                 WT: 198    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36863            COMPLEX: DBR
 HOME PHONE: 334-642-0661                    SSN: 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
        DOB: 09/25/1971  AGE:  33         DL ST: AL      DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY                 SID: AIS-198159
      STATE: AL                            LOCID: 4557
  M. STATUS:
   RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
    REMARKS: OCCUP: DISHWASHER
----------------------------- NEXT OF KIN ----------------------------------
NEXT OF KIN: TRAMMELL KESHA              RELATIONSHIP: SISTER
    ADDRESS:                                    PHONE: 334-642-0249
CITY/ST/ZIP: LANETT, AL 36863
    REMARKS:
----------------------------- EMPLOYER INFO --------------------------------
   EMPLOYED: Y
EMPLOYER NAME: NELSON KEENER
    ADDRESS:
CITY/ST/ZIP: ,
      PHONE: 000-000-0000
----------------------------- MEDICAL --------------------------------------
 HANDICAPPED: N  NEEDS:
    GLASSES: N  SMOKE: Y
MEDICAL NEEDS: N  NEEDS:
  PHYSICIAN:                       PHONE: 000-000-0000
    REMARKS:

    REMARKS:
    REMARKS:
----------------------------- PROPERTY -------------------------------------
       CASH:      $00.00
DESCRIPTION:
ADD. PROPERTY: NONE AT TIME OF BOOKING
ADD. PROPERTY:
ADD. PROPERTY:
 BIN NUMBER: 000
VEH IMPOUNDED:
IMPOUND LOT:
    REMARKS:
    REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                          DATE:_____    TIME:_____

BOOK OFFICER:                    DATE: 8-5-05     TIME:  1942
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
08/05/2005    19:25:51        INMATE BOOKING SHEET            PAGE    2
=============================================================================
BOOKING NO: 050001296        INMATE NAME: GRIGGS DURWIN TERRANCE
=============================================================================
         COURT: CIR              ATTORNEY ON REC:
         JUDGE:                        PHONE: 000-000-0000
       REMARKS:
       REMARKS:
-----------------------------------------------------------------------------
   BOOK DATE: 08/05/2005  BOOK TIME: 19:22  BOOK TYPE: NORMAL

  ARREST DATE: 08/05/2005         BOOKING OFFICER: GOLDEN
  ARREST DEPT: LAN                CELL ASSIGNMENT: J-02
ARRST OFFICER: CLARK L                  MEAL CODE: 01   CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000                FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: BROWN             CLASSIFICATION: FELONY
  TYPE SEARCH: PAT DOWN            WORK RELEASE: N
INTOX RESULTS: SOBER

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                      CHAMBERS CO. SHERIFF'S OFFICE
 08/05/2005    19:25:51      INMATE CHARGE SHEET                    PAGE    3
================================================================================
 BOOKING NO: 050001296      INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
    CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

 ALA STATUTE:                        # OF COUNTS:    1
    OFFENSE: POSS OF FORGED INSTRUMENT 2ND  WARRANT #:
     CASE #:
    BOND AMT: 5,000                        FINE:        $0.00
    BAIL AMT:
 INIT APPEAR: 00/00/0000       SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 08/05/2005         ARST AGENCY: LAN
 ARST OFFICR: CLARK L                COUNTY: CHAMBERS
       COURT: CIR                     JUDGE:
 DEF ATTORNY:                  DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
06/29/2005    16:41:49       INMATE RELEASE SHEET              PAGE    1
================================================================
BOOKING NO: 050000508

INMATE NAME: GRIGGS DURWIN TERRANCE
      ALIAS: GRIGGS SAMUEL                RACE: B      SEX: M
      ALIAS:                                HT: 5'09"  HAIR: BLK
    ADDRESS: 713 N. 12TH AVE.               WT: 198    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36863          COMPLEX: DBR
 HOME PHONE: 334-642-0661                  SSN: 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
        DOB: 09/25/1971  AGE:  33       DL ST: AL      DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY              SID: AIS-198159
      STATE: AL                         LOCID: 4557
  M. STATUS:
   RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
    REMARKS: OCCUP: DISHWASHER
------------------------------ NEXT OF KIN ------------------------------
 NEXT OF KIN: TRAMMELL KESHA              RELATIONSHIP: SISTER
     ADDRESS:                                    PHONE: 334-642-0249
CITY/ST/ZIP: LANETT, AL 36863
     REMARKS:
----------------------------- EMPLOYER INFO -----------------------------
    EMPLOYED: Y
EMPLOYER NAME: NELSON KEENER
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
------------------------------- MEDICAL -------------------------------
  HANDICAPPED: N   NEEDS:
      GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
    PHYSICIAN:                      PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------- PROPERTY -------------------------------
         CASH:      $00.00
  DESCRIPTION:
ADD. PROPERTY: CLOTHES ON BACK ,ONE ORANGE CAP
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 077
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____   DATE: _____   TIME: _____

BOOK OFFICER: _____   DATE: 6-29-05   TIME: 1643

```
                      CHAMBERS CO. SHERIFF'S OFFICE
06/29/2005    16:41:49       INMATE RELEASE SHEET              PAGE    2
================================================================================
BOOKING NO: 050000508      INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
          COURT: DIS                  ATTORNEY ON REC:
          JUDGE: HOLLEY                        PHONE: 000-000-0000
        REMARKS:
        REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 03/25/2005  BOOK TIME: 15:12  BOOK TYPE: NORMAL

   ARREST DATE: 03/25/2005          BOOKING OFFICER: ROLLINS
   ARREST DEPT: CCSD                CELL ASSIGNMENT:
  ARRST OFFICER: HINKLE,JEFF              MEAL CODE: 01  CHAMBERS COUNTY
  PROJ. RLSDATE: 00/00/0000               FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: ROLLINS             CLASSIFICATION: MISD
   TYPE SEARCH: PATDOWN               WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:               REASON:
        AGENCY:               REASON:
        AGENCY:               REASON:
        AGENCY:               REASON:

         NOTES:
         NOTES:
         NOTES:
================================================================================
  RELEASE DATE: 06/29/2005  RELEASE TIME: 16:40    # DAYS SERVED:   97

RELEASE OFFICER: GOLDEN
   RELEASE TYPE: PURGE PAID
        REMARKS: O/R BOND FOR 1,000 TO RETURN JULY 14,2005
        REMARKS:
        REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                          DATE:            TIME:

BOOK OFFICER:                    DATE: 6-25-05  TIME: 1643
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
03/25/2005    15:33:22        INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 050000508      INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                          # OF COUNTS:    1
     OFFENSE: FTP                      WARRANT #:
       CASE #: CC-02-131
    BOND AMT: NO BOND                       FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/25/2005             ARST AGENCY: CCSD
ARST OFFICR: HINKLE JEFF                 COUNTY: CHAMBERS
      COURT: DIS                          JUDGE: HOLLEY
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
 07/23/2004    17:00:03      INMATE RELEASE SHEET                   PAGE    1
=================================================================================
 BOOKING NO: 040001135

 INMATE NAME: GRIGGS DURWIN TERRANCE
       ALIAS: GRIGGS SAMUEL                      RACE: B      SEX: M
       ALIAS:                                    HT: 5'09"  HAIR: BLK
     ADDRESS: 713 N. 82TH AVE.                   WT: 198    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36863            COMPLEX: DBR
  HOME PHONE: 334-642-0661                    SSN: 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
         DOB: 09/25/1971  AGE:  32         DL ST: AL    DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY                  SID: AIS-198159
       STATE: AL                            LOCID: 4557
  M. STATUS:
    RELIGION: MUSLEM
 GANG ASSOC:
 SCARS/TATTOOS:
 KNOWN ENEMIES:
     REMARKS: OCCUP: DISHWASHER
 ----------------------------- NEXT OF KIN -----------------------------------
  NEXT OF KIN: TRAMMELL KESHA              RELATIONSHIP: SISTER
     ADDRESS:                                    PHONE: 334-642-0249
  CITY/ST/ZIP: LANETT, AL 36863
     REMARKS:
 ----------------------------- EMPLOYER INFO ---------------------------------
    EMPLOYED: N
 EMPLOYER NAME: UNEMPLOYED
     ADDRESS:
  CITY/ST/ZIP: ,
       PHONE: 000-000-0000
 ------------------------------- MEDICAL -------------------------------------
  HANDICAPPED: N  NEEDS:
     GLASSES: N  SMOKE: Y
 MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                          PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
 ------------------------------- PROPERTY ------------------------------------
        CASH:      $00.00
 DESCRIPTION:
 ADD. PROPERTY: 1 PAIR OF SUN GLASSES
 ADD. PROPERTY: 1 BLACK LIGHTER 1 WALLET
 ADD. PROPERTY:
   BIN NUMBER: 072
 VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
=================================================================================
 I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
 INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

 INMATE: _____  DATE:_____  TIME:_____

 BOOK OFFICER: _____  DATE:_____  TIME:_____
```

CHAMBERS CO. SHERIFF'S OFFICE
07/23/2004    17:00:03        INMATE RELEASE SHEET              PAGE   2
=================================================================================
BOOKING NO: 040001135    INMATE NAME: GRIGGS DURWIN TERRANCE
=================================================================================
        COURT: LDC                 ATTORNEY ON REC:
        JUDGE: HOLLEY                   PHONE: 000-000-0000
      REMARKS:
      REMARKS:
---------------------------------------------------------------------------------
    BOOK DATE: 07/09/2004  BOOK TIME: 21:19  BOOK TYPE: NORMAL

   ARREST DATE: 07/09/2004         BOOKING OFFICER: FULLER
   ARREST DEPT: LAN                CELL ASSIGNMENT:
 ARRST OFFICER: JONES                    MEAL CODE: 07  CITY OF LANETT
 PROJ. RLSDATE: 07/10/2004                FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: FULLER              CLASSIFICATION: MISD
  TYPE SEARCH: PATDOWN              WORK RELEASE: N
 INTOX RESULTS:

        HOLDS: N
       AGENCY:                 REASON:
       AGENCY:                 REASON:
       AGENCY:                 REASON:
       AGENCY:                 REASON:

        NOTES:
        NOTES:
        NOTES:
=================================================================================
  RELEASE DATE: 07/23/2004  RELEASE TIME: 16:59   # DAYS SERVED:   15

RELEASE OFFICER: FULLER
   RELEASE TYPE: O/R BOND
       REMARKS: TO RETURN ON AUG. 10, 2004 PER JUDGE HOLLEY
       REMARKS:
       REMARKS:
=================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE:_____  TIME:_____

BOOK OFFICER: _____  DATE:_____  TIME:_____

```
                        CHAMBERS CO. SHERIFF'S OFFICE
07/23/2004    17:00:03      INMATE CHARGE SHEET                      PAGE    3
===============================================================================
BOOKING NO: 040001135    INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
   CHARGE NO:   1  DISPOSITION: SENTENCED            HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
     OFFENSE: P.V. T.O.P. 3RD            WARRANT #:
      CASE #: DC-04-200183
    BOND AMT: P/L 1 PAY280.50                   FINE:      $280.50
    BAIL AMT:
INIT APPEAR: 07/12/2004           SENTENCE DATE: 07/12/2004
RELEASE DTE: 00/00/0000
ARREST DATE: 07/09/2004            ARST AGENCY: LAN
ARST OFFICR: JONES                     COUNTY: CHAMBERS
      COURT: LDC                        JUDGE: HOLLEY
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS: P/L $22, MUST PAY $280.50 JUDGE HOLLEY WANTS TO SEE 07/19/04
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
07/09/2004      21:24:14     INMATE BOOKING SHEET                    PAGE    1
===============================================================================
 BOOKING NO: 040001135

 INMATE NAME: GRIGGS DURWIN TERRANCE
       ALIAS: GRIGGS SAMUEL                     RACE: B      SEX: M
       ALIAS:                                   HT: 5'09"  HAIR: BLK
     ADDRESS: 713 N. 12TH AVE.                  WT: 198    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36863              COMPLEX: DBR
  HOME PHONE: 334-642-0661                      SSN: 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
         DOB: 09/25/1971  AGE:   32          DL ST: AL     DLN: 6081876
  PLCE BIRTH: CHAMBERS COUNTY                   SID: AIS-198159
       STATE: AL                              LOCID: 4557
   M. STATUS:
    RELIGION: MUSLEM
  GANG ASSOC:
 SCARS/TATTOOS:
 KNOWN ENEMIES:
     REMARKS: OCCUP: DISHWASHER
----------------------------- NEXT OF KIN ----------------------------------
  NEXT OF KIN: TRAMMELL KESHA              RELATIONSHIP: SISTER
      ADDRESS:                                   PHONE: 334-642-0249
  CITY/ST/ZIP: LANETT, AL 36863
      REMARKS:
----------------------------- EMPLOYER INFO --------------------------------
    EMPLOYED: N
EMPLOYER NAME: UNEMPLOYED
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
----------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N   NEEDS:
      GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
    PHYSICIAN:                           PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
----------------------------- PROPERTY -------------------------------------
         CASH:        $00.00
  DESCRIPTION:
 ADD. PROPERTY: 1 PAIR OF SUN GLASSES
 ADD. PROPERTY: 1 BLACK LIGHTER 1 WALLET
 ADD. PROPERTY:
   BIN NUMBER: 072
 VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE:_____  TIME:_____

BOOK OFFICER:_____ DATE:_____  TIME:_____
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
 07/09/2004    21:24:14         INMATE BOOKING SHEET                    PAGE    2
=================================================================================
 BOOKING NO: 040001135    INMATE NAME: GRIGGS DURWIN TERRANCE
=================================================================================
         COURT: LDC                  ATTORNEY ON REC:
         JUDGE: HOLLEY                        PHONE: 000-000-0000
       REMARKS:
       REMARKS:
---------------------------------------------------------------------------------
    BOOK DATE: 07/09/2004  BOOK TIME: 21:19  BOOK TYPE: NORMAL

   ARREST DATE: 07/09/2004           BOOKING OFFICER: FULLER
   ARREST DEPT: LAN                  CELL ASSIGNMENT:
 ARRST OFFICER: JONES                      MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000                  FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: FULLER               CLASSIFICATION: MISD
   TYPE SEARCH: PATDOWN                 WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                REASON:
        AGENCY:                REASON:
        AGENCY:                REASON:
        AGENCY:                REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
 07/09/2004      21:24:14      INMATE CHARGE SHEET                      PAGE    3
===============================================================================
 BOOKING NO: 040001135      INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
    CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                        # OF COUNTS:    1
      OFFENSE: P.V. T.O.P. 3RD        WARRANT #:
       CASE #: LDC-04-200183
     BOND AMT: NO BOND                     FINE:        $0.00
     BAIL AMT:
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 07/09/2004          ARST AGENCY: LAN
 ARST OFFICR: JONES                    COUNTY: CHAMBERS
       COURT: LDC                       JUDGE: HOLLEY
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-------------------------------------------------------------------------------
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
05/01/2004      08:49:38       INMATE RELEASE SHEET                    PAGE    1
===============================================================================
BOOKING NO: 040000632

INMATE NAME: GRIGGS DURWIN TERRANCE
       ALIAS: GRIGGS SAMUEL                      RACE: B      SEX: M
       ALIAS:                                    HT: 5'09"  HAIR: BLK
     ADDRESS: 817 N 13TH AVE                     WT: 198    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36863               COMPLEX: DBR
 HOME PHONE: 334-642-0661                        SSN: 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
         DOB: 09/25/1971  AGE:   32          DL ST: AL      DLN: 6081876
  PLCE BIRTH: CHAMBERS COUNTY                    SID: AIS-198159
       STATE: AL                              LOCID: 4557
  M. STATUS:
    RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS: OCCUP: DISHWASHER
------------------------------ NEXT OF KIN ------------------------------------
 NEXT OF KIN: TRAMMELL KESHA                RELATIONSHIP: SISTER
     ADDRESS:                                      PHONE: 334-642-0249
 CITY/ST/ZIP: LANETT, AL 36863
     REMARKS:
----------------------------- EMPLOYER INFO -----------------------------------
    EMPLOYED: N
EMPLOYER NAME: UNEMPLOYED
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
-------------------------------- MEDICAL --------------------------------------
 HANDICAPPED: N  NEEDS:
     GLASSES: N  SMOKE: Y
MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                        PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------- PROPERTY --------------------------------------
        CASH:       $00.00
 DESCRIPTION:
ADD. PROPERTY: NO PROP
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 0001
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:  DFP
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X _____   DATE: 5-01-04   TIME: _____

BOOK OFFICER: _____   DATE: 5-01-04   TIME: _____
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
05/01/2004    08:49:38        INMATE RELEASE SHEET                    PAGE    2
===============================================================================
BOOKING NO: 040000632    INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
         COURT: LDC                 ATTORNEY ON REC:
         JUDGE: HOLLEY                     PHONE: 000-000-0000
       REMARKS:
       REMARKS:
-------------------------------------------------------------------------------
     BOOK DATE: 04/13/2004  BOOK TIME: 11:33  BOOK TYPE: NORMAL

   ARREST DATE: 04/13/2004      BOOKING OFFICER: SANDERS
   ARREST DEPT: LAN             CELL ASSIGNMENT:
 ARRST OFFICER: WOOD                  MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 05/01/2004             FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: HUNT            CLASSIFICATION: MISD
  TYPE SEARCH: PAT               WORK RELEASE: N
INTOX RESULTS:

         HOLDS: N
        AGENCY:               REASON:
        AGENCY:               REASON:
        AGENCY:               REASON:
        AGENCY:               REASON:

         NOTES:
         NOTES:
         NOTES:
===============================================================================
  RELEASE DATE: 05/01/2004  RELEASE TIME: 08:48    # DAYS SERVED:   19

RELEASE OFFICER: KIRK
   RELEASE TYPE: TIME SERVED, FINES PAID
        REMARKS: O/R BOND FOR CIRCUIT CASE
        REMARKS: release on Probation
        REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____   DATE: 5-01-04   TIME: _____

BOOK OFFICER: _____   DATE: 5-01-04   TIME: _____
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
05/01/2004     08:49:38          INMATE CHARGE SHEET                      PAGE    3
=================================================================================
BOOKING NO: 040000632    INMATE NAME: GRIGGS DURWIN TERRANCE
=================================================================================
   CHARGE NO:   1  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
      OFFENSE: FALSE NAME                WARRANT #:
       CASE #: DC-04-200109
     BOND AMT: 10 DAYS CC                      FINE:       $0.00
     BAIL AMT:
  INIT APPEAR: 00/00/0000           SENTENCE DATE: 04/13/2004
  RELEASE DTE: 00/00/0000
  ARREST DATE: 04/13/2004            ARST AGENCY: LAN
  ARST OFFICR: WOOD                      COUNTY: CHAMBERS
        COURT: LDC                        JUDGE: HOLLEY
  DEF ATTORNY:                       DIST ATTORNEY:
     COMMENTS: 10 DAYS CC
     COMMENTS:
     COMMENTS:
---------------------------------------------------------------------------------
   CHARGE NO:   2  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
      OFFENSE: POSS DRUG PARA            WARRANT #:
       CASE #: DC-04-200110
     BOND AMT: 10 DAYS CC                      FINE:       $0.00
     BAIL AMT:
  INIT APPEAR: 04/13/2004           SENTENCE DATE: 04/13/2004
  RELEASE DTE: 00/00/0000
  ARREST DATE: 04/13/2004            ARST AGENCY: LAN
  ARST OFFICR: WOOD                      COUNTY: CHAMBERS
        COURT: LDC                        JUDGE: HOLLEY
  DEF ATTORNY:                       DIST ATTORNEY:
     COMMENTS: 10 DAYS CC
     COMMENTS:
     COMMENTS:
---------------------------------------------------------------------------------
   CHARGE NO:   3  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
      OFFENSE: TOP 3RD                    WARRANT #:
       CASE #: CC-2-000131
     BOND AMT: NO BOND                          FINE:     $180.00
     BAIL AMT:
  INIT APPEAR: 00/00/0000           SENTENCE DATE: 04/29/2004
  RELEASE DTE: 00/00/0000
  ARREST DATE: 04/13/2004            ARST AGENCY: CCSD
  ARST OFFICR: CARMICHAEL                COUNTY: CHAMBERS
        COURT: CIR                        JUDGE: BRYAN
  DEF ATTORNY:                       DIST ATTORNEY:
     COMMENTS: RESTITUTION RECOVERY-MUST PAY
     COMMENTS:
     COMMENTS:
---------------------------------------------------------------------------------
```

```
                      CHAMBERS CO. SHERIFF'S OFFICE
05/01/2004    08:49:38      INMATE CHARGE SHEET                    PAGE    4
===============================================================================
BOOKING NO: 040000632      INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
   CHARGE NO:   4  DISPOSITION: SENTENCED         HOLD: N

ALA STATUTE:                         # OF COUNTS:   1
     OFFENSE: THEFT OF PROP 3RD         WARRANT #:
      CASE #: DC-02-200058
   BOND AMT: P/L 9 DAYS                      FINE:      $289.00
   BAIL AMT:
INIT APPEAR: 04/16/2004         SENTENCE DATE: 04/16/2004
RELEASE DTE: 00/00/0000
ARREST DATE: 04/16/2004          ARST AGENCY: LAN
ARST OFFICR: BELOHLAVEK               COUNTY: CHAMBERS
      COURT: LDC                        JUDGE: HOLLEY
DEF ATTORNY: Y                  DIST ATTORNEY:
   COMMENTS: PAY/LAY $239.00, MUST PAY $50 B4 RELEASE OR SEE JUDGE
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
   CHARGE NO:   5  DISPOSITION: SENTENCED         HOLD: N

ALA STATUTE:                         # OF COUNTS:   1
     OFFENSE: THEFT OF PROP 3RD         WARRANT #:
      CASE #: DC-04-200183
   BOND AMT: 5 DAYS                         FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 04/27/2004         SENTENCE DATE: 04/27/2004
RELEASE DTE: 00/00/0000
ARREST DATE: 04/27/2004          ARST AGENCY: LAN
ARST OFFICR: BELOHLAVEK               COUNTY: CHAMBERS
      COURT: LDC                        JUDGE: HOLLEY
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS: 5 DAYS THEN PROBATION
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/13/2004    11:37:14        INMATE BOOKING SHEET              PAGE    1
================================================================================
BOOKING NO: 040000632

INMATE NAME: GRIGGS DURWIN TERRANCE
       ALIAS:                                  RACE: B      SEX: M
       ALIAS:                                   HT: 5'09"  HAIR: BLK
     ADDRESS: 817 N 13TH AVE                     WT: 198   EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36863              COMPLEX: DBR
  HOME PHONE: 334-642-0661                      SSN: 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
         DOB: 09/25/1971  AGE:   32           DL ST: AL    DLN: 6081876
  PLCE BIRTH: CHAMBERS COUNTY                   SID: AIS-198159
       STATE: AL                              LOCID: 4557
   M. STATUS:
    RELIGION: MUSLEM
  GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS: OCCUP: DISHWASHER
------------------------------ NEXT OF KIN ------------------------------------
  NEXT OF KIN: TRAMMELL KESHA           RELATIONSHIP: SISTER
      ADDRESS:                                 PHONE: 334-642-0249
  CITY/ST/ZIP: LANETT, AL 36863
      REMARKS:
----------------------------- EMPLOYER INFO -----------------------------------
    EMPLOYED: N
EMPLOYER NAME: UNEMPLOYED
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
-------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N   NEEDS:
      GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
    PHYSICIAN:                    PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
-------------------------------- PROPERTY -------------------------------------
         CASH:      $00.00
  DESCRIPTION:
ADD. PROPERTY: NO PROP
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 0015 0\
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                       DATE: 4/13/04   TIME: 1147

BOOK OFFICER:                 DATE: 4/13/04   TIME: 1147
```

```
                              CHAMBERS CO. SHERIFF'S OFFICE
 04/13/2004     11:37:14       INMATE BOOKING SHEET                      PAGE    2
=================================================================================
 BOOKING NO: 040000632    INMATE NAME: GRIGGS DURWIN TERRANCE
=================================================================================
            COURT: LDC                   ATTORNEY ON REC:
            JUDGE: HOLLEY                         PHONE: 000-000-0000
          REMARKS:
          REMARKS:
---------------------------------------------------------------------------------
     BOOK DATE: 04/13/2004  BOOK TIME: 11:33  BOOK TYPE: NORMAL

   ARREST DATE: 04/13/2004           BOOKING OFFICER: SANDERS
   ARREST DEPT: LAN                  CELL ASSIGNMENT: F-03-F
 ARRST OFFICER: WOOD                     MEAL CODE: 01   CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000                FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: HUNT                  CLASSIFICATION: MISD
   TYPE SEARCH: PAT                   WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/13/2004     11:37:14       INMATE CHARGE SHEET                PAGE    3
==========================================================================
BOOKING NO: 040000632    INMATE NAME: GRIGGS DURWIN TERRANCE
==========================================================================
   CHARGE NO:  1  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                         # OF COUNTS:   1
    OFFENSE: FALSE NAME                WARRANT #:
     CASE #: DC-04-200109
   BOND AMT: 10 DAYS CC                       FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 04/13/2004
RELEASE DTE: 00/00/0000
ARREST DATE: 04/13/2004           ARST AGENCY: LAN
ARST OFFICR: WOOD                     COUNTY: CHAMBERS
      COURT: LDC                        JUDGE: HOLLEY
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS: 10 DAYS CC
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------
   CHARGE NO:  2  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                         # OF COUNTS:   1
    OFFENSE: POSS DRUG PARA            WARRANT #:
     CASE #: DC-04-200110
   BOND AMT: 10 DAYS CC                       FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 04/13/2004          SENTENCE DATE: 04/13/2004
RELEASE DTE: 00/00/0000
ARREST DATE: 04/13/2004           ARST AGENCY: LAN
ARST OFFICR: WOOD                     COUNTY: CHAMBERS
      COURT: LDC                        JUDGE: HOLLEY
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS: 10 DAYS CC
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------
```

CHAMBERS CO. SHERIFF'S OFFICE
03/03/2004    12:28:52        INMATE RELEASE SHEET                PAGE    1
==============================================================================
BOOKING NO: 040000398

INMATE NAME: GRIGGS DURWIN TERRANCE
        ALIAS:                                      RACE: B      SEX: M
        ALIAS:                                      HT: 5'09"  HAIR: BLK
      ADDRESS: 817 N 13TH AVE                       WT: 198    EYES: BRO
  CITY/ST/ZIP: LANETT, AL 36863            COMPLEX: DBR
  HOME PHONE: 334-642-0661                          SSN: 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
         DOB: 09/25/1971  AGE:   32        DL ST: AL       DLN: 6081876
  PLCE BIRTH: CHAMBERS COUNTY                       SID: AIS-198159
       STATE: AL                              LOCID: 4557
  M. STATUS:
   RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS: OCCUP: DISHWASHER
------------------------------- NEXT OF KIN -----------------------------------
  NEXT OF KIN: TRAMMELL KESHA            RELATIONSHIP: SISTER
      ADDRESS:                                  PHONE: 334-642-0249
  CITY/ST/ZIP: LANETT, AL 36863
      REMARKS:
------------------------------ EMPLOYER INFO ----------------------------------
     EMPLOYED: N
EMPLOYER NAME: UNEMPLOYED
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
-------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N   NEEDS:
      GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
    PHYSICIAN:                       PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
-------------------------------- PROPERTY -------------------------------------
         CASH:      $00.00
  DESCRIPTION:
ADD. PROPERTY: BOX CUTTER, KEY ON RING, 4 DIAMOND CARD, BLK LIGHTER
ADD. PROPERTY: BLK DURAG
ADD. PROPERTY:
   BIN NUMBER: 116
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE: _____  TIME: _____

BOOK OFFICER: _____ DATE: _____  TIME: _____

```
                        CHAMBERS CO. SHERIFF'S OFFICE
03/03/2004    12:28:52        INMATE RELEASE SHEET              PAGE    2
==============================================================================
BOOKING NO: 040000398    INMATE NAME: GRIGGS DURWIN TERRANCE
==============================================================================
        COURT: LDC              ATTORNEY ON REC:
        JUDGE: HOLLEY                   PHONE: 000-000-0000
      REMARKS:
      REMARKS:
------------------------------------------------------------------------------
    BOOK DATE: 03/03/2004  BOOK TIME: 00:53  BOOK TYPE: NORMAL

   ARREST DATE: 03/03/2004       BOOKING OFFICER: KIRK
   ARREST DEPT: LAN              CELL ASSIGNMENT:
 ARRST OFFICER: SHIVER                 MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000              FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: SANDERS            CLASSIFICATION: MISD
  TYPE SEARCH: PAT DOWN             WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
==============================================================================
   RELEASE DATE: 03/03/2004  RELEASE TIME: 12:27    # DAYS SERVED:    1

 RELEASE OFFICER: SGT ROWE
    RELEASE TYPE: RELEASED   TO TROUPBONDING
        REMARKS: EDDIE CHANLER
        REMARKS:
        REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____    DATE: _____    TIME: _____

BOOK OFFICER: _____    DATE: _____    TIME: _____
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
 03/03/2004    12:28:52         INMATE CHARGE SHEET                    PAGE    3
================================================================================
 BOOKING NO: 040000398     INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
    CHARGE NO:   1  DISPOSITION: RELEASED            HOLD: N

 ALA STATUTE: 13A-12-260            # OF COUNTS:    1
      OFFENSE: POSS OF DRUG PARAPHERLIA    WARRANT #:
       CASE #:
     BOND AMT: $1000                          FINE:       $0.00
     BAIL AMT:
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 03/03/2004
 ARREST DATE: 03/03/2004           ARST AGENCY: LAN
 ARST OFFICR: SHIVER                   COUNTY: CHAMBERS
       COURT: LDC                       JUDGE: HOLLEY
 DEF ATTORNY:                     DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS: INMATE RELEASED BY JAIL
 -------------------------------------------------------------------------------
    CHARGE NO:   2  DISPOSITION: RELEASED            HOLD: N

 ALA STATUTE: 13A-9-18              # OF COUNTS:    1
      OFFENSE: GIVING FALSE NAME        WARRANT #:
       CASE #:
     BOND AMT: $1000                          FINE:       $0.00
     BAIL AMT:
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 03/03/2004
 ARREST DATE: 03/03/2004           ARST AGENCY: LAN
 ARST OFFICR: SHIVER                   COUNTY: CHAMBERS
       COURT: LDC                       JUDGE: HOLLEY
 DEF ATTORNY:                     DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS: INMATE RELEASED BY JAIL
 -------------------------------------------------------------------------------
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
03/03/2004      00:59:08      INMATE BOOKING SHEET                    PAGE   1
================================================================================
BOOKING NO: 040000398

INMATE NAME: GRIGGS DURWIN TERRANCE
       ALIAS:                                      RACE: B      SEX: M
       ALIAS:                                      HT: 5'09"  HAIR: BLK
     ADDRESS: 817 N 13TH AVE                       WT: 198    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36863                 COMPLEX: DBR
  HOME PHONE: 334-642-0661                         SSN: 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
         DOB: 09/25/1971  AGE:   32             DL ST: AL     DLN: 6081876
  PLCE BIRTH: CHAMBERS COUNTY                      SID: AIS-198159
       STATE: AL                                 LOCID: 4557
   M. STATUS:
    RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS: OCCUP: DISHWASHER
---------------------------- NEXT OF KIN ----------------------------------
  NEXT OF KIN: TRAMMELL KESHA              RELATIONSHIP: SISTER
      ADDRESS:                                    PHONE: 334-642-0249
  CITY/ST/ZIP: LANETT, AL 36863
      REMARKS:
--------------------------- EMPLOYER INFO ---------------------------------
    EMPLOYED: N
EMPLOYER NAME: UNEMPLOYED
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
----------------------------- MEDICAL -------------------------------------
  HANDICAPPED: N  NEEDS:
      GLASSES: N  SMOKE: Y
MEDICAL NEEDS: N  NEEDS:
    PHYSICIAN:                    PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
---------------------------- PROPERTY -------------------------------------
         CASH:        $00.00
  DESCRIPTION:
 ADD. PROPERTY: BOX CUTTER, KEY ON RING, 4 DIAMOND CARD, BLK LIGHTER
 ADD. PROPERTY: BLK DURAG
 ADD. PROPERTY:
   BIN NUMBER: 116
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS: DFP
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: K_____      DATE: 3/3/04   TIME: _____

BOOK OFFICER: _____     DATE: 3/3/04   TIME: _____
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
03/03/2004      00:59:08      INMATE BOOKING SHEET              PAGE    2
=============================================================================
BOOKING NO: 040000398      INMATE NAME: GRIGGS DURWIN TERRANCE
=============================================================================
            COURT: LDC                ATTORNEY ON REC:
            JUDGE: HOLLEY                      PHONE: 000-000-0000
          REMARKS:
          REMARKS:
-----------------------------------------------------------------------------
      BOOK DATE: 03/03/2004  BOOK TIME: 00:53  BOOK TYPE: NORMAL

    ARREST DATE: 03/03/2004       BOOKING OFFICER: KIRK
    ARREST DEPT: LAN              CELL ASSIGNMENT: E-04-L
  ARRST OFFICER: SHIVER                MEAL CODE: 01  CHAMBERS COUNTY
  PROJ. RLSDATE: 00/00/0000            FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: SANDERS           CLASSIFICATION: MISD
    TYPE SEARCH: PAT DOWN           WORK RELEASE: N
  INTOX RESULTS:

          HOLDS: N
         AGENCY:              REASON:
         AGENCY:              REASON:
         AGENCY:              REASON:
         AGENCY:              REASON:

          NOTES:
          NOTES:
          NOTES:
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
03/03/2004    00:59:08         INMATE CHARGE SHEET                PAGE    3
================================================================================
BOOKING NO: 040000398      INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
    CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 13A-12-260           # OF COUNTS:   1
    OFFENSE: POSS OF DRUG PARAPHERLIA    WARRANT #:
     CASE #:
   BOND AMT: $1000                         FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/03/2004          ARST AGENCY: LAN
ARST OFFICR: SHIVER                  COUNTY: CHAMBERS
      COURT: LDC                       JUDGE: HOLLEY
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
    CHARGE NO:   2  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 13A-9-18             # OF COUNTS:   1
    OFFENSE: GIVING FALSE NAME        WARRANT #:
     CASE #:
   BOND AMT: $1000                         FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/03/2004          ARST AGENCY: LAN
ARST OFFICR: SHIVER                  COUNTY: CHAMBERS
      COURT: LDC                       JUDGE: HOLLEY
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
```

```
08/22/2003    14:08:25        CHAMBERS CO. SHERIFF'S OFFICE              PAGE    1
                              INMATE RELEASE SHEET
==============================================================================
BOOKING NO: 030000148

INMATE NAME: GRIGGS DURWIN TERRANCE
        ALIAS:                                    RACE: B      SEX: M
        ALIAS:                                    HT: 5'09"  HAIR: BLK
      ADDRESS: 713 N. 8 TH AVE.                   WT: 198    EYES: BRO
  CITY/ST/ZIP: LANETT, AL 36863              COMPLEX: DBR
   HOME PHONE: 000-000-0000                       SSN: 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
          DOB: 09/25/1971  AGE:   31          DL ST: AL    DLN: 6081876
   PLCE BIRTH: CHAMBERS COUNTY                    SID: AIS-198159
        STATE: AL                              LOCID: 4557
  M. STATUS:
    RELIGION: MUSLEM
  GANG ASSOC:
 SCARS/TATTOOS:
KNOWN ENEMIES:
      REMARKS: OCCUP: DISHWASHER
------------------------------- NEXT OF KIN -----------------------------------
  NEXT OF KIN: TRAMMELL KESHA                RELATIONSHIP: SISTER
      ADDRESS:                                      PHONE: 334-642-0249
  CITY/ST/ZIP: LANETT, AL 36863
      REMARKS:
------------------------------ EMPLOYER INFO ----------------------------------
     EMPLOYED: N
EMPLOYER NAME: UNEMPLOYED
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
------------------------------- MEDICAL ---------------------------------------
  HANDICAPPED: N  NEEDS:
      GLASSES: N  SMOKE: Y
MEDICAL NEEDS: N  NEEDS:
    PHYSICIAN:                      PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------- PROPERTY --------------------------------------
         CASH:       $00.00
  DESCRIPTION:
ADD. PROPERTY: 1 PAIR SUNGLASSES, 1 OPEN PACK OF CIGS, 2 KEYS ON KNIFE,
ADD. PROPERTY: 1 ORANGE LIGHTER
ADD. PROPERTY:
   BIN NUMBER: 221
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
==============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X _____    DATE: _____    TIME: _____

BOOK OFFICER: _____    DATE: 8-22-03    TIME: _____
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
08/22/2003    14:08:25        INMATE RELEASE SHEET                    PAGE      2
================================================================================
BOOKING NO: 030000148      INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
          COURT: CIR              ATTORNEY ON REC:
          JUDGE:                       PHONE: 000-000-0000
          REMARKS:
          REMARKS:
--------------------------------------------------------------------------------
     BOOK DATE: 01/29/2003  BOOK TIME: 00:38  BOOK TYPE: NORMAL

   ARREST DATE: 01/28/2003      BOOKING OFFICER: CARSON
   ARREST DEPT: LAN             CELL ASSIGNMENT:
 ARRST OFFICER: UNDERWOOD            MEAL CODE: 01   CHAMBERS COUNTY
 PROJ. RLSDATE: 00/00/0000            FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: CARSON           CLASSIFICATION:
  TYPE SEARCH: PATDOWN          WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:
       AGENCY:              REASON:

       NOTES: RHONDA ADVISED HE WAS SENTENCED TO 9 MONS CC D1
       NOTES:
       NOTES:
================================================================================
  RELEASE DATE: 08/22/2003  RELEASE TIME: 14:07    # DAYS SERVED:   206

RELEASE OFFICER: PETREY
        REMARKS: NOLLE PROSSESS
        REMARKS:
        REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: X _____     DATE: _____     TIME: _____

BOOK OFFICER: _____  DATE: 8-22-03   TIME: _____

```
                            CHAMBERS CO. SHERIFF'S OFFICE
08/22/2003      14:08:25        INMATE CHARGE SHEET                    PAGE     3
================================================================================
BOOKING NO: 030000148      INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
   CHARGE NO:   1  DISPOSITION: DROPPED            HOLD: N

ALA STATUTE: 13A-6-61                   # OF COUNTS:   1
    OFFENSE: RAPE 1ST                   WARRANT #:
     CASE #: DC-03-200028
   BOND AMT: NOLLE PROSSED                       FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 01/31/2003          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/28/2003            ARST AGENCY: LAN
ARST OFFICR: UNDERWOOD                  COUNTY: CHAMBERS
      COURT: CIR                         JUDGE:
DEF ATTORNY: WILLIAM SMITH         DIST ATTORNEY:
   COMMENTS: NOLLE PROSSED BY GJ   D1
   COMMENTS: 3/21/03-BOUND OVER
   COMMENTS:
--------------------------------------------------------------------------------
   CHARGE NO:   2  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                            # OF COUNTS:   2
    OFFENSE: FTA T.O.P. 3RD/ CRIM MIS 2ND  WARRANT #:
     CASE #: CC-02-000131
   BOND AMT: COMPLEATED                         FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 11/15/2002
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2003            ARST AGENCY: CCSD
ARST OFFICR: SANDERS                    COUNTY: CHAMBERS
      COURT: CIR                         JUDGE: BRYAN
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS: DC-02-200088 9 MOS CC
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                           CHAMBERS CO. SHERIFF'S OFFICE
01/29/2003    01:02:28         INMATE BOOKING SHEET                 PAGE    1
================================================================================
BOOKING NO: 030000148

INMATE NAME: GRIGGS DURWIN TERRANCE
      ALIAS:                                    RACE: B       SEX: M
      ALIAS:                                     HT: 5'09"  HAIR: BLK
    ADDRESS: 713 N. 8 TH AVE.                     WT: 198    EYES: BRO
 CITY/ST/ZIP: LANETT, AL 36863              COMPLEX: DBR
 HOME PHONE: 000-000-0000                       SSN: 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
        DOB: 09/25/1971  AGE:   31           DL ST: AL     DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY                    SID: AIS-198159
      STATE: AL                              LOCID: 4557
  M. STATUS:
   RELIGION: MUSLEM
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
    REMARKS: OCCUP: DISHWASHER
------------------------------- NEXT OF KIN -----------------------------------
 NEXT OF KIN: TRAMMELL KESHA               RELATIONSHIP: SISTER
     ADDRESS:                                     PHONE: 334-642-0249
 CITY/ST/ZIP: LANETT, AL 36863
     REMARKS:
------------------------------ EMPLOYER INFO ----------------------------------
    EMPLOYED: N
EMPLOYER NAME: UNEMPLOYED
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
-------------------------------- MEDICAL --------------------------------------
 HANDICAPPED: N   NEEDS:
     GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
   PHYSICIAN:                        PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
-------------------------------- PROPERTY -------------------------------------
        CASH:      $00.00
 DESCRIPTION:
ADD. PROPERTY: 1 PAIR SUNGLASSES, 1 OPEN PACK OF CIGS, 2 KEYS ON KNIFE,
ADD. PROPERTY: 1 ORANGE LIGHTER
ADD. PROPERTY:
  BIN NUMBER: 221
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: X _____    DATE: 1-29-03    TIME: _____

BOOK OFFICER: _____    DATE: 1-29-03    TIME: _____

```
                          CHAMBERS CO. SHERIFF'S OFFICE
01/29/2003     01:02:28        INMATE BOOKING SHEET                    PAGE    2
=================================================================================
BOOKING NO: 030000148     INMATE NAME: GRIGGS DURWIN TERRANCE
=================================================================================
          COURT: CIR                    ATTORNEY ON REC:
          JUDGE:                              PHONE: 000-000-0000
        REMARKS:
        REMARKS:
-----------------------------------------------------------------------
    BOOK DATE: 01/29/2003  BOOK TIME: 00:38  BOOK TYPE: NORMAL

  ARREST DATE: 01/28/2003           BOOKING OFFICER: CARSON
  ARREST DEPT: LAN                  CELL ASSIGNMENT: C DAYROOM
ARRST OFFICER: UNDERWOOD                  MEAL CODE: 01   CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000                  FACILITY: 01   COUNTY JAIL
SEARCH OFFCR: CARSON                 CLASSIFICATION:
  TYPE SEARCH: PATDOWN                WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
01/29/2003      01:02:28      INMATE CHARGE SHEET              PAGE    3
=================================================================================
BOOKING NO: 030000148      INMATE NAME: GRIGGS DURWIN TERRANCE
=================================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 13A-6-61                 # OF COUNTS:   1
    OFFENSE: RAPE 1ST                 WARRANT #:
     CASE #:
   BOND AMT: $10,000                        FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000        SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/28/2003          ARST AGENCY: LAN
ARST OFFICR: UNDERWOOD                 COUNTY: CHAMBERS
      COURT: CIR                        JUDGE:
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
---------------------------------------------------------------------------------
   CHARGE NO:   2  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                          # OF COUNTS:   1
    OFFENSE: FTA T.O.P. 3RD/ CRIM MIS 2ND  WARRANT #:
     CASE #: CC-02-000131
   BOND AMT: NO BOND                        FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000        SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/29/2003          ARST AGENCY: CCSD
ARST OFFICR: SANDERS                   COUNTY: CHAMBERS
      COURT: CIR                        JUDGE: BRYAN
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
---------------------------------------------------------------------------------
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/11/2002    13:27:58          INMATE RELEASE SHEET                    PAGE    1
===============================================================================
BOOKING NO: 010002053

INMATE NAME: GRIGGS DURWIN TERRANCE
      ALIAS:                                    RACE: B      SEX: M
      ALIAS:                                    HT: 5'09"  HAIR: BLK
    ADDRESS: 713 N. 8 TH AVE.                   WT: 198    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36863              COMPLEX: DBR
 HOME PHONE: 000-000-0000                       SSN: 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
        DOB: 09/25/1971  AGE:   30           DL ST: AL      DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY                    SID: AIS-198159
      STATE: AL                              LOCID: 4557
  M. STATUS:
   RELIGION:
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
    REMARKS: OCCUP: DISHWASHER
------------------------------ NEXT OF KIN ------------------------------------
 NEXT OF KIN: TRAMMELL KESHA               RELATIONSHIP: SISTER
     ADDRESS:                                    PHONE: 334-642-0249
CITY/ST/ZIP: ,
     REMARKS:
------------------------------ EMPLOYER INFO ----------------------------------
   EMPLOYED: N
EMPLOYER NAME: UNEMPLOYED
     ADDRESS:
CITY/ST/ZIP: ,
       PHONE: 000-000-0000
------------------------------ MEDICAL ----------------------------------------
 HANDICAPPED: N  NEEDS:
     GLASSES: N  SMOKE: Y
MEDICAL NEEDS:  NEEDS:
   PHYSICIAN:                         PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------ PROPERTY ---------------------------------------
        CASH:      $00.17
 DESCRIPTION:
ADD. PROPERTY: NO OTHER PROPERTY YO LOG IN AT THIS TIME
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 0067
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                       DATE:          TIME:

BOOK OFFICER:                 DATE: 4/11/02  TIME: 1325
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/11/2002     13:27:58        INMATE RELEASE SHEET              PAGE    2
========================================================================
BOOKING NO: 010002053     INMATE NAME: GRIGGS DURWIN TERRANCE
========================================================================
        COURT: CIR                ATTORNEY ON REC:
        JUDGE:                          PHONE: 000-000-0000
      REMARKS:
      REMARKS:
------------------------------------------------------------------------
    BOOK DATE: 09/15/2001  BOOK TIME: 04:53  BOOK TYPE: NORMAL

   ARREST DATE: 09/15/2001      BOOKING OFFICER: GILLIS, JAMES M.
   ARREST DEPT: LANETT P.D.     CELL ASSIGNMENT:
 ARRST OFFICER: CARTER, RICHARD       MEAL CODE: 01  CHAMBERS COUNTY
 PROJ. RLSDATE: 04/11/2002            FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: GILLIS, JAMES M.   CLASSIFICATION:
   TYPE SEARCH: PAT DOWN          WORK RELEASE: N
INTOX RESULTS:

       HOLDS: N
      AGENCY:                 REASON:
      AGENCY:                 REASON:
      AGENCY:                 REASON:
      AGENCY:                 REASON:

       NOTES:
       NOTES:
       NOTES:
========================================================================
  RELEASE DATE: 04/11/2002  RELEASE TIME: 13:26   # DAYS SERVED:  209

RELEASE OFFICER: GOLDEN
        REMARKS: RLEASED ON TIME SERVED
        REMARKS: TO RETURN 6/26/02
        REMARKS:
========================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                        DATE:           TIME:

BOOK OFFICER:                  DATE:           TIME: 1335
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
 04/11/2002      13:27:58        INMATE CHARGE SHEET                   PAGE    3
================================================================================
BOOKING NO: 010002053     INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
    CHARGE NO:   1  DISPOSITION: DROPPED              HOLD: N

ALA STATUTE: 13A-7-7                   # OF COUNTS:   1
     OFFENSE: BURGLARY 3RD               WARRANT #:
      CASE #: DC-01-200570
    BOND AMT: NOL PROSSED                       FINE:       $0.00
    BAIL AMT: 5000.00
INIT APPEAR: 09/19/2001           SENTENCE DATE: 04/11/2002
RELEASE DTE: 00/00/0000
ARREST DATE: 09/15/2001             ARST AGENCY: LAN
ARST OFFICR: CARTER,R                     COUNTY: CHAMBERS
      COURT: CIR                           JUDGE: BRYAN
DEF ATTORNY: STEVE MORRIS          DIST ATTORNEY:
    COMMENTS: NOL PROSSED PER PLEA
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:   2  DISPOSITION: DROPPED              HOLD: N

ALA STATUTE: 13A-7-7                   # OF COUNTS:   1
     OFFENSE: BURGLARY 3RD               WARRANT #:
      CASE #: DC-01-200562
    BOND AMT: NOL PROSSED                       FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 09/19/2001           SENTENCE DATE: 02/08/2002
RELEASE DTE: 00/00/0000
ARREST DATE: 09/18/2001             ARST AGENCY: LAN
ARST OFFICR: MCNEIL                       COUNTY: CHAMBERS
      COURT: CIR                           JUDGE:
DEF ATTORNY: STEVE MORRIS          DIST ATTORNEY:
    COMMENTS: NOL PROSSED BY DA
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
    CHARGE NO:   3  DISPOSITION: SENTENCED            HOLD: N

ALA STATUTE: 13A-8-5                   # OF COUNTS:   1
     OFFENSE: THEFT OF PROPERTY 3RD      WARRANT #: GJ-02-222
      CASE #: CC-02-131
    BOND AMT: 9 MONTHS CC                        FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 03/11/2002           SENTENCE DATE: 04/11/2002
RELEASE DTE: 00/00/0000
ARREST DATE: 02/21/2002             ARST AGENCY: CCSD
ARST OFFICR: LANDRUM                      COUNTY: CHAMBERS
      COURT: CIR                           JUDGE: BRYAN
DEF ATTORNY: S MORRIS              DIST ATTORNEY:
    COMMENTS: 9 MONTHS CC, REST HEARING 6/26/02
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/11/2002     13:27:58        INMATE CHARGE SHEET                    PAGE    4
===============================================================================
BOOKING NO: 010002053    INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
   CHARGE NO:   4  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE: 13A-7-22              # OF COUNTS:   1
     OFFENSE: THEFT OF PROP 3RD      WARRANT #: GJ-02-222
      CASE #: CC-02-131
    BOND AMT: 9 MONTHS CC                   FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 03/11/2002         SENTENCE DATE: 04/11/2002
RELEASE DTE: 00/00/0000
ARREST DATE: 02/21/2002          ARST AGENCY: CCSD
ARST OFFICR: LANDRUM                  COUNTY: CHAMBERS
      COURT: CIR                       JUDGE: BRYAN
DEF ATTORNY: MORRIS S         DIST ATTORNEY:
   COMMENTS: 9 MONTHS CC, REST HEARING 6/26/02
   COMMENTS: PLEAD FROM CRIMINAL MISCHIEF 2ND TO THEFT 3RD
   COMMENTS:
-------------------------------------------------------------------------------
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
02/22/2002      09:29:46        INMATE CHARGE SHEET                    PAGE    1
================================================================================
BOOKING NO: 010002053      INMATE NAME: GRIGGS DURWIN TERRANCE
================================================================================
    CHARGE NO:   1  DISPOSITION: OPEN                HOLD: N

ALA STATUTE: 13A-7-7                    # OF COUNTS:    1
     OFFENSE: BURGLARY 3RD                 WARRANT #:
      CASE #: DC-01-200570
    BOND AMT: $5,000.00                           FINE:       $0.00
    BAIL AMT: 5000.00
INIT APPEAR: 09/19/2001             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 09/15/2001               ARST AGENCY: LAN
ARST OFFICR: CARTER,R                      COUNTY: CHAMBERS
       COURT: CIR                           JUDGE:
DEF ATTORNY: STEVE MORRIS           DIST ATTORNEY:
    COMMENTS: BOUND OVER TO GRAND JURY
    COMMENTS:
    COMMENTS:
------------------------------------------------------------------------------
    CHARGE NO:   2  DISPOSITION: DROPPED             HOLD: N

ALA STATUTE: 13A-7-7                    # OF COUNTS:    1
     OFFENSE: BURGLARY 3RD                 WARRANT #:
      CASE #: DC-01-200562
    BOND AMT: NOL PROSSED                         FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 09/19/2001             SENTENCE DATE: 02/08/2002
RELEASE DTE: 00/00/0000
ARREST DATE: 09/18/2001               ARST AGENCY: LAN
ARST OFFICR: MCNEIL                        COUNTY: CHAMBERS
       COURT: CIR                           JUDGE:
DEF ATTORNY: STEVE MORRIS           DIST ATTORNEY:
    COMMENTS: NOL PROSSED BY DA
    COMMENTS:
    COMMENTS:
------------------------------------------------------------------------------
    CHARGE NO:   3  DISPOSITION: OPEN                HOLD: N

ALA STATUTE: 13A-8-5                    # OF COUNTS:    1
     OFFENSE: THEFT OF PROPERTY 3RD        WARRANT #: GJ-02-222
      CASE #:
    BOND AMT: 2,500.00                            FINE:       $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/21/2002               ARST AGENCY: CCDF
ARST OFFICR: LANDRUM                       COUNTY: CHAMBERS
       COURT: CIR                           JUDGE: BRYAN
DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
------------------------------------------------------------------------------
```

# ENEMY FORM

DATE _11-24-01_

INMATE NAME _Griggs Durwin_ CELLBLOCK _C_

I THE ABOVE INMATE HAVE ADVISED THE OFFICER THAT I HAVE THE LISTED PERSON(S) BELOW AS AN ENEMY.

_[signature]_
INMATE SIGNATURE

1. _Lamarris Carr_          2. _John Finley 12/17/01_
3. _Eddie Harper_           4. _Rick Todd_
5. _Anthony Broskey_        6. _Thomas Clark_
   _Mark Ridings_              _Jerry Parmer_

REPORTING OFFICER _[signature]_

I'M REPORTING THE ABOVE INMATES AS HAVING PROBLEMS FOR THE FOLLOWING REASON:

_From the Street_

_[signature]_
OFFICER SIGNATURE

```
                         CHAMBERS CO. SHERIFF'S OFFICE
09/15/2001      04:56:52        INMATE BOOKING SHEET                PAGE    1
=============================================================================
BOOKING NO: 010002053

INMATE NAME: GRIGGS DURWIN TERRANCE
      ALIAS:                                    RACE: B      SEX: M
      ALIAS:                                    HT: 5'09"  HAIR: BLK
    ADDRESS: 821 N. 10TH ST.                    WT: 198    EYES: BRO
CITY/ST/ZIP: LANETT, AL 36863              COMPLEX: DBR
 HOME PHONE: 000-000-0000                       SSN: 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
        DOB: 09/25/1971  AGE:   29          DL ST: AL    DLN: 6081876
 PLCE BIRTH: CHAMBERS COUNTY                    SID: AIS-198159
      STATE: AL                              LOCID: 4557
  M. STATUS: SINGLE
   RELIGION:
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
    REMARKS: OCCUP: DISHWASHER
------------------------------ NEXT OF KIN ----------------------------------
 NEXT OF KIN: TRAMMELL KESHA              RELATIONSHIP: SISTER
     ADDRESS:                                    PHONE: 334-642-0249
 CITY/ST/ZIP: ,
     REMARKS:
------------------------------ EMPLOYER INFO --------------------------------
   EMPLOYED: N
EMPLOYER NAME: UNEMPLOYED
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
------------------------------ MEDICAL --------------------------------------
 HANDICAPPED: N  NEEDS:
    GLASSES: N  SMOKE: Y
MEDICAL NEEDS:    NEEDS:
   PHYSICIAN:                         PHONE: 000-000-0000
     REMARKS:


     REMARKS:
     REMARKS:
------------------------------ PROPERTY -------------------------------------
        CASH:      $00.17
 DESCRIPTION:
ADD. PROPERTY: NO OTHER PROPERTY YO LOG IN AT THIS TIME
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 0067
VEH IMPOUNDED:
  IMPOUND LOT:
     REMARKS:
     REMARKS:
=============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                        DATE:           TIME:

BOOK OFFICER:                  DATE: 09/15/01  TIME: 05:08
```

```
                         CHAMBERS CO. SHERIFF'S OFFICE
09/15/2001     04:56:52        INMATE BOOKING SHEET                PAGE    2
===============================================================================
BOOKING NO: 010002053     INMATE NAME: GRIGGS DURWIN TERRANCE
===============================================================================
          COURT: CIR                  ATTORNEY ON REC:
          JUDGE:                           PHONE: 000-000-0000
        REMARKS:
        REMARKS:
-------------------------------------------------------------------------------
    BOOK DATE: 09/15/2001  BOOK TIME: 04:53  BOOK TYPE: NORMAL

  ARREST DATE: 09/15/2001          BOOKING OFFICER: GILLIS, JAMES M.
  ARREST DEPT: LANETT P.D.         CELL ASSIGNMENT: J-2-7
ARRST OFFICER: CARTER, RICHARD           MEAL CODE: 01  CHAMBERS COUNTY
PROJ. RLSDATE: 00/00/0000                 FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: GILLIS, JAMES M.      CLASSIFICATION:
  TYPE SEARCH: PAT DOWN              WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
```

Chamber's County Detention Facility

---

Booking No.:2000000115     Inmate's Name : GRIGGS, DERWIN TERRANCE

                            SSN : 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

     Sex :MALE     Race :B     Address : 838 N.12TH AVE LANETT, AL 36863

     DOB :09/25/1971       Driv Lic :

     Age :28                 State :

     Height :5' 9"        Employer :

     Weight :109 lbs.      Position : UNEMPLOYED

Hair Color :BLK        Address :    ,

Eye Color :BRO

Complexion :          Place of Birth : CHAMBERS CO.,AL    Citizen? : YES

Scars/Tattoos :

---

     Arrest Date : 01/25/2000     Time :10:00

     Booking Date : 01/25/2000    Time :18:06      Transfered From :

     Release Date : 02/11/2000    Time :11:02     Reason for Release : TIME SERVED

Arresting Agency : LANETT POLICE       Booking Officer : BOOZER, HENRY RAJAHN

Arresting Officer : No Information     Releasing Officer : MITCHELL, CRAIG VAN

       Location : COURTHOUSE          Length Of Stay :      18

      NCIC Check?                  Bonded by : No Information

---

Description of Property :       Location of Property : 27

   1   --BLK JACKET           RELEASED

   1   --BLK HAT              RELEASED

   1   --BLK WALLET           RELEASED

   1   --BLUE LIGHTER        RELEASED

   1   --CASH .58            RELEASED

   Vehicle :        Licence No. :         Towed To :

   Cash Balance :      $0.10

---

| Charge Description | Warrant | Bail Type | Amount | Court |
|---|---|---|---|---|
| HARASSMENT | | | 0.00 | LDC |

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND MONEY AND FIND IT TO BE ACCURATE.

Inmate's Signature : X _[signature]_     Witness : _[signature]_

Releasing Officer : _[signature]_     Date : 2-11-00     Time: 11:07

      (MITCHELL, CRAIG VAN

PROP 21

**INMATE BOOK-IN SHEET**

Chamber's County Detention Facility                    Page     1

| BOOKING NO. : | 2000000115 | INMATE I.D. : | GRIGGS2614 |
|---|---|---|---|

| MASTER DATA | NAME    :   GRIGGS, DERWIN TERRANCE |
|---|---|

ADDRESS :   838 N.12TH AVE

CITY    :   LANETT                          STATE : AL   ZIP :  36863

D.O.B. :  09/25/1971    HOME PHONE : (  ) .  -        WORK PHONE :

AGE    :   28                BIRTHPLACE : CHAMBERS CO.,AL

RACE   :   BLACK            SEX      : MALE            BUILD   :

HEIGHT :  5' 9"             WEIGHT   : 109             HISPANIC?: NO

HAIR   :   BLACK            EYES     : BROWN           SKINTONE :

BEARD? :  YES               MOUSTACHE? : YES           GLASSES? : NO

MARITAL STATUS : SINGLE     D.L. NO.  :               D.L.STATE:

ALIAS(ES) :

FEATURES. :

FBI NO. :                   SID NO. :                 TRN NO.:

S.S.N.  :  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      S.S.N STATUS : N           OTHER ID. :  4557

— OTHER CONTACT(S)

| EMERGENCY CONTACT | EMPLOYER |
|---|---|
| KEISHA TRAMMEL | |
| | |
| LANETT AL 36863 | |
| RELATION :   SISTER | PHONE NO : |

— ARREST INFORMATION —

| | OFFICER | DATE | TIME |
|---|---|---|---|
| ARRESTING : | WALEY, LINCOLN | 01/25/2000 | 10:00 |
| RIGHTS   : | | | |
| BOOKING  : | BOOZER, HENRY | | 18:06 |
| SEARCHED : | BOOZER, HENRY | 01/25/2000 | |
| RELEASE  : | | / / | |

RESPONSIBLE COURT : LDC        RESPONSIBLE COUNTY : CHA

CLASSIFICATION    :                   SELECTION : G-02-F G2F

BILLING AGENCY    :               BILLING RATE : $  0.00

SENTENCE LENGTH   : 0 YEARS 17 DAYS   SCHEDULED RELEASE DATE : 02/11/2000

RELEASE DATE      :  / /        HOW RELEASED :

| CHARGE | FINE | BOND | DISPOSITION |
|---|---|---|---|
| HARASSMENT | $    281.00 | $       0.00 | SENTENC |

CHARGE DETAILS

01/25/2000                    Chamber's County Detention Facility                    Page    1

```
CHARGE NO. :     1        DISPOSITION :  SENTEN   STATE CODE :    13A-11-8
STATUTE CD :  AL                                 NO OF COUNTS :      1
OFFENSE    :  HARASSMENT
BOND       :  $        0.00                            FINE :  $      281.00
BAIL       :  $        0.00
WARRANT NO.:                              WARRANT AGENCY :
COURT      :                                  CASE NO. :   DC-99-200647
JUDGE      :  HOLLEY                            COUNTY :   CHAMBERS
PROSECUTING ATTORNEY  :
DEFENSE ATTORNEY      :
COMMENTS :    PAY / LAY 256.00 PAY 25.00
```

NAME: BRIGGS, DURWIN TERRANCE

DOB: 4/23/71   AGE: 27   PLACE OF BIRTH: CHAMBERS COUNTY
ADDRESS: 105 N. 12TH AVE
(MAIL)                        CITY: LANETT
                              STATE: AL   ZIP: 36863       PHONE: UNKNOWN

PHYSICAL DESCRIPTION - SEX: M   EYES: BRO   HEIGHT: 509   MARITAL STATUS: S
                        RACE: B   HAIR: BLK   WEIGHT: 198

CAN INMATE READ OR WRITE: Y        EDUCATION LEVEL: 10
SOCIAL SECURITY #: 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
OCCUPATION/EMPLOYER: DISHWASHER                    SHONEY
  DRIVERS LICENSE ST/#: AL   6081676              WORK RELEASE:

ARRESTED BY: WARE, WL AGENCY: LAN    DATE: 5/23/99   TIME: 13:00
PLACE OF ARREST: LANET COURT                       AGENCY RESP.: LAN
RECEIVED BY: ANTHONY, GR DATE: 5/23/99   TIME: 4:40   PROCESSED: Y

   CHARGE/CASE#   CITY/P WARR/HOLDER   ER/ATT   BAIL/BD   CRIME CODE/AGENCY
                                                NO BAIL  AL 13A-11-10
   99-99-001896                        LDC               LAN

   COURT DATE: 0/00/00           COURT TIME: 00:00

    DISPOSITION          CODE    DATE    COURT  DISPOSITION COMMENT
  1 FOUND GUILTY          GT    5/25/99  LDC    40 HRS

RELEASE DATE: 5/27/99   TIME: 14:18   REASON: TIME SERVED

  PRISONER'S SIGNATURE ON RELEASE: X _____  5-27

  RELEASING OFFICER'S SIGNATURE: _____  5-27

  RECEIVING - OFFICER: _____  DATE: _____

           FACILITY: _____  TIME: _____

BOOKING#: 99-0000727                              Master ID#: 4557
                                                        CELL:
        NAME: GRIGGS, DURWIN TERRANCE               PROP BOX#:
                                                      CASE#:
                                                    ST ID#: AIS-198159


DOB....: 9/25/71    AGE.: 27    PLACE OF BIRTH: CHAMBERS COUNTY
ADDRESS: 838 N. 12TH AVE
 (MAIL)                       CITY.: LANETT
                              STATE: AL   ZIP: 36863      PHONE#:   UNKNOWN

PHYSICAL DESCRIPTION - SEX: M  EYES: BRO  HEIGHT: 509   MARITAL STATUS: S
                      RACE: B  HAIR: BLK  WEIGHT: 198

CAN INMATE READ OR WRITE: Y    EDUCATION LEVEL: 10
SOCIAL SECURITY #..: 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
OCCUP./EMPLOYER: UNEMPLOYED
 DRIVERS LICENSE ST/#: AL  6081876                    WORK RELEASE:

ARRESTED BY: SIGGERS, AGENCY: LAN     DATE: 4/19/99   TIME: 18:05
PLACE OF ARREST: 1ST ST AND N 9TH AVE LANETT            AGENCY RESP.: LAN
RECEIVED BY: TAYLOR, JOS DATE: 4/19/99   TIME: 18:21       PROCESSED: Y

    CHARGE/CASE#   CT/TP WARR/POLICE#   CRT/PTR  BAIL/CC  CRIME CODE/AGENCY
  1 BURGLARY 3RD                                 5000.00  AL 13A-7-7
                    1 F                    DIR             LAN

  COURT DATE: 0/00/00            COURT TIME: 00:00

    DISPOSITION            CODE   DATE    COURT  DISPOSITION COMMENT
  1                              0/00/00

RELEASE DATE: 4/19/99   TIME: 18:32   REASON: PROPERTY BOND

  PRISONER'S SIGNATURE ON RELEASE: X                          4-19

  RELEASING OFFICER'S SIGNATURE..:                            4-19

  RECEIVING - OFFICER:                                  DATE:

        FACILITY:                                       TIME:

```
PGM ID-JNBKRP           CHAMBERS COUNTY DETENTION FACILITY              PAGE    1
DATE:  5/08/98                    BOOKING REPORT                     TIME 04:08
ENTPR- D27B
```

```
     BOOKING#: 97-0002211                       Master ID#: 4557
                                                     CELL:
          NAME: GRIGGS, DURWIN TERRANCE       PROP BOX#:
                                                    CASE#:
                                                  ST ID#: AIS-198159
```

```
DOB....:  9/25/71    AGE.:  26    PLACE OF BIRTH: CHAMBERS COUNTY
ADDRESS: 833 N. 12TH AVE
 (MAIL)                     CITY.: LANETT
                            STATE: AL   ZIP: 36863      PHONE#:   UNKNOWN

PHYSICAL DESCRIPTION - SEX: M  EYES: BRO  HEIGHT: 509   MARITAL STATUS: S
                       RACE: B  HAIR: BLK  WEIGHT: 198

CAN INMATE READ OR WRITE: Y    EDUCATION LEVEL: 10
SOCIAL SECURITY #..: 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
OCCUP./EMPLOYER: UNEMPLOYED
  DRIVERS LICENSE ST/#: AL  6081876           WORK RELEASE:

ARRESTED BY: BROWN, R AGENCY: LAN   DATE: 12/13/97   TIME: 09:23
PLACE OF ARREST: 838 N. 12TH AVE, LANETT            AGENCY RESP.: LAN
RECEIVED BY: BELOHLAVEK, DATE: 12/14/97   TIME: 04:22   PROCESSED: Y
```

```
    CHARGE/CASE#    CT/TP WARR/POLICE#    CRT/PTR   BAIL/CC  CRIME CODE/AGENCY
1 UNLAW.DISTR.CON.SUBS                               NO BAIL  AL 13A-12-211
  DC-97-200855     1 F                    CIR                 LAN
2 R.S.P. 2ND               GJI-98-53                 NO BAIL  AL 13A-8-18
  CC-98-19         1 F   DC-97-200768     CIR                 LAN
3 THEFT OF PROP 2ND                                  5000.00  AL 13A-8-4
  DC-97-200877     1 F                    CIR                 LAN
4 BURGLARY 3RD                                       5000.00  AL 13A-7-7
  DC-97-200878     1 F                    CIR                 LAN
5 BURGLARY 3RD             GJI-54                     NO BAIL  AL 13A-7-7
  CC-98-85         1 F                    CIR                 CCSD
6 THEFT OF PROP 2ND        GJI-98-55                 NO BAIL  AL 13A-8-4
  CC-98-85         1 F                    CIR                 CCSD
7 CRIMINAL MISCHIEF 1      GJI-98-56                 NO BAIL  AL 13A-7-21
  CC-98-85         1 F                    CIR                 CCSD
```

```
  COURT DATE:12/15/97         COURT TIME: 15:00
```

```
    DISPOSITION           CODE    DATE    COURT  DISPOSITION COMMENT
1 CHARGE(S) DISMISSED      CD    2/13/98  DIST   CASE DISMISSED BY STATE
2 CHARGE(S) DISMISSED      CD    3/26/98  CIR    NOLLE PROSSED
3                                0/00/00         5,000.00 PROP. 1,000.00 BC
4                                0/00/00         5,000.00 PROP. 1,0000.00
5 FOUND GUILTY             GT    3/26/98  CIR    PLEA 3 YRS CC
6 FOUND GUILTY             GT    3/26/98  CIR    3 YRS CC
7 FOUND GUILTY             GT    3/26/98  CIR    3 YRS CC
```

```
RELEASE DATE:  5/08/98   TIME: 04:07   REASON: B.O.C. KILBY

PRISONER'S SIGNATURE ON RELEASE:
```

BOOKING#: 97-0001958                              Master ID#: 4557
                                                       CELL:
        NAME: GRIGGS, DURWIN TERRANCE               PROP BOX#:
                                                      CASE#:


DOB....: 9/25/71    AGE.: 26    PLACE OF BIRTH: CHAMBERS COUNTY
ADDRESS: 851 N. 11TH AVE
(MAIL)                      CITY.: LANETT
                      .     STATE: AL   ZIP: 36863      PHONE#: (334) 5767667

PHYSICAL DESCRIPTION - SEX: M  EYES: BRO  HEIGHT: 509    MARITAL STATUS: S
                       RACE: B  HAIR: BLK  WEIGHT: 198

CAN INMATE READ OR WRITE: Y      EDUCATION LEVEL: 10
SOCIAL SECURITY #..: 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
OCCUP./EMPLOYER: UNEMPLOYED
 DRIVERS LICENSE ST/#:                            WORK RELEASE:

ARRESTED BY: SIMS, TO AGENCY: LAN      DATE: 10/31/97  TIME: 14:30
PLACE OF ARREST: LANIER AVE, LANETT                 AGENCY RESP.: LAN
RECEIVED BY: MASON, JANN DATE: 10/31/97    TIME: 16:06      PROCESSED: Y

   CHARGE/CASE#   CT/TP WARR/POLICE#    CRT/PTR  BAIL/CC  CRIME CODE/AGENCY
 1 R.S.P. 2ND                                    5000.00  AL 13A-8-18
   DC-97-200768   1 F                   LDC               LAN

   COURT DATE:11/03/97          COURT TIME: 15:00

   DISPOSITION          CODE    DATE    COURT  DISPOSITION COMMENT
 1                              0/00/00         5,000.00 PROP. 1,000.00 BC

RELEASE DATE: 11/08/97  TIME: 20:27  REASON: AAA BONDING-DANNY SANDERS

   PRISONER'S SIGNATURE ON RELEASE:

   RELEASING OFFICER'S SIGNATURE..:

   RECEIVING - OFFICER: _____    DATE: _____

        FACILITY: _____          TIME: _____

# EXHIBIT  D

# Chambers Co. Detention Center Inmate Handbook Rules and Regulations

# INTRODUCTION

This handbook gives you information on the operation and services of the Chambers County Detention Facility. You must read this handbook and follow the guidelines it gives you. If you have any questions about what the handbook says, please ask the jail staff. The rules outlined in this handbook may be changed at any time with the approval of the Sheriff and/or the Jail Administrator. You will be notified in advance and in writing should changes be made.

## Detention Facility Philosophy Statement

The operating philosophy of the Chambers County Detention Facility provides for community safety, facility security, and the welfare of staff and inmates.

The primary function of the Chambers County Detention Facility is to safely and securely detain both pretrial detainees and county sentenced inmates; however, the staff understands that, although inmates are subject to deprivations resulting merely from confinement, these rules are not to inflict punishment, but to make the inmates period of confinement as productive as possible.

## Protection Of Inmate Rights

Chambers County Detention Facility employees shall be aware of and seek to protect inmate rights, both civil and legal. These rights include:

1. Freedom from discrimination based on race, religion, national origin, sex, handicap, or political belief.

2. Equal access to programs and work assignments.

3. Protection from personal abuse, corporal punishment, property damage, and harassment.

4. Freedom from reprisals or penalties as a result of seeking administrative or judicial redress.

$\mathcal{D}$

## Section 1: Classification

1.1   The Chambers County Detention Facility Administrator evaluates the following when classifying you:

    A.    Type of offense committed
    B.    Whether pretrial or sentenced
    C.    Your behavior
    D.    Your attitude
    E.    Your health
    F.    Your level of security risk
    G.    The facilities needs

1.2   Classification levels are:

    A.    General population
    B.    Segregation
    C.    Trustee

1.3   You will be housed in an area appropriate to your classification level

1.4   If your classification status changes, you may be moved to another housing area

1.5   You are given privileges according to your classification status

1.6   Trustees are chosen by the Administrator.  Do not file requests for trustee status. Only sentenced inmates of nonviolent offenses are eligible for trustee.

1.7   If you think you need protective custody, tell a staff member.  We will do what is necessary to protect you.

1.8   You may ask to talk about your classification status with the Administrator.

1.9   The staff can move you anywhere within this facility or to any other detention facility within Alabama at their discretion.

## Section 2: Housing and Personal Hygiene

2.1   Hygiene supplies compatible with minimal requirements for maintaining proper personal hygiene are supplied by the facility.  Other products are available through the commissary.

10.7   The Chambers County Detention Facility also charges co-pays, this is in addition to the actual charge by the doctor, nurse, etc.. This charge will be deducted from your commissary account, when you receive your money order receipt it will show you all deposits and deductions.

| | |
|---|---|
| Doctor call | $5.00 |
| Nurse call | $2.00 |
| prescription | $1.00 |
| Damage to property | Cost of Repair |

## Section 11: Religion

11.1   The Detention Facility does not discriminate against any recognized religions, beliefs, or practices.

11.2   Inmates will be allowed to practice religious services of their choice. We welcome members of the clergy to visit inmates in the facility on Sunday from 0830 until 1130.

11.3   Visits by the clergy at other times will be allowed by appointment. Bibles and religious materials may be obtained from the staff on request or from other religious sources. Persons of the Jewish or Seventh-day Adventist will be allowed to practice their religion upon request by appointment set up by a clergyman.

11.4   Inmates are permitted to have in their possession books or literature of religious observance and/or instruction of their particular denomination or beliefs, these books or literature may not accumulate in the cell beyond that of section 4.4. Books and literature that have a tendency to inflame prejudice, create racial tension, and promote hostility, will not be accepted.

## Section 12: Commissary

12.1   Commissary privileges are available to inmates. The commissary is stocked with such items as shaving cream, soap, deodorants, writing materials, stamped envelope, candies, cookies, and potato chips. All monies from booking will be transferd on Monday of each week. Inmates may receive money orders or a cashier's check to be placed on their inmate account (NO CASH). A five ($5.00) dollar minimum will be excepted, with no maximum. Inmates will be allowed to place store orders on the store order form passed out by the correctional officers. The Commissary schedule will be set by the Administrator and subject to change.

12.2   In case of misunderstandings, the store clerk may clarify the current condition of your account. Attempts to forge store orders or any other abuses of the commissary privileges are considered major misconduct and will result in immediate disciplinary action.

12.3   You may not buy, sell, or trade store call items for other inmates. This is a level II rule violation (transfer of property).

12.4   Upon your release you will receive a check for any unused monies. If you have placed a store order and get released before it arrives, you have five days to pick it up or it will be disposed of excluding weekends.

### Section 13: Personal Safety

13.1   While here, you will meet many different kinds of people. If you are threatened, assaulted, or feel intimidated, or unsafe, tell the staff. We will do what is necessary to protect you. For your own protection, do not discuss your charges with other inmates.

### Section 14: Rule Violations

14.1   You may be disciplined only for breaking rules listed in the inmate handbook or for breaking the law. If you break the law, we also will file criminal charges.

14.2   There are three kinds of rules violations: level I, level II, and level III.

A.   Level I violations interfere with the orderly operation of the facility but did not immediately threaten security with safety of inmates, staff, or visitors. Level I violations include:

    100   Failure to stand count
    101   Failure to comply with personal hygiene policies
    102   Failure to keep one living quarters in accordance with section 2 and section 5
    103   Failure to follow posted rules for visiting, telephone, and mail
    104   Horseplay
    105   Possession of unauthorized food
    106   Excessive noise
    107   Tattooing
    108   Violation of posted rules applicable to a particular area
    109   Taking unauthorized items to recreation, visitation, programs, or court

# EXHIBIT E

# Affidavit of Major Clay Stewart

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DERWIN T. GRIGGS,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    Civil Action No. 3:07-CV-691-MHT
                                     )
MAJOR CLAY STEWART                   )
et al.,                              )
                                     )
        Defendants.                  )

## AFFIDAVIT OF CLAY STEWART

STATE OF ALABAMA            )
                            )
COUNTY OF CHAMBERS          )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Clay Stewart, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Clay Stewart. I am over the age of nineteen and competent to make this affidavit. I have been employed by the Chambers County Sheriff's Department since 1995. On October 31, 2005, I became the Jail Administrator of the Chambers County Jail.

2.      I am familiar with the Plaintiff Derwin Griggs due to his incarceration in the Chambers County Jail.

3.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.      I certify and state that the documents provided to the Court which are attached to the Defendant's Special Report are true and correct copies of inmate records,

kept at the Chambers County Detention Center in the regular course of business. I am the Custodian of these Records. Except for the Enemy Form from November 24, 2001, Plaintiff did not list any enemies at the time of being booked into the Chambers County Detention Center, and he has been booked into Chambers County Detention Center more than a dozen times since that date. Our records, specifically the Active Inmate Report, also show that Plaintiff was transferred from A block to C block in the late hours of April 16, 2007 and in the early morning of April 17, 2007 was transferred to D Block. Our records, the Shift Briefing Log, otherwise known as "pass down," show no record of a lockdown on April 16, 2007, in C block or any lockdown on that date involving Plaintiff wherever he was housed.

5.    I am responsible for the enforcement of the Chambers County Detention Facility Policy and Procedures Directives. The Chambers County Inmate Handbook Rules and Regulations, effective April 2003, stated our policy regarding inmates who claim to have an enemy in the jail. That Handbook states:

> "If you think you need protective custody, tell a staff member. We will do what is necessary to protect you."

Chambers County Inmate Handbook Rules and Regulations, ¶ 1.7.

> While here, you will meet many different kinds of people. If you are threatened, assaulted, or feel intimidated, or unsafe, tell the staff. We will do what is necessary to protect you. For your own protection, do not discuss your charges with other inmates.

6.    Chambers County Inmate Handbook Rules and Regulations, ¶ 13.1. Therefore, according to Chambers County Detention Center policy, inmates who claim to have an enemy in the Detention Center are to be protected. The policy is to not put

inmates who are enemies in the same block. In fact, one of the regular questions we always ask inmates when they are booked into the facility is whether they have any enemies in the jail, and they sign that document.

7.    Although Plaintiff during the incarceration, which is the subject of Plaintiff's Complaint, did not speak of any problems that he had with Anthony Briskey, we moved Plaintiff from A block for his own protection. Other inmates in A block, who thought that Plaintiff had stolen store items from them, expressed the possibility of harm coming to Plaintiff because of the stealing allegations. The cell block change was not disciplinary but for his protection. It is not the policy of the Chambers County Detention Center to move someone like Plaintiff from A block for his own protection only to place him in another block that likewise endangered him. It is a common practice for inmates to allege they have an enemy in a certain cell block in order to manipulate where they are housed.

8.    The Chambers County Detention Center Policy and Procedure Directives, adopted June 1991, also offer inmates the opportunity to file a Grievance if they have a complaint about any conditions in the facility. I answered Plaintiff's April 16, 2007 Grievance on April 18, 2007 and explained why he had been moved from A block, that administration was taking steps to ensure his safety, and that any alleged abusive behavior was being investigated. Because Plaintiff was complaining about getting out of I block, Captain Sims and I spoke with Plaintiff soon after he was moved to I block. We explained that we could not move him because Plaintiff had stated that he feared for his life. I also explained that we would continue to offer him food, even though we could not

force him to eat. Plaintiff never appealed any of my decisions to the Sheriff, as required by the procedures in the Directives.

9.      Because Plaintiff continued to complain about fearing for his life, even after being placed in I block, I had Plaintiff transferred to the Randolph County Jail on May 2, 2007.

10.     The Chambers County Detention Center's intercom system is not functioning at this time, but the Sheriff and I are working to have the Chambers County Commission contract for its repair or replacement.

11.     I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

CLAY STEWART

SWORN TO and SUBSCRIBED before me this _4_ day of October 2007.

NOTARY PUBLIC            MY COMMISSION EXPIRES AUG. 16, 2009
My Commission Expires: _____

# EXHIBIT  F

# Affidavit of Captain Thomas Sims

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DERWIN T. GRIGGS,                          )
                                           )
          Plaintiff,                       )
                                           )
v.                                         )    Civil Action No. 3:07-CV-691-MHT
                                           )
MAJOR CLAY STEWART                         )
et al.,                                    )
                                           )
          Defendants.                      )

## AFFIDAVIT OF THOMAS SIMS

STATE OF ALABAMA           )
                           )
COUNTY OF CHAMBERS         )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Thomas Sims, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Thomas Sims. I am over the age of nineteen and competent to make this affidavit. I have been assigned to the Chambers County Sheriff's Department's Detention Facility since 2005. I have been in law enforcement since 1990. I have been employed with the Chambers County Sheriff's Department since 2002.

2.    I am familiar with the Plaintiff Derwin Griggs due to his incarceration in the Chambers County Jail.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.    I am familiar with the Chambers County Inmate Handbook Rules and

Regulations, effective April 2003. That Handbook states:

> "If you think you need protective custody, tell a staff member. We will do
> what is necessary to protect you."

Chambers County Inmate Handbook Rules and Regulations, ¶ 1.7.

> While here, you will meet many different kinds of people. If you are
> threatened, assaulted, or feel intimidated, or unsafe, tell the staff. We will
> do what is necessary to protect you. For your own protection, do not
> discuss your charges with other inmates.

Chambers County Inmate Handbook Rules and Regulations, ¶ 13.1.    Therefore,

according to Chambers County Detention Center policy, inmates who claim to have an

enemy in the Detention Center are to be protected. The policy is to not put inmates who

are enemies in the same block. In fact, one of the regular questions we always ask

inmates when they are booked into the facility is whether they have any enemies in the

jail, and they sign that booking document.

5.    Sometimes inmates will try to manipulate which block they want to be

placed in or remain in and will allege that they have an inmate who is an enemy in a

particular block.

6.    Upon learning that Plaintiff was alleged to be involved in stealing store

items, I removed Plaintiff from trustee status and had him moved out of A block. Other

inmates in A block, who thought that Plaintiff had stolen store items from them,

expressed the possibility of harm coming to Plaintiff because of the stealing allegations.

The cell block change was not disciplinary but for his protection. Plaintiff cut inmates'

hair, and he did not allege that he had an enemy. I did not direct the staff as to which block to move Plaintiff to.

7.      No record at the Chambers County Detention Facility shows that a lockdown occurred on April 16, 2007, and all lockdowns are recorded. Also, there was no lockdown of any kind involving the Plaintiff.

8.      After Plaintiff filed his Grievances about having an enemy, he was moved to I block where he could be isolated and protected. Later, Plaintiff complained about fearing even the corrections officers, and though we considered his fears about corrections officers unfounded and irrational, he was moved to the Randolph County Jail.

9.      I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_Thomas L. Sims_
THOMAS SIMS

**SWORN TO** and **SUBSCRIBED** before me this 5 day of October 2007.

_Crystal L Richardson_
NOTARY PUBLIC
My Commission Expires: _____    MY COMMISSION EXPIRES AUG. 18, 2009

# EXHIBIT  G

# Affidavit of
# Lieutenant LaKesha McCoy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DERWIN T. GRIGGS,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    Civil Action No. 3:07-CV-691-MHT
                                     )
MAJOR CLAY STEWART                   )
et al.,                              )
                                     )
        Defendants.                  )

## AFFIDAVIT OF LAKESHA MCCOY

STATE OF ALABAMA          )
                          )
COUNTY OF CHAMBERS        )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared LaKesha McCoy, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is LaKesha McCoy.  I am over the age of nineteen and competent to make this affidavit.  I have been employed as a Corrections Officer by the Chambers County Sheriff's Department since 1999.  I am a Lieutenant with the Chambers County Detention Facility.

2.    I am familiar with the Plaintiff Derwin Griggs due to his incarceration in the Chambers County Jail.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

6

4.      As a corrections officer with the Chambers County Sheriff's Department, I am familiar with the Chambers County Inmate Handbook Rules and Regulations, effective April 2003. That Handbook states:

> "If you think you need protective custody, tell a staff member. We will do what is necessary to protect you."

Chambers County Inmate Handbook Rules and Regulations, ¶ 1.7.

> While here, you will meet many different kinds of people. If you are threatened, assaulted, or feel intimidated, or unsafe, tell the staff. We will do what is necessary to protect you. For your own protection, do not discuss your charges with other inmates.

Chambers County Inmate Handbook Rules and Regulations, ¶ 13.1.    Therefore, according to Chambers County Detention Center policy, inmates who claim to have an enemy in the Detention Center are to be protected. The policy is to not put inmates who are enemies in the same block. In fact, one of the regular questions we always ask inmates when they are booked into the facility is whether they have any enemies in the jail, and they sign that booking document.

5.      If an incident or complaint about an inmate having an enemy comes to light after booking, that information is placed in the inmate's file folder.

6.      When Plaintiff was incarcerated in April of this year, Captain Simms left a message for Plaintiff to be moved from A block, the block where trustees are incarcerated I did not know for sure, but I assumed the move was because of allegations that Plaintiff was stealing store items from other inmates. At that time, Plaintiff alleged that inmate Briskey was his enemy, so I told Sergeant Spradlin not to move Plaintiff until he had his booking documents and file folder checked, but to the best of my knowledge neither of

them contained anything about an enemy. I told Sergeant Spradlin to move Plaintiff out of A block because inmates use such complaints to avoid certain disciplinary and administrative actions by jail administration. Without documentation about an enemy being in the jail, we cannot take such statements by inmates seriously.

7.    On the same day that we moved Plaintiff from A block, he filed a Grievance and sent a letter to Sheriff Lockhart claiming that inmate Briskey was an enemy, stating that he feared for his life, and asking to be removed from the Chambers County Detention Facility. On the next day, April 17, 2007, Plaintiff filed two Grievances to the same effect. Upon learning that Plaintiff took the situation that seriously, I had him moved to I block on the morning of April 18, 2007. In I block, he could be safely isolated from any enemy.

8.    After Plaintiff filed the Complaint in this case, I checked his file and discovered an Enemy Form, listing Anthony Briskey as an enemy, but that document was dated November 24, 2001. At the time of his most recent booking into the Chambers County Detention Facility, Plaintiff did not mention that he had any enemies, and he did not mention Anthony Briskey. Griggs has been incarcerated in the Chambers County Detention Facility several times, and his jail folder is several inches thick. It is not jail policy, nor is it feasible for the administration to check every page of an inmate's jail folder every time they are arrested and booked into the jail. It is too time consuming, and the status of enemy could have changed since 2001. An inmate must tell us of an enemy being incarcerated in the Chambers County Detention Facility at the time he or she is booked into the jail.

9.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_Lakesha McCoy_
LAKESHA MCCOY

**SWORN TO** and **SUBSCRIBED** before me this 5th day of October 2007.

_Crystal L Richardson_
NOTARY PUBLIC
My Commission Expires: _MY COMMISSION EXPIRES AUG. 18, 2009_

# EXHIBIT  H

# Affidavit of Lieutenant Lisa Davidson

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DERWIN T. GRIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:07-CV-691-MHT |
| | ) | |
| MAJOR CLAY STEWART | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF LISA DAVIDSON

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF CHAMBERS | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Lisa Davidson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Lisa Davidson.  I am over the age of nineteen and competent to make this affidavit.  I have been employed as a Corrections Officer by the Chambers County Sheriff's Department since 1999.

2.    I am familiar with the Plaintiff Derwin Griggs due to his incarceration in the Chambers County Jail.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.    I am familiar with the Chambers County Inmate Handbook Rules and Regulations, effective April 2003. That Handbook states:

> "If you think you need protective custody, tell a staff member. We will do what is necessary to protect you."

Chambers County Inmate Handbook Rules and Regulations, ¶ 1.7.

> While here, you will meet many different kinds of people. If you are threatened, assaulted, or feel intimidated, or unsafe, tell the staff. We will do what is necessary to protect you. For your own protection, do not discuss your charges with other inmates.

Chambers County Inmate Handbook Rules and Regulations, ¶ 13.1. Therefore, according to Chambers County Detention Center policy, inmates who claim to have an enemy in the Detention Center are to be protected. The policy is to not put inmates who are enemies in the same block. In fact, one of the regular questions we always ask inmates when they are booked into the facility is whether they have any enemies in the jail, and they sign that booking document.

5.   On April 16, 2007, Captain Simms did not tell me about moving Plaintiff out of A block to C block because I was working the evening shift. I was not at the Detention Facility when Plaintiff was moved. I spoke with Plaintiff on April 24, 2007, and he said he would start eating.

6.   I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_Lisa A. Davidson_
LISA DAVIDSON

**SWORN TO and SUBSCRIBED** before me this 5th day of September 2007.

Crystal L Richardson

NOTARY PUBLIC

My Commission Expires:  MY COMMISSION EXPIRES AUG 18, 2009

# EXHIBIT  I

# Affidavit of Sergeant Felton Spradlin

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

DERWIN T. GRIGGS,               )
                                )
    Plaintiff,            )
                                )
                                )    Civil Action No. 3:07-CV-691-MHT
v.                              )
                                )
MAJOR CLAY STEWART              )
et al.,                         )
                                )
    Defendants.           )

### AFFIDAVIT OF FELTON SPRADLIN

STATE OF ALABAMA          )
                          )
COUNTY OF CHAMBERS        )

    BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Felton Spradlin, who being known to me and being by me first duly sworn on oath deposes and says as follows:

    1.    My name is Felton Spradlin. I am over the age of nineteen and competent to make this affidavit. I have been employed as a Corrections Officer by the Chambers County Sheriff's Department since 1999.

    2.    I am familiar with the Plaintiff Derwin Griggs due to his incarceration in the Chambers County Jail.

    3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

1

4.    As a corrections officer with the Chambers County Sheriff's Department, I am familiar with the Chambers County Inmate Handbook Rules and Regulations, effective April 2003. That Handbook states:

> "If you think you need protective custody, tell a staff member. We will do what is necessary to protect you."

Chambers County Inmate Handbook Rules and Regulations, ¶ 1.7.

> While here, you will meet many different kinds of people. If you are threatened, assaulted, or feel intimidated, or unsafe, tell the staff. We will do what is necessary to protect you. For your own protection, do not discuss your charges with other inmates.

Chambers County Inmate Handbook Rules and Regulations, ¶ 13.1.    Therefore, according to Chambers County Detention Center policy, inmates who claim to have an enemy in the Detention Center are to be protected. The policy is to not put inmates who are enemies in the same block.  In fact, one of the regular questions we always ask inmates when they are booked into the facility is whether they have any enemies in the jail, and they sign that booking document.

5.    I would never place an inmate in a cell or block with an enemy because if they get into a fight, I will have to risk my life to separate them and resolve the dispute.

6.    I have never known Plaintiff to have any problems with any other inmate. In fact, we have allowed Plaintiff to cut other inmates' hair because he did not have problems with other inmates. Plaintiff cut other inmates' hair in April of this year.

7.    When Plaintiff was incarcerated in April of this year, I remember moving Plaintiff into C block and Lieutenant McCoy going with us. We moved Plaintiff from A block for being under suspicion for stealing store call items from another inmate. At that

time, Plaintiff said nothing to me about an Anthony Briskey, nor did he say anything about any inmate having a problem with him or wanting to harm him or being his enemy. In fact, though having been incarcerated in the Chambers County Detention Facility several times, Plaintiff has never said anything to me about having an enemy in the jail. I did not have to use any physical force to ensure that Plaintiff went to C block. I was unaware that Plaintiff even had an enemy in the Detention Facility until I read Plaintiff's lawsuit claiming such.

8.    No one working for the Detention Facility has ever told me that Plaintiff had or has an enemy in the Detention Facility. I did not look at any of Plaintiff's booking documents, nor did he ever give me a reason to look into his booking documents.

9.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.


FELTON SPRADLIN


SWORN TO and SUBSCRIBED before me this 9th day of September 2007.


NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES AUG. 18, 2008

# EXHIBIT  J

# Affidavit of Officer Teddy Hancock

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DERWIN T. GRIGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:07-CV-691-MHT |
| | ) | |
| MAJOR CLAY STEWART | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF TEDDY HANCOCK

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF CHAMBERS | ) |

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Teddy Hancock, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Teddy Hancock. I am over the age of nineteen and competent to make this affidavit. I have been employed as a Corrections Officer by the Chambers County Sheriff's Department since 2005.

2.    I am familiar with the Plaintiff Derwin Griggs due to his incarceration in the Chambers County Jail.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.    I am familiar with the Chambers County Inmate Handbook Rules and Regulations, effective April 2003. That Handbook states:

"If you think you need protective custody, tell a staff member. We will do what is necessary to protect you."

Chambers County Inmate Handbook Rules and Regulations, ¶ 1.7.

While here, you will meet many different kinds of people. If you are threatened, assaulted, or feel intimidated, or unsafe, tell the staff. We will do what is necessary to protect you. For your own protection, do not discuss your charges with other inmates.

Chambers County Inmate Handbook Rules and Regulations, ¶ 13.1. Therefore, according to Chambers County Detention Center policy, inmates who claim to have an enemy in the Detention Center are to be protected. The policy is to not put inmates who are enemies in the same block. In fact, one of the regular questions we always ask inmates when they are booked into the facility is whether they have any enemies in the jail, and they sign that booking document. Also, if they list any enemy, then a document to that effect is placed in their jail folder, so that a corrections officer knows about the enemy without having to look on the computer, where the information is also listed.

5.    At some point in time during his incarceration, Plaintiff told me that Anthony Briskey had accused Plaintiff of being involved in some criminal activity and that Plaintiff feared for his safety around Mr. Briskey. During my shift sometime between 6 PM and 6AM, on April 16, 2007, I took Plaintiff out of a cell in C block for this reason and moved him to D block.

6.    If any type of lockdown, including a fourteen-hour lockdown, occurred in C block on April 16, 2007, there would be a record of such a lockdown in the jail records. Making such a record is a requirement of the Detention Facility.

7.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

TEDDY HANCOCK

**SWORN TO** and **SUBSCRIBED** before me this 5th day of October 2007.

NOTARY PUBLIC

My Commission Expires: _____

# EXHIBIT  K

# Affidavit of Corrections Officer LaConya Ferrell

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DERWIN T. GRIGGS,                   )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )        Civil Action No. 3:07-CV-691-MHT
                                    )
MAJOR CLAY STEWART                  )
et al.,                             )
                                    )
        Defendants.                 )

<u>AFFIDAVIT OF LACONYA FERRELL JACKSON</u>

STATE OF ALABAMA          )
                          )
COUNTY OF CHAMBERS        )

     **BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared LaConya Ferrell Jackson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

     1.    My name is LaConya Ferrell Jackson. I am over the age of nineteen and competent to make this affidavit. I have been employed as a Corrections Officer by the Chambers County Sheriff's Department since 2005.

     2.    I am familiar with the Plaintiff Derwin Griggs due to his incarceration in the Chambers County Jail.

     3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.    As a corrections officer with the Chambers County Sheriff's Department, I am familiar with the Chambers County Inmate Handbook Rules and Regulations, effective April 2003. That Handbook states:

> "If you think you need protective custody, tell a staff member. We will do what is necessary to protect you."

Chambers County Inmate Handbook Rules and Regulations, ¶ 1.7.

> While here, you will meet many different kinds of people. If you are threatened, assaulted, or feel intimidated, or unsafe, tell the staff. We will do what is necessary to protect you. For your own protection, do not discuss your charges with other inmates.

Chambers County Inmate Handbook Rules and Regulations, ¶ 13.1.    Therefore, according to Chambers County Detention Center policy, inmates who claim to have an enemy in the Detention Center are to be protected. The policy is to not put inmates who are enemies in the same block.  In fact, one of the regular questions we always ask inmates when they are booked into the facility is whether they have any enemies in the jail, and they sign that booking document.

5.    I never witnessed or heard Plaintiff say he had any problems with any other inmate or that he had an enemy in the Chambers County Detention Facility or that Anthony Briskey wanted to harm him.  In fact, Plaintiff never said anything at all about Anthony Briskey.

6.    I know that Plaintiff has cut other inmates' hair while he was incarcerated in the Chambers County Detention Facility.

7.   I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

LACONYA FERRELL JACKSON

**SWORN TO** and **SUBSCRIBED** before me this _5th_ day of October 2007.

NOTARY PUBLIC
My Commission Expires: _____

MY COMMISSION EXPIRES AUG. 18, 2009

# EXHIBIT  L

# Affidavit of Sergeant Mildred Kirk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DERWIN T. GRIGGS,          )
                                    )
      Plaintiff,        )
                                    )
v.                         )    Civil Action No. 3:07-CV-691-MHT
                                    )
MAJOR CLAY STEWART     )
et al.,                    )
                                    )
      Defendants.    )

## AFFIDAVIT OF MILDRED KIRK

STATE OF ALABAMA     )
                            )

COUNTY OF CHAMBERS   )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Mildred Kirk, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Mildred Kirk. I am over the age of nineteen and competent to make this affidavit. I have been employed as a Corrections Officer by the Chambers County Sheriff's Department since 1998. I am a Shift Supervisor.

2.    I am familiar with the Plaintiff Derwin Griggs due to his incarceration in the Chambers County Jail.

3.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.    As a corrections officer with the Chambers County Sheriff's Department, I am familiar with the Chambers County Inmate Handbook Rules and Regulations, effective April 2003. That Handbook states:

> "If you think you need protective custody, tell a staff member. We will do what is necessary to protect you."

Chambers County Inmate Handbook Rules and Regulations, ¶ 1.7.

> While here, you will meet many different kinds of people. If you are threatened, assaulted, or feel intimidated, or unsafe, tell the staff. We will do what is necessary to protect you. For your own protection, do not discuss your charges with other inmates.

Chambers County Inmate Handbook Rules and Regulations, ¶ 13.1.    Therefore, according to Chambers County Detention Center policy, inmates who claim to have an enemy in the Detention Center are to be protected. The policy is to not put inmates who are enemies in the same block. In fact, one of the regular questions we always ask inmates when they are booked into the facility is whether they have any enemies in the jail, and they sign that booking document.

5.    I was not present when Plaintiff was moved out of A block. When I returned to work, which was for A shift, Plaintiff was in the Isolation block, also known as I block.

6.    Although Plaintiff did not list Anthony Briskey as an enemy during his last incarceration, I knew from several years past, that there had been a problem between Inmate Anthony Briskey and Inmate Derwin Griggs. Briskey had testified against Griggs in the past in a criminal case. I even kept Briskey from getting his haircut by Griggs, when Griggs was performing haircutting duties as a trustee. While Griggs was

incarcerated from November 2006 to May 2007, I advised the officers working on my shift that Griggs and Anthony Briskey were to be kept separate due to the incident that occurred several years earlier. Since 2001 there have been no other incidents between Griggs and Briskey to the best of my knowledge. When the incident occurred between Griggs and Briskey in 2001 Lt. McCoy was on military leave and there was a different administration staff at the Chambers County Detention Facility.

7.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

MILDRED KIRK

**SWORN TO** and **SUBSCRIBED** before me this 5th day of October, 2007.

NOTARY PUBLIC
My Commission Expires: _____

MY COMMISSION EXPIRES AUG. 18, 2009

# EXHIBIT $M_1 - M_6$

# Relevant Docs from Plaintiff's Jail File

```
                         CHAMBERS CO. SHERIFF'S OFFICE
04/16/2007    06:13:42        ACTIVE INMATE REPORT                    PAGE    1

FACILITY: ALL FACILITIES


        INMATE NAME              R/S   MC   HLD   CELL ASSGN   ARREST DTE   ARRESTING DEPT

_____   ABNER KENNETH PENELL     B/M   01   N    A-01         02/21/2007   CCSD
_____   ABNEY JONATHAN EUGENE    W/M   01   N    F-06-L       12/21/2006   LAN
_____   ADAMSON STEVEN LEE       W/M   01   N    B-08         01/02/2007   P&P
_____   ALEXANDER HARVEY KEITH   B/M   01   N    C-08-R       04/14/2007   LAN
_____   ARNOLD HOWARD LAMAR      B/M   01   N    G-01-R       03/19/2007   P & P
_____   ASHFORD LLOYD ANTHONY    B/M   01   N    G-02-R       04/09/2007   VALLEY
_____   ASKEW LORETTA            B/F   01   Y    H-07-R       02/03/2007   LAN
_____   AVERY JEROME             B/M   01   N    B-02         01/19/2007   PROBATION
_____   AVERY JOHNNY             B/M   01   N    D-02-L       03/28/2007   CCSD
_____   BAILEY JOHNNY LEE        B/M   01   N    F-01-R       04/03/2007   CCSD
_____   BALLARD LATASHA RENEA    B/F   01   N                 11/15/2005   AST-ABI
_____   BANKS RICKY LEWIS        B/M   01   N    F-05-R       04/28/2006   CCSO
_____   BARBER JACK SELF         W/M   01   Y    I-01         01/05/2007   CCSD
_____   BARNETT GUY DANIEL       W/M   01   N    E-06-R       04/02/2007   P & P
_____   BIRCHFIELD DEANA LEE     W/F   01   N    H-08-R       01/29/2007   LAF
_____   BLEDSOE JOHN ALTON       B/M   01   N    C-06-R       01/01/2007   LAF
_____   BODIE CLINT              W/M   01   Y    F-07-R       02/07/2007   CCSD/DTF
_____   BONNER GREG BERNARD      B/M   01   N    D-06-L       03/08/2007   CCSD
_____   BONNER KENNETH GERARD    B/M   01   N    A-10         01/09/2007   CCSD
_____   BOOKER LARRY FERRELL     B/M   01   N    A-14         02/02/2005   CCSD
_____   BRADFORD THOMAS LEE      W/M   01   N    C-03-L       03/23/2007   LAN
_____   BREWER WALTER LEE        B/M   01   N    G-06-L       04/02/2007   LAF
_____   BRISKEY ANTHONY LEE      B/M   01   N    C-01-L       07/12/2006   VAL
_____   BRISKEY KENNETH RAY      B/M   01   N    D-02-R       04/14/2007   CCSD
_____   BROOKS GREGORY FELIX     B/M   06   N    C-02-R       02/25/2007   VAL
_____   BROOKS JEROME LARRY      B/M   01   N    E-08-L       07/26/2006   LAN
_____   BROOKS TAVARUS MONTRELL  B/M   01   N    C-06-L       04/04/2007   P&P
_____   BROWN KEVIN DONALD       W/M   01   Y    E-05-R       03/26/2007   VAL
_____   BULGER ROBERT LEE        B/M   01   N    A-05         12/21/2006   CCSD
_____   BURROUGHS DANIEL KIRBY   W/M   01   N    C-03-R       03/23/2007   CCSD
_____   CANTRELL DANIEL WADE     W/M   01   N    F-07-L       00/00/0000   CCSD
_____   CARTER RANDY LEE         W/M   01   N    A-02         02/16/2006   VAL
_____   CHAMBERS MARGARET        B/F   01   N    H-05-L       04/02/2007   LAFAYETTE
_____   CHEEKS LEHEKO MONTRIOUS  B/M   01   Y    D-05-R       02/02/2007   LAN
_____   COCHRAN JAMES ROGER      B/M   01   N    D-03-R       04/09/2007   CCSD
_____   COKER BRANDON SCOTT      W/M   01   N    F-03-R       07/27/2006   VAL
_____   DANIEL TYSON JEROME      B/M   01   N    E-04-L       04/05/2007   LAF
_____   DAVIS ANTWONAS MARTINEZ  B/M   01   N    F-04-R       03/19/2007   LAN
_____   DAVIS XAVIER             B/M   01   N    G-03-L       03/24/2007   LAN
_____   DOZIER TYRONE            B/M   01   N    G-03-R       04/15/2007   CCSD
_____   DUNAWAY CAMERON DALE     W/M   01   N    A-24         03/30/2007   P+P
_____   DUNN GLENDA ANN          B/F   01   N    H-03-L       06/16/2006   VAL
_____   EAST JEFFERY             W/M   01   Y    B-05         04/04/2007   CCSD
_____   EDWARDS FRED LAMON       B/M   01   N    G-07-R       03/14/2007   CCSD
_____   ELLIS LAMONES SANCHEZ    B/M   01   N    G-08-R       01/13/2007   CCSD
```



CHAMBERS CO. SHERIFF'S OFFICE

04/16/2007      06:13:42                    ACTIVE INMATE REPORT                              PAGE      2

FACILITY: ALL FACILITIES

| INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|---|---|---|---|---|---|---|
| EVANS DERRICK JOHNSON | B/M | 01 | N | A-06 | 12/14/2004 | P & P |
| FLOYD BENJAMIN | B/M | 01 | N | F-01-L | 04/05/2007 | CCSD |
| FLOYD ERIC BERNARD | B/M | 01 | Y | A-23 | 08/20/2006 | LAN |
| FLOYD MARKEDRICK ANTIOUS | B/M | 01 | N | E-04-R | 03/29/2007 | CCSD |
| FLOYD TOMQUEVEIOUS EDMETRIU | B/M | 01 | N | F-04-L | 03/26/2007 | CC |
| FOSTER CHRISTOPHER ALAN | B/M | 01 | N | G-07-L | 03/26/2007 | CCSD |
| GARNER ROGER KEITH JR | W/M | 01 | Y |  | 09/01/2005 | VAL |
| GILLIAM NORRIS LEWIS | B/M | 06 | N | I-04 | 01/24/2007 | VPD |
| GOINS LAURA NICOLE | W/F | 01 | Y | H-04-R | 07/18/2006 | VAL |
| GORDY AMBER DIAN | W/F | 01 | N | H-06-L | 04/11/2007 | VAL |
| GRAY CHARLES EDWARD | W/M | 01 | N | A-21 | 02/13/2007 | LAN |
| GRIGGS DURWIN TERRANCE | B/M | 01 | N | A-09 | 11/26/2006 | LAN |
| HARDISON GLENN ANTHONY II | B/M | 01 | N | C-07-L | 03/06/2007 | LAN |
| HARDNETT JOHNNY RALPH | B/M | 01 | Y | C-05-L | 11/02/2006 | P&P |
| HARMON DAVID EDWARD | W/M | 01 | N | F-03-L | 03/15/2007 | CCSD |
| HARMON EUGENE TERRY | W/M | 01 | Y | A-04 | 10/19/2006 | CCSD |
| HARRIS FREDDIE LAMAR | B/M | 01 | N | B-04 | 04/06/2007 | CCSD |
| HART THOMAS JACK | W/M | 01 | Y | D-08-L | 02/02/2007 | VALLEY |
| HEARD STEVEN DARON | B/M | 01 | Y | F-08-R | 04/12/2007 | PROBATION |
| HENSON KELVIN D | W/M | 01 | Y | C-05-L | 10/27/2006 | LAN |
| HILL RUFUS JERRY  JR | W/M | 01 | N | E-01-L | 04/06/2007 | CCSO |
| HINKLE GUY JOHNNY | W/M | 01 | N | D-07-R | 11/07/2006 | LAN |
| HORTON ZYRRELL | B/M | 01 | N | E-07-L | 03/01/2007 | CCSD |
| HOYLE DONALD WAYNE | W/M | 01 | N | C-04-L | 02/07/2007 | P&P |
| HUDDLESTON ZANE MICHAEL | W/M | 01 | N | A-17 | 03/30/2007 | CCSD |
| HUTCHENS DORVIN DEWAYNE | W/M | 01 | N | E-03-R | 01/30/2007 | CCSD |
| HUTCHINSON LAMICHAEL CAJUAN | B/M | 01 | Y | C-02-L | 03/08/2007 | P&P |
| JACKSON CHRISTOPHER LEON | B/M | 01 | N | F-05-L | 10/25/2006 | P&P |
| JACKSON OSCAR JAMES JR | B/M | 01 | N | D-01-R | 01/04/2006 | LAN |
| JAMES LATERRANCE LEONARD | B/M | 01 | N | D-05-L | 04/06/2007 | LANETT |
| JONES TARIQ KHALILL | B/M | 01 | Y | D-06-R | 08/20/2006 | VAL |
| LITTLE MARCUS NIKIA | B/M | 01 | N | F-02-R | 02/02/2007 | CCSD |
| LONG ROY CLEVELAND JR | W/M | 01 | N | D-01-L | 04/06/2007 | CCSO |
| LOVE DARRYL MARQUIS | B/M | 01 | N | B-06 | 03/29/2007 | LANETT |
| LOVE GABRIEL ANTONIO | B/M | 01 | N | B-07 | 03/29/2007 | LAN |
| LOWE CHADWICK ALONZO | B/M | 01 | N | A-18 | 03/27/2007 | CCSD |
| MADDEN SAMUEL LEE | B/M | 01 | N | G-04-L | 04/12/2007 | LAN |
| MARSHALL MARY ANN | W/F | 01 | Y | H-08-L | 10/11/2006 | TCSO |
| MATNEY BENNY LEE | W/M | 01 | N | A-22 | 02/07/2007 | CCSD |
| MCCANTS STANLEY RONERIE | B/M | 01 | N | F-08-R | 03/29/2007 | VAL |
| MCCULLOUGH CORY KENTAVIOUS | B/M | 01 | N | A-07 | 03/09/2007 | CCSD |
| MELTON DOUGLAS THOMAS | W/M | 01 | N | E-01-R | 00/00/0000 | CCSD |
| MITCHELL BRIAN KEITH | W/M | 01 | N | F-06-F | 04/12/2007 | PROBATION |
| NEWTON MARY DELINDA | W/F | 01 | N | H-02-L | 03/28/2007 | P&P |
| PHILLIPS ROBERT ONEAL | W/M | 01 | N | D-04-R | 02/09/2007 | CCSD |

CHAMBERS CO. SHERIFF'S OFFICE

04/16/2007    06:13:42    ACTIVE INMATE REPORT    PAGE    3

FACILITY: ALL FACILITIES

| INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|---|---|---|---|---|---|---|
| _____ PIKE JOHN TODD | W/M | 01 | Y | D-08-R | 12/29/2006 | LAN |
| _____ REED SCOTTY | B/M | 01 | N | G-02-L | 03/12/2007 | P&P |
| _____ RHODEN CHARLES LEWIS | B/M | 01 | N | E-07-R | 09/09/2005 | CCSD |
| _____ RIDINGS MARK W | W/M | 01 | N | A-16 | 02/16/2007 | P&P |
| _____ ROBERTS ALLEN JEROME | B/M | 01 | N | A-11 | 03/05/2007 | CCSD |
| _____ ROBERTS EDDIE FRANK | B/M | 01 | Y | A-25 | 02/07/2007 | P&P |
| _____ ROBINSON ANGLEA MICHELLE | W/F | 01 | Y | H-05-R | 04/10/2007 | LAN |
| _____ ROGERS WILLIE RAY JR | W/M | 01 | N | A-13 | 03/09/2007 | P & P |
| _____ RUDD TONY LEE | B/M | 01 | N | I-05 | 03/03/2007 | VAL |
| _____ SAMUELS WES ANTHONY | B/M | 01 | N | G-04-R | 04/11/2007 | LAFAYETTE |
| _____ SAMUELS WILLIAM BARRON | B/M | 01 | N | F-02-L | 04/11/2007 | LAFAYETTE |
| _____ SCOTT TYRUS HORATIUS | B/M | 01 | N | E-02-L | 03/05/2007 | CCSD/DTF |
| _____ SHEALEY KENNEDY GERGO | B/M | 01 | N | D-04-L | 03/07/2007 | P & P |
| _____ SINGLETARY PAUL MILES | B/M | 01 | N | C-07-R | 11/03/2005 | LAF |
| _____ SMITH ANDREW KEITH | W/M | 01 | N | A-26 | 03/02/2007 | CCSD |
| _____ SMITH ISIAH | B/M | 01 | N | A-03 | 02/06/2007 | P&P |
| _____ SMITH TAREAN KHRINE HERVE | B/M | 06 | N | A-08 | 02/21/2007 | CCSD |
| _____ STEWART RANDALL LEWIS | W/M | 01 | N | C-04-F | 04/04/2007 | PP |
| _____ STORY PATRICK | B/M | 01 | N | A-20 | 02/07/2006 | P&P |
| _____ STROUP WILLIAM DOYLE | W/M | 01 | N | F-06-R | 01/12/2007 | LAF |
| _____ TAYLOR MICHAEL JR | B/M | 01 | N | E-06-L | 03/28/2007 | AST |
| _____ TEAGUE PAUL CLAYTON | W/M | 01 | Y | G-06-R | 04/12/2007 | LAF |
| _____ TEMPLETON KIMBERLY ANNE | W/F | 01 | N | H-04-L | 01/23/2007 | CCSD |
| _____ THORNTON JIMMY | B/M | 01 | N | G-01-L | 03/21/2007 | CCSD |
| _____ TIERCE NATAOSHA | W/F | 01 | Y | H-01-L | 04/12/2007 | LAF |
| _____ TODD ANTHONY DEON | B/M | 01 | N | E-03-L | 04/06/2007 | CCSO |
| _____ TODD MICHEAL | B/M | 01 | N | G-08-R | 04/13/2007 | LAF |
| _____ TUCKER ALEXANDER O'NEAL | B/M | 01 | N | C-08-L | 02/13/2007 | LAN |
| _____ TUCKER RICHARD | B/M | 01 | N | A-15 | 08/02/2006 | LAN\DTF |
| _____ VARNER CHRISTOPHER FRANKLIN | B/M | 01 | N | D-07-L | 06/02/2006 | CCSD/DFT |
| _____ VINES DERRICK BERNARD | B/M | 01 | N | A-12 | 11/03/2006 | P & P |
| _____ VINES TONY | B/M | 01 | N | G-05-L | 04/05/2007 | VAL |
| _____ WALTON DENORRIS VANBOKINSON | B/M | 01 | N | E-02-R | 03/02/2007 | VAL/DTF |
| _____ WASHINGTON MEKO | B/F | 01 | N | H-07-L | 01/07/2007 | CCSD |
| _____ WILKERSON JERRI DIANE | W/F | 01 | N | H-06-R | 04/11/2007 | VAL |
| _____ WILKINSON TERESA LORRIANE | W/F | 01 | N | H-01-L | 04/13/2007 | CCSD |
| _____ WILLIAMS JACOREY CORDELLE | B/M | 01 | N | E-05-L | 04/11/2007 | LAFAYETTE |
| _____ WILLIAMS TOMEKA LUSHAWN | B/F | 01 | N | H-03-R | 12/16/2005 | LAF |
| _____ WILLIAMS TREY | B/M | 01 | N | D-03-L | 04/02/2007 | DTF |

```
------------------------
      MALE:     113
    FEMALE:      16
   UNKNOWN:      00
     WHITE:      46
     BLACK:      83
  HISPANIC:      00
     OTHER:      00
 TOTAL COUNT    129
```

CHAMBERS CO. SHERIFF'S OFFICE
04/17/2007     06:02:10          ACTIVE INMATE REPORT                    PAGE    1

FACILITY: ALL FACILITIES

| INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|---|---|---|---|---|---|---|
| ABNER KENNETH PENELL | B/M | 01 | N | A-01 | 02/21/2007 | CCSD |
| ABNEY JONATHAN EUGENE | W/M | 01 | N | F-06-L | 12/21/2006 | LAN |
| ADAMSON STEVEN LEE | W/M | 01 | N | B-08 | 01/02/2007 | P&P |
| ALEXANDER HARVEY KEITH | B/M | 01 | N | C-08-R | 04/14/2007 | LAN |
| ARNOLD HOWARD LAMAR | B/M | 01 | N | G-01-R | 03/19/2007 | P & P |
| ASHFORD LLOYD ANTHONY | B/M | 01 | N | G-02-R | 04/09/2007 | VALLEY |
| ASKEW LORETTA | B/F | 01 | Y | H-07-R | 02/03/2007 | LAN |
| AVERY JEROME | B/M | 01 | N | B-02 | 01/19/2007 | PROBATION |
| AVERY JOHNNY | B/M | 01 | N | A-DAYROOM | 03/28/2007 | CCSD |
| BAILEY JOHNNY LEE | B/M | 01 | N | A-DAYROOM | 04/03/2007 | CCSD |
| BALLARD LATASHA RENEA | B/F | 01 | N | | 11/15/2005 | AST-ABI |
| BANKS ALLISON BENITA | B/F | 01 | N | H-02-L | 04/16/2007 | CCSD |
| BANKS RICKY LEWIS | B/M | 01 | N | F-05-R | 04/28/2006 | CCSO |
| BARBER JACK SELF | W/M | 01 | Y | I-01 | 01/05/2007 | CCSD |
| BARNETT GUY DANIEL | W/M | 01 | N | E-06-R | 04/02/2007 | P & P |
| BIRCHFIELD DEANA LEE | W/F | 01 | N | H-08-R | 01/29/2007 | LAF |
| BLEDSOE JOHN ALTON | B/M | 01 | N | C-06-R | 01/01/2007 | LAF |
| BODIE CLINT | W/M | 01 | Y | F-07-R | 02/07/2007 | CCSD/DTF |
| BONNER GREG BERNARD | B/M | 01 | N | D-06-L | 03/08/2007 | CCSD |
| BONNER KENNETH GERARD | B/M | 01 | N | A-10 | 01/09/2007 | CCSD |
| BOOKER LARRY FERRELL | B/M | 01 | N | A-14 | 02/02/2005 | CCSD |
| BRADFORD THOMAS LEE | W/M | 01 | N | C-03-L | 03/23/2007 | LAN |
| BREWER WALTER LEE | B/M | 01 | N | G-06-L | 04/02/2007 | LAF |
| BRISKEY ANTHONY LEE | B/M | 01 | N | C-01-L | 07/12/2006 | VAL |
| BRISKEY KENNETH RAY | B/M | 01 | N | D-02-R | 04/14/2007 | CCSD |
| BROOKS GREGORY FELIX | B/M | 06 | N | C-02-R | 02/25/2007 | VAL |
| BROOKS JEROME LARRY | B/M | 01 | N | E-08-L | 07/26/2006 | LAN |
| BROOKS TAVARUS MONTRELL | B/M | 01 | N | C-06-L | 04/04/2007 | P&P |
| BROWN KEVIN DONALD | W/M | 01 | Y | E-05-R | 03/26/2007 | VAL |
| BULGER ROBERT LEE | B/M | 01 | N | A-05 | 12/21/2006 | CCSD |
| BURROUGHS DANIEL KIRBY | W/M | 01 | N | C-03-R | 03/23/2007 | CCSD |
| CANTRELL DANIEL WADE | W/M | 01 | N | F-07-L | 00/00/0000 | CCSD |
| CARTER RANDY LEE | W/M | 01 | N | A-02 | 02/16/2006 | VAL |
| CHAMBERS MARGARET | B/F | 01 | N | H-05-L | 04/02/2007 | LAFAYETTE |
| CHEEKS LEHEKO MONTRIOUS | B/M | 01 | Y | D-05-R | 02/02/2007 | LAN |
| COCHRAN JAMES ROGER | B/M | 01 | N | D-03-R | 04/09/2007 | CCSD |
| COKER BRANDON SCOTT | W/M | 01 | N | F-03-R | 07/27/2006 | VAL |
| DANIEL DAPHNE LYNN | W/F | 01 | Y | J-01 | 04/16/2007 | CCSD |
| DANIEL TYSON JEROME | B/M | 01 | N | E-04-L | 04/05/2007 | LAF |
| DAVIS ANTWONAS MARTINEZ | B/M | 01 | N | F-04-R | 03/19/2007 | LAN |
| DAVIS XAVIER | B/M | 01 | N | G-03-L | 03/24/2007 | LAN |
| DOZIER TYRONE | B/M | 01 | N | G-03-R | 04/15/2007 | CCSD |
| DUNAWAY CAMERON DALE | W/M | 01 | N | A-24 | 03/30/2007 | P+P |
| DUNN GLENDA ANN | B/F | 01 | N | H-03-L | 06/16/2006 | VAL |
| EAST JEFFERY | W/M | 01 | Y | B-05 | 04/04/2007 | CCSD |

CHAMBERS CO. SHERIFF'S OFFICE

04/17/2007    06:02:10          ACTIVE INMATE REPORT                      PAGE    2

FACILITY: ALL FACILITIES

| INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|-------------|-----|----|----|-----------|-----------|----------------|
| EDWARDS FRED LAMON | B/M | 01 | N | G-07-R | 03/14/2007 | CCSD |
| ELLIS LAMONES SANCHEZ | B/M | 01 | N | G-08-R | 01/13/2007 | CCSD |
| EVANS DERRICK JOHNSON | B/M | 01 | N | A-06 | 12/14/2004 | P & P |
| FLOYD BENJAMIN | B/M | 01 | N | F-01-L | 04/05/2007 | CCSD |
| FLOYD ERIC BERNARD | B/M | 01 | Y | A-23 | 08/20/2006 | LAN |
| FLOYD MARKEDRICK ANTIOUS | B/M | 01 | N | E-04-R | 03/29/2007 | CCSD |
| FLOYD TOMQUEVEIOUS EDMETRIU | B/M | 01 | N | F-04-L | 03/26/2007 | CC |
| FOSTER CHRISTOPHER ALAN | B/M | 01 | N | G-07-L | 03/26/2007 | CCSD |
| GARNER ROGER KEITH JR | W/M | 01 | Y |  | 09/01/2005 | VAL |
| GILLIAM NORRIS LEWIS | B/M | 06 | N | I-04 | 01/24/2007 | VPD |
| GOINS LAURA NICOLE | W/F | 01 | Y | H-04-R | 07/18/2006 | VAL |
| GORDY AMBER DIAN | W/F | 01 | N | H-06-L | 04/11/2007 | VAL |
| GRAY CHARLES EDWARD | W/M | 01 | N | A-21 | 02/13/2007 | LAN |
| GRIGGS DURWIN TERRANCE | B/M | 01 | N | D-02-L | 11/26/2006 | LAN |
| HARDISON GLENN ANTHONY II | B/M | 01 | N | C-07-L | 03/06/2007 | LAN |
| HARDNETT JOHNNY RALPH | B/M | 01 | Y | C-05-L | 11/02/2006 | P&P |
| HARMON DAVID EDWARD | W/M | 01 | N | F-03-L | 03/15/2007 | CCSD |
| HARMON EUGENE TERRY | W/M | 01 | Y | A-04 | 10/19/2006 | CCSD |
| HART THOMAS JACK | W/M | 01 | Y | D-08-L | 02/02/2007 | VALLEY |
| HEARD STEVEN DARON | B/M | 01 | Y | F-08-R | 04/12/2007 | PROBATION |
| HENSON KELVIN D | W/M | 01 | Y | C-05-R | 10/27/2006 | LAN |
| HILL RUFUS JERRY   JR | W/M | 01 | N | E-01-L | 04/06/2007 | CCSO |
| HINKLE GUY JOHNNY | W/M | 01 | N | D-07-R | 11/07/2006 | LAN |
| HORTON ZYRRELL | B/M | 01 | N | E-07-L | 03/01/2007 | CCSD |
| HOYLE DONALD WAYNE | W/M | 01 | N | C-04-L | 02/07/2007 | P&P |
| HUDDLESTON ZANE MICHAEL | W/M | 01 | N | A-17 | 03/30/2007 | CCSD |
| HUTCHENS DORVIN DEWAYNE | W/M | 01 | N | E-03-R | 01/30/2007 | CCSD |
| HUTCHINSON LAMICHAEL CAJUAN | B/M | 01 | Y | C-02-L | 03/08/2007 | P&P |
| JACKSON CHRISTOPHER LEON | B/M | 01 | N | F-05-L | 10/25/2006 | P&P |
| JACKSON OSCAR JAMES JR | B/M | 01 | N | D-01-R | 01/04/2007 | LAN |
| JAMES LATERRANCE LEONARD | B/M | 01 | N | D-05-L | 04/06/2007 | LANETT |
| JONES TARIQ KHALILL | B/M | 01 | Y | D-06-R | 08/20/2006 | VAL |
| LITTLE MARCUS NIKIA | B/M | 01 | N | F-02-R | 02/02/2007 | CCSD |
| LONG ROY CLEVELAND JR | W/M | 01 | N | D-01-L | 04/06/2007 | CCSO |
| LOVE DARRYL MARQUIS | B/M | 01 | N | B-06 | 03/29/2007 | LANETT |
| LOVE GABRIEL ANTONIO | B/M | 01 | N | B-07 | 03/29/2007 | LAN |
| LOWE CHADWICK ALONZO | B/M | 01 | N | A-18 | 03/27/2007 | CCSD |
| MADDEN SAMUEL LEE | B/M | 01 | N | G-04-L | 04/12/2007 | LAN |
| MARSHALL MARY ANN | W/F | 01 | Y | H-08-L | 10/11/2006 | TCSO |
| MATNEY BENNY LEE | W/M | 01 | N | A-22 | 02/07/2007 | CCSD |
| MCCANTS STANLEY RONERIE | B/M | 01 | N | F-08-R | 03/29/2007 | VAL |
| MCCULLOUGH CORY KENTAVIOUS | B/M | 01 | N | A-07 | 03/09/2007 | CCSD |
| MELTON DOUGLAS THOMAS | W/M | 01 | N | E-01-R | 00/00/0000 | CCSD |
| MITCHELL BRIAN KEITH | W/M | 01 | N | F-06-F | 04/12/2007 | PROBATION |
| NEWTON MARY DELINDA | W/F | 01 | N | H-02-L | 03/28/2007 | P&P |

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/17/2007    06:02:10         ACTIVE INMATE REPORT                      PAGE    3
```

FACILITY: ALL FACILITIES

| INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|---|---|---|---|---|---|---|
| PHILLIPS ROBERT ONEAL | W/M | 01 | N | D-04-R | 02/09/2007 | CCSD |
| PIKE JOHN TODD | W/M | 01 | Y | D-08-R | 12/29/2006 | LAN |
| REED SCOTTY | B/M | 01 | N | G-02-L | 03/12/2007 | P&P |
| RHODEN CHARLES LEWIS | B/M | 01 | N | E-07-R | 09/09/2005 | CCSD |
| RIDINGS MARK W | W/M | 01 | N | A-16 | 02/16/2007 | P&P |
| ROBERTS ALLEN JEROME | B/M | 01 | N | A-11 | 03/05/2007 | CCSD |
| ROBERTS EDDIE FRANK | B/M | 01 | Y | A-25 | 02/07/2007 | P&P |
| ROBINSON ANGLEA MICHELLE | W/F | 01 | Y | H-05-R | 04/10/2007 | LAN |
| ROGERS WILLIE RAY JR | W/M | 01 | N | A-13 | 03/09/2007 | P & P |
| RUDD TONY LEE | B/M | 01 | N | I-05 | 03/03/2007 | VAL |
| SAMUELS WES ANTHONY | B/M | 01 | N | G-04-R | 04/11/2007 | LAFAYETTE |
| SAMUELS WILLIAM BARRON | B/M | 01 | N | F-02-L | 04/11/2007 | LAFAYETTE |
| SCOTT TYRUS HORATIUS | B/M | 01 | N | E-02-L | 03/05/2007 | CCSD/DTF |
| SHEALEY KENNEDY GERGO | B/M | 01 | N | D-04-L | 03/07/2007 | P & P |
| SINGLETARY PAUL MILES | B/M | 01 | N | C-07-R | 11/03/2005 | LAF |
| SMITH ANDREW KEITH | W/M | 01 | N | A-26 | 03/02/2007 | CCSD |
| SMITH ISIAH | B/M | 01 | N | E-08-R | 02/06/2007 | P&P |
| SMITH TAREAN KHRINE HERVE | B/M | 06 | N | A-08 | 02/21/2007 | CCSD |
| STEWART RANDALL LEWIS | W/M | 01 | N | C-04-F | 04/04/2007 | PP |
| STORY PATRICK | B/M | 01 | N | A-20 | 02/07/2006 | P&P |
| STROUP WILLIAM DOYLE | W/M | 01 | N | F-06-R | 01/12/2007 | LAF |
| TAYLOR MICHAEL JR | B/M | 01 | N | E-06-L | 03/28/2007 | AST |
| TEAGUE PAUL CLAYTON | W/M | 01 | Y | G-06-R | 04/12/2007 | LAF |
| TEMPLETON KIMBERLY ANNE | W/F | 01 | N | H-04-L | 01/23/2007 | CCSD |
| THOMAS MICHAEL LEE | B/M | 01 | N | G-05-R | 04/16/2007 | LAF |
| TODD ANTHONY DEON | B/M | 01 | N | E-03-L | 04/06/2007 | CCSO |
| TODD MICHEAL | B/M | 01 | N | G-08-R | 04/13/2007 | LAF |
| TUCKER ALEXANDER O'NEAL | B/M | 01 | N | C-08-L | 02/13/2007 | LAN |
| TUCKER RICHARD | B/M | 01 | N | A-15 | 08/02/2006 | LAN\DTF |
| VARNER CHRISTOPHER FRANKLIN | B/M | 01 | N | D-07-L | 06/02/2006 | CCSD/DFT |
| VINES DERRICK BERNARD | B/M | 01 | N | A-12 | 11/03/2006 | P & P |
| VINES TONY | B/M | 01 | N | A-DAROOM | 04/05/2007 | VAL |
| WALTON DENORRIS VANBOKINSON | B/M | 01 | N | E-02-R | 03/02/2007 | VAL/DTF |
| WASHINGTON MEKO | B/F | 01 | N | H-07-L | 01/07/2007 | CCSD |
| WILKERSON JERRI DIANE | W/F | 01 | N | H-06-R | 04/11/2007 | VAL |
| WILKINSON TERESA LORRIANE | W/F | 01 | N | H-01-L | 04/13/2007 | CCSD |
| WILLIAMS JACOREY CORDELLE | B/M | 01 | N | E-05-L | 04/11/2007 | LAFAYETTE |
| WILLIAMS TOMEKA LUSHAWN | B/F | 01 | N | H-03-R | 12/16/2005 | LAF |
| WILLIAMS TREY | B/M | 01 | N | D-03-L | 04/02/2007 | DTF |

```
-------------------------
      MALE:      112
    FEMALE:       17
   UNKNOWN:       00
     WHITE:       46
     BLACK:       83
  HISPANIC:       00
     OTHER:       00
 TOTAL COUNT     129
```

CHAMBERS CO. SHERIFF'S OFFICE
ACTIVE INMATE REPORT

04/18/2007     06:05:37                                                PAGE    1

FACILITY: ALL FACILITIES

| | INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|---|---|---|---|---|---|---|---|
| ___ | ABNER KENNETH PENELL | B/M | 01 | N | A-01 | 02/21/2007 | CCSD |
| ___ | ABNEY JONATHAN EUGENE | W/M | 01 | N | F-06-L | 12/21/2006 | LAN |
| ___ | ADAMSON STEVEN LEE | W/M | 01 | N | B-08 | 01/02/2007 | P&P |
| ___ | ALEXANDER HARVEY KEITH | B/M | 01 | N | C-08-R | 04/14/2007 | LAN |
| ___ | ARNOLD HOWARD LAMAR | B/M | 01 | N | G-01-R | 03/19/2007 | P & P |
| ___ | ASHFORD LLOYD ANTHONY | B/M | 01 | N | G-02-R | 04/09/2007 | VALLEY |
| ___ | ASKEW LORETTA | B/F | 01 | Y | H-07-R | 02/03/2007 | LAN |
| ___ | AVERY JEROME | B/M | 01 | N | B-02 | 01/19/2007 | PROBATION |
| ___ | AVERY JOHNNY | B/M | 01 | N | A-DAYROOM | 03/28/2007 | CCSD |
| ___ | BAILEY JOHNNY LEE | B/M | 01 | N | A-DAYROOM | 04/03/2007 | CCSD |
| ___ | BALLARD LATASHA RENEA | B/F | 01 | N | | 11/15/2005 | AST-ABI |
| ___ | BANKS ALLISON BENITA | B/F | 01 | N | H-03-L | 04/16/2007 | CCSD |
| ___ | BANKS RICKY LEWIS | B/M | 01 | N | F-05-R | 04/28/2006 | CCSO |
| ___ | BARBER JACK SELF | W/M | 01 | Y | I-01 | 01/05/2007 | CCSD |
| ___ | BARNETT GUY DANIEL | W/M | 01 | N | E-06-R | 04/02/2007 | P & P |
| ___ | BIRCHFIELD DEANA LEE | W/F | 01 | N | H-08-R | 01/29/2007 | LAF |
| ___ | BLEDSOE JOHN ALTON | B/M | 01 | N | C-06-R | 01/01/2007 | LAF |
| ___ | BODIE CLINT | W/M | 01 | Y | F-07-R | 02/07/2007 | CCSD/DTF |
| ___ | BONNER GREG BERNARD | B/M | 01 | N | D-06-L | 03/08/2007 | CCSD |
| ___ | BONNER KENNETH GERARD | B/M | 01 | N | A-10 | 01/09/2007 | CCSD |
| ___ | BOOKER LARRY FERRELL | B/M | 01 | N | A-14 | 02/02/2005 | CCSD |
| ___ | BRADFORD THOMAS LEE | W/M | 01 | N | C-03-L | 03/23/2007 | LAN |
| ___ | BREWER BRADLY WARD | W/M | 01 | N | C-01-R | 04/17/2007 | LAN |
| ___ | BREWER WALTER LEE | B/M | 01 | N | G-06-L | 04/02/2007 | LAF |
| ___ | BRISKEY ANTHONY LEE | B/M | 01 | N | C-01-L | 07/12/2006 | VAL |
| ___ | BRISKEY KENNETH RAY | B/M | 01 | N | D-02-R | 04/14/2007 | CCSD |
| ___ | BROOKS DONNIE | B/M | 01 | N | J-03 | 04/18/2007 | LAF |
| ___ | BROOKS GREGORY FELIX | B/M | 06 | N | C-02-R | 02/25/2007 | VAL |
| ___ | BROOKS JEROME LARRY | B/M | 01 | N | E-08-L | 07/26/2006 | LAN |
| ___ | BROOKS TAVARUS MONTRELL | B/M | 01 | N | C-06-L | 04/04/2007 | P&P |
| ___ | BROWN KEVIN DONALD | W/M | 01 | Y | E-05-R | 03/26/2007 | VAL |
| ___ | BULGER ROBERT LEE | B/M | 01 | N | A-05 | 12/21/2006 | CCSD |
| ___ | BURROUGHS DANIEL KIRBY | W/M | 01 | N | C-03-R | 03/23/2007 | CCSD |
| ___ | CANTRELL DANIEL WADE | W/M | 01 | N | F-07-L | 00/00/0000 | CCSD |
| ___ | CARTER RANDY LEE | W/M | 01 | N | A-02 | 02/16/2007 | VAL |
| ___ | CHAMBERS MARGARET | B/F | 01 | N | H-05-L | 04/02/2007 | LAFAYETTE |
| ___ | CHEEKS LEHEKO MONTRIOUS | B/M | 01 | Y | D-05-R | 02/02/2007 | LAN |
| ___ | COCHRAN JAMES ROGER | B/M | 01 | N | D-03-R | 04/09/2007 | CCSD |
| ___ | COKER BRANDON SCOTT | W/M | 01 | N | F-03-R | 07/27/2006 | VAL |
| ___ | DANIEL DAPHNE LYNN | W/F | 01 | Y | J-01 | 04/16/2007 | CCSD |
| ___ | DANIEL TYSON JEROME | B/M | 01 | N | E-04-L | 04/05/2007 | LAF |
| ___ | DAVIS ANTWONAS MARTINEZ | B/M | 01 | N | F-04-R | 03/19/2007 | LAN |
| ___ | DAVIS XAVIER | B/M | 01 | N | G-03-L | 03/24/2007 | LAN |
| ___ | DOZIER TYRONE | B/M | 01 | N | G-03-R | 04/15/2007 | CCSD |
| ___ | DUNAWAY CAMERON DALE | W/M | 01 | N | A-24 | 03/30/2007 | P+P |

CHAMBERS CO. SHERIFF'S OFFICE
ACTIVE INMATE REPORT

04/18/2007    06:05:37                                                          PAGE    2

FACILITY: ALL FACILITIES

| | INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|---|---|---|---|---|---|---|---|
| ___ | DUNN GLENDA ANN | B/F | 01 | N | H-01-R | 06/16/2006 | VAL |
| ___ | EAST JEFFERY | W/M | 01 | Y | E-05-L | 04/04/2007 | CCSD |
| ___ | EDWARDS FRED LAMON | B/M | 01 | N | G-07-R | 03/14/2007 | CCSD |
| ___ | ELLIS LAMONES SANCHEZ | B/M | 01 | N | G-08-R | 01/13/2007 | CCSD |
| ___ | EVANS DERRICK JOHNSON | B/M | 01 | N | A-06 | 12/14/2004 | P & P |
| ___ | FLOYD BENJAMIN | B/M | 01 | N | F-01-L | 04/05/2007 | CCSD |
| ___ | FLOYD ERIC BERNARD | B/M | 01 | Y | A-23 | 08/20/2006 | LAN |
| ___ | FLOYD MARKEDRICK ANTIOUS | B/M | 01 | N | E-04-R | 03/29/2007 | CCSD |
| ___ | FLOYD TOMQUEVEIOUS EDMETRIU | B/M | 01 | N | F-04-L | 03/26/2007 | CC |
| ___ | FOSTER CHRISTOPHER ALAN | B/M | 01 | N | G-07-L | 03/26/2007 | CCSD |
| ___ | GARNER ROGER KEITH JR | W/M | 01 | Y | | 09/01/2005 | VAL |
| ___ | GILLIAM NORRIS LEWIS | B/M | 06 | N | I-04 | 01/24/2007 | VPD |
| ___ | GOINS LAURA NICOLE | W/F | 01 | Y | H-04-R | 07/18/2006 | VAL |
| ___ | GORDY AMBER DIAN | W/F | 01 | N | H-06-L | 04/11/2007 | VAL |
| ___ | GRAY CHARLES EDWARD | W/M | 01 | N | A-21 | 02/13/2007 | LAN |
| ___ | GRIGGS DURWIN TERRANCE | B/M | 01 | N | D-02-L | 11/26/2006 | LAN |
| ___ | HARDISON GLENN ANTHONY II | B/M | 01 | N | C-07-L | 03/06/2007 | LAN |
| ___ | HARDNETT JOHNNY RALPH | B/M | 01 | Y | C-05-L | 11/02/2006 | P&P |
| ___ | HARMON DAVID EDWARD | W/M | 01 | N | F-03-L | 03/15/2007 | CCSD |
| ___ | HARMON EUGENE TERRY | W/M | 01 | Y | A-04 | 10/19/2006 | CCSD |
| ___ | HART THOMAS JACK | W/M | 01 | Y | D-08-L | 02/02/2007 | VALLEY |
| ___ | HEARD STEVEN DARON | B/M | 01 | Y | F-08-R | 04/12/2007 | PROBATION |
| ___ | HENSON KELVIN D | W/M | 01 | Y | C-05-R | 10/27/2006 | LAN |
| ___ | HILL RUFUS JERRY  JR | W/M | 01 | N | E-01-L | 04/06/2007 | CCSO |
| ___ | HINKLE DANNY SCOTT | W/M | 01 | N | F-01-R | 04/17/2007 | LAN |
| ___ | HINKLE GUY JOHNNY | W/M | 01 | N | D-07-R | 11/07/2006 | LAN |
| ___ | HORTON ZYRRELL | B/M | 01 | N | E-07-L | 03/01/2007 | CCSD |
| ___ | HOYLE DONALD WAYNE | W/M | 01 | N | C-04-L | 02/07/2007 | P&P |
| ___ | HUDDLESTON ZANE MICHAEL | W/M | 01 | N | A-17 | 03/30/2007 | CCSD |
| ___ | HUTCHENS DORVIN DEWAYNE | W/M | 01 | N | E-03-R | 01/30/2007 | CCSD |
| ___ | HUTCHINSON LAMICHAEL CAJUAN | B/M | 01 | Y | C-02-L | 03/08/2007 | P&P |
| ___ | JACKSON CHRISTOPHER LEON | B/M | 01 | N | F-05-L | 10/25/2006 | P&P |
| ___ | JACKSON OSCAR JAMES JR | B/M | 01 | N | D-01-R | 01/04/2006 | LAN |
| ___ | JAMES LATERRANCE LEONARD | B/M | 01 | N | D-05-L | 04/06/2007 | LANETT |
| ___ | JOHNSON ANTHONY | B/M | 01 | N | G-5-L | 04/17/2007 | CCSD |
| ___ | JONES JARRED LYNWOOD | W/M | 01 | Y | C-04-R | 04/17/2007 | LAN |
| ___ | JONES TARIQ KHALILL | B/M | 01 | Y | D-06-R | 08/20/2006 | VAL |
| ___ | LITTLE MARCUS NIKIA | B/M | 01 | N | F-02-R | 02/02/2007 | CCSD |
| ___ | LONG ROY CLEVELAND JR | W/M | 01 | N | D-01-L | 04/06/2007 | CCSO |
| ___ | LOVE DARRYL MARQUIS | B/M | 01 | N | B-06 | 03/29/2007 | LANETT |
| ___ | LOVE GABRIEL ANTONIO | B/M | 01 | N | B-07 | 03/29/2007 | LAN |
| ___ | LOWE CHADWICK ALONZO | B/M | 01 | N | A-18 | 03/27/2007 | CCSD |
| ___ | MADDEN SAMUEL LEE | B/M | 01 | N | G-04-L | 04/12/2007 | LAN |
| ___ | MARSHALL MARY ANN | W/F | 01 | Y | H-08-L | 10/11/2006 | TCSO |
| ___ | MATNEY BENNY LEE | W/M | 01 | N | A-22 | 02/07/2007 | CCSD |

CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007    06:05:37                 ACTIVE INMATE REPORT                                    PAGE    3

FACILITY: ALL FACILITIES

| | INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|---|---|---|---|---|---|---|---|
| _____ | MCCANTS STANLEY RONERIE | B/M | 01 | N | F-08-R | 03/29/2007 | VAL |
| _____ | MCCULLOUGH CORY KENTAVIOUS | B/M | 01 | N | A-07 | 03/09/2007 | CCSD |
| _____ | MELTON DOUGLAS THOMAS | W/M | 01 | N | E-01-R | 00/00/0000 | CCSD |
| _____ | MITCHELL BRIAN KEITH | W/M | 01 | N | F-06-F | 04/12/2007 | PROBATION |
| _____ | MURPHY BERNARD FITZGERALD | B/M | 01 | N | G-06-R | 04/18/2007 | CCSD |
| _____ | NEWTON MARY DELINDA | W/F | 01 | N | H-01-L | 03/28/2007 | P&P |
| _____ | PHILLIPS ROBERT ONEAL | W/M | 01 | N | D-04-R | 02/09/2007 | CCSD |
| _____ | PIKE JOHN TODD | W/M | 01 | Y | D-08-R | 12/29/2006 | LAN |
| _____ | POLLARD MATTIE EILAND | B/F | 01 | N | J-02 | 04/18/2007 | CCSD |
| _____ | REED SCOTTY | B/M | 01 | N | G-02-L | 03/12/2007 | P&P |
| _____ | RHODEN CHARLES LEWIS | B/M | 01 | N | E-07-R | 09/09/2005 | CCSD |
| _____ | RIDINGS MARK W | W/M | 01 | N | A-16 | 02/16/2007 | P&P |
| _____ | ROBERTS ALLEN JEROME | B/M | 01 | N | A-11 | 03/05/2007 | CCSD |
| _____ | ROBERTS EDDIE FRANK | B/M | 01 | Y | A-25 | 02/07/2007 | P&P |
| _____ | ROBERTS RODNEY DARRYL | B/M | 01 | N | G-06-L | 04/17/2007 | CCSD |
| _____ | ROBINSON ANGLEA MICHELLE | W/F | 01 | Y | H-05-R | 04/10/2007 | LAN |
| _____ | ROGERS WILLIE RAY JR | W/M | 01 | N | A-13 | 03/09/2007 | P & P |
| _____ | RUDD TONY LEE | B/M | 01 | N | I-05 | 03/03/2007 | VAL |
| _____ | SAMUELS WES ANTHONY | B/M | 01 | N | G-04-R | 04/11/2007 | LAFAYETTE |
| _____ | SAMUELS WILLIAM BARRON | B/M | 01 | N | F-02-L | 04/11/2007 | LAFAYETTE |
| _____ | SCOTT TYRUS HORATIUS | B/M | 01 | N | E-02-L | 03/05/2007 | CCSD/DTF |
| _____ | SHEALEY KENNEDY GERGO | B/M | 01 | N | D-04-L | 03/07/2007 | P & P |
| _____ | SINGLETARY PAUL MILES | B/M | 01 | N | C-07-R | 11/03/2005 | LAF |
| _____ | SMITH ANDREW KEITH | W/M | 01 | N | A-26 | 03/02/2007 | CCSD |
| _____ | SMITH ISIAH | B/M | 01 | N | E-08-R | 02/06/2007 | P&P |
| _____ | SMITH TAREAN KHRINE HERVE | B/M | 06 | N | A-08 | 02/21/2007 | CCSD |
| _____ | STEWART RANDALL LEWIS | W/M | 01 | N | C-04-F | 04/04/2007 | PP |
| _____ | STORY PATRICK | B/M | 01 | N | A-20 | 02/07/2006 | P&P |
| _____ | STROUP WILLIAM DOYLE | W/M | 01 | N | F-06-R | 01/12/2007 | LAF |
| _____ | TAYLOR MICHAEL JR | B/M | 01 | N | E-06-L | 03/28/2007 | AST |
| _____ | TEMPLETON KIMBERLY ANNE | W/F | 01 | N | H-04-L | 01/23/2007 | CCSD |
| _____ | THOMAS MICHAEL LEE | B/M | 01 | N | G-05-R | 04/16/2007 | LAF |
| _____ | TODD ANTHONY DEON | B/M | 01 | N | E-03-L | 04/06/2007 | CCSO |
| _____ | TODD MICHEAL | B/M | 01 | N | G-08-R | 04/13/2007 | LAF |
| _____ | TUCKER ALEXANDER O'NEAL | B/M | 01 | N | C-08-L | 02/13/2007 | LAN |
| _____ | TUCKER RICHARD | B/M | 01 | N | A-15 | 08/02/2006 | LAN\DTF |
| _____ | VARNER CHRISTOPHER FRANKLIN | B/M | 01 | N | D-07-L | 06/02/2006 | CCSD/DFT |
| _____ | VINES DERRICK BERNARD | B/M | 01 | N | A-12 | 11/03/2006 | P & P |
| _____ | VINES TONY | B/M | 01 | N | A-DAROOM | 04/05/2007 | VAL |
| _____ | WALTON DENORRIS VANBOKINSON | B/M | 01 | N | E-02-R | 03/02/2007 | VAL/DTF |
| _____ | WASHINGTON MEKO | B/F | 01 | N | H-07-L | 01/07/2007 | CCSD |
| _____ | WATSON CHARLES RAY | W/M | 01 | Y | A-DAYROOM | 04/17/2007 | CCSO |
| _____ | WILKERSON JERRI DIANE | W/F | 01 | N | H-06-R | 04/11/2007 | VAL |
| _____ | WILKINSON TERESA LORRIANE | W/F | 01 | N | H-01-R | 04/13/2007 | CCSD |
| _____ | WILLIAMS TOMEKA LUSHAWN | B/F | 01 | N | H-03-R | 12/16/2005 | LAF |

CHAMBERS CO. SHERIFF'S OFFICE
ACTIVE INMATE REPORT

04/18/2007    06:05:37                                                PAGE    4

FACILITY: ALL FACILITIES

| INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|---|---|---|---|---|---|---|
| WILLIAMS TREY | B/M | 01 | N | D-03-L | 04/02/2007 | DTF |

------------------------

|  |  |
|---|---|
| MALE: | 118 |
| FEMALE: | 18 |
| UNKNOWN: | 00 |
| WHITE: | 49 |
| BLACK: | 87 |
| HISPANIC: | 00 |
| OTHER: | 00 |
| TOTAL COUNT | 136 |

CHAMBERS CO. SHERIFF'S OFFICE
ACTIVE INMATE REPORT

04/19/2007    06:04:23

PAGE    1

FACILITY: ALL FACILITIES

| | INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|---|---|---|---|---|---|---|---|
| _____ | ABNER KENNETH PENELL | B/M | 01 | N | A-01 | 02/21/2007 | CCSD |
| _____ | ABNEY JONATHAN EUGENE | W/M | 01 | N | F-06-L | 12/21/2006 | LAN |
| _____ | ADAMSON STEVEN LEE | W/M | 01 | N | B-08 | 01/02/2007 | P&P |
| _____ | ALEXANDER HARVEY KEITH | B/M | 01 | N | A-DAYROOM | 04/14/2007 | LAN |
| _____ | ARNOLD HOWARD LAMAR | B/M | 01 | N | G-01-R | 03/19/2007 | P & P |
| _____ | ASHFORD LLOYD ANTHONY | B/M | 01 | N | G-02-R | 04/09/2007 | VALLEY |
| _____ | ASKEW LORETTA | B/F | 01 | Y | H-07-R | 02/03/2007 | LAN |
| _____ | AVERY JEROME | B/M | 01 | N | B-02 | 01/19/2007 | PROBATION |
| _____ | AVERY JOHNNY | B/M | 01 | N | A-DAYROOM | 03/28/2007 | CCSD |
| _____ | BAILEY JAMES TERRY | W/M | 01 | N | D-02-L | 04/18/2007 | CCSD |
| _____ | BAILEY JOHNNY LEE | B/M | 01 | N | A-DAYROOM | 04/03/2007 | CCSD |
| _____ | BALLARD LATASHA RENEA | B/F | 01 | N | | 11/15/2005 | AST-ABI |
| _____ | BANKS ALLISON BENITA | B/F | 01 | N | H-03-L | 04/16/2007 | CCSD |
| _____ | BANKS RICKY LEWIS | B/M | 01 | N | F-05-R | 04/28/2006 | CCSO |
| _____ | BARBER JACK SELF | W/M | 01 | Y | I-01 | 01/05/2007 | CCSD |
| _____ | BARNETT GUY DANIEL | W/M | 01 | N | E-06-R | 04/02/2007 | P & P |
| _____ | BIRCHFIELD DEANA LEE | W/F | 01 | N | H-08-R | 01/29/2007 | LAF |
| _____ | BLEDSOE JOHN ALTON | B/M | 01 | N | C-06-R | 01/01/2007 | LAF |
| _____ | BODIE CLINT | W/M | 01 | Y | F-07-R | 02/07/2007 | CCSD/DTF |
| _____ | BONNER GREG BERNARD | B/M | 01 | N | D-06-L | 03/08/2007 | CCSD |
| _____ | BONNER KENNETH GERARD | B/M | 01 | N | A-10 | 01/09/2007 | CCSD |
| _____ | BOOKER LARRY FERRELL | B/M | 01 | N | A-14 | 02/02/2005 | CCSD |
| _____ | BRADFORD THOMAS LEE | W/M | 01 | N | C-03-L | 03/23/2007 | LAN |
| _____ | BREWER BRADLY WARD | W/M | 01 | N | C-01-R | 04/17/2007 | LAN |
| _____ | BREWER WALTER LEE | B/M | 01 | N | G-06-L | 04/02/2007 | LAF |
| _____ | BRISKEY ANTHONY LEE | B/M | 01 | N | C-01-L | 07/12/2006 | VAL |
| _____ | BRISKEY KENNETH RAY | B/M | 01 | N | D-02-R | 04/14/2007 | CCSD |
| _____ | BROOKS DONNIE | B/M | 01 | N | G-01-L | 04/18/2007 | LAF |
| _____ | BROOKS GREGORY FELIX | B/M | 06 | N | C-02-R | 02/25/2007 | VAL |
| _____ | BROOKS JEROME LARRY | B/M | 01 | N | E-08-L | 07/26/2006 | LAN |
| _____ | BROOKS TAVARUS MONTRELL | B/M | 01 | N | C-06-L | 04/04/2007 | P&P |
| _____ | BROWN KEVIN DONALD | W/M | 01 | Y | E-05-R | 03/26/2007 | VAL |
| _____ | BROWN TIMOTHY DOUGLAS | W/M | 01 | N | A-DAYROOM | 04/18/2007 | CCSD |
| _____ | BULGER ROBERT LEE | B/M | 01 | N | A-05 | 12/21/2006 | CCSD |
| _____ | BURROUGHS DANIEL KIRBY | W/M | 01 | N | C-03-R | 03/23/2007 | CCSD |
| _____ | CANTRELL DANIEL WADE | W/M | 01 | N | F-07-L | 00/00/0000 | CCSD |
| _____ | CARTER RANDY LEE | W/M | 01 | N | A-02 | 02/16/2006 | VAL |
| _____ | CHAMBERS MARGARET | B/F | 01 | N | H-05-L | 04/02/2007 | LAFAYETTE |
| _____ | CHEEKS LEHEKO MONTRIOUS | B/M | 01 | Y | D-05-R | 02/02/2007 | LAN |
| _____ | COCHRAN JAMES ROGER | B/M | 01 | N | D-03-R | 04/09/2007 | CCSD |
| _____ | COKER BRANDON SCOTT | W/M | 01 | N | F-03-R | 07/27/2006 | VAL |
| _____ | DANIEL TYSON JEROME | B/M | 01 | N | E-04-L | 04/05/2007 | LAF |
| _____ | DAVIS ANTWONAS MARTINEZ | B/M | 01 | N | F-04-R | 03/19/2007 | LAN |
| _____ | DAVIS XAVIER | B/M | 01 | N | G-03-L | 03/24/2007 | LAN |
| _____ | DOZIER TYRONE | B/M | 01 | N | G-03-R | 04/15/2007 | CCSD |

CHAMBERS CO. SHERIFF'S OFFICE
04/19/2007    06:04:23          ACTIVE INMATE REPORT                    PAGE    2

FACILITY: ALL FACILITIES

| INMATE NAME | R/S | MC | HLD | CELL ASSGN | ARREST DTE | ARRESTING DEPT |
|---|---|---|---|---|---|---|
| DUNAWAY CAMERON DALE | W/M | 01 | N | A-24 | 03/30/2007 | P+P |
| DUNN GLENDA ANN | B/F | 01 | N | H-01-R | 06/16/2006 | VAL |
| EAST JEFFERY | W/M | 01 | Y | E-05-L | 04/04/2007 | CCSD |
| EDWARDS FRED LAMON | B/M | 01 | N | G-07-R | 03/14/2007 | CCSD |
| ELLIS LAMONES SANCHEZ | B/M | 01 | N | G-08-R | 01/13/2007 | CCSD |
| EVANS DERRICK JOHNSON | B/M | 01 | N | A-06 | 12/14/2004 | P & P |
| FLOYD BENJAMIN | B/M | 01 | N | F-01-L | 04/05/2007 | CCSD |
| FLOYD ERIC BERNARD | B/M | 01 | Y | A-23 | 08/20/2006 | LAN |
| FLOYD JAMES MATTHEW | W/M | 01 | N | D-04-F | 04/18/2007 | LAN |
| FLOYD MARKEDRICK ANTIOUS | B/M | 01 | N | E-04-R | 03/29/2007 | CCSD |
| FLOYD TOMQUEVEIOUS EDMETRIU | B/M | 01 | N | F-04-L | 03/26/2007 | CC |
| FOSTER CHRISTOPHER ALAN | B/M | 01 | N | A-DAYROOM | 03/26/2007 | CCSD |
| GARNER ROGER KEITH JR | W/M | 01 | Y | | 09/01/2005 | VAL |
| GILLIAM NORRIS LEWIS | B/M | 06 | N | I-04 | 01/24/2007 | VPD |
| GOINS LAURA NICOLE | W/F | 01 | Y | H-04-R | 07/18/2006 | VAL |
| GORDY AMBER DIAN | W/F | 01 | N | H-06-R | 04/11/2007 | VAL |
| GRAY CHARLES EDWARD | W/M | 01 | N | A-21 | 02/13/2007 | LAN |
| GRIGGS DURWIN TERRANCE | B/M | 01 | N | I-03 | 11/26/2006 | LAN |
| HARDISON GLENN ANTHONY II | B/M | 01 | N | C-07-L | 03/06/2007 | LAN |
| HARDNETT JOHNNY RALPH | B/M | 01 | Y | C-05-L | 11/02/2006 | P&P |
| HARMON DAVID EDWARD | W/M | 01 | N | F-03-L | 03/15/2007 | CCSD |
| HARMON EUGENE TERRY | W/M | 01 | Y | A-04 | 10/19/2006 | CCSD |
| HART THOMAS JACK | W/M | 01 | Y | D-08-L | 02/02/2007 | VALLEY |
| HEARD STEVEN DARON | B/M | 01 | Y | F-08-R | 04/12/2007 | PROBATION |
| HENSON KELVIN D | W/M | 01 | Y | C-05-R | 10/27/2006 | LAN |
| HILL RUFUS JERRY  JR | W/M | 01 | N | E-01-L | 04/06/2007 | CCSO |
| HINKLE DANNY SCOTT | W/M | 01 | N | F-01-R | 04/17/2007 | LAN |
| HINKLE GUY JOHNNY | W/M | 01 | N | D-07-R | 11/07/2006 | LAN |
| HORTON ZYRRELL | B/M | 01 | N | E-07-L | 03/01/2007 | CCSD |
| HOYLE DONALD WAYNE | W/M | 01 | N | C-04-L | 02/07/2007 | P&P |
| HUDDLESTON ZANE MICHAEL | W/M | 01 | N | A-17 | 03/30/2007 | CCSD |
| HUTCHENS DORVIN DEWAYNE | W/M | 01 | N | E-03-R | 01/30/2007 | CCSD |
| HUTCHINSON LAMICHAEL CAJUAN | B/M | 01 | Y | C-02-L | 03/08/2007 | P&P |
| JACKSON CHRISTOPHER LEON | B/M | 01 | N | F-05-L | 10/25/2006 | P&P |
| JACKSON OSCAR JAMES JR | B/M | 01 | N | D-01-R | 01/04/2007 | LAN |
| JAMES LATERRANCE LEONARD | B/M | 01 | N | D-05-L | 04/06/2007 | LANETT |
| JOHNSON ANTHONY | B/M | 01 | N | G-5-L | 04/17/2007 | CCSD |
| JONES JARRED LYNWOOD | W/M | 01 | Y | C-04-R | 04/17/2007 | LAN |
| JONES TARIQ KHALILL | B/M | 01 | Y | D-06-R | 08/20/2006 | VAL |
| LITTLE MARCUS NIKIA | B/M | 01 | N | F-02-R | 02/02/2007 | CCSD |
| LONG ROY CLEVELAND JR | W/M | 01 | N | D-01-L | 04/06/2007 | CCSO |
| LOVE DARRYL MARQUIS | B/M | 01 | N | B-06 | 03/29/2007 | LANETT |
| LOVE GABRIEL ANTONIO | B/M | 01 | N | B-07 | 03/29/2007 | LAN |
| LOWE CHADWICK ALONZO | B/M | 01 | N | A-18 | 03/27/2007 | CCSD |
| MARSHALL MARY ANN | W/F | 01 | Y | H-08-L | 10/11/2006 | TCSO |

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/19/2007    06:04:23         ACTIVE INMATE REPORT                    PAGE    3

FACILITY: ALL FACILITIES


     INMATE NAME              R/S  MC  HLD  CELL ASSGN  ARREST DTE  ARRESTING DEPT

____  MATNEY BENNY LEE             W/M  01  N   A-22       02/07/2007  CCSD
____  MCCANTS STANLEY RONERIE      B/M  01  N   F-08-R     03/29/2007  VAL
____  MCCULLOUGH CORY KENTAVIOUS   B/M  01  N   A-07       03/09/2007  CCSD
____  MELTON DOUGLAS THOMAS        W/M  01  N   E-01-R     00/00/0000  CCSD
____  MITCHELL BRIAN KEITH         W/M  01  N   F-06-F     04/12/2007  PROBATION
____  MONCRIEF ALVANZIA JESTER     W/M  01  N   F-08-L     04/18/2007  LAF
____  NEWTON MARY DELINDA          W/F  01  N   H-01-L     03/28/2007  P&P
____  PHILLIPS ROBERT ONEAL        W/M  01  N   D-04-R     02/09/2007  CCSD
____  PIKE JOHN TODD               W/M  01  Y   D-08-R     12/29/2006  LAN
____  REED SCOTTY                  B/M  01  N   G-02-L     03/12/2007  P&P
____  RHODEN CHARLES LEWIS         B/M  01  N   E-07-R     09/09/2005  CCSD
____  RIDINGS MARK W               W/M  01  N   A-16       02/16/2007  P&P
____  ROBERTS ALLEN JEROME         B/M  01  N   A-11       03/05/2007  CCSD
____  ROBERTS EDDIE FRANK          B/M  01  Y   A-25       02/07/2007  P&P
____  ROBERTS RODNEY DARRYL        B/M  01  N   G-06-L     04/17/2007  CCSD
____  ROGERS WILLIE RAY JR         W/M  01  N   A-13       03/09/2007  P & P
____  RUDD TONY LEE                B/M  01  N   I-05       03/03/2007  VAL
____  SAMUELS WES ANTHONY          B/M  01  N   I-02       04/11/2007  LAFAYETTE
____  SAMUELS WILLIAM BARRON       B/M  01  N   F-02-L     04/11/2007  LAFAYETTE
____  SCOTT TYRUS HORATIUS         B/M  01  N   E-02-L     03/05/2007  CCSD/DTF
____  SHEALEY KENNEDY GERGO        B/M  01  N   D-04-L     03/07/2007  P & P
____  SINGLETARY PAUL MILES        B/M  01  N   C-07-R     11/03/2005  LAF
____  SMITH ANDREW KEITH           W/M  01  N   A-26       03/02/2007  CCSD
____  SMITH BENJAMIN JOSEPH        W/M  01  N   G-07-L     04/18/2007  CCSD
____  SMITH DOROTHY DIANE SPIVEY   W/F  01  Y   H-05-L     04/18/2007  CCSD
____  SMITH ISIAH                  B/M  01  N   E-08-R     02/06/2007  P&P
____  SMITH TAREAN KHRINE HERVE    B/M  06  N   A-08       02/21/2007  CCSD
____  STEWART RANDALL LEWIS        W/M  01  N   C-04-F     04/04/2007  PP
____  STORY PATRICK                B/M  01  N   A-20       02/07/2006  P&P
____  STROUP WILLIAM DOYLE         W/M  01  N   F-06-R     01/12/2007  LAF
____  TAYLOR MICHAEL JR            B/M  01  N   E-06-L     03/28/2007  AST
____  TEMPLETON KIMBERLY ANNE      W/F  01  N   H-04-L     01/23/2007  CCSD
____  THOMAS MICHAEL LEE           B/M  01  N   G-05-R     04/16/2007  LAF
____  TODD ANTHONY DEON            B/M  01  N   E-03-L     04/06/2007  CCSO
____  TODD MICHEAL                 B/M  01  N   G-08-R     04/13/2007  LAF
____  TUCKER ALEXANDER O'NEAL      B/M  01  N   C-08-L     02/13/2007  LAN
____  TUCKER RICHARD               B/M  01  N   A-15       08/02/2006  LAN\DTF
____  VARNER CHRISTOPHER FRANKLIN  B/M  01  N   D-07-L     06/02/2006  CCSD/DFT
____  VINES DERRICK BERNARD        B/M  01  N   A-12       11/03/2006  P & P
____  VINES TONY                   B/M  01  N   A-DAROOM   04/05/2007  VAL
____  WALTON DENORRIS VANBOKINSON  B/M  01  N   E-02-R     03/02/2007  VAL/DTF
____  WASHINGTON MEKO              B/F  01  N   H-07-L     01/07/2007  CCSD
____  WATSON CHARLES RAY           W/M  01  Y   A-DAYROOM  04/17/2007  CCSO
____  WILKERSON JERRI DIANE        W/F  01  N   H-06-R     04/11/2007  VAL
____  WILLIAMS TOMEKA LUSHAWN      B/F  01  N   H-03-R     12/16/2005  LAF
```

```
04/19/2007    06:04:23              CHAMBERS CO. SHERIFF'S OFFICE              PAGE    4
                                     ACTIVE INMATE REPORT

FACILITY: ALL FACILITIES

      INMATE NAME                R/S   MC   HLD   CELL ASSGN  ARREST DTE  ARRESTING DEPT

_____  WILLIAMS TREY            B/M   01   N    D-03-L      04/02/2007  DTF

------------------------
            MALE:      121
          FEMALE:       15
         UNKNOWN:       00
           WHITE:       52
           BLACK:       84
        HISPANIC:       00
           OTHER:       00
     TOTAL COUNT      136
```

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: _4-15-07_                        SHIFT: _A-DAY_

PRISONERS BOOKED: _1_              PRISONERS RELEASED: _6_

PRISONERS IN J. BLOCK: _0_         PRISONERS UNBOOKED: _0_

PRISONER TOTAL: _129_

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE.
(EXCEPT WORK RELEASE)

BALLARD - T.C.S.O. _____

GARNER - U.S. MARSHALLS _____

PRISONERS IN CELL LOCKDOWN

_____    H-8- Birchfield
_____    H-7 - Askew, Washington - Gay
_____

SCHEDULED EVENTS:
P/o Razors, M.O. Mop Buckets, Night Clean-up, H-Blk OBS,
Headcount & Perimeter Check   Meds

MESSAGES TO SHIFT SUPERVISORS
Eric Floyd & Mark Riding - Truck Stop per D-1

INCOMPLETE JOBS:

_Teodoro_                          _Kim_
SHIFT SUPERVISOR RELIEVED          RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
# SHIFT BRIEFING LOG

DATE: 4-15-2001                    SHIFT: A-NIGHT

PRISONERS BOOKED: 1                PRISONERS RELEASED: 1
PRISONERS IN .J. BLOCK: 0          PRISONERS UNBOOKED: 0
PRISONER TOTAL: 129

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE.
(EXCEPT WORK RELEASE)

· Ballard @ TCSO
· Gardner w/ US Marshall

PRISONERS IN CELL LOCKDOWN

SCHEDULED EVENTS:
· Initial appearance · Head ct · Security check · H-Block observation
Yard Call · Sick Call · pull mop Buckets · P/o Mail & Laundry · P/o meds w/ Nurse
I & B Block Haircut & shaves, Clean up & showers

MESSAGES TO SHIFT SUPERVISORS                    Need Taser Cartridge
· Monday (All jail Hair cuts)                     Need Clippers
· Central need to be buff Nightly — put 6 coats of wax a
H over the weekend.
· Check Lloyd Ash find O/R count date — Wrong 4/30 CS count
INCOMPLETE JOBS: · Michael Todd also has a new charge need to go also
Lay. PD clarified arrest report on Teague (misd) charge not felony
Bond at Lay. PD — one Bond already in folder
· H-Block phone down · equipment

Sgt. Kim                          Sgt Spradlin
SHIFT SUPERVISOR RELIEVED          RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: _4-16-07_

PRISONERS BOOKED: ___4___

PRISONERS IN .J. BLOCK: ___1___

PRISONER TOTAL: ___132___

SHIFT: _B-Day_

PRISONERS RELEASED: ___3___

PRISONERS UNBOOKED: ___0___

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE.
(EXCEPT WORK RELEASE)

_Ballard_ – _TCSO_

_Gardner  US Mashall_

PRISONERS IN CELL LOCKDOWN

_J-1 Daniel  Suicide_

SCHEDULED EVENTS:

_Head count, H-Block Obser, Perimeter & Security Check, Laundry_
_m/o, Mop Buckets, Haircut, night clean up, Razors,_
_H-Block Lock down unit 11 Per 3, 4_

MESSAGES TO SHIFT SUPERVISORS

_need 6 coats of wax on Central flood and Buffed_
_Foster with work for Lashely Thurdey_

INCOMPLETE JOBS:

_Sgt Sprull..._

SHIFT SUPERVISOR RELIEVED

_Sgt Hammon_

RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: 4-16-07

SHIFT: B-Night

PRISONERS BOOKED: Ø

PRISONERS RELEASED: 2

PRISONERS IN .J. BLOCK: 1

PRISONERS UNBOOKED: Ø

PRISONERS IN J. BLOCK: 1

PRISONER TOTAL: 129

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE. (EXCEPT WORK RELEASE)

DALLARD - Tallapoosa

GRANOR: Marshall.

PRISONERS IN CELL LOCKDOWN

J-01 Daniel - Suicide

H-Block

G-08 Todd 12 hrs    0900 hrs

SCHEDULED EVENTS:

Headcount - H-Block OBSERVATION - SECURITY/Perimeter Check - P/U Mop-Buckets - Meds - Nurse Call - Yard - Call - Court (Lafayette) - P/O Laundry - Mail

MESSAGES TO SHIFT SUPERVISORS

When moving I/mate's to different blocks enter it into the computer.

INCOMPLETE JOBS:

Sgt Nanenh

SHIFT SUPERVISOR RELIEVED

Sgt Spurllin

RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: 4-12-07

PRISONERS BOOKED: 9

PRISONERS IN J. BLOCK: 4

PRISONER TOTAL: 132

SHIFT: Bo Day

PRISONERS RELEASED: 6

PRISONERS UNBOOKED: 1

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE. (EXCEPT WORK RELEASE)

Ballard   7C50

Garver – US Marshal

PRISONERS IN CELL LOCKDOWN

J-01 Davis / Suicide

H-Block Lockdown

J-1 Gordy – Per D-M

SCHEDULED EVENTS:

Head count, H-Block Obser, M/O Buckets, M/O, Razors

Laundry, Night clean up

MESSAGES TO SHIFT SUPERVISORS

INCOMPLETE JOBS:

_Sgt Spruell_
SHIFT SUPERVISOR RELIEVED

_Sgt Hammond_
RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: _4-17-2007_          SHIFT: _B-NIGHT_

PRISONERS BOOKED: _6_          PRISONERS RELEASED: _2_

PRISONERS IN J. BLOCK: _3_          PRISONERS UNBOOKED: _Ø_

PRISONER TOTAL: _136_

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE.
(EXCEPT WORK RELEASE)

_BALLARD - TALLAPOOSA Co._

_GARNER - U.S. MARSHALLS_

PRISONERS IN CELL LOCKDOWN

_H-BLOCK_                    _J-03 BRANTLY · CREEN TROI 3RD_

_J-01 - DANIEL · SUICIDE_

_J-02 · POLLARD · NWNZ_

SCHEDULED EVENTS:

_HEADCOUNT · H-BLOCK OBSERVATION · SECURITY CHECK · PEREMETER_
_CHECK · MEDICATION · NURSE CALL · YARD-CALL · P/U MOP · BUCKETS ·_
_MAIL · INITIAL APPEARANCE ·_

MESSAGES TO SHIFT SUPERVISORS

_PER D-1 DAY-SHIFT IS TO BRING DOWN H-BLOCK TO USE Phones_
_PER D-1 INMATE EAST CAN BE MOVED TO POPULATION (E-05-L)_

INCOMPLETE JOBS:

_Sgt Norwood_                    _Sgt Spralli_

SHIFT SUPERVISOR RELIEVED          RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: _4-18-07_

SHIFT: _B-Day_

PRISONERS BOOKED: _9_

PRISONERS RELEASED: _7_

PRISONERS IN J. BLOCK: _4_

PRISONERS UNBOOKED: _0_

PRISONER TOTAL: _138_

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE. (EXCEPT WORK RELEASE)

_Ballard - TCSO_

_Garner - US Marshall_

PRISONERS IN CELL LOCKDOWN

SCHEDULED EVENTS:

_Headcount, H Block obser, Razors, Perimeter & Security Check_
_M/O, Mop Bucket, Laundry_

MESSAGES TO SHIFT SUPERVISORS

_Per D-4 Night do your filing   D25 will be working 4hrs_
_to make up time in the mrng._

INCOMPLETE JOBS:

_Sgt Sprwell_

SHIFT SUPERVISOR RELIEVED

_Sgt Hancock_

RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: 4-18-2007

SHIFT: B-night

PRISONERS BOOKED: 2

PRISONERS RELEASED: 4

PRISONERS IN J. BLOCK: Ø

PRISONERS UNBOOKED: Ø

PRISONER TOTAL: 137

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE.
(EXCEPT WORK RELEASE)

BALLARD - TALLAPOOSA

GARNER - U.S. MARSHALLS

PRISONERS IN CELL LOCKDOWN

SCHEDULED EVENTS:
Headcount - H-Block OBSERVATION - SECURITY CHECK & DISTRIBUTION
Check. Medication & Nurse - Call - P/U mop- Buckets. Yard-Call -
MAIL- DR. Call. P/U Laundry. Court (Valley)

MESSAGES TO SHIFT SUPERVISORS
C/O Bunel called at 2147hrs has Verus / C/o Grady called at 0570hrs
arm trouble PER D-1 H-Block can come down and use phone.

INCOMPLETE JOBS:

SHIFT SUPERVISOR RELIEVED

RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: _4-19-07_

PRISONERS BOOKED: _2_

PRISONERS IN .J. BLOCK: _1_

PRISONER TOTAL: _130_

SHIFT: _A-DAY_

PRISONERS RELEASED: _8_

PRISONERS UNBOOKED: _0_

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE.
(EXCEPT WORK RELEASE)

_BALLARD - TCSO_

_GARNER - U.S. MARshalls_

PRISONERS IN CELL LOCKDOWN

_H-BLK_

SCHEDULED EVENTS:

_P/o MO, MOP Buckets, store, HeaDCount & Perimeter Checks_
_H-BLK OBS, PLu laundry, Meds w/Nurse, NIGHT CleANup_

MESSAGES TO SHIFT SUPERVISORS

_Memo - Ref - delivery trucks & Rodeo_

INCOMPLETE JOBS:

_Teodoro_

SHIFT SUPERVISOR RELIEVED

RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: 4/19/07

SHIFT: A- Night

PRISONERS BOOKED: 1

PRISONERS RELEASED: 0

PRISONERS IN J. BLOCK: 0

PRISONERS UNBOOKED: 0

PRISONER TOTAL: 130

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE.
(EXCEPT WORK RELEASE)

Ballard - TCSO

Gardner w/ US Marshall

Donald Patrick Story Chris Foster Robert Badger

PRISONERS IN CELL LOCKDOWN

D8 Hart until 1800 Hr

H-Block

SCHEDULED EVENTS:

Blue mop Buckets. 7/o Laundry. mail. Head ct. Security. perimeter ck. H-Block observation. initial appearance. meds w/ Nurse. diabetic snack. yard call

MESSAGES TO SHIFT SUPERVISORS

Rodeo tonight and Saturday. Be @ the arena @ 1700 Hr. Memo rg. to delivery and signature by Supervisor

INCOMPLETE JOBS:

Visitations forms

SHIFT SUPERVISOR RELIEVED

RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: _4-20-07_

PRISONERS BOOKED: _3_

PRISONERS IN .J. BLOCK: _0_

PRISONER TOTAL: _127_

SHIFT: _A-DAY_

PRISONERS RELEASED: _6_

PRISONERS UNBOOKED: _0_

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE.
(EXCEPT WORK RELEASE)

_Ballard - T.C.S.O._

_Garner - U.S. Marshalls_

PRISONERS IN CELL LOCKDOWN

_H-BIK_

SCHEDULED EVENTS:

_Plo M.O, Razors, Mop Buckets, Meds, H-BIK OBS. Night Changup_
_Head count a Perimeter Check, Diabetic Snacks, Haircuts_

MESSAGES TO SHIFT SUPERVISORS

_C/o Collins - called out_
_make sure have broom & dust pan with trays_

INCOMPLETE JOBS:

_Teodoro_

SHIFT SUPERVISOR RELIEVED

_Sgt. Kirk_

RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

# CHAMBERS COUNTY DETENTION FACILITY
## SHIFT BRIEFING LOG

DATE: 4 - 20 - 07

SHIFT: A-NIGHT

PRISONERS BOOKED: 1

PRISONERS RELEASED: 2

PRISONERS IN J. BLOCK: 1

PRISONERS UNBOOKED: 0

PRISONER TOTAL: 126

LIST ANY PRISONERS BOOKED IN THE JAIL WHO ARE NOT PRESENT AT SHIFT CHANGE.
(EXCEPT WORK RELEASE)

· Garrel w/ U S Marshall
· Ballard @ Tallopoosa

PRISONERS IN CELL LOCKDOWN

√ - John Boyd - need prints          H-Block

SCHEDULED EVENTS:

· Head ct · Security ck · perimeter check · H-Block observation ·
· pull mop bucket · D/o laundry · meds w/ Nurse

MESSAGES TO SHIFT SUPERVISORS
· Rodeo tonight
· memo on Clip Board - req. delivery and paper via signature
· Per Major Mr. Booker can go up and lay down whenever he choose.
· Brown that went out last night is 10-4 to stay up until it's time to go out.

INCOMPLETE JOBS:

Zane & Cameron needs hair cut before going out
· I, B, A' Hair cuts. - Clippers in booking closet.

Sgt. Kirk

Sgt Spruill

SHIFT SUPERVISOR RELIEVED          RELIEF SUPERVISOR

USE THE BACK OF THIS FORM FOR ANY ADDITIONAL PASS-DOWN

CHAMBERS CO. SHERIFF'S OFFICE
HEAD COUNT REGISTER

04/16/2007     05:29:39                                    PAGE     1

FACILITY: ALL FACILITIES

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS | |
|-----------|------|-----|------------|--------|--------|---|
| 050001488 | GARNER ROGER KEITH JR | M/W | | 01 | ACTIVE | |
| 050001951 | BALLARD LATASHA RENEA | F/B | | 01 | ACTIVE | |
| 070000342 | ABNER KENNETH PENELL | M/B | A-01 | 01 | ACTIVE | |
| 060000254 | CARTER RANDY LEE | M/W | A-02 | 01 | ACTIVE | |
| 070000238 | SMITH ISIAH | M/B | A-03 | 01 | ACTIVE | |
| 060001727 | HARMON EUGENE TERRY | M/W | A-04 | 01 | ACTIVE | |
| 060002133 | BULGER ROBERT LEE | M/B | A-05 | 01 | ACTIVE | |
| 040002145 | EVANS DERRICK JOHNSON | M/B | A-06 | 01 | ACTIVE | |
| 070000440 | MCCULLOUGH CORY KENTAVIOUS | M/B | A-07 | 01 | ACTIVE | |
| 070000341 | SMITH TAREAN KHRINE HERVE | M/B | A-08 | 06 | ACTIVE | |
| 060001971 | GRIGGS DURWIN TERRANCE | M/B | A-09 | 01 | ACTIVE | |
| 070000046 | BONNER KENNETH GERARD | M/B | A-10 | 01 | ACTIVE | |
| 070000416 | ROBERTS ALLEN JEROME | M/B | A-11 | 01 | ACTIVE | |
| 060001812 | VINES DERRICK BERNARD | M/B | A-12 | 01 | ACTIVE | |
| 070000436 | ROGERS WILLIE RAY JR | M/W | A-13 | 01 | ACTIVE | |
| 050000196 | BOOKER LARRY FERRELL | M/B | A-14 | 01 | ACTIVE | |
| 060001260 | TUCKER RICHARD | M/B | A-15 | 01 | ACTIVE | |
| 070000726 | RIDINGS MARK W | M/W | A-16 | 01 | ACTIVE | |
| 070000596 | HUDDLESTON ZANE MICHAEL | M/W | A-17 | 01 | ACTIVE | |
| 070000568 | LOWE CHADWICK ALONZO | M/B | A-18 | 01 | ACTIVE | |
| 070000247 | STORY PATRICK | M/B | A-20 | 01 | ACTIVE | |
| 070000285 | GRAY CHARLES EDWARD | M/W | A-21 | 01 | ACTIVE | |
| 070000250 | MATNEY BENNY LEE | M/W | A-22 | 01 | ACTIVE | |
| 060001365 | FLOYD ERIC BERNARD | M/B | A-23 | 01 | ACTIVE | |
| 070000600 | DUNAWAY CAMERON DALE | M/W | A-24 | 01 | ACTIVE | |
| 070000248 | ROBERTS EDDIE FRANK | M/B | A-25 | 01 | ACTIVE | |
| 070000391 | SMITH ANDREW KEITH | M/W | A-26 | 01 | ACTIVE | |
| 070000107 | AVERY JEROME | M/B | B-02 | 01 | ACTIVE | |
| 070000728 | HARRIS FREDDIE LAMAR | M/B | B-04 | 01 | ACTIVE | |
| 070000649 | EAST JEFFERY | M/W | B-05 | 01 | ACTIVE | |
| 070000594 | LOVE DARRYL MARQUIS | M/B | B-06 | 01 | ACTIVE | |
| 070000595 | LOVE GABRIEL ANTONIO | M/B | B-07 | 01 | ACTIVE | |
| 070000007 | ADAMSON STEVEN LEE | M/W | B-08 | 01 | ACTIVE | |
| 060001158 | BRISKEY ANTHONY LEE | M/B | C-01-L | 01 | ACTIVE | |
| 070000433 | HUTCHINSON LAMICHAEL CAJUAN | M/B | C-02-L | 01 | ACTIVE | |
| 070000367 | BROOKS GREGORY FELIX | M/B | C-02-R | 06 | ACTIVE | |
| 070000535 | BRADFORD THOMAS LEE | M/W | C-03-L | 01 | ACTIVE | |
| 070000531 | BURROUGHS DANIEL KIRBY | M/W | C-03-R | 01 | ACTIVE | |
| 070000643 | STEWART RANDALL LEWIS | M/W | C-04-F | 01 | ACTIVE | |
| 070000249 | HOYLE DONALD WAYNE | M/W | C-04-L | 01 | ACTIVE | |
| 060001804 | HARDNETT JOHNNY RALPH | M/B | C-05-L | 01 | ACTIVE | |
| 060001773 | HENSON KELVIN D | M/W | C-05-R | 01 | ACTIVE | |
| 070000642 | BROOKS TAVARUS MONTRELL | M/B | C-06-L | 01 | ACTIVE | |
| 070000003 | BLEDSOE JOHN ALTON | M/B | C-06-R | 01 | ACTIVE | |
| 070000419 | HARDISON GLENN ANTHONY II | M/B | C-07-L | 01 | ACTIVE | |

M3

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/16/2007     05:29:39        HEAD COUNT REGISTER                 PAGE     2

FACILITY: ALL FACILITIES

BOOKING #    NAME                         S/R   CELL ASSGN   AGENCY   STATUS

050001874    SINGLETARY PAUL MILES        M/B   C-07-R       01       ACTIVE
070000286    TUCKER ALEXANDER O'NEAL       M/B   C-08-L       01       ACTIVE
070000729    ALEXANDER HARVEY KEITH        M/B   C-08-R       01       ACTIVE
070000666    LONG ROY CLEVELAND JR         M/W   D-01-L       01       ACTIVE
060000020    JACKSON OSCAR JAMES JR        M/B   D-01-R       01       ACTIVE
070000582    AVERY JOHNNY                  M/B   D-02-L       01       ACTIVE
070000730    BRISKEY KENNETH RAY           M/B   D-02-R       01       ACTIVE
070000626    WILLIAMS TREY                 M/B   D-03-L       01       ACTIVE
070000689    COCHRAN JAMES ROGER           M/B   D-03-R       01       ACTIVE
070000425    SHEALEY KENNEDY GERGO         M/B   D-04-L       01       ACTIVE
070000380    PHILLIPS ROBERT ONEAL         M/W   D-04-R       01       ACTIVE
070000664    JAMES LATERRANCE LEONARD      M/B   D-05-L       01       ACTIVE
070000213    CHEEKS LEHEKO MONTRIOUS       M/B   D-05-R       01       ACTIVE
070000432    BONNER GREG BERNARD           M/B   D-06-L       01       ACTIVE
060001364    JONES TARIQ KHALILL           M/B   D-06-R       01       ACTIVE
060000896    VARNER CHRISTOPHER FRANKLIN   M/B   D-07-L       01       ACTIVE
060001841    HINKLE GUY JOHNNY             M/W   D-07-R       01       ACTIVE
070000215    HART THOMAS JACK             M/W   D-08-L       01       ACTIVE
060002161    PIKE JOHN TODD               M/W   D-08-R       01       ACTIVE
070000667    HILL RUFUS JERRY   JR         M/W   E-01-L       01       ACTIVE
070000629    MELTON DOUGLAS THOMAS         M/W   E-01-R       01       ACTIVE
070000412    SCOTT TYRUS HORATIUS          M/B   E-02-L       01       ACTIVE
070000393    WALTON DENORRIS VANBOKINSON   M/B   E-02-R       01       ACTIVE
070000668    TODD ANTHONY DEON            M/B   E-03-L       01       ACTIVE
070000188    HUTCHENS DORVIN DEWAYNE       M/W   E-03-R       01       ACTIVE
070000660    DANIEL TYSON JEROME           M/B   E-04-L       01       ACTIVE
070000585    FLOYD MARKEDRICK ANTIOUS      M/B   E-04-R       01       ACTIVE
070000697    WILLIAMS JACOREY CORDELLE     M/B   E-05-L       01       ACTIVE
070000560    BROWN KEVIN DONALD            M/W   E-05-R       01       ACTIVE
070000580    TAYLOR MICHAEL JR             M/B   E-06-L       01       ACTIVE
070000620    BARNETT GUY DANIEL            M/W   E-06-R       01       ACTIVE
070000387    HORTON ZYRRELL               M/B   E-07-L       01       ACTIVE
050001539    RHODEN CHARLES LEWIS          M/B   E-07-R       01       ACTIVE
060001228    BROOKS JEROME LARRY           M/B   E-08-L       01       ACTIVE
070000654    FLOYD BENJAMIN               M/B   F-01-L       01       ACTIVE
070000628    BAILEY JOHNNY LEE             M/B   F-01-R       01       ACTIVE
070000695    SAMUELS WILLIAM BARRON        M/B   F-02-L       01       ACTIVE
070000210    LITTLE MARCUS NIKIA           M/B   F-02-R       01       ACTIVE
070000474    HARMON DAVID EDWARD           M/W   F-03-L       01       ACTIVE
060001233    COKER BRANDON SCOTT           M/W   F-03-R       01       ACTIVE
070000561    FLOYD TOMQUEVEIOUS EDMETRIUS  M/B   F-04-L       01       ACTIVE
070000503    DAVIS ANTWONAS MARTINEZ       M/B   F-04-R       01       ACTIVE
060001756    JACKSON CHRISTOPHER LEON      M/B   F-05-L       01       ACTIVE
060000651    BANKS RICKY LEWIS             M/B   F-05-R       01       ACTIVE
070000710    MITCHELL BRIAN KEITH          M/W   F-06-F       01       ACTIVE
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/16/2007    05:29:39       HEAD COUNT REGISTER              PAGE    3

FACILITY: ALL FACILITIES

BOOKING #   NAME                        S/R   CELL ASSGN  AGENCY  STATUS

060002135   ABNEY JONATHAN EUGENE       M/W   F-06-L       01    ACTIVE    _____
070000064   STROUP WILLIAM DOYLE        M/W   F-06-R       01    ACTIVE    _____
070000434   CANTRELL DANIEL WADE        M/W   F-07-L       01    ACTIVE    _____
070000251   BODIE CLINT                 M/W   F-07-R       01    ACTIVE    _____
070000587   MCCANTS STANLEY RONERIE     M/B   F-08-R       01    ACTIVE    _____
070000706   HEARD STEVEN DARON          M/B   F-08-R       01    ACTIVE    _____
070000514   THORNTON JIMMY              M/B   G-01-L       01    ACTIVE    _____
070000500   ARNOLD HOWARD LAMAR         M/B   G-01-R       01    ACTIVE    _____
070000452   REED SCOTTY                 M/B   G-02-L       01    ACTIVE    _____
070000691   ASHFORD LLOYD ANTHONY       M/B   G-02-R       01    ACTIVE    _____
070000548   DAVIS XAVIER                M/B   G-03-L       01    ACTIVE    _____
070000736   DOZIER TYRONE               M/B   G-03-R       01    ACTIVE    _____
070000709   MADDEN SAMUEL LEE           M/B   G-04-L       01    ACTIVE    _____
070000696   SAMUELS WES ANTHONY         M/B   G-04-R       01    ACTIVE    _____
070000659   VINES TONY                  M/B   G-05-L       01    ACTIVE    _____
070000624   BREWER WALTER LEE           M/B   G-06-L       01    ACTIVE    _____
070000713   TEAGUE PAUL CLAYTON         M/W   G-06-R       01    ACTIVE    _____
070000566   FOSTER CHRISTOPHER ALAN     M/B   G-07-L       01    ACTIVE    _____
070000469   EDWARDS FRED LAMON          M/B   G-07-R       01    ACTIVE    _____
070000070   ELLIS LAMONES SANCHEZ       M/B   G-08-R       01    ACTIVE    _____
070000718   TODD MICHEAL                M/B   G-08-R       01    ACTIVE    _____
070000712   TIERCE NATAOSHA             F/W   H-01-L       01    ACTIVE    _____
070000716   WILKINSON TERESA LORRIANE   F/W   H-01-R       01    ACTIVE    _____
070000578   NEWTON MARY DELINDA         F/W   H-02-L       01    ACTIVE    _____
060000989   DUNN GLENDA ANN             F/B   H-03-L       01    ACTIVE    _____
050002138   WILLIAMS TOMEKA LUSHAWN     F/B   H-03-R       01    ACTIVE    _____
070000131   TEMPLETON KIMBERLY ANNE     F/W   H-04-L       01    ACTIVE    _____
060001186   GOINS LAURA NICOLE          F/W   H-04-R       01    ACTIVE    _____
070000619   CHAMBERS MARGARET           F/B   H-05-L       01    ACTIVE    _____
070000692   ROBINSON ANGLEA MICHELLE    F/W   H-05-R       01    ACTIVE    _____
070000700   GORDY AMBER DIAN            F/W   H-06-L       01    ACTIVE    _____
070000699   WILKERSON JERRI DIANE       F/W   H-06-R       01    ACTIVE    _____
070000032   WASHINGTON MEKO             F/B   H-07-L       01    ACTIVE    _____
070000219   ASKEW LORETTA               F/B   H-07-R       01    ACTIVE    _____
060001681   MARSHALL MARY ANN           F/W   H-08-L       01    ACTIVE    _____
070000182   BIRCHFIELD DEANA LEE        F/W   H-08-R       01    ACTIVE    _____
070000025   BARBER JACK SELF            M/W   I-01         01    ACTIVE    _____
070000146   GILLIAM NORRIS LEWIS        M/B   I-04         06    ACTIVE    _____
070000399   RUDD TONY LEE               M/B   I-05         01    ACTIVE    _____

        -----------------------
              MALE:      113
            FEMALE:       16
           UNKNOWN:       00
             WHITE:       46
             BLACK:       83
          HISPANIC:       00
             OTHER:       00
         TOTAL COUNT     129
```

CHAMBERS CO. SHERIFF'S OFFICE
HEAD COUNT REGISTER

04/16/2007     05:29:39                              PAGE     4

CELL BLOCK COUNTS

| CELL BLOCK | INMATE COUNT | TRANSPORTS |
|------------|--------------|------------|
| A          | 25           | 0          |
| B          | 6            | 0          |
| C          | 15           | 0          |
| D          | 16           | 0          |
| E          | 15           | 0          |
| F          | 17           | 0          |
| G          | 15           | 0          |
| H          | 15           | 0          |
| I          | 3            | 0          |
| J          | 0            | 0          |

04/16/2007      05:48:34      CHAMBERS CO. SHERIFF'S OFFICE
                                    HEAD COUNT REGISTER

FACILITY: ALL FACILITIES                                    PAGE      1

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS |
|---|---|---|---|---|---|
| 050001488 | GARNER ROGER KEITH JR | M/W | | 01 | ACTIVE |
| 050001951 | BALLARD LATASHA RENEA | F/B | | 01 | ACTIVE |
| 070000342 | ABNER KENNETH PENELL | M/B | A-01 | 01 | ACTIVE |
| 060000254 | CARTER RANDY LEE | M/W | A-02 | 01 | ACTIVE |
| 070000238 | SMITH ISIAH | M/B | A-03 | 01 | ACTIVE |
| 060001727 | HARMON EUGENE TERRY | M/W | A-04 | 01 | ACTIVE |
| 060002133 | BULGER ROBERT LEE | M/B | A-05 | 01 | ACTIVE |
| 040002145 | EVANS DERRICK JOHNSON | M/B | A-06 | 01 | ACTIVE |
| 070000440 | MCCULLOUGH CORY KENTAVIOUS | M/B | A-07 | 01 | ACTIVE |
| 070000341 | SMITH TAREAN KHRINE HERVE | M/B | A-08 | 01 | ACTIVE |
| 060001971 | GRIGGS DURWIN TERRANCE | M/B | A-09 | 06 | ACTIVE |
| 070000046 | BONNER KENNETH GERARD | M/B | A-10 | 01 | ACTIVE |
| 070000416 | ROBERTS ALLEN JEROME | M/B | A-11 | 01 | ACTIVE |
| 060001812 | VINES DERRICK BERNARD | M/B | A-12 | 01 | ACTIVE |
| 070000436 | ROGERS WILLIE RAY JR | M/W | A-13 | 01 | ACTIVE |
| 050000196 | BOOKER LARRY FERRELL | M/B | A-14 | 01 | ACTIVE |
| 060001260 | TUCKER RICHARD | M/B | A-15 | 01 | ACTIVE |
| 070000726 | RIDINGS MARK W | M/W | A-16 | 01 | ACTIVE |
| 070000596 | HUDDLESTON ZANE MICHAEL | M/W | A-17 | 01 | ACTIVE |
| 070000568 | LOWE CHADWICK ALONZO | M/B | A-18 | 01 | ACTIVE |
| 070000247 | STORY PATRICK | M/B | A-20 | 01 | ACTIVE |
| 070000285 | GRAY CHARLES EDWARD | M/W | A-21 | 01 | ACTIVE |
| 070000250 | MATNEY BENNY LEE | M/W | A-22 | 01 | ACTIVE |
| 060001365 | FLOYD ERIC BERNARD | M/B | A-23 | 01 | ACTIVE |
| 070000600 | DUNAWAY CAMERON DALE | M/W | A-24 | 01 | ACTIVE |
| 070000248 | ROBERTS EDDIE FRANK | M/B | A-25 | 01 | ACTIVE |
| 070000391 | SMITH ANDREW KEITH | M/W | A-26 | 01 | ACTIVE |
| 070000107 | AVERY JEROME | M/B | B-02 | 01 | ACTIVE |
| 070000728 | HARRIS FREDDIE LAMAR | M/B | B-04 | 01 | ACTIVE |
| 070000649 | EAST JEFFERY | M/W | B-05 | 01 | ACTIVE |
| 70000594 | LOVE DARRYL MARQUIS | M/B | B-06 | 01 | ACTIVE |
| 70000595 | LOVE GABRIEL ANTONIO | M/B | B-07 | 01 | ACTIVE |
| 70000007 | ADAMSON STEVEN LEE | M/W | B-08 | 01 | ACTIVE |
| 50001158 | BRISKEY ANTHONY LEE | M/B | C-01-L | 01 | ACTIVE |
| 70000433 | HUTCHINSON LAMICHAEL CAJUAN | M/B | C-02-L | 01 | ACTIVE |
| 0000367 | BROOKS GREGORY FELIX | M/B | C-02-R | 06 | ACTIVE |
| 0000535 | BRADFORD THOMAS LEE | M/W | C-03-L | 01 | ACTIVE |
| 0000531 | BURROUGHS DANIEL KIRBY | M/W | C-03-R | 01 | ACTIVE |
| 0000643 | STEWART RANDALL LEWIS | M/W | C-04-F | 01 | ACTIVE |
| 0000249 | HOYLE DONALD WAYNE | M/W | C-04-L | 01 | ACTIVE |
| 0001804 | HARDNETT JOHNNY RALPH | M/B | C-05-L | 01 | ACTIVE |
| 0001773 | HENSON KELVIN D | M/W | C-05-R | 01 | ACTIVE |
| 0000642 | BROOKS TAVARUS MONTRELL | M/B | C-06-L | 01 | ACTIVE |
| 000003 | BLEDSOE JOHN ALTON | M/B | C-06-R | 01 | ACTIVE |
| 000419 | HARDISON GLENN ANTHONY II | M/B | C-07-L | 01 | ACTIVE |

```
                         CHAMBERS CO. SHERIFF'S OFFICE
04/16/2007      05:48:34          HEAD COUNT REGISTER              PAGE    2

FACILITY: ALL FACILITIES

BOOKING #   NAME                          S/R   CELL ASSGN   AGENCY   STATUS

050001874   SINGLETARY PAUL MILES         M/B   C-07-R         01     ACTIVE
070000286   TUCKER ALEXANDER O'NEAL        M/B   C-08-L         01     ACTIVE
070000729   ALEXANDER HARVEY KEITH         M/B   C-08-R         01     ACTIVE
070000666   LONG ROY CLEVELAND JR          M/W   D-01-L         01     ACTIVE
060000020   JACKSON OSCAR JAMES JR         M/B   D-01-R         01     ACTIVE
070000582   AVERY JOHNNY                   M/B   D-02-L         01     ACTIVE
070000730   BRISKEY KENNETH RAY            M/B   D-02-R         01     ACTIVE
070000626   WILLIAMS TREY                  M/B   D-03-L         01     ACTIVE
070000689   COCHRAN JAMES ROGER            M/B   D-03-R         01     ACTIVE
070000425   SHEALEY KENNEDY GERGO          M/B   D-04-L         01     ACTIVE
070000380   PHILLIPS ROBERT ONEAL          M/W   D-04-R         01     ACTIVE
070000664   JAMES LATERRANCE LEONARD       M/B   D-05-L         01     ACTIVE
070000213   CHEEKS LEHEKO MONTRIOUS        M/B   D-05-R         01     ACTIVE
070000432   BONNER GREG BERNARD            M/B   D-06-L         01     ACTIVE
060001364   JONES TARIQ KHALILL            M/B   D-06-R         01     ACTIVE
060000896   VARNER CHRISTOPHER FRANKLIN    M/B   D-07-L         01     ACTIVE
060001841   HINKLE GUY JOHNNY              M/W   D-07-R         01     ACTIVE
070000215   HART THOMAS JACK              M/W   D-08-L         01     ACTIVE
060002161   PIKE JOHN TODD                 M/W   D-08-R         01     ACTIVE
070000667   HILL RUFUS JERRY  JR           M/W   E-01-L         01     ACTIVE
070000629   MELTON DOUGLAS THOMAS          M/W   E-01-R         01     ACTIVE
070000412   SCOTT TYRUS HORATIUS           M/B   E-02-L         01     ACTIVE
070000393   WALTON DENORRIS VANBOKINSON    M/B   E-02-R         01     ACTIVE
070000668   TODD ANTHONY DEON              M/B   E-03-L         01     ACTIVE
070000188   HUTCHENS DORVIN DEWAYNE        M/W   E-03-R         01     ACTIVE
070000660   DANIEL TYSON JEROME            M/B   E-04-L         01     ACTIVE
070000585   FLOYD MARKEDRICK ANTIOUS       M/B   E-04-R         01     ACTIVE
070000697   WILLIAMS JACOREY CORDELLE      M/B   E-05-L         01     ACTIVE
070000560   BROWN KEVIN DONALD             M/W   E-05-R         01     ACTIVE
070000580   TAYLOR MICHAEL JR              M/B   E-06-L         01     ACTIVE
070000620   BARNETT GUY DANIEL             M/W   E-06-R         01     ACTIVE
070000387   HORTON ZYRRELL                 M/B   E-07-L         01     ACTIVE
050001539   RHODEN CHARLES LEWIS           M/B   E-07-R         01     ACTIVE
060001228   BROOKS JEROME LARRY            M/B   E-08-L         01     ACTIVE
070000654   FLOYD BENJAMIN                 M/B   F-01-L         01     ACTIVE
070000628   BAILEY JOHNNY LEE              M/B   F-01-R         01     ACTIVE
070000695   SAMUELS WILLIAM BARRON         M/B   F-02-L         01     ACTIVE
070000210   LITTLE MARCUS NIKIA            M/B   F-02-R         01     ACTIVE
070000474   HARMON DAVID EDWARD            M/W   F-03-L         01     ACTIVE
060001233   COKER BRANDON SCOTT            M/W   F-03-R         01     ACTIVE
070000561   FLOYD TOMQUEVEIOUS EDMETRIUS   M/B   F-04-L         01     ACTIVE
070000503   DAVIS ANTWONAS MARTINEZ        M/B   F-04-R         01     ACTIVE
060001756   JACKSON CHRISTOPHER LEON       M/B   F-05-L         01     ACTIVE
060000651   BANKS RICKY LEWIS              M/B   F-05-R         01     ACTIVE
070000710   MITCHELL BRIAN KEITH           M/W   F-06-F         01     ACTIVE
```

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/16/2007      05:48:34         HEAD COUNT REGISTER                    PAGE    3

FACILITY: ALL FACILITIES

BOOKING #   NAME                           S/R   CELL ASSGN   AGENCY   STATUS

060002135   ABNEY JONATHAN EUGENE          M/W   F-06-L        01      ACTIVE
070000064   STROUP WILLIAM DOYLE           M/W   F-06-R        01      ACTIVE
070000434   CANTRELL DANIEL WADE           M/W   F-07-L        01      ACTIVE
070000251   BODIE CLINT                    M/W   F-07-R        01      ACTIVE
070000587   MCCANTS STANLEY RONERIE        M/B   F-08-R        01      ACTIVE
070000706   HEARD STEVEN DARON             M/B   F-08-R        01      ACTIVE
070000514   THORNTON JIMMY                 M/B   G-01-L        01      ACTIVE
070000500   ARNOLD HOWARD LAMAR            M/B   G-01-R        01      ACTIVE
070000452   REED SCOTTY                    M/B   G-02-L        01      ACTIVE
070000691   ASHFORD LLOYD ANTHONY          M/B   G-02-R        01      ACTIVE
070000548   DAVIS XAVIER                   M/B   G-03-L        01      ACTIVE
070000736   DOZIER TYRONE                  M/B   G-03-R        01      ACTIVE
070000709   MADDEN SAMUEL LEE              M/B   G-04-L        01      ACTIVE
070000696   SAMUELS WES ANTHONY            M/B   G-04-R        01      ACTIVE
070000659   VINES TONY                     M/B   G-05-L        01      ACTIVE
070000624   BREWER WALTER LEE              M/B   G-06-L        01      ACTIVE
070000713   TEAGUE PAUL CLAYTON            M/W   G-06-R        01      ACTIVE
070000566   FOSTER CHRISTOPHER ALAN        M/B   G-07-L        01      ACTIVE
070000469   EDWARDS FRED LAMON             M/B   G-07-R        01      ACTIVE
070000070   ELLIS LAMONES SANCHEZ          M/B   G-08-R        01      ACTIVE
070000718   TODD MICHEAL                   M/B   G-08-R        01      ACTIVE
070000712   TIERCE NATAOSHA                F/W   H-01-L        01      ACTIVE
070000716   WILKINSON TERESA LORRIANE      F/W   H-01-R        01      ACTIVE
070000578   NEWTON MARY DELINDA            F/W   H-02-L        01      ACTIVE
060000989   DUNN GLENDA ANN                F/B   H-03-L        01      ACTIVE
050002138   WILLIAMS TOMEKA LUSHAWN        F/B   H-03-R        01      ACTIVE
070000131   TEMPLETON KIMBERLY ANNE        F/W   H-04-L        01      ACTIVE
060001186   GOINS LAURA NICOLE             F/W   H-04-R        01      ACTIVE
070000619   CHAMBERS MARGARET              F/B   H-05-L        01      ACTIVE
070000692   ROBINSON ANGLEA MICHELLE       F/W   H-05-R        01      ACTIVE
070000700   GORDY AMBER DIAN               F/W   H-06-L        01      ACTIVE
070000699   WILKERSON JERRI DIANE          F/W   H-06-R        01      ACTIVE
070000032   WASHINGTON MEKO                F/B   H-07-L        01      ACTIVE
070000219   ASKEW LORETTA                  F/B   H-07-R        01      ACTIVE
060001681   MARSHALL MARY ANN              F/W   H-08-L        01      ACTIVE
070000182   BIRCHFIELD DEANA LEE           F/W   H-08-R        01      ACTIVE
070000025   BARBER JACK SELF               M/W   I-01          01      ACTIVE
070000146   GILLIAM NORRIS LEWIS           M/B   I-04          06      ACTIVE
070000399   RUDD TONY LEE                  M/B   I-05          01      ACTIVE

-------------------------
        MALE:      113
      FEMALE:       16
     UNKNOWN:       00
       WHITE:       46
       BLACK:       83
    HISPANIC:       00
       OTHER:       00
  TOTAL COUNT      129
```

CHAMBERS CO. SHERIFF'S OFFICE
04/16/2007    05:48:34    HEAD COUNT REGISTER    PAGE    4

CELL BLOCK COUNTS

| CELL BLOCK | INMATE COUNT | TRANSPORTS |
|------------|--------------|------------|
| A | 25 | 0 |
| B | 6 | 0 |
| C | 15 | 0 |
| D | 16 | 0 |
| E | 15 | 0 |
| F | 17 | 0 |
| G | 15 | 0 |
| H | 15 | 0 |
| I | 3 | 0 |
| J | 0 | 0 |

CHAMBERS CO. SHERIFF'S OFFICE

04/18/2007    05:14:11    HEAD COUNT REGISTER    PAGE    1

FACILITY: ALL FACILITIES

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS | |
|---|---|---|---|---|---|---|
| 050001488 | GARNER ROGER KEITH JR | M/W | | 01 | ACTIVE | US Marshall |
| 050001951 | BALLARD LATASHA RENEA | F/B | | 01 | ACTIVE | TCSO |
| 070000342 | ABNER KENNETH PENELL | M/B | A-01 | 01 | ACTIVE | |
| 060000254 | CARTER RANDY LEE | M/W | A-02 | 01 | ACTIVE | |
| 060001727 | HARMON EUGENE TERRY | M/W | A-04 | 01 | ACTIVE | |
| 060002133 | BULGER ROBERT LEE | M/B | A-05 | 01 | ACTIVE | |
| 040002145 | EVANS DERRICK JOHNSON | M/B | A-06 | 01 | ACTIVE | |
| 070000440 | MCCULLOUGH CORY KENTAVIOUS | M/B | A-07 | 01 | ACTIVE | |
| 070000341 | SMITH TAREAN KHRINE HERVE | M/B | A-08 | 06 | ACTIVE | |
| 070000046 | BONNER KENNETH GERARD | M/B | A-10 | 01 | ACTIVE | |
| 070000416 | ROBERTS ALLEN JEROME | M/B | A-11 | 01 | ACTIVE | |
| 060001812 | VINES DERRICK BERNARD | M/B | A-12 | 01 | ACTIVE | |
| 070000436 | ROGERS WILLIE RAY JR | M/W | A-13 | 01 | ACTIVE | |
| 050000196 | BOOKER LARRY FERRELL | M/B | A-14 | 01 | ACTIVE | |
| 060001260 | TUCKER RICHARD | M/B | A-15 | 01 | ACTIVE | |
| 070000726 | RIDINGS MARK W | M/W | A-16 | 01 | ACTIVE | |
| 070000596 | HUDDLESTON ZANE MICHAEL | M/W | A-17 | 01 | ACTIVE | |
| 070000568 | LOWE CHADWICK ALONZO | M/B | A-18 | 01 | ACTIVE | |
| 070000247 | STORY PATRICK | M/B | A-20 | 01 | ACTIVE | |
| 070000285 | GRAY CHARLES EDWARD | M/W | A-21 | 01 | ACTIVE | |
| 070000250 | MATNEY BENNY LEE | M/W | A-22 | 01 | ACTIVE | |
| 060001365 | FLOYD ERIC BERNARD | M/B | A-23 | 01 | ACTIVE | |
| 070000600 | DUNAWAY CAMERON DALE | M/W | A-24 | 01 | ACTIVE | |
| 070000248 | ROBERTS EDDIE FRANK | M/B | A-25 | 01 | ACTIVE | |
| 070000391 | SMITH ANDREW KEITH | M/W | A-26 | 01 | ACTIVE | |
| 070000659 | VINES TONY | M/B | A-DAROOM | 01 | ACTIVE | |
| 070000582 | AVERY JOHNNY | M/B | A-DAYROOM | 01 | ACTIVE | |
| 070000628 | BAILEY JOHNNY LEE | M/B | A-DAYROOM | 01 | ACTIVE | |
| 070000753 | WATSON CHARLES RAY | M/W | A-DAYROOM | 01 | ACTIVE | |
| 070000107 | AVERY JEROME | M/B | B-02 | 01 | ACTIVE | |
| 070000594 | LOVE DARRYL MARQUIS | M/B | B-06 | 01 | ACTIVE | |
| 070000595 | LOVE GABRIEL ANTONIO | M/B | B-07 | 01 | ACTIVE | |
| 070000007 | ADAMSON STEVEN LEE | M/W | B-08 | 01 | ACTIVE | |
| 060001158 | BRISKEY ANTHONY LEE | M/B | C-01-L | 01 | ACTIVE | |
| 070000751 | BREWER BRADLY WARD | M/W | C-01-R | 01 | ACTIVE | |
| 070000433 | HUTCHINSON LAMICHAEL CAJUAN | M/B | C-02-L | 01 | ACTIVE | |
| 070000367 | BROOKS GREGORY FELIX | M/B | C-02-R | 06 | ACTIVE | |
| 070000535 | BRADFORD THOMAS LEE | M/W | C-03-L | 01 | ACTIVE | |
| 070000531 | BURROUGHS DANIEL KIRBY | M/W | C-03-R | 01 | ACTIVE | |
| 070000643 | STEWART RANDALL LEWIS | M/W | C-04-F | 01 | ACTIVE | |
| 070000249 | HOYLE DONALD WAYNE | M/W | C-04-L | 01 | ACTIVE | |
| 070000755 | JONES JARRED LYNWOOD | M/W | C-04-R | 01 | ACTIVE | |
| 060001804 | HARDNETT JOHNNY RALPH | M/B | C-05-L | 01 | ACTIVE | |
| 060001773 | HENSON KELVIN D | M/W | C-05-R | 01 | ACTIVE | |
| 070000642 | BROOKS TAVARUS MONTRELL | M/B | C-06-L | 01 | ACTIVE | |

Sgt Spiller

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007      05:14:11        HEAD COUNT REGISTER              PAGE      2

FACILITY: ALL FACILITIES

BOOKING #    NAME                         S/R   CELL ASSGN  AGENCY  STATUS

070000003    BLEDSOE JOHN ALTON           M/B   C-06-R        01    ACTIVE
070000419    HARDISON GLENN ANTHONY II    M/B   C-07-L        01    ACTIVE
050001874    SINGLETARY PAUL MILES        M/B   C-07-R        01    ACTIVE
070000286    TUCKER ALEXANDER O'NEAL      M/B   C-08-L        01    ACTIVE
070000729    ALEXANDER HARVEY KEITH       M/B   C-08-R        01    ACTIVE
070000666    LONG ROY CLEVELAND JR        M/W   D-01-L        01    ACTIVE
060000020    JACKSON OSCAR JAMES JR       M/B   D-01-R        01    ACTIVE
060001971    GRIGGS DURWIN TERRANCE       M/B   D-02-L        01    ACTIVE
070000730    BRISKEY KENNETH RAY          M/B   D-02-R        01    ACTIVE
070000626    WILLIAMS TREY                M/B   D-03-L        01    ACTIVE
070000689    COCHRAN JAMES ROGER          M/B   D-03-R        01    ACTIVE
070000425    SHEALEY KENNEDY GERGO        M/B   D-04-L        01    ACTIVE
070000380    PHILLIPS ROBERT ONEAL        M/W   D-04-R        01    ACTIVE
070000664    JAMES LATERRANCE LEONARD     M/B   D-05-L        01    ACTIVE
070000213    CHEEKS LEHEKO MONTRIOUS      M/B   D-05-R        01    ACTIVE
070000432    BONNER GREG BERNARD          M/B   D-06-L        01    ACTIVE
060001364    JONES TARIQ KHALILL          M/B   D-06-R        01    ACTIVE
060000896    VARNER CHRISTOPHER FRANKLIN  M/B   D-07-L        01    ACTIVE
060001841    HINKLE GUY JOHNNY            M/W   D-07-R        01    ACTIVE
070000215    HART THOMAS JACK             M/W   D-08-L        01    ACTIVE
060002161    PIKE JOHN TODD               M/W   D-08-R        01    ACTIVE
070000667    HILL RUFUS JERRY   JR        M/W   E-01-L        01    ACTIVE
070000629    MELTON DOUGLAS THOMAS        M/W   E-01-R        01    ACTIVE
070000412    SCOTT TYRUS HORATIUS         M/B   E-02-L        01    ACTIVE
070000393    WALTON DENORRIS VANBOKINSON  M/B   E-02-R        01    ACTIVE
070000668    TODD ANTHONY DEON            M/B   E-03-L        01    ACTIVE
070000188    HUTCHENS DORVIN DEWAYNE      M/W   E-03-R        01    ACTIVE
070000660    DANIEL TYSON JEROME          M/B   E-04-L        01    ACTIVE
070000585    FLOYD MARKEDRICK ANTIOUS     M/B   E-04-R        01    ACTIVE
070000649    EAST JEFFERY                 M/W   E-05-L        01    ACTIVE
070000560    BROWN KEVIN DONALD           M/W   E-05-R        01    ACTIVE
070000580    TAYLOR MICHAEL JR            M/B   E-06-L        01    ACTIVE
070000620    BARNETT GUY DANIEL           M/W   E-06-R        01    ACTIVE
070000387    HORTON ZYRRELL               M/B   E-07-L        01    ACTIVE
050001539    RHODEN CHARLES LEWIS         M/B   E-07-R        01    ACTIVE
060001228    BROOKS JEROME LARRY          M/B   E-08-L        01    ACTIVE
070000238    SMITH ISIAH                  M/B   E-08-R        01    ACTIVE
070000654    FLOYD BENJAMIN               M/B   F-01-L        01    ACTIVE
070000752    HINKLE DANNY SCOTT           M/W   F-01-R        01    ACTIVE
070000695    SAMUELS WILLIAM BARRON       M/B   F-02-L        01    ACTIVE
070000210    LITTLE MARCUS NIKIA          M/B   F-02-R        01    ACTIVE
070000474    HARMON DAVID EDWARD          M/W   F-03-L        01    ACTIVE
060001233    COKER BRANDON SCOTT          M/W   F-03-R        01    ACTIVE
070000561    FLOYD TOMQUEVEIOUS EDMETRIUS M/B   F-04-L        01    ACTIVE
070000503    DAVIS ANTWONAS MARTINEZ      M/B   F-04-R        01    ACTIVE
```

```
                    CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007     05:14:11     HEAD COUNT REGISTER              PAGE     3
```

FACILITY: ALL FACILITIES

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS | |
|-----------|------|-----|-----------|--------|--------|---|
| 060001756 | JACKSON CHRISTOPHER LEON | M/B | F-05-L | 01 | ACTIVE | |
| 060000651 | BANKS RICKY LEWIS | M/B | F-05-R | 01 | ACTIVE | |
| 070000710 | MITCHELL BRIAN KEITH | M/W | F-06-F | 01 | ACTIVE | |
| 060002135 | ABNEY JONATHAN EUGENE | M/W | F-06-L | 01 | ACTIVE | |
| 070000064 | STROUP WILLIAM DOYLE | M/W | F-06-R | 01 | ACTIVE | |
| 070000434 | CANTRELL DANIEL WADE | M/W | F-07-L | 01 | ACTIVE | |
| 070000251 | BODIE CLINT | M/W | F-07-R | 01 | ACTIVE | |
| 070000587 | MCCANTS STANLEY RONERIE | M/B | F-08-R | 01 | ACTIVE | |
| 070000706 | HEARD STEVEN DARON | M/B | F-08-R | 01 | ACTIVE | |
| 070000500 | ARNOLD HOWARD LAMAR | M/B | G-01-R | 01 | ACTIVE | |
| 070000452 | REED SCOTTY | M/B | G-02-L | 01 | ACTIVE | |
| 070000691 | ASHFORD LLOYD ANTHONY | M/B | G-02-R | 01 | ACTIVE | |
| 070000548 | DAVIS XAVIER | M/B | G-03-L | 01 | ACTIVE | |
| 070000736 | DOZIER TYRONE | M/B | G-03-R | 01 | ACTIVE | |
| 070000709 | MADDEN SAMUEL LEE | M/B | G-04-L | 01 | ACTIVE | |
| 070000696 | SAMUELS WES ANTHONY | M/B | G-04-R | 01 | ACTIVE | |
| 070000740 | THOMAS MICHAEL LEE | M/B | G-05-R | 01 | ACTIVE | |
| 070000624 | BREWER WALTER LEE | M/B | G-06-L | 01 | ACTIVE | |
| 070000743 | ROBERTS RODNEY DARRYL | M/B | G-06-L | 01 | ACTIVE | |
| 070000566 | FOSTER CHRISTOPHER ALAN | M/B | G-07-L | 01 | ACTIVE | |
| 070000469 | EDWARDS FRED LAMON | M/B | G-07-R | 01 | ACTIVE | |
| 070000070 | ELLIS LAMONES SANCHEZ | M/B | G-08-L | 01 | ACTIVE | |
| 070000718 | TODD MICHEAL | M/B | G-08-R | 01 | ACTIVE | |
| 070000750 | JOHNSON ANTHONY | M/B | G-5-L | 01 | ACTIVE | |
| 070000578 | NEWTON MARY DELINDA | F/W | H-01-L | 01 | ACTIVE | |
| 060000989 | DUNN GLENDA ANN | F/B | H-01-L | 01 | ACTIVE | |
| 070000716 | WILKINSON TERESA LORRIANE | F/W | H-01-R | 01 | ACTIVE | |
| 070000737 | BANKS ALLISON BENITA | F/B | H-03-L | 01 | ACTIVE | |
| 050002138 | WILLIAMS TOMEKA LUSHAWN | F/B | H-03-R | 01 | ACTIVE | |
| 070000131 | TEMPLETON KIMBERLY ANNE | F/W | H-04-L | 01 | ACTIVE | |
| 060001186 | GOINS LAURA NICOLE | F/W | H-04-R | 01 | ACTIVE | |
| 070000619 | CHAMBERS MARGARET | F/B | H-05-L | 01 | ACTIVE | |
| 070000692 | ROBINSON ANGLEA MICHELLE | F/W | H-05-R | 01 | ACTIVE | |
| 070000700 | GORDY AMBER DIAN | F/W | H-06-L | 01 | ACTIVE | |
| 070000699 | WILKERSON JERRI DIANE | F/W | H-06-R | 01 | ACTIVE | |
| 070000032 | WASHINGTON MEKO | F/B | H-07-L | 01 | ACTIVE | |
| 070000219 | ASKEW LORETTA | F/B | H-07-R | 01 | ACTIVE | |
| 060001681 | MARSHALL MARY ANN | F/W | H-08-L | 01 | ACTIVE | |
| 070000182 | BIRCHFIELD DEANA LEE | F/W | H-08-R | 01 | ACTIVE | |
| 070000025 | BARBER JACK SELF | M/W | I-01 | 01 | ACTIVE | |
| 070000146 | GILLIAM NORRIS LEWIS | M/B | I-04 | 06 | ACTIVE | |
| 070000399 | RUDD TONY LEE | M/B | I-05 | 01 | ACTIVE | |
| 070000741 | DANIEL DAPHNE LYNN | F/W | J-01 | 01 | ACTIVE | |
| 070000757 | POLLARD MATTIE EILAND | F/B | J-02 | 01 | ACTIVE | |
| 070000756 | BROOKS DONNIE | M/B | J-03 | 01 | ACTIVE | |

```
                              CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007      05:14:11           HEAD COUNT REGISTER                    PAGE    4

FACILITY: ALL FACILITIES

BOOKING #  NAME                          S/R  CELL ASSGN  AGENCY  STATUS

070000758  MURPHY BERNARD FITZGERALD     M/B  J-03          01    ACTIVE      _____


------------------------
        MALE:     118
      FEMALE:      18
     UNKNOWN:      00
       WHITE:      49
       BLACK:      87
    HISPANIC:      00
       OTHER:      00
   TOTAL COUNT    136
```

CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007      05:14:11          HEAD COUNT REGISTER                PAGE    5

CELL BLOCK COUNTS

| CELL BLOCK | INMATE COUNT | TRANSPORTS |
|------------|--------------|------------|
| A          | 27           | 0          |
| B          | 4            | 0          |
| C          | 17           | 0          |
| D          | 16           | 0          |
| E          | 16           | 0          |
| F          | 17           | 0          |
| G          | 15           | 0          |
| H          | 15           | 0          |
| I          | 3            | 0          |
| J          | 4            | 0          |

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007     17:59:16          HEAD COUNT REGISTER              PAGE    1

FACILITY: COUNTY JAIL

BOOKING #   NAME                        S/R   CELL ASSGN   AGENCY   STATUS

050001488   GARNER ROGER KEITH JR       M/W                01       ACTIVE      U.S. Marshals
050001951   BALLARD LATASHA RENEA       F/B                01       ACTIVE      Tallapoosa C.
070000342   ABNER KENNETH PENELL        M/B   A-01         01       ACTIVE
060000254   CARTER RANDY LEE            M/W   A-02         01       ACTIVE
060001727   HARMON EUGENE TERRY         M/W   A-04         01       ACTIVE      W/R
060002133   BULGER ROBERT LEE           M/B   A-05         01       ACTIVE
040002145   EVANS DERRICK JOHNSON       M/B   A-06         01       ACTIVE
070000440   MCCULLOUGH CORY KENTAVIOUS  M/B   A-07         01       ACTIVE
070000341   SMITH TAREAN KHRINE HERVE   M/B   A-08         06       ACTIVE
070000046   BONNER KENNETH GERARD       M/B   A-10         01       ACTIVE
070000416   ROBERTS ALLEN JEROME        M/B   A-11         01       ACTIVE
060001812   VINES DERRICK BERNARD       M/B   A-12         01       ACTIVE      W/R
070000436   ROGERS WILLIE RAY JR        M/W   A-13         01       ACTIVE
050000196   BOOKER LARRY FERRELL        M/B   A-14         01       ACTIVE
060001260   TUCKER RICHARD              M/B   A-15         01       ACTIVE
070000726   RIDINGS MARK W              M/W   A-16         01       ACTIVE
070000596   HUDDLESTON ZANE MICHAEL     M/W   A-17         01       ACTIVE
070000568   LOWE CHADWICK ALONZO        M/B   A-18         01       ACTIVE
070000247   STORY PATRICK               M/B   A-20         01       ACTIVE
070000285   GRAY CHARLES EDWARD         M/W   A-21         01       ACTIVE
070000250   MATNEY BENNY LEE            M/W   A-22         01       ACTIVE
060001365   FLOYD ERIC BERNARD          M/B   A-23         01       ACTIVE      W/R
070000600   DUNAWAY CAMERON DALE        M/W   A-24         01       ACTIVE
070000248   ROBERTS EDDIE FRANK         M/W   A-25         01       ACTIVE      W/R
070000391   SMITH ANDREW KEITH          M/W   A-26         01       ACTIVE
070000659   VINES TONY                  M/B   A-DAROOM     01       ACTIVE
070000566   FOSTER CHRISTOPHER ALAN     M/B   A-DAYROOM    01       ACTIVE
070000582   AVERY JOHNNY                M/B   A-DAYROOM    01       ACTIVE
070000628   BAILEY JOHNNY LEE           M/B   A-DAYROOM    01       ACTIVE
070000753   WATSON CHARLES RAY          M/W   A-DAYROOM    01       ACTIVE
070000762   BROWN TIMOTHY DOUGLAS       M/W   A-DAYROOM    01       ACTIVE
070000107   AVERY JEROME                M/B   B-02         01       ACTIVE
070000594   LOVE DARRYL MARQUIS         M/B   B-06         01       ACTIVE
070000595   LOVE GABRIEL ANTONIO        M/B   B-07         01       ACTIVE
070000007   ADAMSON STEVEN LEE          M/W   B-08         01       ACTIVE
060001158   BRISKEY ANTHONY LEE         M/B   C-01-L       01       ACTIVE
070000751   BREWER BRADLY WARD          M/W   C-01-R       01       ACTIVE
070000433   HUTCHINSON LAMICHAEL CAJUAN M/B   C-02-L       01       ACTIVE
070000367   BROOKS GREGORY FELIX        M/B   C-02-R       06       ACTIVE
070000535   BRADFORD THOMAS LEE         M/W   C-03-L       01       ACTIVE
070000531   BURROUGHS DANIEL KIRBY      M/W   C-03-R       01       ACTIVE
070000643   STEWART RANDALL LEWIS       M/W   C-04-F       01       ACTIVE
070000249   HOYLE DONALD WAYNE          M/W   C-04-L       01       ACTIVE
070000755   JONES JARRED LYNWOOD        M/W   C-04-R       01       ACTIVE
060001804   HARDNETT JOHNNY RALPH       M/B   C-05-L       01       ACTIVE
```

CHAMBERS CO. SHERIFF'S OFFICE

04/18/2007    17:59:16        HEAD COUNT REGISTER            PAGE    2

FACILITY: COUNTY JAIL

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS | |
|-----------|------|-----|------------|--------|--------|--|
| 060001773 | HENSON KELVIN D | M/W | C-05-R | 01 | ACTIVE | |
| 070000642 | BROOKS TAVARUS MONTRELL | M/B | C-06-L | 01 | ACTIVE | |
| 070000003 | BLEDSOE JOHN ALTON | M/B | C-06-R | 01 | ACTIVE | |
| 070000419 | HARDISON GLENN ANTHONY II | M/B | C-07-L | 01 | ACTIVE | |
| 050001874 | SINGLETARY PAUL MILES | M/B | C-07-R | 01 | ACTIVE | |
| 070000286 | TUCKER ALEXANDER O'NEAL | M/B | C-08-L | 01 | ACTIVE | |
| 070000729 | ALEXANDER HARVEY KEITH | M/B | C-08-R | 01 | ACTIVE | |
| 070000666 | LONG ROY CLEVELAND JR | M/W | D-01-L | 01 | ACTIVE | |
| 060000020 | JACKSON OSCAR JAMES JR | M/B | D-01-R | 01 | ACTIVE | |
| 070000763 | BAILEY JAMES TERRY | M/W | D-02-L | 01 | ACTIVE | |
| 070000730 | BRISKEY KENNETH RAY | M/B | D-02-R | 01 | ACTIVE | |
| 070000626 | WILLIAMS TREY | M/B | D-03-L | 01 | ACTIVE | |
| 070000689 | COCHRAN JAMES ROGER | M/B | D-03-R | 01 | ACTIVE | |
| 070000767 | FLOYD JAMES MATTHEW | M/W | D-04-L | 01 | ACTIVE | |
| 070000425 | SHEALEY KENNEDY GERGO | M/B | D-04-L | 01 | ACTIVE | |
| 070000380 | PHILLIPS ROBERT ONEAL | M/W | D-04-L | 01 | ACTIVE | |
| 070000664 | JAMES LATERRANCE LEONARD | M/B | D-05-L | 01 | ACTIVE | |
| 070000213 | CHEEKS LEHEKO MONTRIOUS | M/B | D-05-R | 01 | ACTIVE | |
| 070000432 | BONNER GREG BERNARD | M/B | D-06-L | 01 | ACTIVE | |
| 060001364 | JONES TARIQ KHALILL | M/B | D-06-R | 01 | ACTIVE | |
| 060000896 | VARNER CHRISTOPHER FRANKLIN | M/B | D-07-L | 01 | ACTIVE | |
| 060001841 | HINKLE GUY JOHNNY | M/W | D-07-R | 01 | ACTIVE | |
| 070000215 | HART THOMAS JACK | M/W | D-08-L | 01 | ACTIVE | |
| 060002161 | PIKE JOHN TODD | M/W | D-08-R | 01 | ACTIVE | |
| 070000667 | HILL RUFUS JERRY   JR | M/W | E-01-L | 01 | ACTIVE | |
| 070000629 | MELTON DOUGLAS THOMAS | M/W | E-01-R | 01 | ACTIVE | |
| 070000412 | SCOTT TYRUS HORATIUS | M/B | E-02-L | 01 | ACTIVE | |
| 070000393 | WALTON DENORRIS VANBOKINSON | M/B | E-02-R | 01 | ACTIVE | |
| 070000668 | TODD ANTHONY DEON | M/B | E-03-L | 01 | ACTIVE | |
| 070000188 | HUTCHENS DORVIN DEWAYNE | M/W | E-03-R | 01 | ACTIVE | |
| 070000660 | DANIEL TYSON JEROME | M/B | E-04-L | 01 | ACTIVE | |
| 070000585 | FLOYD MARKEDRICK ANTIOUS | M/B | E-04-R | 01 | ACTIVE | |
| 070000649 | EAST JEFFERY | M/W | E-05-L | 01 | ACTIVE | |
| 070000560 | BROWN KEVIN DONALD | M/W | E-05-R | 01 | ACTIVE | |
| 070000580 | TAYLOR MICHAEL JR | M/B | E-06-L | 01 | ACTIVE | |
| 070000620 | BARNETT GUY DANIEL | M/W | E-06-R | 01 | ACTIVE | |
| 070000387 | HORTON ZYRRELL | M/B | E-07-L | 01 | ACTIVE | |
| 050001539 | RHODEN CHARLES LEWIS | M/B | E-07-R | 01 | ACTIVE | |
| 070000765 | WILLIAMS DANIEL ALDRAGO | M/B | E-08-F | 01 | ACTIVE | Released |
| 060001228 | BROOKS JEROME LARRY | M/B | E-08-L | 01 | ACTIVE | |
| 070000238 | SMITH ISIAH | M/B | E-08-R | 01 | ACTIVE | |
| 070000654 | FLOYD BENJAMIN | M/B | F-01-L | 01 | ACTIVE | |
| 070000752 | HINKLE DANNY SCOTT | M/W | F-01-R | 01 | ACTIVE | |
| 070000695 | SAMUELS WILLIAM BARRON | M/B | F-02-L | 01 | ACTIVE | |
| 070000210 | LITTLE MARCUS NIKIA | M/B | F-02-R | 01 | ACTIVE | |

C/o Cannon move Phillips w/charge in computer

```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007    17:59:16        HEAD COUNT REGISTER                PAGE    3

FACILITY: COUNTY JAIL

BOOKING #   NAME                          S/R   CELL ASSGN   AGENCY   STATUS

070000474   HARMON DAVID EDWARD           M/W   F-03-L       01       ACTIVE
060001233   COKER BRANDON SCOTT           M/W   F-03-R       01       ACTIVE
070000561   FLOYD TOMQUEVEIOUS EDMETRIUS  M/B   F-04-L       01       ACTIVE
070000503   DAVIS ANTWONAS MARTINEZ       M/B   F-04-R       01       ACTIVE
060001756   JACKSON CHRISTOPHER LEON      M/B   F-05-L       01       ACTIVE
060000651   BANKS RICKY LEWIS             M/B   F-05-R       01       ACTIVE
070000710   MITCHELL BRIAN KEITH          M/W   F-06-F       01       ACTIVE
060002135   ABNEY JONATHAN EUGENE         M/W   F-06-L       01       ACTIVE
070000064   STROUP WILLIAM DOYLE          M/W   F-06-R       01       ACTIVE
070000434   CANTRELL DANIEL WADE          M/W   F-07-L       01       ACTIVE
070000251   BODIE CLINT                   M/W   F-07-R       01       ACTIVE
070000587   MCCANTS STANLEY RONERIE       M/B   F-08-R       01       ACTIVE
070000706   HEARD STEVEN DARON            M/B   F-08-R       01       ACTIVE
070000756   BROOKS DONNIE                 M/B   G-01-L       01       ACTIVE
070000500   ARNOLD HOWARD LAMAR           M/B   G-01-R       01       ACTIVE
070000452   REED SCOTTY                   M/B   G-02-L       01       ACTIVE
070000691   ASHFORD LLOYD ANTHONY         M/B   G-02-R       01       ACTIVE
070000548   DAVIS XAVIER                  M/B   G-03-L       01       ACTIVE
070000736   DOZIER TYRONE                 M/B   G-03-R       01       ACTIVE
070000696   SAMUELS WES ANTHONY           M/B   G-04-R       01       ACTIVE
070000740   THOMAS MICHAEL LEE            M/B   G-05-R       01       ACTIVE
070000624   BREWER WALTER LEE             M/B   G-06-L       01       ACTIVE
070000743   ROBERTS RODNEY DARRYL         M/B   G-06-L       01       ACTIVE
070000761   SMITH BENJAMIN JOSEPH         M/W   G-07-L       01       ACTIVE
070000469   EDWARDS FRED LAMON            M/B   G-07-R       01       ACTIVE
070000070   ELLIS LAMONES SANCHEZ         M/B   G-08-R       01       ACTIVE
070000718   TODD MICHEAL                  M/B   G-08-R       01       ACTIVE
070000764   WATTS CARVARNOS               M/B   G-4-L        01       ACTIVE
070000750   JOHNSON ANTHONY               M/B   G-5-L        01       ACTIVE
070000578   NEWTON MARY DELINDA           F/W   H-01-L       01       ACTIVE
060000989   DUNN GLENDA ANN               F/B   H-01-R       01       ACTIVE
070000737   BANKS ALLISON BENITA          F/B   H-03-L       01       ACTIVE
050002138   WILLIAMS TOMEKA LUSHAWN       F/B   H-03-R       01       ACTIVE
070000131   TEMPLETON KIMBERLY ANNE       F/W   H-04-L       01       ACTIVE
060001186   GOINS LAURA NICOLE            F/W   H-04-R       01       ACTIVE
070000619   CHAMBERS MARGARET             F/B   H-05-L       01       ACTIVE
070000759   SMITH DOROTHY DIANE SPIVEY    F/W   H-05-R       01       ACTIVE
070000700   GORDY AMBER DIAN              F/W   H-06-L       01       ACTIVE
070000699   WILKERSON JERRI DIANE         F/W   H-06-R       01       ACTIVE
070000032   WASHINGTON MEKO               F/B   H-07-L       01       ACTIVE
070000219   ASKEW LORETTA                 F/B   H-07-R       01       ACTIVE
060001681   MARSHALL MARY ANN             F/W   H-08-L       01       ACTIVE
070000182   BIRCHFIELD DEANA LEE          F/W   H-08-R       01       ACTIVE
070000025   BARBER JACK SELF              M/W   I-01         01       ACTIVE
060001971   GRIGGS DURWIN TERRANCE        M/B   I-03         01       ACTIVE
```

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007     17:59:16       HEAD COUNT REGISTER              PAGE    4

FACILITY: COUNTY JAIL

BOOKING #  NAME                    S/R  CELL ASSGN  AGENCY  STATUS

070000146  GILLIAM NORRIS LEWIS    M/B  I-04        06      ACTIVE
070000399  RUDD TONY LEE           M/B  I-05        01      ACTIVE
070000768  BROWN PAULA             F/W  J-01-01     01      ACTIVE

------------------------
         MALE:     122
       FEMALE:      16
      UNKNOWN:      00
        WHITE:      52
        BLACK:      86
     HISPANIC:      00
        OTHER:      00
   TOTAL COUNT     138
```

CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007       17:59:16           HEAD COUNT REGISTER                  PAGE     5


        CELL BLOCK COUNTS

CELL BLOCK   INMATE COUNT   TRANSPORTS
------------------------------------------
    A             29             0
    B              4             0
    C             17             0
    D             17             0
    E             17             0
    F             17             0
    G             16             0
    H             14             0
    I              4             0
    J              1             0

CHAMBERS CO. SHERIFF'S OFFICE

04/16/2007      17:18:03          HEAD COUNT REGISTER                    PAGE    1

FACILITY: ALL FACILITIES

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS | |
|---|---|---|---|---|---|---|
| 050001488 | GARNER ROGER KEITH JR | M/W | | 01 | ACTIVE | |
| 050001951 | BALLARD LATASHA RENEA | F/B | | 01 | ACTIVE | |
| 070000342 | ABNER KENNETH PENELL | M/B | A-01 | 01 | ACTIVE | |
| 060000254 | CARTER RANDY LEE | M/W | A-02 | 01 | ACTIVE | |
| 060001727 | HARMON EUGENE TERRY | M/W | A-04 | 01 | ACTIVE | |
| 060002133 | BULGER ROBERT LEE | M/B | A-05 | 01 | ACTIVE | *RB* |
| 040002145 | EVANS DERRICK JOHNSON | M/B | A-06 | 01 | ACTIVE | *DE* |
| 070000440 | MCCULLOUGH CORY KENTAVIOUS | M/B | A-07 | 01 | ACTIVE | *Cm* |
| 070000341 | SMITH TAREAN KHRINE HERVE | M/B | A-08 | 06 | ACTIVE | |
| 070000046 | BONNER KENNETH GERARD | M/B | A-10 | 01 | ACTIVE | *KB* |
| 070000416 | ROBERTS ALLEN JEROME | M/B | A-11 | 01 | ACTIVE | |
| 060001812 | VINES DERRICK BERNARD | M/B | A-12 | 01 | ACTIVE | |
| 070000436 | ROGERS WILLIE RAY JR | M/W | A-13 | 01 | ACTIVE | |
| 050000196 | BOOKER LARRY FERRELL | M/B | A-14 | 01 | ACTIVE | *Rt* |
| 060001260 | TUCKER RICHARD | M/B | A-15 | 01 | ACTIVE | |
| 070000726 | RIDINGS MARK W | M/W | A-16 | 01 | ACTIVE | |
| 070000596 | HUDDLESTON ZANE MICHAEL | M/W | A-17 | 01 | ACTIVE | |
| 070000568 | LOWE CHADWICK ALONZO | M/B | A-18 | 01 | ACTIVE | |
| 070000247 | STORY PATRICK | M/B | A-20 | 01 | ACTIVE | |
| 070000285 | GRAY CHARLES EDWARD | M/W | A-21 | 01 | ACTIVE | |
| 070000250 | MATNEY BENNY LEE | M/W | A-22 | 01 | ACTIVE | |
| 060001365 | FLOYD ERIC BERNARD | M/B | A-23 | 01 | ACTIVE | |
| 070000600 | DUNAWAY CAMERON DALE | M/W | A-24 | 01 | ACTIVE | |
| 070000248 | ROBERTS EDDIE FRANK | M/B | A-25 | 01 | ACTIVE | |
| 070000391 | SMITH ANDREW KEITH | M/W | A-26 | 01 | ACTIVE | |
| 070000107 | AVERY JEROME | M/B | B-02 | 01 | ACTIVE | |
| 070000649 | EAST JEFFERY | M/W | B-05 | 01 | ACTIVE | |
| 070000594 | LOVE DARRYL MARQUIS | M/B | B-06 | 01 | ACTIVE | |
| 070000595 | LOVE GABRIEL ANTONIO | M/B | B-07 | 01 | ACTIVE | |
| 070000007 | ADAMSON STEVEN LEE | M/W | B-08 | 01 | ACTIVE | |
| 060001158 | BRISKEY ANTHONY LEE | M/B | C-01-L | 01 | ACTIVE | |
| 060001971 | GRIGGS DURWIN TERRANCE | M/B | C-01-R | 01 | ACTIVE | |
| 070000433 | HUTCHINSON LAMICHAEL CAJUAN | M/B | C-02-L | 01 | ACTIVE | |
| 070000367 | BROOKS GREGORY FELIX | M/B | C-02-R | 06 | ACTIVE | |
| 070000535 | BRADFORD THOMAS LEE | M/W | C-03-L | 01 | ACTIVE | *T.JB* |
| 070000531 | BURROUGHS DANIEL KIRBY | M/W | C-03-R | 01 | ACTIVE | |
| 070000643 | STEWART RANDALL LEWIS | M/W | C-04-F | 01 | ACTIVE | *RS* |
| 070000249 | HOYLE DONALD WAYNE | M/W | C-04-L | 01 | ACTIVE | *O.H.* |
| 060001804 | HARDNETT JOHNNY RALPH | M/B | C-05-L | 01 | ACTIVE | *J.H.* |
| 060001773 | HENSON KELVIN D | M/W | C-05-R | 01 | ACTIVE | |
| 070000642 | BROOKS TAVARUS MONTRELL | M/B | C-06-L | 01 | ACTIVE | |
| 070000003 | BLEDSOE JOHN ALTON | M/W | C-06-R | 01 | ACTIVE | |
| 070000419 | HARDISON GLENN ANTHONY II | M/B | C-07-L | 01 | ACTIVE | |
| 050001874 | SINGLETARY PAUL MILES | M/B | C-07-R | 01 | ACTIVE | |
| 070000286 | TUCKER ALEXANDER O'NEAL | M/B | C-08-L | 01 | ACTIVE | |



*Head Count*

CHAMBERS CO. SHERIFF'S OFFICE
04/16/2007      17:17:57      HEAD COUNT REGISTER      PAGE    1

FACILITY: ALL FACILITIES

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS | |
|-----------|------|-----|------------|--------|--------|---|
| 050001488 | GARNER ROGER KEITH JR | M/W | . | 01 | ACTIVE | *Marshall* |
| 050001951 | BALLARD LATASHA RENEA | F/B | | 01 | ACTIVE | *Tallapoosa* |
| 070000342 | ABNER KENNETH PENELL | M/B | A-01 | 01 | ACTIVE | |
| 060000254 | CARTER RANDY LEE | M/W | A-02 | 01 | ACTIVE | |
| 060001727 | HARMON EUGENE TERRY | M/W | A-04 | 01 | ACTIVE | |
| 060002133 | BULGER ROBERT LEE | M/B | A-05 | 01 | ACTIVE | |
| 040002145 | EVANS DERRICK JOHNSON | M/B | A-06 | 01 | ACTIVE | |
| 070000440 | MCCULLOUGH CORY KENTAVIOUS | M/B | A-07 | 01 | ACTIVE | |
| 070000341 | SMITH TAREAN KHRINE HERVE | M/B | A-08 | 06 | ACTIVE | |
| 070000046 | BONNER KENNETH GERARD | M/B | A-10 | 01 | ACTIVE | |
| 070000416 | ROBERTS ALLEN JEROME | M/B | A-11 | 01 | ACTIVE | |
| 060001812 | VINES DERRICK BERNARD | M/B | A-12 | 01 | ACTIVE | |
| 070000436 | ROGERS WILLIE RAY JR | M/W | A-13 | 01 | ACTIVE | |
| 050000196 | BOOKER LARRY FERRELL | M/B | A-14 | 01 | ACTIVE | |
| 060001260 | TUCKER RICHARD | M/B | A-15 | 01 | ACTIVE | |
| 070000726 | RIDINGS MARK W | M/W | A-16 | 01 | ACTIVE | |
| 070000596 | HUDDLESTON ZANE MICHAEL | M/W | A-17 | 01 | ACTIVE | |
| 070000568 | LOWE CHADWICK ALONZO | M/B | A-18 | 01 | ACTIVE | |
| 070000247 | STORY PATRICK | M/B | A-20 | 01 | ACTIVE | |
| 070000285 | GRAY CHARLES EDWARD | M/W | A-21 | 01 | ACTIVE | |
| 070000250 | MATNEY BENNY LEE | M/W | A-22 | 01 | ACTIVE | |
| 060001365 | FLOYD ERIC BERNARD | M/B | A-23 | 01 | ACTIVE | |
| 070000600 | DUNAWAY CAMERON DALE | M/W | A-24 | 01 | ACTIVE | |
| 070000248 | ROBERTS EDDIE FRANK | M/B | A-25 | 01 | ACTIVE | |
| 070000391 | SMITH ANDREW KEITH | M/W | A-26 | 01 | ACTIVE | |
| 070000107 | AVERY JEROME | M/B | B-02 | 01 | ACTIVE | |
| 070000649 | EAST JEFFERY | M/W | B-05 | 01 | ACTIVE | |
| 070000594 | LOVE DARRYL MARQUIS | M/B | B-06 | 01 | ACTIVE | |
| 070000595 | LOVE GABRIEL ANTONIO | M/B | B-07 | 01 | ACTIVE | |
| 070000007 | ADAMSON STEVEN LEE | M/W | B-08 | 01 | ACTIVE | |
| 060001158 | BRISKEY ANTHONY LEE | M/B | C-01-L | 01 | ACTIVE | |
| 060001971 | GRIGGS DURWIN TERRANCE | M/B | C-01-R | 01 | ACTIVE | |
| 070000433 | HUTCHINSON LAMICHAEL CAJUAN | M/B | C-02-L | 01 | ACTIVE | |
| 070000367 | BROOKS GREGORY FELIX | M/B | C-02-R | 06 | ACTIVE | |
| 070000535 | BRADFORD THOMAS LEE | M/W | C-03-L | 01 | ACTIVE | |
| 070000531 | BURROUGHS DANIEL KIRBY | M/W | C-03-R | 01 | ACTIVE | |
| 070000643 | STEWART RANDALL LEWIS | M/W | C-04-F | 01 | ACTIVE | |
| 070000249 | HOYLE DONALD WAYNE | M/W | C-04-L | 01 | ACTIVE | |
| 060001804 | HARDNETT JOHNNY RALPH | M/B | C-05-L | 01 | ACTIVE | |
| 060001773 | HENSON KELVIN D | M/W | C-05-R | 01 | ACTIVE | |
| 070000642 | BROOKS TAVARUS MONTRELL | M/B | C-06-L | 01 | ACTIVE | |
| 070000003 | BLEDSOE JOHN ALTON | M/B | C-06-R | 01 | ACTIVE | |
| 070000419 | HARDISON GLENN ANTHONY II | M/B | C-07-L | 01 | ACTIVE | |
| 050001874 | SINGLETARY PAUL MILES | M/B | C-07-R | 01 | ACTIVE | |
| 070000286 | TUCKER ALEXANDER O'NEAL | M/B | C-08-L | 01 | ACTIVE | |

*Bailey, Johnny*

*Inmates being moved and not being adjusted in the computer (DG)*

```
                          CHAMBERS CO. SHERIFF'S OFFICE
04/16/2007        17:17:57      HEAD COUNT REGISTER                    PAGE     2


FACILITY: ALL FACILITIES


BOOKING #    NAME                              S/R   CELL ASSGN   AGENCY   STATUS

070000729    ALEXANDER HARVEY KEITH            M/B   C-08-R        01      ACTIVE
070000742    BAILEY SEANDASSY MARQUARRIOUS     M/B   C-3-F         01      ACTIVE
070000666    LONG ROY CLEVELAND JR             M/W   D-01-L        01      ACTIVE
060000020    JACKSON OSCAR JAMES JR            M/B   D-01-R        01      ACTIVE
070000582    AVERY JOHNNY                      M/B   D-02-L        01      ACTIVE
070000730    BRISKEY KENNETH RAY               M/B   D-02-R        01      ACTIVE
070000626    WILLIAMS TREY                     M/B   D-03-L        01      ACTIVE
070000689    COCHRAN JAMES ROGER               M/B   D-03-R        01      ACTIVE
070000425    SHEALEY KENNEDY GERGO             M/B   D-04-L        01      ACTIVE
070000380    PHILLIPS ROBERT ONEAL             M/W   D-04-R        01      ACTIVE
070000664    JAMES LATERRANCE LEONARD          M/B   D-05-L        01      ACTIVE
070000213    CHEEKS LEHEKO MONTRIOUS           M/B   D-05-R        01      ACTIVE
070000432    BONNER GREG BERNARD               M/B   D-06-L        01      ACTIVE
060001364    JONES TARIQ KHALILL               M/B   D-06-R        01      ACTIVE
060000896    VARNER CHRISTOPHER FRANKLIN       M/B   D-07-L        01      ACTIVE
060001841    HINKLE GUY JOHNNY                  M/W   D-07-R        01      ACTIVE
070000215    HART THOMAS JACK                  M/W   D-08-L        01      ACTIVE
060002161    PIKE JOHN TODD                    M/W   D-08-R        01      ACTIVE
070000667    HILL RUFUS JERRY   JR             M/W   E-01-L        01      ACTIVE
070000629    MELTON DOUGLAS THOMAS             M/W   E-01-R        01      ACTIVE
070000412    SCOTT TYRUS HORATIUS              M/B   E-02-L        01      ACTIVE
070000393    WALTON DENORRIS VANBOKINSON       M/B   E-02-R        01      ACTIVE
070000668    TODD ANTHONY DEON                 M/B   E-03-L        01      ACTIVE
070000188    HUTCHENS DORVIN DEWAYNE           M/W   E-03-R        01      ACTIVE
070000660    DANIEL TYSON JEROME               M/B   E-04-L        01      ACTIVE
070000585    FLOYD MARKEDRICK ANTIOUS          M/B   E-04-R        01      ACTIVE
070000697    WILLIAMS JACOREY CORDELLE         M/B   E-05-L        01      ACTIVE
070000560    BROWN KEVIN DONALD                M/W   E-05-R        01      ACTIVE
070000580    TAYLOR MICHAEL JR                 M/B   E-06-L        01      ACTIVE
070000620    BARNETT GUY DANIEL                M/W   E-06-R        01      ACTIVE
070000387    HORTON ZYRRELL                    M/B   E-07-L        01      ACTIVE
050001539    RHODEN CHARLES LEWIS              M/B   E-07-R        01      ACTIVE
060001228    BROOKS JEROME LARRY               M/B   E-08-L        01      ACTIVE
070000238    SMITH ISIAH                       M/B   E-08-R        01      ACTIVE
070000654    FLOYD BENJAMIN                    M/B   F-01-L        01      ACTIVE
070000628    BAILEY JOHNNY LEE  A-01           M/B   F-01-R        01      ACTIVE
070000695    SAMUELS WILLIAM BARRON            M/B   F-02-L        01      ACTIVE
070000210    LITTLE MARCUS NIKIA               M/B   F-02-R        01      ACTIVE
070000474    HARMON DAVID EDWARD               M/W   F-03-L        01      ACTIVE
060001233    COKER BRANDON SCOTT               M/W   F-03-R        01      ACTIVE
070000561    FLOYD TOMQUEVEIOUS EDMETRIUS      M/B   F-04-L        01      ACTIVE
070000503    DAVIS ANTWONAS MARTINEZ           M/B   F-04-R        01      ACTIVE
060001756    JACKSON CHRISTOPHER LEON          M/B   F-05-L        01      ACTIVE
060000651    BANKS RICKY LEWIS                 M/B   F-05-R        01      ACTIVE
070000710    MITCHELL BRIAN KEITH              M/W   F-06-F        01      ACTIVE
```

CHAMBERS CO. SHERIFF'S OFFICE
04/16/2007     17:17:57          HEAD COUNT REGISTER                    PAGE     3

FACILITY: ALL FACILITIES

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS |
|---|---|---|---|---|---|
| 060002135 | ABNEY JONATHAN EUGENE | M/W | F-06-L | 01 | ACTIVE |
| 070000064 | STROUP WILLIAM DOYLE | M/W | F-06-R | 01 | ACTIVE |
| 070000434 | CANTRELL DANIEL WADE | M/W | F-07-L | 01 | ACTIVE |
| 070000251 | BODIE CLINT | M/W | F-07-R | 01 | ACTIVE |
| 070000587 | MCCANTS STANLEY RONERIE | M/B | F-08-R | 01 | ACTIVE |
| 070000706 | HEARD STEVEN DARON | M/B | F-08-R | 01 | ACTIVE |
| 070000738 | TUCKER MARK ELLIOT | M/B | G-01-L | 01 | ACTIVE |
| 070000500 | ARNOLD HOWARD LAMAR | M/B | G-01-R | 01 | ACTIVE |
| 070000452 | REED SCOTTY | M/B | G-02-L | 01 | ACTIVE |
| 070000691 | ASHFORD LLOYD ANTHONY | M/B | G-02-R | 01 | ACTIVE |
| 070000548 | DAVIS XAVIER | M/B | G-03-L | 01 | ACTIVE |
| 070000736 | DOZIER TYRONE | M/B | G-03-R | 01 | ACTIVE |
| 070000709 | MADDEN SAMUEL LEE | M/B | G-04-L | 01 | ACTIVE |
| 070000696 | SAMUELS WES ANTHONY | M/B | G-04-R | 01 | ACTIVE |
| 070000659 | VINES TONY  A | M/B | G-05-L | 01 | ACTIVE |
| 070000740 | THOMAS MICHAEL LEE | M/B | G-05-R | 01 | ACTIVE |
| 070000624 | BREWER WALTER LEE | M/B | G-06-L | 01 | ACTIVE |
| 070000713 | TEAGUE PAUL CLAYTON | M/W | G-06-R | 01 | ACTIVE |
| 070000566 | FOSTER CHRISTOPHER ALAN | M/B | G-07-L | 01 | ACTIVE |
| 070000469 | EDWARDS FRED LAMON | M/B | G-07-R | 01 | ACTIVE |
| 070000070 | ELLIS LAMONES SANCHEZ | M/B | G-08-L | 01 | ACTIVE |
| 070000718 | TODD MICHEAL | M/B | G-08-R | 01 | ACTIVE |
| 070000741 | DANIEL DAPHNE LYNN | F/W | H-01-F | 01 | ACTIVE |
| 070000712 | TIERCE NATAOSHA | F/W | H-01-L | 01 | ACTIVE |
| 070000716 | WILKINSON TERESA LORRIANE | F/W | H-01-R | 01 | ACTIVE |
| 070000578 | NEWTON MARY DELINDA | F/W | H-02-L | 01 | ACTIVE |
| 070000737 | BANKS ALLISON BENITA | F/B | H-02-R | 01 | ACTIVE |
| 060000989 | DUNN GLENDA ANN | F/B | H-03-L | 01 | ACTIVE |
| 050002138 | WILLIAMS TOMEKA LUSHAWN | F/B | H-03-R | 01 | ACTIVE |
| 070000131 | TEMPLETON KIMBERLY ANNE | F/W | H-04-L | 01 | ACTIVE |
| 060001186 | GOINS LAURA NICOLE | F/W | H-04-R | 01 | ACTIVE |
| 070000619 | CHAMBERS MARGARET | F/B | H-05-L | 01 | ACTIVE |
| 070000692 | ROBINSON ANGLEA MICHELLE | F/W | H-05-R | 01 | ACTIVE |
| 070000700 | GORDY AMBER DIAN | F/W | H-06-L | 01 | ACTIVE |
| 070000699 | WILKERSON JERRI DIANE | F/W | H-06-R | 01 | ACTIVE |
| 070000032 | WASHINGTON MEKO | F/B | H-07-L | 01 | ACTIVE |
| 070000219 | ASKEW LORETTA | F/B | H-07-R | 01 | ACTIVE |
| 060001681 | MARSHALL MARY ANN | F/W | H-08-L | 01 | ACTIVE |
| 070000182 | BIRCHFIELD DEANA LEE | F/W | H-08-R | 01 | ACTIVE |
| 070000025 | BARBER JACK SELF | M/W | I-01 | 01 | ACTIVE |
| 070000146 | GILLIAM NORRIS LEWIS | M/B | I-04 | 06 | ACTIVE |
| 070000399 | RUDD TONY LEE | M/B | I-05 | 01 | ACTIVE |

--------------------------

|  |  |
|---|---|
| MALE: | 114 |
| FEMALE: | 18 |
| UNKNOWN: | 00 |
| WHITE: | 47 |
| BLACK: | 85 |
| HISPANIC: | 00 |
| OTHER: | 00 |
| TOTAL COUNT | 132 |

CHAMBERS CO. SHERIFF'S OFFICE
HEAD COUNT REGISTER

04/16/2007    17:17:57                                    PAGE    4

CELL BLOCK COUNTS

| CELL BLOCK | INMATE COUNT | TRANSPORTS |
|------------|--------------|------------|
| A | 23 | 0 |
| B | 5 | 0 |
| C | 17 | 0 |
| D | 16 | 0 |
| E | 16 | 0 |
| F | 17 | 0 |
| G | 16 | 0 |
| H | 17 | 0 |
| I | 3 | 0 |
| J | 0 | 0 |

```
                              CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007      17:57:49        HEAD COUNT REGISTER              PAGE    1

FACILITY: COUNTY JAIL

BOOKING #    NAME                      S/R   CELL ASSGN   AGENCY   STATUS

050001488    GARNER ROGER KEITH JR     M/W                01      ACTIVE
050001951    BALLARD LATASHA RENEA     F/B                01      ACTIVE
070000342    ABNER KENNETH PENELL      M/B   A-01         01      ACTIVE
060000254    CARTER RANDY LEE          M/W   A-02         01      ACTIVE
060001727    HARMON EUGENE TERRY       M/W   A-04         01      ACTIVE
060002133    BULGER ROBERT LEE         M/B   A-05         01      ACTIVE
040002145    EVANS DERRICK JOHNSON     M/B   A-06         01      ACTIVE
070000440    MCCULLOUGH CORY KENTAVIOUS M/B  A-07         01      ACTIVE
070000341    SMITH TAREAN KHRINE HERVE M/B   A-08         06      ACTIVE
070000046    BONNER KENNETH GERARD     M/B   A-10         01      ACTIVE
070000416    ROBERTS ALLEN JEROME      M/B   A-11         01      ACTIVE
060001812    VINES DERRICK BERNARD     M/B   A-12         01      ACTIVE
070000436    ROGERS WILLIE RAY JR      M/W   A-13         01      ACTIVE
050000196    BOOKER LARRY FERRELL      M/B   A-14         01      ACTIVE
060001260    TUCKER RICHARD            M/B   A-15         01      ACTIVE
070000726    RIDINGS MARK W            M/W   A-16         01      ACTIVE
070000596    HUDDLESTON ZANE MICHAEL   M/W   A-17         01      ACTIVE
070000568    LOWE CHADWICK ALONZO      M/B   A-18         01      ACTIVE
070000247    STORY PATRICK             M/B   A-20         01      ACTIVE
070000285    GRAY CHARLES EDWARD       M/W   A-21         01      ACTIVE
070000250    MATNEY BENNY LEE          M/W   A-22         01      ACTIVE
060001365    FLOYD ERIC BERNARD        M/B   A-23         01      ACTIVE
070000600    DUNAWAY CAMERON DALE      M/W   A-24         01      ACTIVE
070000248    ROBERTS EDDIE FRANK       M/B   A-25         01      ACTIVE
070000391    SMITH ANDREW KEITH        M/W   A-26         01      ACTIVE
070000659    VINES TONY                M/B   A-DAROOM     01      ACTIVE
070000566    FOSTER CHRISTOPHER ALAN   M/B   A-DAYROOM    01      ACTIVE
070000582    AVERY JOHNNY              M/B   A-DAYROOM    01      ACTIVE
070000628    BAILEY JOHNNY LEE         M/B   A-DAYROOM    01      ACTIVE
070000753    WATSON CHARLES RAY        M/W   A-DAYROOM    01      ACTIVE
070000762    BROWN TIMOTHY DOUGLAS     M/W   A-DAYROOM    01      ACTIVE
070000107    AVERY JEROME              M/B   B-02         01      ACTIVE
070000594    LOVE DARRYL MARQUIS       M/B   B-06         01      ACTIVE
070000595    LOVE GABRIEL ANTONIO      M/B   B-07         01      ACTIVE
070000007    ADAMSON STEVEN LEE        M/W   B-08         01      ACTIVE
060001158    BRISKEY ANTHONY LEE       M/B   C-01-L       01      ACTIVE
070000751    BREWER BRADLY WARD        M/W   C-01-R       01      ACTIVE
070000433    HUTCHINSON LAMICHAEL CAJUAN M/B C-02-L       01      ACTIVE
070000367    BROOKS GREGORY FELIX      M/B   C-02-R       06      ACTIVE
070000535    BRADFORD THOMAS LEE       M/W   C-03-L       01      ACTIVE
070000531    BURROUGHS DANIEL KIRBY    M/W   C-03-R       01      ACTIVE
070000643    STEWART RANDALL LEWIS     M/W   C-04-F       01      ACTIVE
070000249    HOYLE DONALD WAYNE        M/W   C-04-L       01      ACTIVE
070000755    JONES JARRED LYNWOOD      M/W   C-04-R       01      ACTIVE
060001804    HARDNETT JOHNNY RALPH     M/B   C-05-L       01      ACTIVE
```

CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007    17:57:49    HEAD COUNT REGISTER    PAGE    2

FACILITY: COUNTY JAIL

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS | |
|-----------|------|-----|------------|--------|--------|---|
| 060001773 | HENSON KELVIN D | M/W | C-05-R | 01 | ACTIVE | |
| 070000642 | BROOKS TAVARUS MONTRELL | M/B | C-06-L | 01 | ACTIVE | |
| 070000003 | BLEDSOE JOHN ALTON | M/B | C-06-R | 01 | ACTIVE | |
| 070000419 | HARDISON GLENN ANTHONY II | M/B | C-07-L | 01 | ACTIVE | |
| 050001874 | SINGLETARY PAUL MILES | M/B | C-07-R | 01 | ACTIVE | |
| 070000286 | TUCKER ALEXANDER O'NEAL | M/B | C-08-L | 01 | ACTIVE | |
| 070000729 | ALEXANDER HARVEY KEITH | M/B | C-08-R | 01 | ACTIVE | |
| 070000666 | LONG ROY CLEVELAND JR | M/W | D-01-L | 01 | ACTIVE | |
| 060000020 | JACKSON OSCAR JAMES JR | M/B | D-01-R | 01 | ACTIVE | |
| 070000763 | BAILEY JAMES TERRY | M/W | D-02-L | 01 | ACTIVE | |
| 070000730 | BRISKEY KENNETH RAY | M/B | D-02-R | 01 | ACTIVE | |
| 070000626 | WILLIAMS TREY | M/B | D-03-L | 01 | ACTIVE | |
| 070000689 | COCHRAN JAMES ROGER | M/B | D-03-R | 01 | ACTIVE | |
| 070000767 | FLOYD JAMES MATTHEW | M/W | D-04-F | 01 | ACTIVE | |
| 070000425 | SHEALEY KENNEDY GERGO | M/B | D-04-L | 01 | ACTIVE | |
| 070000380 | PHILLIPS ROBERT ONEAL | M/W | D-04-R | 01 | ACTIVE | |
| 070000664 | JAMES LATERRANCE LEONARD | M/B | D-05-L | 01 | ACTIVE | |
| 070000213 | CHEEKS LEHEKO MONTRIOUS | M/B | D-05-R | 01 | ACTIVE | |
| 070000432 | BONNER GREG BERNARD | M/B | D-06-L | 01 | ACTIVE | |
| 060001364 | JONES TARIQ KHALILL | M/B | D-06-R | 01 | ACTIVE | |
| 060000896 | VARNER CHRISTOPHER FRANKLIN | M/B | D-07-L | 01 | ACTIVE | |
| 060001841 | HINKLE GUY JOHNNY | M/W | D-07-R | 01 | ACTIVE | |
| 070000215 | HART THOMAS JACK | M/W | D-08-L | 01 | ACTIVE | |
| 060002161 | PIKE JOHN TODD | M/W | D-08-R | 01 | ACTIVE | |
| 070000667 | HILL RUFUS JERRY   JR | M/W | E-01-L | 01 | ACTIVE | |
| 070000629 | MELTON DOUGLAS THOMAS | M/W | E-01-R | 01 | ACTIVE | |
| 070000412 | SCOTT TYRUS HORATIUS | M/B | E-02-L | 01 | ACTIVE | |
| 070000393 | WALTON DENORRIS VANBOKINSON | M/B | E-02-R | 01 | ACTIVE | |
| 070000668 | TODD ANTHONY DEON | M/B | E-03-L | 01 | ACTIVE | |
| 070000188 | HUTCHENS DORVIN DEWAYNE | M/W | E-03-R | 01 | ACTIVE | |
| 070000660 | DANIEL TYSON JEROME | M/B | E-04-L | 01 | ACTIVE | |
| 070000585 | FLOYD MARKEDRICK ANTIOUS | M/B | E-04-R | 01 | ACTIVE | |
| 070000649 | EAST JEFFERY | M/W | E-05-L | 01 | ACTIVE | |
| 070000560 | BROWN KEVIN DONALD | M/W | E-05-R | 01 | ACTIVE | |
| 070000580 | TAYLOR MICHAEL JR | M/B | E-06-L | 01 | ACTIVE | |
| 070000620 | BARNETT GUY DANIEL | M/W | E-06-R | 01 | ACTIVE | |
| 070000387 | HORTON ZYRRELL | M/B | E-07-L | 01 | ACTIVE | |
| 050001539 | RHODEN CHARLES LEWIS | M/B | E-07-R | 01 | ACTIVE | |
| 070000765 | WILLIAMS DANIEL ALDRAGO | M/B | E-08-F | 01 | ACTIVE | |
| 060001228 | BROOKS JEROME LARRY | M/B | E-08-L | 01 | ACTIVE | |
| 070000238 | SMITH ISIAH | M/B | E-08-R | 01 | ACTIVE | |
| 070000654 | FLOYD BENJAMIN | M/B | F-01-L | 01 | ACTIVE | |
| 070000752 | HINKLE DANNY SCOTT | M/W | F-01-R | 01 | ACTIVE | |
| 070000695 | SAMUELS WILLIAM BARRON | M/B | F-02-L | 01 | ACTIVE | |
| 070000210 | LITTLE MARCUS NIKIA | M/B | F-02-R | 01 | ACTIVE | |

CHAMBERS CO. SHERIFF'S OFFICE
HEAD COUNT REGISTER                    PAGE    3

04/18/2007    17:57:49

FACILITY: COUNTY JAIL

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS | |
|-----------|------|-----|------------|--------|--------|---|
| 070000474 | HARMON DAVID EDWARD | M/W | F-03-L | 01 | ACTIVE | ✓ |
| 060001233 | COKER BRANDON SCOTT | M/W | F-03-R | 01 | ACTIVE | ✓ |
| 070000561 | FLOYD TOMQUEVEIOUS EDMETRIUS | M/B | F-04-L | 01 | ACTIVE | |
| 070000503 | DAVIS ANTWONAS MARTINEZ | M/B | F-04-R | 01 | ACTIVE | |
| 060001756 | JACKSON CHRISTOPHER LEON | M/B | F-05-L | 01 | ACTIVE | |
| 060000651 | BANKS RICKY LEWIS | M/B | F-05-R | 01 | ACTIVE | ✓ |
| 070000710 | MITCHELL BRIAN KEITH | M/W | F-06-F | 01 | ACTIVE | ✓ |
| 060002135 | ABNEY JONATHAN EUGENE | M/W | F-06-L | 01 | ACTIVE | ✓ |
| 070000064 | STROUP WILLIAM DOYLE | M/W | F-06-R | 01 | ACTIVE | ✓ |
| 070000434 | CANTRELL DANIEL WADE | M/W | F-07-L | 01 | ACTIVE | ✓ |
| 070000251 | BODIE CLINT | M/W | F-07-R | 01 | ACTIVE | ✓ |
| 070000587 | MCCANTS STANLEY RONERIE | M/B | F-08-R | 01 | ACTIVE | ✓ |
| 070000706 | HEARD STEVEN DARON | M/B | F-08-R | 01 | ACTIVE | |
| 070000756 | BROOKS DONNIE | M/B | G-01-L | 01 | ACTIVE | |
| 070000500 | ARNOLD HOWARD LAMAR | M/B | G-01-R | 01 | ACTIVE | ✓ |
| 070000452 | REED SCOTTY | M/B | G-02-L | 01 | ACTIVE | |
| 070000691 | ASHFORD LLOYD ANTHONY | M/B | G-02-R | 01 | ACTIVE | |
| 070000548 | DAVIS XAVIER | M/B | G-03-L | 01 | ACTIVE | ✓ |
| 070000736 | DOZIER TYRONE | M/B | G-03-R | 01 | ACTIVE | |
| 070000696 | SAMUELS WES ANTHONY | M/B | G-04-R | 01 | ACTIVE | |
| 070000740 | THOMAS MICHAEL LEE | M/B | G-05-R | 01 | ACTIVE | ✓ |
| 070000624 | BREWER WALTER LEE | M/B | G-06-L | 01 | ACTIVE | |
| 070000743 | ROBERTS RODNEY DARRYL | M/B | G-06-R | 01 | ACTIVE | |
| 070000761 | SMITH BENJAMIN JOSEPH | M/W | G-07-L | 01 | ACTIVE | |
| 070000469 | EDWARDS FRED LAMON | M/B | G-07-R | 01 | ACTIVE | ✓ |
| 070000070 | ELLIS LAMONES SANCHEZ | M/B | G-08-L | 01 | ACTIVE | ✓ |
| 070000718 | TODD MICHEAL | M/B | G-08-R | 01 | ACTIVE | ✓ |
| 070000764 | WATTS CARVARNOS | M/B | G-4-L | 01 | ACTIVE | |
| 070000750 | JOHNSON ANTHONY | M/B | G-5-L | 01 | ACTIVE | |
| 070000578 | NEWTON MARY DELINDA | F/W | H-01-L | 01 | ACTIVE | |
| 060000989 | DUNN GLENDA ANN | F/B | H-01-R | 01 | ACTIVE | |
| 070000737 | BANKS ALLISON BENITA | F/B | H-03-L | 01 | ACTIVE | |
| 050002138 | WILLIAMS TOMEKA LUSHAWN | F/B | H-03-R | 01 | ACTIVE | |
| 070000131 | TEMPLETON KIMBERLY ANNE | F/W | H-04-L | 01 | ACTIVE | |
| 060001186 | GOINS LAURA NICOLE Boo & Black | F/W | H-04-R | 01 | ACTIVE | |
| 070000619 | CHAMBERS MARGARET | F/B | H-05-L | 01 | ACTIVE | |
| 070000759 | SMITH DOROTHY DIANE SPIVEY | F/W | H-05-R | 01 | ACTIVE | |
| 070000700 | GORDY AMBER DIAN | F/W | H-06-L | 01 | ACTIVE | |
| 070000699 | WILKERSON JERRI DIANE | F/W | H-06-R | 01 | ACTIVE | |
| 070000032 | WASHINGTON MEKO | F/B | H-07-L | 01 | ACTIVE | |
| 070000219 | ASKEW LORETTA | F/B | H-07-R | 01 | ACTIVE | |
| 060001681 | MARSHALL MARY ANN | F/W | H-08-L | 01 | ACTIVE | |
| 070000182 | BIRCHFIELD DEANA LEE | F/W | H-08-R | 01 | ACTIVE | |
| 070000025 | BARBER JACK SELF | M/W | I-01 | 01 | ACTIVE | |
| 060001971 | GRIGGS DURWIN TERRANCE | M/B | I-03 | 01 | ACTIVE | |



```
                        CHAMBERS CO. SHERIFF'S OFFICE
04/18/2007    17:57:49        HEAD COUNT REGISTER              PAGE    4

FACILITY: COUNTY JAIL

BOOKING #   NAME                        S/R   CELL ASSGN   AGENCY   STATUS

070000146   GILLIAM NORRIS LEWIS        M/B   I-04         06       ACTIVE     _____
070000399   RUDD TONY LEE               M/B   I-05         01       ACTIVE     _____
070000768   BROWN PAULA                 F/W   J-01-01      01       ACTIVE     _____

------------------------
       MALE:       122
     FEMALE:        16
    UNKNOWN:        00
      WHITE:        52
      BLACK:        86
   HISPANIC:        00
      OTHER:        00
  TOTAL COUNT      138
```

CHAMBERS CO. SHERIFF'S OFFICE
HEAD COUNT REGISTER

04/18/2007    17:57:49

PAGE    5

CELL BLOCK COUNTS

| CELL BLOCK | INMATE COUNT | TRANSPORTS |
|------------|--------------|------------|
| A | 29 | 0 |
| B | 4 | 0 |
| C | 17 | 0 |
| D | 17 | 0 |
| E | 17 | 0 |
| F | 17 | 0 |
| G | 16 | 0 |
| H | 14 | 0 |
| I | 4 | 0 |
| J | 1 | 0 |

CHAMBERS CO. SHERIFF'S OFFICE
04/19/2007    17:48:17    HEAD COUNT REGISTER         PAGE    1

FACILITY: ALL FACILITIES

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS | |
|---|---|---|---|---|---|---|
| 050001488 | GARNER ROGER KEITH JR | M/W | | 01 | ACTIVE | |
| 050001951 | BALLARD LATASHA RENEA | F/B | | 01 | ACTIVE | |
| 070000342 | ABNER KENNETH PENELL | M/B | A-01 | 01 | ACTIVE | |
| 060000254 | CARTER RANDY LEE | M/W | A-02 | 01 | ACTIVE | |
| 060001727 | HARMON EUGENE TERRY | M/W | A-04 | 01 | ACTIVE | |
| 060002133 | BULGER ROBERT LEE | M/B | A-05 | 01 | ACTIVE | |
| 040002145 | EVANS DERRICK JOHNSON | M/B | A-06 | 01 | ACTIVE | D-E ✓ |
| 070000440 | MCCULLOUGH CORY KENTAVIOUS | M/B | A-07 | 01 | ACTIVE | |
| 070000341 | SMITH TAREAN KHRINE HERVE | M/B | A-08 | 06 | ACTIVE | |
| 070000046 | BONNER KENNETH GERARD | M/B | A-10 | 01 | ACTIVE | |
| 070000416 | ROBERTS ALLEN JEROME | M/B | A-11 | 01 | ACTIVE | |
| 060001812 | VINES DERRICK BERNARD | M/B | A-12 | 01 | ACTIVE | |
| 070000436 | ROGERS WILLIE RAY JR | M/W | A-13 | 01 | ACTIVE | |
| 050000196 | BOOKER LARRY FERRELL | M/B | A-14 | 01 | ACTIVE | |
| 060001260 | TUCKER RICHARD | M/B | A-15 | 01 | ACTIVE | |
| 070000726 | RIDINGS MARK W | M/W | A-16 | 01 | ACTIVE | |
| 070000596 | HUDDLESTON ZANE MICHAEL | M/W | A-17 | 01 | ACTIVE | 2-A |
| 070000568 | LOWE CHADWICK ALONZO | M/B | A-18 | 01 | ACTIVE | |
| 070000247 | STORY PATRICK | M/B | A-20 | 01 | ACTIVE | |
| 070000285 | GRAY CHARLES EDWARD | M/W | A-21 | 01 | ACTIVE | m-B |
| 070000250 | MATNEY BENNY LEE | M/W | A-22 | 01 | ACTIVE | |
| 060001365 | FLOYD ERIC BERNARD | M/B | A-23 | 01 | ACTIVE | EF / B-26 |
| 070000600 | DUNAWAY CAMERON DALE | M/W | A-24 | 01 | ACTIVE | |
| 070000248 | ROBERTS EDDIE FRANK | M/B | A-25 | 01 | ACTIVE | |
| 070000391 | SMITH ANDREW KEITH | M/W | A-26 | 01 | ACTIVE | |
| 070000659 | VINES TONY | M/B | A-DAROOM | 01 | ACTIVE | |
| 070000566 | FOSTER CHRISTOPHER ALAN | M/B | A-DAYROOM | 01 | ACTIVE | J-A ✓ |
| 070000582 | AVERY JOHNNY | M/B | A-DAYROOM | 01 | ACTIVE | |
| 070000628 | BAILEY JOHNNY LEE | M/B | A-DAYROOM | 01 | ACTIVE | |
| 070000729 | ALEXANDER HARVEY KEITH | M/B | A-DAYROOM | 01 | ACTIVE | |
| 070000753 | WATSON CHARLES RAY | M/W | A-DAYROOM | 01 | ACTIVE | |
| 070000762 | BROWN TIMOTHY DOUGLAS | M/W | A-DAYROOM | 01 | ACTIVE | |
| 070000107 | AVERY JEROME | M/B | B-02 | 01 | ACTIVE | |
| 070000594 | LOVE DARRYL MARQUIS | M/B | B-06 | 01 | ACTIVE | |
| 070000595 | LOVE GABRIEL ANTONIO | M/B | B-08 | 01 | ACTIVE | |
| 060001158 | BRISKEY ANTHONY LEE | M/B | C-01-L | 01 | ACTIVE | |
| 070000751 | BREWER BRADLY WARD | M/W | C-01-R | 01 | ACTIVE | |
| 070000433 | HUTCHINSON LAMICHAEL CAJUAN | M/B | C-02-L | 01 | ACTIVE | |
| 070000367 | BROOKS GREGORY FELIX | M/B | C-02-R | 06 | ACTIVE | |
| 070000535 | BRADFORD THOMAS LEE | M/W | C-03-L | 01 | ACTIVE | ✓ |
| 070000531 | BURROUGHS DANIEL KIRBY | M/W | C-03-R | 01 | ACTIVE | |
| 070000643 | STEWART RANDALL LEWIS | M/W | C-04-F | 01 | ACTIVE | |
| 070000249 | HOYLE DONALD WAYNE | M/W | C-04-L | 01 | ACTIVE | |
| 070000755 | JONES JARRED LYNWOOD | M/W | C-04-R | 01 | ACTIVE | |
| 060001804 | HARDNETT JOHNNY RALPH | M/B | C-05-L | 01 | ACTIVE | |

```
                         CHAMBERS CO. SHERIFF'S OFFICE
04/19/2007    17:48:17      HEAD COUNT REGISTER              PAGE    2

FACILITY: ALL FACILITIES

BOOKING #    NAME                    S/R    CELL ASSGN    AGENCY    STATUS

060001773    HENSON KELVIN D         M/W    C-05-R        01        ACTIVE
070000642    BROOKS TAVARUS MONTRELL M/B    C-06-L        01        ACTIVE
070000003    BLEDSOE JOHN ALTON      M/B    C-06-R        01        ACTIVE
070000419    HARDISON GLENN ANTHONY II M/B  C-07-L        01        ACTIVE
050001874    SINGLETARY PAUL MILES   M/B    C-07-R        01        ACTIVE
070000286    TUCKER ALEXANDER O'NEAL M/B    C-08-L        01        ACTIVE
070000666    LONG ROY CLEVELAND JR   M/W    D-01-L        01        ACTIVE
060000020    JACKSON OSCAR JAMES JR  M/B    D-01-R        01        ACTIVE
070000763    BAILEY JAMES TERRY      M/W    D-02-L        01        ACTIVE
070000730    BRISKEY KENNETH RAY     M/B    D-02-R        01        ACTIVE
070000626    WILLIAMS TREY           M/B    D-03-L        01        ACTIVE
070000689    COCHRAN JAMES ROGER     M/B    D-03-R        01        ACTIVE
070000767    FLOYD JAMES MATTHEW     M/W    D-04-F        01        ACTIVE
070000425    SHEALEY KENNEDY GERGO   M/B    D-04-L        01        ACTIVE
070000380    PHILLIPS ROBERT ONEAL   M/W    D-04-R        01        ACTIVE
070000664    JAMES LATERRANCE LEONARD M/B   D-05-L        01        ACTIVE
070000213    CHEEKS LEHEKO MONTRIOUS M/B    D-05-R        01        ACTIVE
070000432    BONNER GREG BERNARD     M/B    D-06-L        01        ACTIVE
060001364    JONES TARIQ KHALILL     M/B    D-06-R        01        ACTIVE
060000896    VARNER CHRISTOPHER FRANKLIN M/B D-07-L       01        ACTIVE
060001841    HINKLE GUY JOHNNY       M/W    D-07-R        01        ACTIVE
070000215    HART THOMAS JACK        M/W    D-08-L        01        ACTIVE
060002161    PIKE JOHN TODD          M/W    D-08-R        01        ACTIVE
070000667    HILL RUFUS JERRY  JR    M/W    E-01-R        01        ACTIVE
070000629    MELTON DOUGLAS THOMAS   M/W    E-01-R        01        ACTIVE
070000412    SCOTT TYRUS HORATIUS    M/B    E-02-L        01        ACTIVE
070000393    WALTON DENORRIS VANBOKINSON M/B E-02-R       01        ACTIVE
070000668    TODD ANTHONY DEON       M/B    E-03-L        01        ACTIVE
070000188    HUTCHENS DORVIN DEWAYNE M/W    E-03-R        01        ACTIVE
070000660    DANIEL TYSON JEROME     M/B    E-04-L        01        ACTIVE
070000585    FLOYD MARKEDRICK ANTIOUS M/B   E-04-R        01        ACTIVE
070000649    EAST JEFFERY            M/W    E-05-L        01        ACTIVE
070000560    BROWN KEVIN DONALD      M/W    E-05-R        01        ACTIVE
070000580    TAYLOR MICHAEL JR       M/B    E-06-L        01        ACTIVE
070000620    BARNETT GUY DANIEL      M/W    E-06-R        01        ACTIVE
070000387    HORTON ZYRRELL          M/B    E-07-L        01        ACTIVE
050001539    RHODEN CHARLES LEWIS    M/B    E-07-R        01        ACTIVE
060001228    BROOKS JEROME LARRY     M/B    E-08-L        01        ACTIVE
070000238    SMITH ISIAH             M/B    E-08-R        01        ACTIVE
070000654    FLOYD BENJAMIN          M/B    F-01-L        01        ACTIVE
070000752    HINKLE DANNY SCOTT      M/W    F-01-R        01        ACTIVE
070000695    SAMUELS WILLIAM BARRON  M/B    F-02-L        01        ACTIVE
070000210    LITTLE MARCUS NIKIA     M/B    F-02-R        01        ACTIVE
070000474    HARMON DAVID EDWARD     M/W    F-03-L        01        ACTIVE
060001233    COKER BRANDON SCOTT     M/W    F-03-R        01        ACTIVE
```

CHAMBERS CO. SHERIFF'S OFFICE
04/19/2007    17:48:17    HEAD COUNT REGISTER    PAGE    3

FACILITY: ALL FACILITIES

| BOOKING # | NAME | S/R | CELL ASSGN | AGENCY | STATUS | |
|-----------|------|-----|------------|--------|--------|---|
| 070000561 | FLOYD TOMQUEVEIOUS EDMETRIUS | M/B | F-04-L | 01 | ACTIVE | _____ |
| 070000503 | DAVIS ANTWONAS MARTINEZ | M/B | F-04-R | 01 | ACTIVE | _____ |
| 060001756 | JACKSON CHRISTOPHER LEON | M/B | F-05-L | 01 | ACTIVE | _____ |
| 060000651 | BANKS RICKY LEWIS | M/B | F-05-R | 01 | ACTIVE | _____ |
| 070000710 | MITCHELL BRIAN KEITH | M/W | F-06-F | 01 | ACTIVE | _____ |
| 060002135 | ABNEY JONATHAN EUGENE | M/W | F-06-R | 01 | ACTIVE | _____ |
| 070000064 | STROUP WILLIAM DOYLE | M/W | F-06-R | 01 | ACTIVE | _____ |
| 070000434 | CANTRELL DANIEL WADE | M/W | F-07-L | 01 | ACTIVE | _____ |
| 070000251 | BODIE CLINT | M/W | F-07-R | 01 | ACTIVE | _____ |
| 070000587 | MCCANTS STANLEY RONERIE | M/B | F-08-R | 01 | ACTIVE | _____ |
| 070000706 | HEARD STEVEN DARON | M/B | F-08-R | 01 | ACTIVE | _____ |
| 070000500 | ARNOLD HOWARD LAMAR | M/B | G-01-R | 01 | ACTIVE | AH ✓ |
| 070000452 | REED SCOTTY | M/B | G-02-L | 01 | ACTIVE | SR ✓ |
| 070000691 | ASHFORD LLOYD ANTHONY | M/B | G-02-R | 01 | ACTIVE | _____ |
| 070000548 | DAVIS XAVIER | M/B | G-03-L | 01 | ACTIVE | _____ |
| 070000736 | DOZIER TYRONE | M/B | G-03-R | 01 | ACTIVE | _____ |
| 070000624 | BREWER WALTER LEE | M/B | G-06-L | 01 | ACTIVE | _____ |
| 070000469 | EDWARDS FRED LAMON | M/B | G-07-R | 01 | ACTIVE | _____ |
| 070000070 | ELLIS LAMONES SANCHEZ | M/B | G-08-R | 01 | ACTIVE | _____ |
| 070000750 | JOHNSON ANTHONY | M/B | G-5-L | 01 | ACTIVE | |
| 070000578 | NEWTON MARY DELINDA | F/W | H-01-L | 01 | ACTIVE | _____ |
| 060000989 | DUNN GLENDA ANN | F/B | H-01-R | 01 | ACTIVE | _____ |
| 070000737 | BANKS ALLISON BENITA | F/B | H-03-L | 01 | ACTIVE | _____ |
| 050002138 | WILLIAMS TOMEKA LUSHAWN | F/B | H-03-R | 01 | ACTIVE | _____ |
| 070000131 | TEMPLETON KIMBERLY ANNE | F/W | H-04-L | 01 | ACTIVE | _____ |
| 060001186 | GOINS LAURA NICOLE | F/W | H-04-R | 01 | ACTIVE | _____ |
| 070000619 | CHAMBERS MARGARET | F/B | H-05-L | 01 | ACTIVE | _____ |
| 070000700 | GORDY AMBER DIAN | F/W | H-06-L | 01 | ACTIVE | _____ |
| 070000699 | WILKERSON JERRI DIANE | F/W | H-06-R | 01 | ACTIVE | _____ |
| 070000032 | WASHINGTON MEKO | F/B | H-07-L | 01 | ACTIVE | _____ |
| 070000219 | ASKEW LORETTA | F/B | H-07-R | 01 | ACTIVE | _____ |
| 060001681 | MARSHALL MARY ANN | F/W | H-08-L | 01 | ACTIVE | _____ |
| 070000182 | BIRCHFIELD DEANA LEE | F/W | H-08-R | 01 | ACTIVE | _____ |
| 070000025 | BARBER JACK SELF | M/W | I-01 | 01 | ACTIVE | _____ |
| 070000696 | SAMUELS WES ANTHONY | M/B | I-02 | 01 | ACTIVE | _____ |
| 060001971 | GRIGGS DURWIN TERRANCE | M/B | I-03 | 01 | ACTIVE | _____ |
| 070000146 | GILLIAM NORRIS LEWIS | M/B | I-04 | 06 | ACTIVE | _____ |
| 070000399 | RUDD TONY LEE | M/B | I-05 | 01 | ACTIVE | _____ |
| 070000772 | TRUITT KEITH DONELL | M/B | J-02 | 01 | ACTIVE | _____ |
| 070000773 | WELDON RUNITA SUE | F/W | J-02 | 01 | ACTIVE | _____ |

```
------------------------
       MALE:     115
     FEMALE:      15
    UNKNOWN:      00
      WHITE:      49
      BLACK:      81
   HISPANIC:      00
      OTHER:      00
 TOTAL COUNT     130
```

All B4+
F
G-1

CHAMBERS CO. SHERIFF'S OFFICE
04/19/2007    17:48:17    HEAD COUNT REGISTER    PAGE    4

CELL BLOCK COUNTS

| CELL BLOCK | INMATE COUNT | TRANSPORTS |
|---|---|---|
| A | 30 | 0 |
| B | 3 | 0 |
| C | 16 | 0 |
| D | 17 | 0 |
| E | 16 | 0 |
| F | 17 | 0 |
| G | 9 | 0 |
| H | 13 | 0 |
| I | 5 | 0 |
| J | 2 | 0 |

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _____  **Type Observation:** _____ admin

| NAME Griggs Durwin | | MASTER ID# 455 | | | |
|---|---|---|---|---|---|
| ORDERED BY McCoy | DOB 9/25/71 | RACE M | SEX B | CELL# I-03 | |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0845 | D25 | Moved to 1-3 per D3 |
| 1015 | D29 | Quiet |
| 0945 | D25 | Quiet |
| 0950 | D24 | Talked to him |
| 1015 | D25 | N Cell |
| 1035 | D25 | N cell |
| 1101 | D25 | N cell |
| 1130 | D25 | N cell |
| 1148 | DC | few No Tray |
| 1253 | D29 | sleeping |
| 1350 | D29 | Sleeping |
| 1415 | D25 | n cell |
| 1450 | D25 | N cell |
| 1525 | D29 | OK |
| 1605 | D29 | Talked to |
| 1640 | D29 | TALKED TO - OK visual |
| 1715 | D29 | tray refused |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _____

N5

## CHAMBERS COUNTY DETENTION FACILITY
### CUMULATIVE OBSERVATION SHEET

Date: 4-18-2007    Type Observation: ADMIN

| NAME GRIGGS, DURWIN | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY McCOY | DOB 9/25/71 | RACE B | SEX M | CELL# I-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1821 | D9 | Headcount Visual |
| 1943 | D9 | Talking |
| 2000 | D18 | Talked to I/M |
| 2041 | D18 | Buried Dancing |
| 2100 | D18 | Talked to I/M |
| 2230 | CRJ | lights out |
| 2300 | CRJ | In Cell |
| 0024 | CRJ | In Cell |
| 0100 | D18 | Sleep |
| 0200 | D18 | Sleep |
| 0306 | Brds | Visual 10.4 |
| 0438 | Birds | 2way |
| 0517 | BVdS | plu |
| 0600 | BVdS | Shift change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Hamime

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4-19-07    **Type Observation:** Admin

| NAME Griggs Durwin | | MASTER ID# 455? | | | CELL# I-3 |
|---|---|---|---|---|---|
| ORDERED BY Davidson | DOB 9-25-71 | RACE B | SEX M | | |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1850 | Butler | on Bed tistin to Radio |
| 1920 | Kira | on Bed talking |
| 2005 | Butler | on Bed |
| 2032 | Kira | ok - N Bed |
| 2148 | Kira | sk - talking |
| 2235 | Kira | N Bed |
| 2330 | Butler | N Bed |
| 0013 | CRJ | In cell |
| 0020 | Butler | tray slot cleaned |
| 0120 | Butler | N Bed |
| 0150 | Butler | sleep |
| 0230 | Butler | sley |
| 0810 | Btl | slip |
| 0245 | Btl | refuse tray |
| 0530 | Btl | spoke to |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Kira

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 04-20-07    **Type Observation:** Admin

| NAME Griggs, Durwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY Stewart | DOB 9/29/71 | RACE B | SEX M | CELL# I-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0555 | Sm | Shift Change |
| 0628 | Sm | Shower |
| 0635 | Sm | Back n cell |
| 0640 | Sm | Cleaned Room |
| 0730 | Sm | asleep |
| 0820 | Sm | asleep    I/m O.K. |
| 0910 | Sm | asleep    I/m O.K. |
| 1005 | Sm | In Bed |
| 1100 | Sm | In Bed  (O.K.) |
| 1130 | TJB | refused tray |
| 1215 | TJB | asleep / visual |
| 1315 | DV | on bed |
| 1430 | DV | spoke to I/m |
| 1503 | DV | visual |
| 1615 | Sm | Talked to |
| 1646 | Sm | Refused Tray |
| 1723 | TJB | visual I/m OK |
| 1800 | Sm | Shift Change |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: DV

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 4-20-07    Type Observation: Admin

| NAME Griggs Durwin | | MASTER ID# 4557 | | | |
|---|---|---|---|---|---|
| ORDERED BY Stewart | DOB 9/25/71 | RACE B | SEX M | | CELL# I-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1805 | D-26 | laying down |
| 1830 | D-18 | sleeping |
| 1938 | Kim | N Bed |
| 2000 | D-18 | usual |
| 2120 | Burrell | asked for tissue |
| 2145 | Kim | I/m ok |
| 2210 | Burrell | gave tissues |
| 2300 | D-18 | Talked to I/m |
| 0030 | D-26 | I/m ok lights out |
| 0100 | D-18 | talked to I/m |
| 0200 | D-18 | Talked to I/m |
| 0430 | Kim | lifts |
| 0445 | Kim | tray - refusal |
| 0530 | Kim | ok |
| 0600 | Kim | 10-48 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Kim

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4-21-07      **Type Observation:** Admin

| NAME Gригg Darwin | | MASTER ID# 4557 | | | |
|---|---|---|---|---|---|
| ORDERED BY McCoy | DOB 9/25/71 | RACE B | SEX M | CELL# I-03 | |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0605 | D29 | In cell |
| 0730 | D29 | visual-ok, talked to I/M |
| 0802 | D29 | Shower |
| 0815 | D22 | N cell |
| 0857 | D29 | visual - spoke w/ I/M |
| 0920 | D29 | ok |
| 1044 | D29 | visual - ok |
| 1145 | D29 | refused tray |
| 1222 | D29 | ok |
| 1305 | D25 | N cell |
| 1340 | D25 | N cell |
| 1403 | D25 | N cell |
| 1430 | D25 | in cell |
| 1520 | D29 | visual - ok |
| 1610 | D25 | N cell |
| 1639 | D22 | ~~tray~~ Refused |
| 1720 | D22 | pluttrays |
| 1800 | D22 | 10-42 |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: F-25

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4/21/07         **Type Observation:** Admin

| NAME Briggs Durwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY McCoy | DOB 9/25/71 | RACE B | SEX M | CELL# I-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1745 | Birds | shift change |
| 1750 | Brds | Visual I04 |
| 1820 | ng | quiet |
| 1910 | ng | quiet |
| 1946 | Noble | quiet |
| 2023 | Bill | sleepin |
| 2105 | ng Molly | Visual I04 |
| 2245 | CRJ | In Cell |
| 0001 | Brds | lights out |
| 0118 | Briggs | visual I04 |
| 0222 | Brds | (N) cell |
| 0316 | Briggs | asleep |
| 0433 | Brds | Tray |
| 0522 | Bill | pfu |
| 0600 | Bill | shift change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Hannon

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _____ **Type Observation:** Admin

| NAME Griggs Durwin | | MASTER ID# 4557 | |
|---|---|---|---|
| ORDERED BY Davidson | DOB 9/25/71 RACE B SEX M | | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0616 | D22 | Supplies Refused Razor (stationary only) |
| 0922 | D22 | N cell |
| 0800 | D25 | N cell |
| 0815 | D25 | N Refused Shower |
| 0830 | D25 | N cell |
| 0901 | D25 | N cell |
| 0930 | D25 | N cell |
| 1001 | D25 | N cell — visual |
| 1105 | D5 | N cell |
| 1140 | D5 | Refuse Tray |
| 1230 | D29 | ok |
| 1340 | D29 | ok |
| 1420 | D29 | Visual - asleep |
| 1508 | D22 | N cell |
| 1609 | D22 | Refused |
| 1700 | D29 | ok |
| 1800 | D29 | 10-42 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _____ FCS

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 4/22/07 _____    Type Observation: Admin _____

| NAME Griggs Durwin | | MASTER ID# 4557 | | | |
|---|---|---|---|---|---|
| ORDERED BY Davidson | DOB 9/25/71 | RACE B | SEX M | CELL# I-3 | |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1745 | Burds | Shift change |
| 1800 | D18 | Visual |
| 1845 | CRJ | Visual check I/M ok at door |
| 2054 | D9 | Visual |
| 2115 | CRJ | Visual check I/N ok |
| 2230 | mg | Lock down |
| 2300 | D18 | sleep |
| 000 | D18 | Sleep |
| 0100 | D18 | sleep |
| 215 | Burds | Talking |
| 330 | Burds | Talking |
| 445 | mg | refused tray |
| 0510 | Burds | no pill in |
| 0600 | Burds | Shift Check |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Hancock

# CHAMBER COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: _04-23-07_  Type Observation: _Admin_

| NAME Grigg Durwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY | DOB 25/71 | RACE B | SEX M | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0610 | TJB | lavin on mat |
| 0630 | Sm | Shower |
| 0640 | Sm | n cell |
| 0750 | Sm | Cleaned Room |
| 0930 | DT | refused yard |
| 1003 | D25 | r cell |
| 1100 | D25 | n cell |
| 1130 | TJB | talk to I/m |
| 1144 | TJB | refused diar |
| 1220 | Sm | n Bed    (I/m a/k) |
| 1333 | D4 | sleep |
| 1450 | DT | I/m laying down |
| 1505 | TJB | talk to I/m |
| 1635 | DT | refused tray & store sheet |
| 1730 | DT | I/m on bed |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _____

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: _April 23, 07_    Type Observation: _Admin_

| NAME Griggs, Durwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY Sims | DOB 9/25/71 | RACE B | SEX M | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1802 | Kure | N cell |
| 1837 | Kire | @ door |
| 1915 | Collins | sitting on bed |
| 1923 | Kure | haircut |
| 2027 | Mobley | spoke to, Back from haircut |
| 2157 | Mobley | spoke to |
| 2315 | Collins | standing at door |
| 0010 | Kure | Plug from from Tk |
| 0208 | Mobley | ~~sleep~~ talking |
| 0310 | Mobley | Talking |
| 0430 | Dq | Trans |
| 0511 | Dq | Plug tray |
| 0600 | Kirk | End of shift |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _Kirk_

# CHAMBERS COUNTY DETENTION . ACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4/24/07    **Type Observation:** Admin

| NAME GRIGGS, DURWIN | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY McCoy | DOB 9/25/71 | RACE B | SEX M | CELL# I-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0603 | TJB | leyin on bench |
| 0715 | WB | weie |
| 0833 | DV | visual |
| 0935 | WB | Spoke to I/m |
| 1015 | DV | on bed |
| 1110 | WB | talk to I/m |
| 1200 | Sm | Tray |
| 123P | WB | DV bed |
| 1315 | Sm | Talked to I/m |
| 1400 | DV | refused yard |
| 1525 | Sm | in cell (I/m o.k) |
| 1553 | D4 | Talked to I/m |
| 1600 | Sm | n cell |
| 1648 | Sm | Tray |
| 1720 | Sm | P/u Tray |
| 1800 | Sm | Shift Change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: DV

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4-24-07 _____ **Type Observation:** Admis. _____

| NAME Griggs, Durwin | | MASTER ID# 4557 | | | |
|---|---|---|---|---|---|
| ORDERED BY McCoy | | DOB 9/25/71 | RACE 13 | SEX M | CELL# I-3 |
| TIME | OFFICER | REMARKS | | | |
| 1800 | mg | Visual - 10-4 | | | |
| 1900 | CM | spoke to | | | |
| 1931 | Kim | on matters | | | |
| 2010 | Collins | laying down | | | |
| 2115 | Collins | asleep | | | |
| 2145 | Kim | N Bed | | | |
| 2215 | mg | N Bed | | | |
| 2315 | Collins | talk to | | | |
| 0001 | mg | Standing at door | | | |
| 106 | CM | O K | | | |
| 0310 | Collins | asleep | | | |
| 0435 | Collins | Tray | | | |
| 0520 | Collins | P/u Tray | | | |
| 0600 | Kim | End of Shift | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS: _____ Kim

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4-25-07    **Type Observation:** Admin

| NAME Griggs, Darwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY Sims | DOB 9/25/71 | RACE B | SEX M | CELL# I-3 |
| TIME | OFFICER | REMARKS | | |
| 1800 | Collins | standing at door | | |
| 1905 | Mobley | spoke to | | |
| 2030 | Collins | reading | | |
| 2200 | Collins | talk to | | |
| 2320 | Collins | standing at door | | |
| 0040 | Collins | talking | | |
| 0125 | Collins | asleep | | |
| 0132 | Mobley | standing At door | | |
| 0225 | Mobley | Asleep | | |
| 0490 | Collins | Trays | | |
| 0535 | CC | Plup tray | | |
| 0600 | Kim | End of Shift | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

SUPERVISOR INITIALS: _____

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4-26-07   **Type Observation:** Admin

| NAME Gray Durwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY McCoy | DOB 9/5/71 | RACE B | SEX M | CELL# I-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0642 | D22 | Refused shower, Sgt advised it w/ Sgt. |
| 0710 | D29 | ok |
| 0730 | D29 | quiet |
| 0800 | D22 | N cell |
| 0909 | D22 | N cell |
| 1015 | D22 | N cell |
| 1105 | D5 | Asleep |
| 1145 | D5 | TV |
| 1230 | D5 | P/U I-31 |
| 1300 | D22 | Walking |
| 1405 | D22 | N cell |
| 1518 | D22 | N cell |
| 1625 | D29 | sitting on bed |
| 1635 | D29 | tray |
| 1713 | D22 | N cell |
| 1800 | D22 | 10-42 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _____

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 4/26/07    Type Observation: admin

| NAME Briggs Quintin | | MASTER ID# 4557 | | | |
|---|---|---|---|---|---|
| ORDERED BY Madden | DOB 9/25/71 | RACE B | SEX M | | CELL# J-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1745 | Burds | Shift change |
| 1758 | Byrds | Visual 10.4 |
| 1842 | D9 | Visual Tracking |
| 1920 | m9 | Visual |
| 1825 | D9 | M/P Norem |
| 1900 | D18 | Haircuts |
| 2000 | D18 | Haircuts |
| 2100 | D18 | Haircuts |
| 2237 | D9 | Lights-Out |
| 2300 | D18 | Talked to F/w |
| 0030 | D18 | Sleep |
| 0124 | Byrds | Visual 10.4 |
| 0230 | m9 | Visual 104 |
| 0500 | D18 | sleep |
| 0400 | D18 | Trays |
| 0500 | D18 | P/u Trays |
| 0600 | D18 | Shift change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Harrison

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _____    **Type Observation:** Admin

| NAME Grigas Durrin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY Davidson | DOB 9/25/71 | RACE B | SEX M | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0600 | D22 | N cell |
| 0629 | D22 | cleaning cell |
| 0618 | D22 | finish cleaning |
| 0652 | D22 | shower |
| 0700 | D22 | Back N cell |
| 0800 | D22 | N cell |
| 0845 | D29 | ok |
| 0947 | D29 | visual - ok |
| 1045 | 125 | Asleep |
| 1155 | D5 | 12 w |
| 1210 | D5 | Play Tv |
| 1300 | D22 | N cell |
| 1415 | D22 | N cell |
| 1500 | D22 | N cell |
| 1640 | D22 | trays |
| 1730 | D22 | play tv |
| 1800 | D22 | 18-42 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _____

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4-27-07          **Type Observation:** Admin

| NAME Griggs, Durwin | | MASTER ID# 4857 | | | |
|---|---|---|---|---|---|
| ORDERED BY Davidson | DOB 8-25-71 | RACE 13 | SEX M | | CELL# I 8 |
| **TIME** | **OFFICER** | **REMARKS** | | | |
| 1820 | D9 | Visual Tracking | | | |
| 1900 | D18 | Talked to F/M | | | |
| 2000 | D18 | Talked to F/M | | | |
| 2100 | D18 | Visual | | | |
| 2200 | D18 | Visual | | | |
| 0011 | D9 | Lights Out | | | |
| 0100 | D18 | Sleep | | | |
| 0200 | D18 | Sleep | | | |
| 0215 | CRJ | In Cell Sleeping Visual Check | | | |
| 0330 | mg | asleep | | | |
| 0445 | mg | Trans | | | |
| 0520 | mg | P/u Trans | | | |
| 0600 | mg | End Shift | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS: Sgt Henual

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: _4-28-07_   Type Observation: _Admin_

| NAME Briggs, Durwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY Davidson | DOB 9/25/71 | RACE B | SEX m | CELL# I 03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0603 | TJB | layed in Bed / 110061 |
| 0635 | TJB | Clean Room |
| 0652 | TJB | refusal shower |
| 0728 | SM | Asleep |
| 0807 | SM | Awk |
| 0935 | TJB | asleep |
| 1011 | TJB | asleep |
| 1105 | TJB | asleep |
| 1203 | DT | tray |
| 1253 | DT | Pu tray |
| 1330 | SM | asleep |
| 1420 | SM | asleep |
| 1502 | SM | asleep  IM u.k. |
| 1408 | SM | visitation |
| 1430 | SM | Back to cell |
| 1518 | TJB | well |
| 1630 | TJB | tray |
| 1701 | TJB | plodded |
| 1800 | TJB | shift chg |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: DT

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4-28-07        **Type Observation:** Admin

| NAME Griggs Dorwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY Sims | DOB 09/25/71 | RACE B | SEX M | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1805 | D-26 | I/m OK talk to |
| 1929 | Kirk | hair cut is and have |
| 2020 | D 26 | still M |
| 2035 | Collins | moved to |
| 2110 | Kirk | in m/o doing hair cuts |
| 2230 | Kirk | Hair cut |
| 2315 | Kirk | n Cell |
| 0002 | Kirk | lights out |
| 0105 | Collins | talk to |
| 0230 | D-19 | talk to |
| 0315 | D06 | talked to |
| 0430 | D11 | tray |
| 0520 | D-11 | P/u Tray |
| 0600 | Kirk | End of shift |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Kirk

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4-29-07          **Type Observation:** _____ Admin

| NAME Griggs Durwin | | MASTER ID# 4557 | |
|---|---|---|---|
| ORDERED BY McCoy | DOB 9/25/91 | RACE B  SEX M | CELL# I-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0610 | TJB | B head count / Supplies |
| 0630 | TJB | Shower |
| 0645 | TJB | back 2 cell |
| 0730 | sm | n cell |
| 0805 | sm | n cell |
| 0900 | JB | sleep |
| 1018 | JB | sleep |
| 1103 | JB | sleep |
| 1200 | sm | Tray |
| 1230 | sm | Plu Tray |
| 1320 | sm | TAlked to |
| 1430 | sm | I'm. o.k |
| 1500 | TJB | cell |
| 1630 | TJB | sleep |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _____

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4/30/07    **Type Observation:** admin

| NAME Briggs Durwyn | | MASTER ID# 4557 | | | |
|---|---|---|---|---|---|
| ORDERED BY Sew May | DOB 9/25/71 | RACE B | SEX M | | CELL# I-03 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1745 | Bivics | Shift Change |
| 1800 | Bvds | Visual 10.4 |
| 1916 | Bvds | Refused Store Sheets |
| 2000 | D18 | Talked to I/M |
| 2100 | D18 | Talked to I/M |
| 2200 | D18 | asleep |
| 2300 | D18 | asleep |
| 0005 | nq | asleep |
| 0110 | nq | asleep |
| 0236 | nq | asleep |
| 0300 | nq | asleep |
| 0402 | Bvds | Visual 10.4 |
| 0433 | Bivi | Tray |
| 0514 | Bvds | p/u |
| 0600 | Bivi | Shift change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:** Sgt Hancock

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 4-30-07    **Type Observation:** Admin

| NAME Griggs Durwin | | MASTER ID# 4557 | | | |
|---|---|---|---|---|---|
| ORDERED BY Sims | DOB 9/25/71 | RACE B | SEX M | CELL# I-03 | |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0618 | DJ | visual |
| 0722 | DJ | spoke to I/M (Refused) |
| 0800 | D22 | N cell |
| 0900 | D22 | N cell |
| 0933 | D22 | laying down |
| 1030 | D4 | Talked to I/m |
| 1037 | D25 | laying down |
| 1143 | D22 | N cell / trays |
| 1223 | D25 | N/Tray |
| 1245 | D25 | N Cell |
| 1310 | D29 | ok |
| 1445 | D29 | laying down |
| 1520 | D25 | N cell |
| 1540 | D25 | N cell |
| 1640 | DJ | tray |
| 1715 | DJ | Plu Tray |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: DJ

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: _5-1-07_     Type Observation: _Admin_

| NAME Trigap Dunwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED Davidson | DOB 9/25/71 | RACE B | SEX M | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0637 | D22 | shower / inmate O.K. |
| 0650 | D22 | Back N Cell |
| 0801 | D25 | N Cell N Bed asleep |
| 0830 | D25 | IN Bed asleep |
| 0905 | D25 | IN Bed asleep |
| 0925 | D25 | Laying Down |
| 1007 | D25 | asleep |
| 1025 | D25 | Asleep |
| 1125 | D5 | Sitting on Bun |
| 1206 | D5 | Fed |
| 1245 | D5 | P/U Tray |
| 1323 | D29 | ok |
| 1419 | D29 | sitting on bed |
| 1555 | D29 | sitting on bed - visual |
| 1630 | D25 | Visual - laying in Bed |
| 1645 | D5 | Fed |
| 1700 | D5 | P/U Tray |
| 1745 | D25 | N Cell |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _Sgt Herman_

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: 5/1/07          Type Observation: Admin

| NAME Hugo Dunwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED Davidson | DOB 9/25/71 | RACE B | SEX M | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1745 | Biirds | Briefing |
| 1755 | Poves | Visual 10.4 |
| 1835 | mg | quiet |
| 1940 | Poud | Quiet |
| 2039 | Biird | visual 10.4 |
| 2100 | DIS | Talked to F/m |
| 2215 | mg | quiet |
| 2335 | mg | Lights out |
| 2325 | mg | asking for request forms |
| 0038 | Povec | Visual 10.4 |
| 0100 | DIS | sleeping |
| 0224 | Poud | Quiet |
| 0300 | DIS | sleeping |
| 0400 | DIS | Trays |
| 0500 | DIS | P/u Trays |
| 0600 | DIS | Shift change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: Sgt Henson

# CHAMBE..S COUNTY DETENTION . ACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** _5-2-07_    **Type Observation:** _Admin_

| NAME Griggs Durwin | | MASTER ID# 4557 | | | |
|---|---|---|---|---|---|
| ORDERED BY Davidson | DOB 95-71 | RACE B | SEX M | | CELL# I-3 |
| TIME | OFFICER | REMARKS | | | |
| 0605 | D29 | In cell @ headcount | | | |
| 0642 | D29 | Refused shower | | | |
| 0900 | D22 | N cell | | | |
| 0836 | D22 | N cell | | | |
| 0900 | D29 | I/M given answered request form | | | |
| 1008 | 05 | N cell | | | |
| 1110 | 05 | N cell | | | |
| 1135 | 05 | E cell | | | |
| 1200 | 05 | P/U Tray | | | |
| 1240 | D25 | Asleep | | | |
| 1312 | D25 | Asleep | | | |
| 1340 | D25 | Asleep | | | |
| 1401 | D25 | Asleep | | | |
| 1430 | D25 | Asleep | | | |
| 1520 | D22 | Sleep    Move to J-3 | | | |
| 1600 | D22 | N cell | | | |
| 1715 | D22 | N cell | | | |
| 1818 | D22 | N cell | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SUPERVISOR INITIALS: _____ J-25

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 5/2/07     **Type Observation:** Admin

| NAME Griggs Durwin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY Davidson | DOB 9/25/71 | RACE B | SEX M | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 1850 | Brds | (N) J-3 |
| 1945 | Brds | Talking to |
| 2000 | O18 | Talked to I/M |
| 2033 | MJ | Sitting up |
| 2100 | O18 | Talked to I/M |
| 2150 | MJ | Talking |
| 2230 | MJ | Talking |
| 2330 | O18 | Talked to |
| 0133 | CRJ | In cell standing at door |
| 0150 | MJ | Sitting on bunk |
| 0206 | O18 | Sleeping |
| 0230 | O18 | Sleeping |
| 0300 | O18 | Sleep |
| 0330 | O18 | sleep |
| 0416 | CRJ | Visual check I/M Sleeping |
| 0430 | CRJ | Visual Check I/M on bed |
| 0450 | DJ | Tray |
| 0520 | MJ | P/u Trays |
| 0600 | MJ | End Shift |
| | | |
| | | |
| | | |
| | | |

**SUPERVISOR INITIALS:** Sgt Hannon

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

Date: _05-03-07_ Type Observation: _Admis_

| NAME Suggs Survrin | | MASTER ID# 4557 | | |
|---|---|---|---|---|
| ORDERED BY Davidson | DOB 9/25/71 | RACE B | SEX M | CELL# I-3 |

| TIME | OFFICER | REMARKS |
|---|---|---|
| 0555 | Sm | Shift Change |
| 0620 | Sm | Shower |
| 0625 | DD | back in Cell |
| 0710 | Sm | talking / Cleaning Room |
| 0805 | Sm | talking |
| 0810 | DS | Re Po... To Roo |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SUPERVISOR INITIALS: _____

# CHAMBERS COUNTY DETENTION FACILITY
## CUMULATIVE OBSERVATION SHEET

**Date:** 9-15-07    **Type Observation:** Admin

| NAME | Griggs Durwin | | MASTER ID# 4557 | | | |
|------|---------------|---|---|---|---|---|
| ORDERED BY Stewart | | DOB 8/25/71 | RACE B | SEX M | | CELL# I-1 |

| TIME | OFFICER | REMARKS |
|------|---------|---------|
| 1811 | D22 | N cell |
| 1831 | D22 | Checked on inmate / inmate asleep |
| 1839 | D22 | Ask for writing paper |
| 1925 | D22 | paper |
| 1930 | D22 | talking about his lawyer. (talking about we thought he was playing (cursing officer) |
| 2024 | D22 | sitting on bed |
| 2035 | Sm | talked to |
| 2100 | DS | Sitting in bed |
| 2146 | D22 | talking |
| 2230 | D29 | Lights out |
| 0620 | D29 | Asleep |
| 0100 | D22 | O.K |
| 0210 | DS | O-K |
| 0800 | DS | Asleep |
| 0400 | D22 | W/T |
| 0435 | D-17 | Tray |
| 0515 | D25 | D/n trays |
| 0600 | D29 | 10-42 |
| | | |
| | | |

**SUPERVISOR INITIALS:** FZS

I'm
file

4-16-07

Mr. Sid LocHArt,

I'm writeing in Consern about my Safty. I'm Currently now
in the Chambers Co. Jail now and it has came to pass that I've
been treated unjustly and Fairly A Numorous amount of times by
your officers by reason's I Cannot under stand At All I'm not
here for any hanious crime And would like to Know why I'm being
treated this way And when and if it will ever stop. And threw this
constant and long term abuse these thing have started to Affeck me
mentaly in more way than one. And I wonder will this crule and
unusual punishment ever stop. or will it get worse And start to
phisicaly abuse me. what have I done to diserve this treatment Not
knowing who to talk to, ask I'm scared to eat, take medication out
if fear of posion scared to sleep or send out request with names
out of fear of the relationship they have with the inmates when will
it stop the only thing left is to physicaly Abuse me, take my life I've
been mentaly destroyed Allready wondering if you will get this letter
and Grievance

Derwin T Griggs

# CHAMBERS COUNTY DETENTION FACILITY
# INMATE GRIEVANCE FORM

INSTRUCTIONS: Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

NAME: _Derwin T Griggs_          TODAY'S DATE: _4-17-07_

GRIEVANCE: _On the ground's of the unprofessional treatment by the staff of the chamber's Co. Jail and do to the personal relationships between them and certain inmates incident occured on grievance's I truely feel that A Attemp was made tward my personal safty And life_

SOLUTION WANTED: _I have been Sentanced to 16yr. and would like to be released to the D.O.C A.S.A.p or removed from the Chambers County Jail_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RECEIVED BY SHIFT SUPERVISOR:

DATE: _____ SIGNATURE: _____

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: _You will be moved to DOC when they Notify us. Any other transfers are at my direction._

DATE: _04/18/07_   SIGNATURE: _____

# CHAMBERS COUNTY DETENTION FACILITY
## INMATE GRIEVANCE FORM

**INSTRUCTIONS:** Fill in all of the information requested down to the dotted line. In describing the grievance or complaint, give as much information as possible. List the names of any persons involved, the date or dates of any relevant events, the specified location of the events or conditions, and the names of witnesses to the events or conditions. When you have finished filling out the form, give it back to one of the facility staff members.

NAME: Derwin T. Griggs            TODAY'S DATE: 4-17-07

GRIEVANCE: I was forced to move to C-Block, I advised Lt. McCoy And Sgt Spradling that I had A Enemie in C-Block that is recorded in my file they stated that they where told that I could only go there, Furthermore they locked me down in the same cell with my enemie Anthony Briskey putting my life in danger more ways than one, I have complaine and do think that my life is in danger by one or several officers in the Chambers Co. Jail And this proves it.

SOLUTION WANTED: Taking legal Action Need civil law Suite form ✗And Need copy Signed And recieved back

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RECEIVED BY SHIFT SUPERVISOR:

DATE: 4-17-2007   SIGNATURE: Sgt Hancock

Upon receipt by Shift Supervisor, Grievance should be signed by the Supervisor and a copy of the Grievance should be returned to the Inmate.

ACTION TAKEN: Inmate was moved to I-Block for his protection since he fears for his life from officers and inmates. I was under the impression that Sgt Spradlin placed I/m Griggs in another cell block because he did advise that I/m Briskey was an enemy while making a loud outburst from being removed from Hustle.

DATE: 4-18-2007   SIGNATURE: McCoy

DATE RECEIVED: _4-18-07_

TIME RECEIVED: _1605_

RECEIVED BY: _MKF_

## CHAMBERS COUNTY DETENTION FACILITY

### INMATE REQUEST FORM

NAME _Derwin T. Griggs_     CELL# _I-3_     DATE _4-18-07_

BRIEFLY OUTLINE YOUR REQUEST

Lt Davidson it is of the up most inportance that I talk to you personaly AS.AP today

_(INMATE SIGNATURE)_

**DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY**

Spoke to on personal matter).

_(OFFICERS SIGNATURE)_

DATE_____

APPROVED _____ YES _____ NO

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

### INMATE REQUEST FORM

NAME _Derwin T. Griggs_    CELL# _I-3_    DATE _5-1-07_

BRIEFLY OUTLINE YOUR REQUEST

_I would like to know when do I get out of_
_I-3_

_Thank you_

_Derwin T. Griggs_
(INMATE SIGNATURE)

**DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY**

_Being that you feared for_
_your life, it would be best_
_for everyone that you_
_were not moved._

_Lt. Dainbre_
(OFFICERS SIGNATURE)

DATE _5-1-07_

APPROVED _____ YES _____ NO

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME Derwin T. Griggs     CELL# I-3     DATE 4-23-07

BRIEFLY OUTLINE YOUR REQUEST

IS writin on prior griev. 4-17-07 And to sheriff Sid Jock Hart Asking to be moved from the chambers Co. Jail for my personal saftey being forced by C/O being locked down with enemie (14 hr.). Cpt Sims stated with Lt Davidson being moved from A-Block was for my protection from Inmates (Trustee) feeding makes A constant threat of poisoning or tampering with food ect. And the threat of the officers And Inmates on prior griev. 4-17-07 And those personal relationship between inmates And officers Makes each day A constant threat I'm Asking again To please be removed from the chambers county Jail do to my personal safty

★ Need copy

_____
(INMATE SIGNATURE)

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

Spoke to inmate D. Griggs and he states that he is in a better frame of mind and he is now eating in order to keep up his health so that he will be physically able to take care of himself when transferred to DOC. Griggs seems to be okay and adjusted. Lt. Davidson

_____
(OFFICERS SIGNATURE)

DATE 4-24-07

APPROVED _____ YES _____ NO

DATE RECEIVED: _4·28-07_
TIME RECEIVED: _1805_
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME _Derwin T. Griggs_    CELL# _I-3_    DATE _4-28-04_

BRIEFLY OUTLINE YOUR REQUEST

_It is of the up most importance that I get this Attorney's_
_Address Debra Gross or Grossman from Valley Ala_
_thank you._

_____
(INMATE SIGNATURE)

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

_Deborath Grossman Attorney_
_4501 20th Ave_
_Valley Al._

_334  756-3529_

_____
(OFFICERS SIGNATURE)

DATE _4·28·07_

APPROVED _____ YES _____ NO

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME Derwin T. Griggs    CELL# I-3    DATE 5-2-07

BRIEFLY OUTLINE YOUR REQUEST

there has been A Mixe up of word's As on previous request
I would like to be moved to Another facility do to the
Complaint made by me to Addministration and sheriff About
my Safty And well faic in the chambers co. Jail

Thank you

_____
(INMATE SIGNATURE)

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

You are bery mmu

_____
(OFFICERS SIGNATURE)

DATE 5-3-07

APPROVED _____ YES _____ NO

# CHAMBERS COUNTY DETENTION FACILITY
## INCIDENT REPORT

INMATE NAME  Griggs    Durwin
Last                    First                    Middle

MASTER ID# 4557          DOB: 9-25-1971

SOCIAL SECURITY NUMBER 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

DATE OCCURRED: 9-20-07

TIME OCCURRED: 1732

PLACE OF INCIDENT: I-1

_____ NON-INMATE INCIDENT

NARRATIVE:

On the above date and time I went I-1 to return a request form to I/m Durwin Griggs. Inmate Griggs was at the door talking loudly as I was walking up the 109 hallway. I had central open the I-1 and I handed Inmate Griggs the request form, he stated Kesha they starting that shit again. I asked Inmate Griggs what was he referring to. Inmate Griggs stated that big boy dropped my spoon, and I asked him to wash it off and he said they put some rat poison in my food. I asked Durwin who was he referring to and he continued to ramble on. I closed the door and took the observation sheet because there was not any more room to log on it. I went to book and got a new observation sheet. I placed both sheets back in the doorway. I talked to the other I-Block Inmates until the Kitchen crew came down. I asked I/m's Randall Stewart and I/m Jimmy Hernandez when they came through 114 with the food cart if they had

SIGNATURE OF EMPLOYEE / DATE AND TIME: KaKesha McCoy 9-20-2007 1845

NAME AND TITLE (PRINT): KaKesha McCoy  Lieutenant

INCIDENT REPORT DELIVERED TO / DATE AND TIME: CPT Sims

SIGNATURE OF SUPERVISOR RECEIVING REPORT / DATE AND TIME: _____

_____ ADDITIONAL PAGES FOLLOW                    PAGE 1 OF 2

INCIDENT REPORT NARRATIVE
SUPPLEMENT
(CONTINUED)

PAGE _2_ OF _2_

Spoken with the Inmate in I-1. They both advised me
no that when they went to give I-1 his tray he started
talking about them poisoning him. Co Hall and Co Delbridge
were the officers feeding

DATE RECEIVED: _____
TIME RECEIVED: _____
RECEIVED BY: _____

## CHAMBERS COUNTY DETENTION FACILITY

## INMATE REQUEST FORM

NAME Derwin T Griggs    CELL# I-1    DATE 9-20-06

BRIEFLY OUTLINE YOUR REQUEST

I have not been Notified or properly Served Any Copy of what so ever I dont Know why I here And have not been Told my Contitutional rights Are being viviolated And they will be filled

_____
(INMATE SIGNATURE)

## DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

_____
(OFFICERS SIGNATURE)

DATE_____

APPROVED _____ YES _____ NO

# EXHIBIT  N

# Inmate Grievances

CHAMBERS COUNTY JAIL
POLICY AND PROCEDURE DIRECTIVE

INMATE GRIEVANCES

DATE ISSUED: ___June 18, 1991___    NUMBER: ___F - 102___

POLICY:

It is the policy of the Chambers County Jail that inmates are permitted to submit grievances to the jail administration and that each grievance will be acted upon.

PROCEDURE:

1.    An inmate wishing to file a grievance will be provided with an Inmate Grievance Form upon request.

2.    Completed Grievance Forms will be delivered promptly to the Shift Supervisor who will either resolve the grievance or forward it to the Jail Administrator.

3.    The Jail Administrator reserves the final decision on inmate grievances.

4.    The decision of the Jail Administrator may be appealed by the inmate in writing to the Sheriff of Chambers County within seventy-two (72) hours of the receipt of the grievance decision.

5.    Inmates will be advised of their right to file grievances at the time of admission to the jail.