# In The United States District Court for the Middle District of Alabama

Derwin T. Griggs
    Plaintiff
vs
Major Clay Stewart
    Defendants

3:07-CV-00691-MHT

RECEIVED
2007 OCT -9  A 10:12
DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion

Plaintiff motion on this day of October 3, 2007

Moves this Honorable Court on motion to appoint counsel. The plaintiff is not a lawyer and ask the court to appoint on.

Respectfuly Submitted
Derwin T. Griggs

## Certificate of Service

I hereby certify that I have served a copy of the foregoing on the parties listed below by placeing a copy of same in the United States mail property addressed and postage pre-paid this day of October 3, 2007

Webb + Eley p.c
7475 Halcyon point Drive
P.O Box 240909
Montgomery Ala. 36124

Derwin T. Griggs
Elmore Corr. Fac.
P.O Box 8
Elmore Alabama. 36025

Derwin T. Griggs
AIS# 798159



Derwin T. Griggs #197159
Elmore Corr. Fac.
P.O Box 8
Elmore Alabama. 36025

LEGAL MAIL

Office of the Clerk
United States District Court
P.O Box 711
Montgomery Alabama 36101-0711