IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

DERWIN T. GRIGGS, #198159           *

    Plaintiff,                              *

        v.                                    *           3:07-CV-691-MHT

MAJOR CLAY STEWART, *et al.*,       *

    Defendants.                           *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Discovery, and in light of Defendants' contention that Plaintiff failed to exhaust administrative remedies with regard to the matter made the subject of the instant complaint, it is

ORDERED that the motion (*Doc. No. 14*) be and is hereby DENIED at this time. It may be reconsidered if warranted by further developments in this case.

It is further

ORDERED that Plaintiff's October 26, 2007 pleading, which contains a request for additional time to file a response to Defendants' written report (*Doc. No. 14*), be and is hereby GRANTED.

Accordingly, Plaintiff is GRANTED an extension from October 30, 2007 to November 14, 2007 to file his opposition to Defendants' written report.

DONE, this 29th day of October 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE