In The United States District Court
For the Middle District of Alabama
Eastern Division

Derwin T Griggs
plaintiff

vs

Major Clay Stewert
Defendant

3:07-CV-691-MHT

### Notify of Address Change

Derwin T. Griggs 1401 Hwy 20 West Decature Alabama 35601.

I here by certify that I have served a copy of the forgoing on the parties listed below by placing a copy of the same in the united States mail properly addressed and postage pre-paid this 11th day of January 2008.

---

Webb + Eley p.c
post office Box 240909
montgomery Ala. 36124

Derwin Griggs
1401 Hwy 20 west
Decatur Ala. 35601

Respectfully Submitted

Derwin T. Griggs

DerWiN T. Griggs
1401 Hwy 20 West
Decatur Ala. 35601

LEGAL



office of the clerk
United States District Cour
P.O Box 711
Montgomery Ala. 36101
9998