```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003829
Cashier ID: khaynes
Transaction Date: 02/11/2008
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: DERWIN T. GRIGGS
 Case/Party: D-ALM-3-07-CV-000691-001
 Amount:        $4.00
------------------------------------
CHECK
 Check/Money Order Num: 32382
 Amt Tendered:  $4.00
------------------------------------
Total Due:      $4.00
Total Tendered: $4.00
Change Amt:     $0.00
```